IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL  32202-4423<br>     Plaintiff<br><br>          v.<br><br>PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA  16421<br>     Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br><br><br><br>CASE NO.:  05-139 Erie |

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the within Brief in Support of Motion to Dismiss Filed on Behalf of Port Erie Plastics, Inc., was served on counsel of record, as set forth below, by first class mail, postage pre-paid on the 13th day of July, 2005.

Jeffrey D. Cohen, Esquire
Janssen, Keenan & Ciardi PC
One Commerce Square
2005 Market St., Suite 2050
Philadelphia, PA  19103

Respectfully submitted,

*Richard J. Parks*
Richard J. Parks
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7754

Attorneys for Port Erie Plastics, Inc.
     Defendant