IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL  32202-4423<br><br>                    Plaintiff<br><br>        v.<br><br>PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA  16421<br><br>                    Defendant. | CIVIL ACTION<br><br>CAUSE NO.: 05-139 Erie |

### DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania, the undersigned counsel for plaintiff, CSX Transportation, Inc., in the above-captioned action, certifies that the following are parents subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

CSX CORPORATION – corporate parent

_/s/ Paul D. Keenan_
Paul D. Keenan
Jeffrey D. Cohen
**JANSSEN & KEENAN P.C.**
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
(215) 665-8888
(215) 665-8887 (fax)

Attorneys for Plaintiff
CSX Transportation, Inc.

Dated: July 26, 2005

## CERTIFICATE OF SERVICE

      I, Jeffrey D. Cohen, hereby certify that on July, 26, 2005, I caused a true and correct copy of the foregoing Disclosure Statement to be served by U.S. mail upon the following counsel of record:

      Richard J. Parks, Esquire
      MacDonald, Illig, Jones & Britton LLP
      100 State Street, Suite 700
      Erie, Pennsylvania 16507-1459

                                Jeffrey D. Cohen
                        **JANSSEN KEENAN, P.C.**
                        One Commerce Square
                        2005 Market Street, Suite 2050
                        Philadelphia, PA 19103
                        (215) 665-8888
                        (215) 665-8887 (fax)

                        Attorneys for Plaintiff
                        CSX Transportation, Inc.