IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL 32202-4423<br><br>         Plaintiff<br><br>    v.<br><br>PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA 16421<br><br>         Defendant. | CIVIL ACTION<br><br>CAUSE NO.: 05-139 Erie |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant's Motion To Dismiss and the memoranda of law filed in support thereof and in opposition thereto, and upon determination that said Motion is DENIED,

IT IS HEREBY ORDERED that defendant file an answer to the Complaint herein within ten (10) days of the entry this Order.

_____
Sean J. McLaughlin
United States District Judge