IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL  32202-4423<br><br>                    Plaintiff<br><br>          v.<br><br>PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA  16421<br><br>                    Defendant. | CIVIL ACTION<br><br>CASE NO.  05-139 Erie |

### AFFIDAVIT OF CHARLES L. HOWARD

Mr. Charles L. Howard of the law firm JANSSEN & KEENAN P.C., submits this Affidavit in support of the Motion for Admission Pro Hac Vice.

Mr. Howard states that he has personal knowledge of the facts set forth herein and states as follows:

1. I am licensed to practice law in the Commonwealth of Pennsylvania and am a member in good standing of the Bar.

2. I am also admitted to practice in the United States District Court for the Eastern District of Pennsylvania as well the United States Circuit Court of Appeals for the Third Circuit.

3. Unless permitted to withdraw sooner by Order of the Court, I will continue to represent the Plaintiff in this proceeding until the final determination thereof, and that with reference to all matters incident to this proceeding, I agree to be subject to the Orders and amenable to the disciplinary action and the civil jurisdiction of the Pennsylvania State Bar and

the United States District Court of Western Pennsylvania in all respects as if I were a regularly-admitted member of the aforementioned Court in good standing.

This the 1st day of August, 2005.

By: _____
Charles L. Howard
Pennsylvania Attorney I.D. No. 55775

Sworn to and subscribed before me, this the
1st day of August, 2005.

_____
Notary Public

My Commission Expires: 12/31/2007

## CERTIFICATE OF SERVICE

I, Jeffrey D. Cohen, hereby certify that on August 2, 2005, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by U.S. mail upon the following counsel of record:

>Richard J. Parks, Esquire
>MacDonald, Illig, Jones & Britton LLP
>100 State Street, Suite 700
>Erie, Pennsylvania 16507-1459

>Jeffrey D. Cohen
>**JANSSEN KEENAN, P.C.**
>One Commerce Square
>2005 Market Street, Suite 2050
>Philadelphia, PA 19103
>(215) 665-8888
>(215) 665-8887 (fax)

>Attorneys for Plaintiff
>CSX Transportation, Inc.