IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL 32202-4423<br><br>      Plaintiff<br><br>  v.<br><br>PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA 16421<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>CASE NO. 05-139 Erie |

## ORDER

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice*, which motion is unopposed, and upon determination that said Motion is GRANTED,

IT IS HEREBY ORDERED that Charles L. Howard, Esquire, is admitted, *pro hac vice,* as counsel for the plaintiff herein.

              _____
              Sean J. McLaughlin
              United States District Judge