Pro Hace Vice

05-139 E

---

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 00500465 - AM
August 3, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| PRO HAC | 05-139 e | 1 @ | 40.00 |
|  |  |  | 40.00 CH |

TOTAL→        40.00

FROM: JANSSEN, KEENAN, & CIARDI P.C.
ONE COMMERCE SQUARE 28TH FLOOR
PHILADELPHIA, PA 19103