IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL 32202-4423<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA 16421<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br><br>CASE NO. 05-139 Erie |

## ORDER

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice*, which motion is unopposed, and upon determination that said Motion is GRANTED,

IT IS HEREBY ORDERED that Charles L. Howard, Esquire, is admitted, *pro hac vice,* as counsel for the plaintiff herein.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　United States District Judge