



CSX TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAN
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT W/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 01/02/03 | 7392.00 |

INCIDENTAL BILL NO: 6239196 DATE: 12/18/02 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

PU6A01

ORIGIN
018085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | WAYBILL DATE |
|---|---|---|
| 712 | 099683 | 12/17/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 9 | 130 | 18 | 0 | 112 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR NOVEMBER, 2002 | 112 | 60.00 | DA | 6720.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 672.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104519 | C214 | PLASTIC | | 0905 | 1112 | 1112 | 1112 | 1112 | 2 | 0 | 0 |
| AMCX 006536 | C214 | PLASTIC | | 0905 | 1115 | 1115 | 1115 | 1115 | 2 | 0 | 0 |
| AMCX 104434 | C214 | PLASTIC | | 0928 | 0928 | 1112 | 1113 | 1119 | 2 | 45 | 0 |
| AMCX 104025 | C214 | PLASTIC | | 1002 | 1002 | 1112 | 1113 | **CP** | 2 | 41 | 0 |
| AMCX 104547 | C214 | PLASTIC | | 1002 | 1002 | 1115 | 1115 | 1121 | 2 | 44 | 0 |
| SRIX 058185 | C214 | PLASTIC | | 1028 | 1122 | 1122 | 1122 | 1122 | 2 | 0 | 0 |
| PTLX 042362 | C214 | PLASTIC | | 1031 | 1129 | 1129 | 1129 | 1129 | 2 | 0 | 0 |
| AMCX 104133 | C214 | PLASTIC | | 1102 | 1122 | 1122 | 1122 | **CP** | 2 | 0 | 0 |
| AMCX 006554 | C214 | PLASTIC | | 1103 | 1129 | 1129 | 1129 | 1129 | 2 | 0 | 0 |

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098

EXHIBIT
A

CSX000001



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR, S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 03/19/04 | 9834.00 |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO: 4599712 DATE: 03/04/04 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

FU6A01

ORIGIN
018085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | DATE |
|---|---|---|
| 712 | 099617 | 08/21/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 175 | 26 | 0 | 149 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JULY, 2002 | 149 | 60.00 | DA | 8940.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 894.00 |

DEMURRAGE DESCRIPTION:
CSXT-8100-PVT-NON-HAZ MAT - UNLOADING

CUSTOMER KEY: QO 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TBIX 058051 | C214 | PLASTIC | | 0508 | 0710 | 0710 | 0710 | 0726 | 2 | 0 | 0 |
| AMCX 109141 | C214 | PLASTIC | | 0605 | 0701 | 0701 | 0701 | 0710 | 2 | 0 | 0 |
| AMCX 108320 | C214 | PLASTIC | | 0605 | 0607 | 0719 | 0719 | **CF** | 2 | 42 | 0 |
| CEFX 050294 | C214 | PLASTIC | | 0611 | 0710 | 0710 | 0710 | 0719 | 2 | 0 | 0 |
| TBIX 058026 | C214 | PLASTIC | | 0614 | 0705 | 0705 | 0705 | 0713 | 2 | 0 | 0 |
| SRIX 058184 | C214 | PLASTIC | | 0614 | 0712 | 0712 | 0712 | 0719 | 2 | 0 | 0 |
| AMCX 104384 | C214 | PLASTIC | | 0614 | 0715 | 0715 | 0715 | 0724 | 2 | 0 | 0 |
| AMCX 007718 | C214 | PLASTIC | | 0621 | 0625 | 0719 | 0719 | 0725 | 2 | 24 | 0 |
| SRIX 058153 | C214 | PLASTIC | | 0621 | 0625 | 0719 | 0719 | 0729 | 2 | 24 | 0 |
| AMCX 006639 | C214 | PLASTIC | | 0702 | 0725 | 0725 | 0726 | 0726 | 2 | 0 | 0 |
| AMCX 006536 | C214 | PLASTIC | | 0702 | 0702 | 0729 | 0730 | **CF** | 2 | 27 | 0 |
| AMCX 104688 | C214 | PLASTIC | | 0702 | 0702 | 0729 | 0730 | **CF** | 2 | 27 | 0 |

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 30 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098

CSX000002



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 11/11/03 | 2706.00 |

INCIDENTAL BILL NO: 3553970 DATE: 10/27/03 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

ORIGIN
PU6A01 018085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | DATE |
|---|---|---|
| 712 | 092666 | 10/24/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 5 | 51 | 10 | 0 | 41 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR SEPTEMBER, 2003 | 41 | 60.00 | DA | 2460.00 |
| TARIFF CSXT 8100, ITEM 250 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 246.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| WLPX 010266 | C214 | PLASTIC | 0823 | 0823 | 0903 | 0903 | 0910 | 2 | 11 | 0 |
| AMCX 108012 | C214 | PLASTIC | 0830 | 0830 | 0916 | 0916 | **CP** | 2 | 17 | 0 |
| CBFX 050278 | C214 | PLASTIC | 0831 | 0831 | 0910 | 0910 | 0926 | 2 | 10 | 0 |
| AMCX 104394 | C214 | PLASTIC | 0902 | 0903 | 0903 | 0916 | **CP** | 2 | 13 | 0 |
| AMCX 104712 | C214 | PLASTIC | 0906 | 0906 | 0906 | 0916 | **CP** | 2 | 0 | 0 |

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1058



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 10/22/02 | 7524.00 |

INCIDENTAL BILL NO: 5247196 DATE: 10/07/02 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

ORIGIN
FU5A01 018085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | DATE |
|---|---|---|
| 712 | 097987 | 10/04/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 134 | 20 | 0 | 114 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR SEPTEMBER, 2002 | 114 | 60.00 | DA | 6840.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 684.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104021 | C214 | PLASTIC | | 0717 | 0904 | 0904 | 0904 | 0906 | 2 | 0 | 0 |
| AMCX 104256 | C214 | PLASTIC | | 0719 | 0904 | 0904 | 0904 | 0910 | 2 | 0 | 0 |
| AMCX 108009 | C214 | PLASTIC | | 0720 | 0909 | 0909 | 0909 | 0912 | 2 | 0 | 0 |
| AMCX 104460 | C214 | PLASTIC | | 0720 | 0927 | 0927 | 0927 | **CF** | 2 | 0 | 0 |
| AMCX 006755 | C214 | PLASTIC | | 0725 | 0725 | 0917 | 0918 | 0926 | 2 | 51 | 0 |
| CEFX 050276 | C214 | PLASTIC | | 0726 | 0726 | 0917 | 0918 | 0920 | 2 | 53 | 0 |
| AMCX 006769 | C214 | PLASTIC | | 0814 | 0913 | 0913 | 0913 | **CF** | 2 | 0 | 0 |
| AMCX 104098 | C214 | PLASTIC | | 0816 | 0923 | 0923 | 0923 | 0927 | 2 | 0 | 0 |
| AMCX 104122 | C214 | PLASTIC | | 0818 | 0930 | 0930 | 0930 | **CF** | 2 | 0 | 0 |
| AMCX 104119 | C214 | PLASTIC | | 0821 | 0821 | 0917 | 0919 | **CF** | 2 | 27 | 0 |

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098

CSX000008




CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1537

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 05/31/03 | 5016.00 |

INCIDENTAL BILL NO: 1255545 DATE: 05/16/03 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

FU6A01

ORIGIN
018085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | DATE |
|---|---|---|
| 712 | 097009 | 05/15/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 102 | 26 | 0 | 76 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR APRIL, 2003 | 76 | 60.00 | DA | 4560.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 456.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104109 | C214 | PLASTIC | | 0319 | 0319 | 0404 | 0404 | 0417 | 2 | 16 | 0 |
| AMCX 108340 | C214 | PLASTIC | | 0320 | 0320 | 0409 | 0409 | 0421 | 2 | 20 | 0 |
| WLPX 010311 | C214 | PLASTIC | | 0322 | 0322 | 0404 | 0404 | 0423 | 2 | 13 | 0 |
| AMCX 104545 | C214 | PLASTIC | | 0322 | 0322 | 0411 | 0411 | 0423 | 2 | 20 | 0 |
| AMCX 108273 | C214 | PLASTIC | | 0402 | 0402 | 0416 | 0416 | **CF** | 2 | 14 | 0 |
| CEFX 050279 | C214 | PLASTIC | | 0408 | 0408 | 0416 | 0416 | 0429 | 2 | 8 | 0 |
| AMCX 104178 | C214 | PLASTIC | | 0410 | 0410 | 0421 | 0421 | **CF** | 2 | 11 | 0 |
| AMCX 104140 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104469 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104599 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104025 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 006358 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104154 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098

CSX000009





ORIGINAL INCIDENTAL BILL

INCIDENTAL BILL NO: 1255545 DATE: 05/16/03 Y66260

---

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 60 | 0 |



CSX TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 01/28/03 | 3366.00 |

INCIDENTAL BILL NO: 6517626 DATE: 01/13/03 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

FU6R01

ORIGIN
018025 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | WAYBILL DATE |
|---|---|---|
| 712 | 096500 | 01/10/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 77 | 26 | 0 | 51 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR DECEMBER, 2002 | 51 | 60.00 | DA | 3060.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 306.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: OD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 006575 | C214 | PLASTIC | | 1106 | 1106 | 1202 | 1202 | 1203 | 2 | 26 | 0 |
| AMCX 104707 | C214 | PLASTIC | | 1113 | 1113 | 1202 | 1202 | 1219 | 2 | 19 | 0 |
| AMCX 107977 | C214 | PLASTIC | | 1114 | 1114 | 1202 | 1202 | 1206 | 2 | 18 | 0 |
| AMCX 104498 | C214 | PLASTIC | | 1115 | 1210 | 1210 | 1210 | 1210 | 2 | 0 | 0 |
| AMCX 108364 | C214 | PLASTIC | | 1115 | 1213 | 1213 | 1213 | 1213 | 2 | 0 | 0 |
| AMCX 104218 | C214 | PLASTIC | | 1115 | 1217 | 1217 | 1217 | 1217 | 2 | 0 | 0 |
| AMCX 108308 | C214 | PLASTIC | | 1122 | 1220 | 1220 | 1220 | 1220 | 2 | 0 | 0 |
| AMCX 108304 | C214 | PLASTIC | | 1125 | 1217 | 1217 | 1217 | 1217 | 2 | 0 | 0 |
| AMCX 107994 | C214 | PLASTIC | | 1201 | 1216 | 1216 | 1216 | 1226 | 2 | 0 | 0 |
| AMCX 108333 | C214 | PLASTIC | | 1201 | 1201 | 1215 | 1218 | 1226 | 2 | 14 | 0 |
| AMCX 104061 | C214 | PLASTIC | | 1201 | 1201 | 1201 | 1220 | 1220 | 2 | 0 | 0 |
| AMCX 108300 | C214 | PLASTIC | | 1211 | 1211 | 1211 | 1227 | 1227 | 2 | 0 | 0 |
| AMCX 006866 | C214 | PLASTIC | | 1213 | 1213 | 1213 | 1227 | 1227 | 2 | 0 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098







ORIGINAL INCIDENTAL BILL

INCIDENTAL BILL NO: 6517626 DATE: 01/13/03 Y66260

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 60 | 0 |



CSX TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

# ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 07/26/03 | 12342.00 |

INCIDENTAL BILL NO: 2044302 DATE: 07/11/03 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

FU6A01

ORIGIN
318085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | WAYBILL DATE |
|---|---|---|
| 712 | 096292 | 07/10/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 12 | 211 | 24 | 0 | 187 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JUNE, 2003 | 187 | 60.00 | DA | 11220.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1122.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PTLX 042362 | C214 | PLASTIC | | 0422 | 0422 | 0602 | 0602 | 0625 | 2 | 41 | 0 |
| PTLX 041563 | C214 | PLASTIC | | 0430 | 0430 | 0602 | 0602 | 0625 | 2 | 33 | 0 |
| AMCX 104024 | C214 | PLASTIC | | 0505 | 0505 | 0606 | 0606 | 0625 | 2 | 32 | 0 |
| PLCX 047850 | C214 | PLASTIC | | 0507 | 0507 | 0613 | 0613 | **CF** | 2 | 37 | 0 |
| AMCX 104044 | C214 | PLASTIC | | 0509 | 0509 | 0611 | 0611 | 0626 | 2 | 33 | 0 |
| AMCX 104294 | C214 | PLASTIC | | 0509 | 0509 | 0613 | 0613 | **CF** | 2 | 35 | 0 |
| AMCX 104552 | C214 | PLASTIC | | 0509 | 0509 | 0509 | 0618 | **CF** | 2 | 0 | 0 |
| AMCX 007712 | C214 | PLASTIC | | 0509 | 0509 | 0509 | 0626 | **C7** | 2 | 0 | 0 |
| AMCX 107978 | C214 | PLASTIC | | 0511 | 0511 | 0511 | 0626 | **CF** | 2 | 0 | 0 |
| AMCX 104556 | C214 | PLASTIC | | 0514 | 0514 | 0514 | 0626 | **CF** | 2 | 0 | 0 |
| AMCX 007794 | C214 | PLASTIC | | 0519 | 0519 | 0519 | 0626 | **CF** | 2 | 0 | 0 |
| PLCX 047897 | C214 | PLASTIC | | 0602 | 0602 | 0602 | 0626 | **CF** | 2 | 0 | 0 |

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098

CSX000013

**CSX**
TRANSPORTATION

CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
5735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 07/27/02 | 14124.00 |

INCIDENTAL BILL NO: 4047695 DATE: 07/12/02 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

FU6A01

ORIGIN
018085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | WAYBILL DATE |
|---|---|---|
| 712 | 096290 | 07/11/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 14 | 242 | 28 | 0 | 214 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JUNE, 2002 | 214 | 60.00 | DA | 12840.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1284.00 |

DEMURRAGE DESCRIPTION:
CSXT-8100-PVT-NON-HAZ MAT - UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 108154 | C214 | PLASTIC | | 0502 | 0510 | 0606 | 0606 | 0625 | 2 | 27 | 0 |
| AMCX 108002 | C214 | PLASTIC | | 0507 | 0510 | 0603 | 0603 | 0613 | 2 | 24 | 0 |
| AMCX 104696 | C214 | PLASTIC | | 0512 | 0517 | 0610 | 0610 | 0618 | 2 | 24 | 0 |
| CEFX 050275 | C214 | PLASTIC | | 0512 | 0517 | 0610 | 0610 | 0620 | 2 | 24 | 0 |
| AMCX 006857 | C214 | PLASTIC | | 0516 | 0517 | 0618 | 0619 | 0620 | 2 | 32 | 0 |
| AMCX 108348 | C214 | PLASTIC | | 0519 | 0531 | 0620 | 0621 | 0627 | 2 | 20 | 0 |
| SRIX 058006 | C214 | PLASTIC | | 0522 | 0531 | 0607 | 0607 | 0613 | 2 | 7 | 0 |
| AMCX 006836 | C214 | PLASTIC | | 0526 | 0531 | 0624 | 0624 | **CF** | 2 | 24 | 0 |
| AMCX 108358 | C214 | PLASTIC | | 0530 | 0604 | 0614 | 0614 | **CF** | 2 | 10 | 0 |
| AMCX 108327 | C214 | PLASTIC | | 0530 | 0604 | 0624 | 0624 | **CF** | 2 | 20 | 0 |
| AMCX 107877 | C514 | PLASTIC | | 0601 | 0604 | 0604 | 0628 | **CF** | 2 | 0 | 0 |
| AMCX 104075 | C214 | PLASTIC | | 0606 | 0607 | 0620 | 0620 | 0624 | 2 | 13 | 0 |
| AMCX 006938 | C214 | PLASTIC | | 0614 | 0604 | 0614 | 0614 | **CF** | 2 | 10 | 0 |
| ETCX 279556 | C214 | PLASTIC | | 0614 | 0614 | 0621 | 0621 | 0627 | 2 | 7 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098






PAGE NO:02

ORIGINAL INCIDENTAL BILL

INCIDENTAL BILL NO: 4047695 DATE: 07/12/02 Y66260

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 30 | 0 |



CSX TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 09/26/02 | 17886.00 |

INCIDENTAL BILL NO: 4883122 DATE: 09/11/02 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

FU6A01

ORIGIN
018085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | DATE |
|---|---|---|
| 712 | 096106 | 09/10/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 8 | 287 | 16 | 0 | 271 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR AUGUST, 2002 | 271 | 60.00 | DA | 16260.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1626.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 006724 | C214 | PLASTIC | | 0629 | 0709 | 0809 | 0805 | 0816 | 2 | 31 | 0 |
| AMCX 104407 | C214 | PLASTIC | | 0702 | 0702 | 0802 | 0802 | 0813 | 2 | 31 | 0 |
| AMCX 108067 | C214 | PLASTIC | | 0705 | 0705 | 0813 | 0814 | 0820 | 2 | 39 | 0 |
| AMCX 104008 | C214 | PLASTIC | | 0709 | 0709 | 0814 | 0814 | **CP** | 2 | 36 | 0 |
| TEIX 058033 | C214 | PLASTIC | | 0709 | 0709 | 0816 | 0819 | 0823 | 2 | 38 | 0 |
| AMCX 104402 | C214 | PLASTIC | | 0713 | 0713 | 0826 | 0826 | **CP** | 2 | 44 | 0 |
| AMCX 108334 | C214 | PLASTIC | | 0714 | 0714 | 0828 | 0828 | **CP** | 2 | 45 | 0 |
| AMCX 006575 | C214 | PLASTIC | | 0724 | 0724 | 0815 | 0815 | **CP** | 2 | 23 | 0 |

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098

CSX000016



CSX TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 11/23/02 | 12144.00 |

INCIDENTAL BILL NO: 5703200 DATE: 11/08/02 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

FU6A01

ORIGIN
018085 ERIE, PA

| BILLING ROAD | WAYBILL NUMBER | WAYBILL DATE |
|---|---|---|
| 712 | 096038 | 11/07/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 204 | 20 | 0 | 184 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR OCTOBER, 2002 | 184 | 60.00 | DA | 11040.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1104.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 108020 | C214 | PLASTIC | 0816 | 0816 | 1003 | 1004 | 1010 | 2 | 48 | 0 |
| AMCX 104446 | C214 | PLASTIC | 0818 | 0818 | 1003 | 1004 | 1008 | 2 | 46 | 0 |
| AMCX 104506 | C214 | PLASTIC | 0821 | 0821 | 1008 | 1009 | 1015 | 2 | 48 | 0 |
| AMCX 104336 | C214 | PLASTIC | 0823 | 1011 | 1011 | 1011 | 1018 | 2 | 0 | 0 |
| SRIX 058075 | C214 | PLASTIC | 0826 | 1016 | 1016 | 1016 | 1022 | 2 | 0 | 0 |
| SRIX 058070 | C214 | PLASTIC | 0826 | 1021 | 1021 | 1021 | 1029 | 2 | 0 | 0 |
| TEIX 058281 | C214 | PLASTIC | 0831 | 1023 | 1023 | 1023 | 1031 | 2 | 0 | 0 |
| AMCX 108024 | C214 | PLASTIC | 0902 | 1030 | 1030 | 1030 | **CP** | 2 | 0 | 0 |
| WLPX 010284 | C214 | PLASTIC | 0904 | 0904 | 1003 | 1004 | 1017 | 2 | 29 | 0 |
| SRIX 058092 | C214 | PLASTIC | 0905 | 0905 | 1008 | 1009 | 1031 | 2 | 33 | 0 |

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098





CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH PA 15264-0839

DUE DATE 05/31/02 AMOUNT DUE $214.00

INCIDENTAL BILL NO: 3289883 DATE: 05/16/02 Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE PA 0164

FU6A01

ORIGIN
018085 ERIE. PA

| BILLING ROAD | WAYBILL NUMBER | WAYBILL DATE |
|---|---|---|
| 712 | 035970 | 05/15/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 99 | 20 | 0 | 79 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR APRIL, 2002 | 79 | 60.00 | DA | 4740.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 474.00 |

DEMURRAGE DESCRIPTION:
CSXT-8100-PVT-NON-HAZ MAT - UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| PLMX 044474 | C214 | PLASTIC | 0307 | 0405 | 0405 | 0410 | 0430 | 2 | 0 | 0 |
| AMCX 006515 | C214 | PLASTIC | 0315 | 0405 | 0405 | 0405 | 0426 | 2 | 0 | 0 |
| AMCX 006895 | C214 | PLASTIC | 0315 | 0405 | 0405 | 0410 | 0418 | 2 | 0 | 0 |
| AMCX 006545 | C214 | PLASTIC | 0319 | 0405 | 0405 | 0412 | 0430 | 2 | 0 | 0 |
| AMCX 006524 | C214 | PLASTIC | 0319 | 0405 | 0417 | 0417 | **CF** | 2 | 12 | 0 |
| TEIX 058058 | C214 | PLASTIC | 0321 | 0405 | 0419 | 0419 | **CF** | 2 | 14 | 0 |
| AMCX 108267 | C214 | PLASTIC | 0322 | 0405 | 0419 | 0419 | **CF** | 2 | 14 | 0 |
| AMCX 108148 | C214 | PLASTIC | 0322 | 0405 | 0424 | 0424 | **CF** | 2 | 19 | 0 |
| AMCX 006626 | C214 | PLASTIC | 0322 | 0405 | 0424 | 0424 | **CF** | 2 | 19 | 0 |
| SRIX 058180 | C214 | PLASTIC | 0402 | 0405 | 0426 | 0429 | **CF** | 2 | 21 | 0 |

RATING INFORMATION

| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
|---|---|---|---|
| 2 | 2 | 30 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA 16421-1098

CSX000018