# EXHIBIT N

1

1            UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                    - - -

4  CSX TRANSPORTATION, INC.,        )
                                    )
5            Plaintiff,             )
                                    ) Civil Action
6        vs.                        )
                                    ) Case No.
7  PORT ERIE PLASTICS, INC.,        ) 05-139 Erie
                                    )
8            Defendant.             )

9                    - - -

10          Deposition of JOHN T. JOHNSON

11    Corporate Designee of Port Erie Plastics, Inc.

12          Thursday, February 2, 2006

13                    - - -

14        The deposition of JOHN T. JOHNSON, called as a
   witness by the Plaintiff, pursuant to notice and the
15 Federal Rules of Civil Procedure pertaining to the
   taking of depositions, taken before me, the
16 undersigned, Teresa Constantini Berardi, a Notary
   Public in and for the Commonwealth of Pennsylvania, at
17 the law offices of MacDonald Illig Jones & Britton,
   LLP, 100 State Street, Suite 700, Erie, Pennsylvania
18 16507-1498, commencing at 10:32 a.m. the day and date
   above set forth.

19

20                    - - -

21          COMPUTER-AIDED TRANSCRIPTION BY
             MORSE, GANTVERG & HODGE, INC.
22                ERIE, PENNSYLVANIA
                   814-833-1799

23                    - - -

24

25

PAGE 2

2

1  APPEARANCES:

2        On behalf of the Plaintiff:

3        Janssen & Keenan, P.C.:
         Charles L. Howard, Esquire
4        One Commerce Square
         Suite 2050
5        2005 Market Street
         Philadelphia, Pennsylvania  19103
6

7        On behalf of the Defendant:

8        MacDonald Illig Jones & Britton, LLP:
         Richard J. Parks, Esquire
9        Scott Stroupe, Esquire
         100 State Street, Suite 700
10       Erie, Pennsylvania  16507-1498

11                      - - -

12  ALSO PRESENT:

13       John Underwood
         James Witkowski
14
                        - - -
15
                   I-N-D-E-X
16
EXAMINATION BY:                         PAGE:
17  Mr. Howard                              3

18                      - - -

19  JOHNSON DEPOSITION EXHIBIT NOS.:        PAGE:
20  1 - Answers to Interrogatories of Plaintiff CSX   6
         Transportation, Inc. Addressed to Defendant
21       Port Erie Plastics, Inc.

22                      - - -

23

24

25

PAGE 3

3

1              JOHN T. JOHNSON

2  Called as a witness by the plaintiff, having been

3  first duly sworn, as hereinafter certified, was

4  deposed and said as follows:

5                 EXAMINATION

6  BY MR. HOWARD:

7        Q    Good morning, Mr. Johnson.

8        A    Good morning.

9        Q    My name is Chuck Howard, and I think you

10  know who I am since you just sat through the

11  deposition of Mr. Witkowski.

12       A    Yep.

13       Q    Have you ever been deposed before?

14       A    No, I don't think so.

15       Q    This is your first time?

16       A    Uh-huh.

17       Q    I will give you the same instructions I

18  gave Mr. Witkowski, but it's essentially a question

19  and answer format.

20            Wait for me to finish my questions before

21  you give the answers.

22            If you answer a question, I'll assume that

23  you understood it.

24            Is that fair?

25       A    Sounds good.

PAGE 4

4

1    Q    And if you don't understand the question,

2  ask me to rephrase it, because it doesn't make any

3  sense for try to attempt to answer questions you don't

4  understand.

5        What is your current position?

6    A    I'm the president for Port Erie Plastics.

7    Q    And how long have you been the president

8  for Port Erie Plastics?

9    A    Little over six years.

10   Q    So you were the president during the time

11  period at issue here?

12   A    Yes, sir.

13   Q    And where did you work before?

14   A    Bliley Electric Company.

15   Q    How did you come to become the president

16  for Port Erie Plastics?

17   A    I interviewed with the owner, and we kind

18  of liked each other, and he wanted to go down to

19  Hilton Head and play golf, and he needed somebody to

20  run the business because he was ready to retire, so --

21   Q    Who was the owner?

22   A    William Witkowski.

23   Q    Is he related to Jim Witkowski?

24   A    Yeah.  It's his older brother.

25   Q    Oh, okay.

PAGE 5

5

1        Now, I think Mr. Witkowski, who testified

2  earlier, said that Port Erie has been in business for

3  53 years?

4    A    Yes, sir.

5    Q    Has it always been in the Witkowski family?

6    A    Yes, sir.

7    Q    Let me hand you what we've already marked

8  as Witkowski Exhibit 1, which is the notice of

9  deposition.

10       We'll just adopt these exhibits

11  (indicating) and use them throughout here.

12       Mr. Johnson, have you seen this notice

13  before?

14   A    Nope.

15       Well, other than an hour ago.

16   Q    Have you had an opportunity, since you

17  first saw it, to review the 13 topics on page 2?

18   A    Uh-huh, yes, sir.

19   Q    Would you agree with Mr. Witkowski's

20  testimony, that except for the few that he identified,

21  that he would have been as knowledgeable as anyone

22  else at Port Erie in these topics?

23   A    Yes, sir.

24   Q    One of the things that we learned during

25  Mr. Witkowski's deposition is that you coordinated the

SHEET 2 PAGE 6

**6**

1 gathering of documents that we had requested.
2    A    Yes.
3    Q    Who else did that?
4    A    The only individuals would be Jim, myself
5 and Brian Fahey, who was our controller back in '03
6 and early '04.
7    Q    As part of that job, did you have a copy of
8 CSX's document request?
9        MR. PARKS: Those are those forms
10        (indicating).
11    A    Yeah, yeah.
12    Q    The interrogatory answers that we received
13 from Port Erie, did you have anything to do with
14 answering those?
15    A    I believe so.
16        MR. HOWARD:  Okay.  Let's get those marked
17        as Johnson 1.
18        (Thereupon, Johnson Deposition Exhibit
19        No. 1 was marked for identification.)
20 BY MR. HOWARD:
21    Q    Have you seen this document before?
22    A    I believe I reviewed it before we submitted
23 it, yes.
24        MR. HOWARD:  Rich, are we going to get a
25        verification at some point?

PAGE 7

**7**

1        MR. PARKS: I can, yes.
2        MR. HOWARD: Okay.
3 BY MR. HOWARD:
4    Q    On page 2, about a third of the way down,
5 subheading b., do you see that?  "Port Erie was not a
6 party to any shipping" -- do you see that?
7    A    Uh-huh.
8    Q    The third sentence in that paragraph says,
9 "Port Erie Plastics did receive shipments of Nexpak
10 resin from Presque Isle Trucking as directed by Nexpak
11 as the agent of Nexpak based upon designated
12 production runs by Nexpak on its equipment located at
13 Port Erie Plastics."
14        It says here that the shipments received by
15 Port Erie from Presque Isle were directed by Nexpak.
16        How did Nexpak direct the shipments of
17 plastic by Presque Isle to Port Erie?
18    A    Nexpak every day would review what our
19 production requirements were based on their demands,
20 would inform us of how many machines we were supposed
21 to be running.
22        We made up to 800 or a million DVDs a day
23 depending on what their needs were.
24        They would start machines up or slow
25 machines down depending on what they needed for

PAGE 8

**8**

1 product.
2        They would get a daily report from us that
3 would show what was running, what the daily output
4 was, what the previous day's output was.
5        They would then make a determination based
6 on their needs what needed to run, what didn't need to
7 run.
8        It was their responsibility to make sure
9 there was enough resin available for us to fulfill
10 those needs.
11        MR. PARKS: If I might, I think that might
12        be a typo.
13        You actually asked Presque Isle to bring
14        the trucks over; correct?
15        THE WITNESS: We would -- they would make
16        sure that there were enough at Presque Isle.  We
17        would then schedule them.
18        They would call us, tell us, "Do you want
19        any?"
20        We would say "yes" or "no," to make sure
21        that we had enough to keep the presses running
22        that Nexpak asked us to keep running that
23        particular day.
24        MR. PARKS: I think I transposed "Nexpak,"
25        "Port Erie as agent for Nexpak," as far as the

PAGE 9

**9**

1 trucking.
2        MR. HOWARD: All right.  So it sounds like
3        this needs to be corrected?
4        MR. PARKS: Yes.
5        Directed by -- I believe that should say
6        "Port Erie as the agent of Nexpak based upon
7        designated production runs by Nexpak," and I
8        think that was just -- I had to many Presque
9        Isles, Port Eries.
10        MR. HOWARD: All right.
11 BY MR. HOWARD:
12    Q    So this should read "Port Erie Plastics did
13 receive shipments of Nexpak resin from Presque Isle
14 Trucking as directed by Port Erie as the agent of
15 Nexpak"?
16    A    Yes, true statement.
17    Q    Now, the communication between Port Erie
18 and Presque Isle, both you and Mr. Witkowski have
19 testified that that communication was going from
20 Presque Isle in the form of a request, "Do you need
21 anymore stuff?"
22        Is that how it always happened?
23    A    I can't tell you that it happened that way
24 a hundred percent of the time, but the majority of the
25 time they would say, "Hey, do you need a truck today

PAGE 10

10

1 or do you need one tomorrow?"
2       Based on what was running, we'd answer, "We
3 need one this afternoon," "We need one tomorrow
4 morning," et cetera, like that.
5    Q    Mr. Witkowski testified that he believes
6 that Nexpak was also receiving the inventory sheets
7 from Presque Isle.
8        Is that your understanding as well?
9    A    Well, I'm sure they did, because it was
10 their responsibility to make sure there was enough
11 resin in the Erie area for us to manufacture based
12 upon their needs.
13    Q    In the next paragraph, the second sentence
14 says, "It is believed Nexpak and BP would designate
15 the shipping terms and that all shipments were made
16 prepaid from BP/Amoco locations as designated by BP
17 for its sales to Nexpak."
18        What the basis of that belief?
19    A    Somebody had to schedule the material.
20 Nexpak was responsible to make sure there was enough
21 material coming from BP.
22        They did that. That was their
23 responsibility, to negotiate with BP to make sure
24 there was enough coming into the pipeline based on
25 what their demands were.

PAGE 11

11

1        It wasn't the responsibility of Port Erie.
2    Q    All right. The sentence that follows that,
3 "Port Erie Plastics would receive information from
4 NexPak that a train railcar was delivered to the
5 Monfort Terminal controlled by Monfort Presque Isle
6 Trucking."
7        In what form would Presque Isle -- I did it
8 again.
9        In what form would Port Erie receive that
10 information from Nexpak?
11    A    We would just get a verbal from our contact
12 there, whether it be Steve or Kevin, that, "Don't
13 worry, there's enough railcars in the pipeline, you'll
14 have enough there."
15        We wouldn't get any specific information,
16 that I was aware of that, "Okay, a railcar's coming
17 Tuesday," or "Another is coming Friday."
18        It was just, "I've got enough scheduled for
19 what your needs are."
20    Q    And that information, I think you just
21 said, came from Steve, and that's Steve Bartosik?
22    A    No, Steve Schaetzle or Kevin Kirtz,
23 depending on the time frames. Those were the
24 two contacts.
25    Q    So you would get information from Nexpak

PAGE 12

12

1 that railcars --
2    A    They would just --
3    Q    -- had just arrived?
4    A    -- say, "I've got enough coming, don't
5 worry about it," and we wouldn't know a specific
6 railcar's timing, or whatever.
7        They would just give us comfort feeling
8 that, "There's going to be enough resin available for
9 what I'm going to ask you to run."
10    Q    The only other thing I'll ask you is that
11 you're starting to answer before I finish a question,
12 which is how we would normally communicate, but she
13 can't take down both of us at the same time, so just
14 wait for me to finish.
15        The next sentence then says, "Port Erie
16 Plastics would direct Presque Isle Trucking to deliver
17 Nexpak's plastic by truck to its silo."
18        Is that an accurate statement?
19    A    Yes, sir.
20    Q    Do you see the sentence that says,
21 "Port Erie Plastics would pay for the plastic resin as
22 it was manufactured into the designated product for
23 Nexpak as a set-off against the agreed per piece
24 molder's charge pursuant to the agreement between
25 Port Erie Plastics and Nexpak"?

PAGE 13

13

1        Is that a summary of what Mr. Witkowski
2 tried so valiantly to explain to me earlier this
3 morning?
4    A    I believe so.
5    Q    Do you know where Mr. Schaetzle currently
6 works?
7    A    Yes, I do.
8    Q    Where is that?
9    A    Works for Alpha Security Products in
10 Canton, Ohio.
11    Q    Alpha?
12    A    Yes, sir.
13    Q    Alpha Security Products.
14        When was the last time you had contact with
15 Mr. Schaetzle?
16    A    Got to be two, two and a half years ago.
17    Q    So you haven't had an opportunity or
18 occasion to speak with him about this particular case?
19    A    No, sir.
20    Q    Do you know if anybody at Port Erie has
21 been in contact with him about this case?
22    A    Nobody has been in contact with him about
23 that.
24    Q    When did you first become aware that CSX
25 was billing Port Erie Plastics for demurrage?

SHEET 3 PAGE 14

**14**

1   A    Jimmy came into my office with the summary
2   notice, if my memory is correctly, saying that CSX was
3   billing us $66,000 for demurrage. It was in that
4   neighborhood.
5   Q    And do you recall when that was?
6   A    Two, three years ago.
7   Q    And what was your response?
8   A    You want my honest response?
9   Q    I don't want you to lie.
10   A    "Jimmy, make this fucking thing go away.
11  It's not right."
12       MR. PARKS: You can say "F-ing."
13  BY MR. HOWARD:
14   Q    Okay. I kind of thought that was coming.
15       Mr. Witkowski testified that he only
16  recalls receiving two or three demurrage bills from
17  CSX.
18       Is that also your understanding, that
19  you've only received two or three demurrage bills?
20   A    I don't ever remember receiving any
21  specific demurrage bills, rather, letters of -- maybe
22  two or three letters of notice that there were items
23  outstanding out there.
24       I don't ever recall seeing any individual
25  demurrage bills.

PAGE 16

**16**

1                CERTIFICATE
2   COMMONWEALTH OF PENNSYLVANIA, )
                                  )  SS:
3   COUNTY OF ALLEGHENY.          )

4       I, Teresa Constantini Berardi, do hereby certify
    that before me, a Notary Public in and for the
5   Commonwealth aforesaid, personally appeared
    JOHN T. JOHNSON, who then was by me first duly
6   cautioned and sworn to testify the truth, the whole
    truth, and nothing but the truth in the taking of his
7   oral deposition in the cause aforesaid; that the
    testimony then given by him as above set forth was by
8   me reduced to stenotypy in the presence of said
    witness, and afterwards transcribed by means of
9   computer-aided transcription.

10      I do further certify that this deposition was
    taken at the time and place in the foregoing caption
11  specified, and was completed without adjournment.

12      I do further certify that I am not a relative,
    counsel or attorney of either party, or otherwise
13  interested in the event of this action.

14      IN WITNESS WHEREOF, I have hereunto set my hand
    and affixed my seal of office at Pittsburgh,
15  Pennsylvania, on this _____ day of _____,
    2006.
16

17

18

19      _____
        Teresa Constantini Berardi, Notary Public
20      In and for the Commonwealth of Pennsylvania
        My commission expires October 9, 2008.

21                  - - -

22

23

24

25

PAGE 15

**15**

1   Q    So you don't have a recollection of seeing
2   the demurrage bill that Mr. Witkowski brought to your
3   attention for the first time?
4   A    First thing Mr. Witkowski -- my
5   recollection is, was a letter notice from CSX stating
6   we owed a large sum for demurrage.
7        I don't remember seeing an individual
8   invoice for demurrage.
9        MR. HOWARD: Give me a few minutes and I
10       might be done with him.
11       Thank you very much. No further questions.
12       MR. PARKS: You have the right to read your
13       transcript, or you trust her to take it. You
14       can't change the testimony, and I don't think
15       she was --
16       THE WITNESS: No, that's fine.
17       MR. PARKS: -- having any problems with the
18       transcript, so we normally waive.
19       THE WITNESS: No, that's fine.
20       MR. PARKS: We'll waive.
21                  - - -
22       (Thereupon, at 10:50 a.m., the deposition
23       was concluded and signature was waived.)
24                  - - -
25

## $

**$66,000** [1] 14:3

## 0

**03** [1] 6:5
**04** [1] 6:6

## 1

**1** [4] 2:20 5:8 6:17,19
**10:32** [1] 1:18
**10:50** [1] 15:22
**13** [1] 5:17
**16507-1498** [2] 1:18 2:10

## 2

**2** [3] 1:12 5:17 7:4
**2005** [1] 2:5
**2006** [1] 1:12
**2008** [1] 16:20

## 3

**3** [1] 2:17

## 5

**53** [1] 5:3

## 6

**6** [1] 2:20

## 8

**800** [1] 7:22

## 9

**9** [1] 16:20

## A

**a.m** [2] 1:18 15:22
**accurate** [1] 12:18
**action** [1] 16:13
**actually** [1] 8:13
**adjournment** [1] 16:11
**adopt** [1] 5:10
**aforesaid** [2] 16:5,7
**afternoon** [1] 10:3
**agent** [4] 7:11 8:25 9:6,14
**ago** [3] 5:15 13:16 14:6
**agree** [1] 5:19
**agreed** [1] 12:23
**agreement** [1] 12:24
**allegheny** [1] 16:3
**alpha** [3] 13:9,11,13
**already** [1] 5:7
**another** [1] 11:17
**answer** [5] 3:19,22 4:3 10:2 12:11
**answering** [1] 16:14
**answers** [3] 2:20 3:21 6:12
**anybody** [1] 13:20
**appearances** [1] 2:1
**appeared** [1] 16:5
**area** [1] 10:11
**arrived** [1] 12:3
**assume** [1] 3:22
**attempt** [1] 4:3
**attention** [1] 15:3
**available** [2] 8:9 12:8
**aware** [2] 11:16 13:24
**away** [1] 14:10

## B

**back** [1] 6:5
**bartosik** [1] 11:21
**based** [7] 7:11,19 8:5 9:6 10:2,11,24
**basis** [1] 10:18
**become** [2] 4:15 13:24
**behalf** [2] 2:2,7
**belief** [1] 10:18
**believe** [4] 6:15,22 9:5 13:4
**believed** [1] 10:14
**believes** [1] 10:5
**berardi** [1] 1:16 16:4,19
**between** [2] 9:17 12:24
**bill** [1] 15:2
**billing** [1] 13:25 14:3
**bills** [1] 14:16,19,21,25
**bliley** [1] 4:14
**both** [2] 9:18 12:13
**bp** [4] 10:14,16,21,23
**bp/amoco** [1] 10:16
**brian** [1] 6:5
**bring** [1] 8:13
**britton** [2] 1:17 2:8
**brother** [1] 4:24
**brought** [1] 15:2
**business** [2] 4:20 5:2

## C

**call** [1] 8:18
**called** [2] 1:14 3:2
**came** [2] 11:21 14:1
**canton** [1] 13:10
**case** [2] 13:18,21
**cause** [1] 16:7
**cautioned** [1] 16:6
**certificate** [1] 16:1
**certified** [1] 3:3
**certify** [3] 16:4,10,12
**cetera** [1] 10:4
**change** [1] 15:14
**charge** [1] 12:24
**chuck** [1] 3:9
**civil** [1] 1:15
**come** [1] 4:15
**comfort** [1] 12:7
**coming** [6] 10:21,24 11:16,17 12:4 14:14
**commencing** [1] 1:18
**commerce** [1] 2:4
**commission** [1] 16:20
**commonwealth** [2] 16:2,5
**communicate** [1] 12:12
**communication** [2] 9:17,19
**company** [1] 4:14
**completed** [1] 16:11
**computer-aided** [1] 1:21 16:9
**concluded** [1] 15:23
**constantini** [3] 1:16 16:4,19
**contact** [4] 11:11 13:14,21,22
**contacts** [1] 11:24
**controlled** [1] 11:5
**controller** [1] 6:5
**coordinated** [1] 5:25
**copy** [1] 6:7
**corporate** [1] 1:11

**correct** [1] 8:14
**corrected** [1] 9:3
**correctly** [1] 14:2
**county** [1] 16:3
**court** [1] 1:1
**csx** [6] 1:4 2:20 13:24 14:2,17 15:5
**csx's** [1] 6:8
**current** [1] 4:5
**currently** [1] 13:5

## D

**daily** [2] 8:2,3
**date** [1] 1:18
**day** [5] 1:18 7:18,22 8:23 16:15
**day's** [1] 8:4
**defendant** [2] 1:8 2:7
**deliver** [1] 12:16
**delivered** [1] 11:4
**demands** [2] 7:19 10:25
**demurrage** [9] 13:25 14:3,16,19,21,25 15:2,6,8
**depending** [3] 7:23,25 11:23
**deposed** [2] 3:4,13
**deposition** [9] 1:10,14 3:11 5:9,25 6:18 15:22 16:7,10
**designate** [1] 10:14
**designated** [4] 7:11 9:7 10:16 12:22
**designee** [1] 1:11
**determination** [1] 8:5
**direct** [2] 7:16 12:16
**directed** [4] 7:10,15 9:5,14
**district** [1] 1:1,2
**document** [2] 6:8,21
**documents** [1] 6:1
**done** [1] 15:10
**down** [4] 4:18 7:4,25 12:13
**duly** [1] 3:3
**during** [2] 4:10 5:24
**dvds** [1] 7:22

## E

**each** [1] 4:18
**earlier** [2] 5:2 13:2
**early** [1] 6:6
**electric** [1] 4:14
**enough** [8] 9:16,21 10:10,20,24 11:13,14,18 12:4,8
**equipment** [1] 7:12
**erie** [30] 1:7,11,22 2:10,21 4:6,8,16 5:2,22 6:13 7:5,9,13,15,17 8:25 9:6,12,14,17 10:11 11:1,3,9 12:15,21,25 13:20,25
**eries** [1] 9:9
**esquire** [1] 2:9
**essentially** [1] 3:18
**et** [1] 10:4
**event** [1] 16:13
**examination** [1] 3:5
**except** [1] 5:20
**exhibit** [2] 5:8 6:18
**exhibits** [1] 5:10
**expires** [1] 16:20
**explain** [1] 13:2

## F

**f-ing** [1] 14:12
**fahey** [1] 6:5
**fair** [1] 3:24
**family** [1] 5:5
**far** [1] 8:25
**february** [1] 1:12
**federal** [1] 1:15
**feeling** [1] 12:7
**few** [2] 5:20 15:9
**fine** [2] 15:16,19
**finish** [3] 3:20 12:11,14
**first** [6] 3:3,15 5:17 13:24 15:3,4
**follows** [2] 3:4 11:2
**form** [3] 9:20 11:7,9
**format** [1] 3:19
**forms** [1] 6:9
**frames** [1] 11:23
**friday** [1] 11:17
**fucking** [1] 14:10
**fulfill** [1] 8:9
**further** [3] 15:11 16:10,12

## G

**gathering** [1] 6:1
**gave** [1] 3:18
**give** [4] 3:17,21 12:7 15:9
**golf** [1] 4:19
**got** [3] 11:18 12:4 13:16

## H

**half** [1] 13:16
**hand** [2] 5:7 16:14
**happened** [2] 9:22,23
**head** [1] 4:19
**hereby** [1] 16:4
**hereinafter** [1] 3:3
**hereunto** [1] 16:14
**hilton** [1] 4:19
**honest** [1] 14:8
**hour** [1] 5:15
**howard** [13] 2:17 3:6,9 6:16,20,24 7:2,3 9:2,10,11 14:13 15:9
**hundred** [1] 9:24

## I

**identification** [1] 6:19
**identified** [1] 5:20
**illig** [2] 1:17 2:8
**inc** [4] 1:4,7,11 2:21
**indicating** [2] 5:11 6:10
**individual** [2] 14:24 15:7
**individuals** [1] 6:4
**inform** [1] 7:20
**information** [5] 11:3,10,15,20,25
**instructions** [1] 3:17
**interested** [1] 16:13
**interrogatories** [1] 2:20
**interrogatory** [1] 6:12
**interviewed** [1] 4:17
**inventory** [1] 10:6
**invoice** [1] 15:8
**isle** [12] 7:10,15,17 8:13,16 9:13,18,20 10:7 11:5,7 12:16
**isles** [1] 9:9
**issue** [1] 4:11
**items** [1] 14:22

## J

janssen [1] 2:3
jim [2] 4:23 6:4
jimmy [1] 14:1,10
job [1] 6:7
john [4] 1:10,14 2:13 3:1
johnson [7] 1:10,14 3:1,7 5:12 6:
    17,18
jones [2] 1:17 2:8

**K**

keenan [1] 2:3
keep [2] 8:21,22
kevin [2] 11:12,22
kind [2] 4:17 14:14
kirtz [1] 11:22
knowledgeable [1] 5:21

**L**

large [1] 15:6
last [1] 13:14
law [1] 1:17
learned [1] 5:24
letter [1] 15:5
letters [2] 14:21,22
lie [1] 14:9
little [1] 4:9
llp [1] 2:8
located [1] 7:12
locations [1] 10:16
long [1] 4:7

**M**

macdonald [2] 1:17 2:8
machines [3] 7:20,24,25
made [2] 7:22 10:15
majority [1] 9:24
manufacture [1] 10:11
manufactured [1] 12:22
many [2] 7:20 9:8
marked [3] 5:7 6:16,19
market [1] 12:5
material [2] 10:19,21
memory [1] 14:2
might [3] 8:11,11 15:10
million [1] 7:22
minutes [1] 15:9
molder's [1] 12:24
monfort [2] 11:5,5
morning [4] 3:7,8 10:4 13:3
much [1] 15:11
myself [1] 6:4

**N**

name [1] 3:9
need [6] 8:6 9:20,25 10:1,3,3
needed [3] 4:19 7:25 8:6
needs [6] 7:23 8:6,10 9:3 10:12
    11:19
negotiate [1] 10:23
neighborhood [1] 14:4
nexpak [23] 7:9,10,11,12,15,16,
    18 8:22,24,25 9:6,7,13,15 10:6,
    14,17,20 11:4,10,25 12:23,25
nexpak's [1] 12:17
next [2] 10:13 12:15
nobody [1] 13:22
nope [1] 5:14
normally [2] 12:12 15:18

notary [1] 1:16 16:19
notice [5] 5:8,12 14:2,22 15:5

**O**

occasion [1] 13:18
october [1] 16:20
office [1] 14:1
offices [1] 1:17
ohio [1] 13:10
okay [5] 4:25 6:16 7:2 11:16 14:
    14
older [1] 4:24
one [5] 2:4 5:24 10:1,3,3
only [6] 6:4 12:10 14:15,19
opportunity [2] 5:16 13:17
oral [1] 16:7
other [3] 4:18 5:15 12:10
out [1] 14:23
output [2] 8:3,4
outstanding [1] 14:23
over [2] 4:9 8:14
owed [1] 15:6
owner [2] 4:17,21

**P**

p.c [1] 2:3
page [2] 5:17 7:4
paragraph [2] 7:8 10:13
parks [6] 6:9 7:1 8:11,24 9:4 14:
    12 15:12,17,20
part [1] 6:7
particular [2] 8:23 13:18
party [1] 7:6
pay [1] 12:21
pennsylvania [5] 1:2,22 2:10 16:
    2,15
per [1] 12:23
percent [1] 9:24
period [1] 4:11
personally [1] 16:5
pertaining [1] 1:15
piece [1] 12:23
pipeline [2] 10:24 11:13
plaintiff [4] 1:5 2:2,20 3:2
plastic [3] 7:17 12:17,21
plastics [14] 1:7,11 2:21 4:6,8,16
    7:9,13 9:12 11:3 12:16,21,25 13:
    25
play [1] 4:19
point [1] 6:25
port [28] 1:7,11 2:21 4:6,8,16 5:2,
    22 6:13 7:5,9,13,15,17 8:25 9:6,
    9,12,14,17 11:1,3,9 12:15,21,25
    13:20,25
position [1] 4:5
prepaid [1] 10:16
presence [1] 16:8
present [1] 2:12
president [4] 4:6,7,10,15
presque [7] 7:10,15,17 8:13,16
    9:8,13,18,20 10:7 11:5,7 12:16
presses [1] 8:21
previous [1] 8:4
problems [1] 15:17
procedure [1] 1:15
product [2] 8:1 12:22
production [3] 7:12,19 9:7

products [2] 13:9,13
public [1] 16:19
pursuant [1] 12:24

**Q**

question [3] 3:18,22 4:1 12:11
questions [3] 3:20 4:3 15:11

**R**

railcar [1] 11:4
railcar's [2] 11:16 12:6
railcars [2] 11:13 12:1
rather [1] 14:21
read [2] 9:12 15:12
ready [1] 4:20
recall [2] 14:5,24
recalls [1] 14:16
receive [4] 7:9 9:13 11:3,9
received [3] 6:12 7:14 14:19
receiving [3] 10:6 14:16,20
recollection [2] 15:1,5
reduced [1] 16:8
related [1] 4:23
relative [1] 16:12
remember [2] 14:20 15:7
rephrase [1] 4:2
report [1] 8:2
request [2] 6:8 9:20
requested [1] 6:1
requirements [1] 7:19
resin [6] 7:10 8:9 9:13 10:11 12:
    8,21
response [2] 14:7,8
responsibility [4] 8:8 10:10,23
    11:1
responsible [1] 10:20
retire [1] 4:20
review [2] 5:17 7:18
reviewed [1] 6:22
rich [1] 6:24
rules [1] 1:15
run [4] 4:20 8:6,7 12:9
running [5] 7:21 8:3,21,22 10:2
runs [2] 7:12 9:7

**S**

sales [1] 10:17
same [2] 3:17 12:13
sat [1] 3:10
saw [1] 5:17
saying [1] 14:2
says [5] 7:8,14 10:14 12:15,20
schaetzle [3] 11:22 13:5,15
schedule [2] 8:17 10:19
scheduled [1] 11:18
scott [1] 2:9
second [1] 10:13
security [2] 13:9,13
see [3] 7:5,6 12:20
seeing [3] 14:24 15:1,7
seen [2] 5:12 6:21
sense [1] 14:3
sentence [5] 7:8 10:13 11:2 12:
    15,20
set [1] 16:14
set-off [1] 12:23
sheets [1] 10:6

shipments [5] 7:9,14,16 9:13 10:
    15
shipping [2] 7:6 10:15
show [1] 8:3
signature [1] 15:23
silo [1] 12:17
since [2] 3:10 5:16
sir [8] 4:12 5:4,6,18,23 12:19 13:
    12,19
six [1] 4:9
slow [1] 7:24
somebody [2] 4:19 10:19
sounds [2] 3:25 9:2
specific [3] 11:15 12:5 14:21
specified [1] 16:11
square [1] 2:4
start [1] 7:24
starting [1] 12:11
statement [2] 9:16 12:18
states [1] 1:1
stating [1] 15:5
stenotypy [1] 16:8
steve [4] 11:12,21,21,22
street [1] 2:5
stroupe [1] 2:9
stuff [1] 9:21
subheading [1] 7:5
submitted [1] 6:22
sum [1] 15:6
summary [2] 13:1 14:1
supposed [1] 17:20
sworn [2] 3:3 16:6

**T**

teresa [3] 1:16 16:4,19
terminal [1] 11:5
terms [1] 10:15
testified [4] 5:1 9:19 10:5 14:15
testify [1] 16:6
testimony [2] 5:20 15:14
there's [2] 11:13 12:8
thereupon [2] 6:18 15:22
third [2] 7:4,8
three [4] 14:6,16,19,22
throughout [1] 5:11
thursday [1] 1:12
timing [1] 12:6
today [1] 9:25
tomorrow [2] 10:1,3
topics [2] 5:17,22
train [1] 11:4
transcript [2] 15:13,18
transcription [2] 1:21 16:9
transportation [1] 11:4
transposed [1] 8:24
tried [1] 13:2
truck [2] 9:25 12:17
trucking [5] 7:10 9:1,14 11:6 12:
    16
trucks [1] 8:14
true [1] 9:16
trust [1] 15:13
truth [1] 16:6
try [1] 4:3
tuesday [1] 11:17
two [7] 11:24 13:16,16 14:6,16,19,
    22

**typo** [1] 8:12

## U

**undersigned** [1] 1:16
**understand** [2] 4:1,4
**understanding** [2] 10:8 14:18
**understood** [1] 3:23
**underwood** [1] 2:13
**united** [1] 1:1
**up** [2] 7:22,24

## V

**valiantly** [1] 13:2
**verbal** [1] 11:11
**verification** [1] 6:25
**vs** [1] 1:6

## W

**wait** [2] 3:20 12:14
**waive** [2] 15:18,20
**waived** [1] 15:23
**wanted** [1] 4:18
**way** [2] 7:4 9:23
**western** [1] 1:2
**whatever** [1] 12:6
**whereof** [1] 16:14
**whether** [1] 11:12
**whole** [1] 16:6
**will** [1] 3:17
**william** [1] 4:22
**without** [1] 16:11
**witkowski** [13] 3:11,18 4:22,23 5:
  1,5,8 9:18 10:5 13:1 14:15 15:2,
  4
**witkowski's** [2] 5:19,25
**witness** [5] 3:2 8:15 15:16,19 16:
  14
**work** [1] 4:13
**works** [2] 13:6,9
**worry** [2] 11:13 12:5

## Y

**years** [4] 4:9 5:3 13:16 14:6
**yep** [1] 3:12

# EXHIBIT O

1

1          UNITED STATES DISTRICT COURT

2      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                   - - -

4   CSX TRANSPORTATION, INC.,          )
                                       )
5              Plaintiff,              )
                                       ) Civil Action
6          vs.                         )
                                       ) Case No.
7   PORT ERIE PLASTICS, INC.,          ) 05-139 Erie
                                       )
8              Defendant.              )

9                   - - -

10         Deposition of JAMES WITKOWSKI

11   Corporate Designee of Port Erie Plastics, Inc.

12          Thursday, February 2, 2006

13                  - - -

14        The deposition of JAMES WITKOWSKI, called as a
    witness by the Plaintiff, pursuant to notice and the
15  Federal Rules of Civil Procedure pertaining to the
    taking of depositions, taken before me, the
16  undersigned, Teresa Constantini Berardi, a Notary
    Public in and for the Commonwealth of Pennsylvania, at
17  the law offices of MacDonald Illig Jones & Britton,
    LLP, 100 State Street, Suite 700, Erie, Pennsylvania
18  16507-1498, commencing at 8:57 a.m. the day and date
    above set forth.

19

20                  - - -

21          COMPUTER-AIDED TRANSCRIPTION BY
            MORSE, GANTVERG & HODGE, INC.
22              ERIE, PENNSYLVANIA
                  814-833-1799

23                  - - -

24

25

---

PAGE 2

2

1 APPEARANCES:

2     On behalf of the Plaintiff:

3       Janssen & Keenan, PC:
        Charles L. Howard, Esquire
4       One Commerce Square
        Suite 2050
5       2005 Market Street
        Philadelphia, Pennsylvania  19103

6

7     On behalf of the Defendant:

8       MacDonald Illig Jones & Britton, LLP:
        Richard J. Parks, Esquire
9       Scott Stroupe, Esquire
        100 State Street, Suite 700
10      Erie, Pennsylvania  16507-1498

11                - - -

12 ALSO PRESENT:

13      John Underwood
        John T. Johnson
14

15                - - -

16

17

18

19

20

21

22

23

24

25

---

PAGE 3

3

1                 I-N-D-E-X

2 EXAMINATION BY:                        PAGE:
  Mr. Howard                              4
3
                  - - -
4
  WITKOWSKI DEPOSITION EXHIBIT NOS.:     PAGE:
5 1 - First Amended Notice of Deposition of   7
      Corporate Designee Pursuant to Rule 30(b)(6)
6
  2 - Purchase orders                     25
7
  3 - Letter dated 7-13-00 to Nexpak from 33
8     Mr. Witkowski

9 4 - Series of email correspondence dated 4-5-02  38

10 5 - Straight bill of lading dated 6-4-04  43

11 6 - Ten bills of lading                  46

12 7 - Memo dated 11-19-04 to Mr. Witkowski from  47
      Mr. Bartosik
13
  8 - Constructive placement notice        52
14
  9 - Document entitled "Port Erie Plastics NA  59
15    124277 Incidentals as of 04-15-05.xls"

16                - - -

17

18

19

20

21

22

23

24

25

---

PAGE 4

4

1           JAMES WITKOWSKI

2 Called as a witness by the plaintiff, having been

3 first duly sworn, as hereinafter certified, was

4 deposed and said as follows:

5           EXAMINATION

6 BY MR. HOWARD:

7    Q   Good morning, Mr. Witkowski.

8    A   Good morning.

9    Q   My name is Chuck Howard, I represent CSX

10 Transportation, Inc. in this lawsuit.

11       We're here today to take your deposition as

12 a Rule 30(b)(6) designee of Port Erie Plastics.

13       Could you state your name and spell your

14 last name for the court reporter?

15   A   James Witkowski, W-i-t-k-o-w-s-k-i.

16   Q   And where do you currently reside?

17   A   7048 Stony Trace Lane, Erie, PA.

18   Q   Have you been deposed in the past?

19   A   Yes.

20   Q   How many times?

21   A   Once.

22   Q   Do you recall what the nature of that case

23 was, what that case was about?

24   A   Not really, no.

25   Q   How long ago was it?

---

PAGE 5

5

1    A   Like, four or five years ago.

2        We did something with another customer.  I

3 can't remember what it was exactly.  I think it was

4 with a nail company.

5    Q   Did it involve Port Erie Plastics?

6    A   Yes.

7    Q   Did it involve a claim for demurrage?

8    A   No.

9    Q   Before we really get started, I just

10 thought I would give you a few instructions.  You

11 probably heard these the last time you were deposed,

12 but I just want to go over them.

13       It's essentially a question and answer

14 session.  I ask the questions and, to the best of

15 your knowledge and recollection, you provide the

16 answers.

17       I don't want you to guess at anything.  If

18 you have to make a reasonable estimate, then let us

19 know that that's what you're doing.

20       If I ask a question and if you answer it,

21 I'll assume that you understood it.

22       Is that fair?

23   A   Yes.

24   Q   If I ask a question and you don't

25 understand it, please don't answer the question.  Ask

SHEET 2    PAGE 6

**6**

1 me to repeat it or rephrase it in a way that you do
2 understand it.
3        My voice drops, and if you don't hear a
4 question, ask me to repeat it.
5        You're currently employed by Port Erie
6 Plastics?
7    A    Yes.
8    Q    In what capacity?
9    A    Purchasing manager.
10    Q    And how long have you been purchasing
11 manager for Port Erie?
12    A    Ten years.
13    Q    How long have you been employed by
14 Port Erie Plastics?
15    A    27, 28.
16    Q    So you were employed as a purchasing
17 manager during the time period in which these
18 demurrage charges arose?
19    A    Yes.
20    Q    What are the job responsibilities of a
21 purchasing manager at Port Erie?
22    A    Oversee the other personnel that work in
23 there, verifying that we're not paying excessive
24 charges for anything, and just overall running the
25 purchasing department.

PAGE 7

**7**

1    Q    And how many other employees do you
2 oversee?
3    A    Two.
4    Q    And who are they?
5    A    They'd be Lisa Grassi, G-r-a-s-s-i, and
6 Mike Maille, M-a-i-l-l-e.
7    Q    During the time period in which these
8 demurrage charges -- and I guess we should be on the
9 same page. We are talking the 2002-2003 time period
10 for these charges.
11        Is that your understanding?
12    A    Yes.
13    Q    Who at Port Erie did you supervise during
14 that time period?
15    A    Would have been a gentleman by the name of
16 Rich Wilson.
17        I don't remember if -- I don't think there
18 was -- I think that was it at that time. I don't
19 think Lucia was there then.
20    MR. HOWARD: Rich, I have copies of
21 everything for you.
22        This is the deposition notice. Mark that
23 as Exhibit 1.
24        (Thereupon, Witkowski Deposition Exhibit
25 No. 1 was marked for identification.)

PAGE 8

**8**

1 BY MR. HOWARD:
2    Q    Mr. Witkowski, the court reporter has
3 handed you a document we've marked as Exhibit 1. It's
4 CSX's First Amended Notice of Deposition of Corporate
5 Designee.
6        Have you seen this document before?
7    A    I don't believe so.
8    MR. PARKS: I don't think you have.
9    Q    So would it be fair to say you have not
10 reviewed the list of topics and items that appear on
11 page 2 of the document?
12    A    Correct.
13    Q    You're being produced here today under a
14 rule that's known as Rule 30(b)(6), and the way that
15 works is, we provided to your counsel a list of topics
16 that we wanted to inquire about today, and you have
17 been produced as one of the people most knowledgeable
18 on the topics that are listed on page 2.
19        I would like you to spend a few minutes and
20 read through these, and let me know when you're
21 finished, and then I have some questions for you.
22    A    Okay.
23    Q    As you read through those, did you
24 understand that a reference to "the defendant" was a
25 reference to "Port Erie Plastics"?

PAGE 9

**9**

1    A    Correct.
2    Q    And references to "the plaintiff" was to
3 "CSX"?
4    A    CSX, correct.
5    Q    Were there any of these items that you
6 believe you do not have -- you're not the person at
7 Port Erie with the most knowledge?
8    A    Yeah. You had -- which one was it in
9 here?
10        You have -- the agreements are No. 4,
11 "Agreements or contracts between the defendant and
12 shippers of the railcars which accrued demurrage
13 charges by the plaintiff," and we didn't have anything
14 to do with the shipping of railcars, so I don't know a
15 whole lot of history behind that.
16    Q    Well, based on your answer that Port Erie
17 didn't have anything to do with the shipping of the
18 railcars, would it be fair to say that there's no one
19 at Port Erie that would have this information?
20    A    We did not ship the railcars. That was
21 handled by Nexpak with BP.
22    Q    Let's look at No. 4.
23        Were there any contracts between Port Erie
24 and the shippers of the railcars?
25    A    No.

10

1    Q    Were there any other items on this list
2  that jumped out at you as something that perhaps
3  you're not the person most knowledgeable?
4         MR. PARKS:  Jim, 1 duplicates 4.
5    A    No.
6    Q    Your counsel made a good point, that 1
7  duplicates 4.
8         In No. 4, what is your understanding of the
9  term "shippers"?
10   A    I'm assuming you meant that we were
11  responsible for, you know, authorizing the shipment of
12  the railcars.
13   Q    I'm sorry.  Let me rephrase the question.
14   A    It says, "Agreements or contracts between
15  the defendant," which would be us, "and the shippers,"
16  which would be, I'm assuming, BP shipping it by
17  however they decided to do it.
18        We don't have anything to do with that.
19   Q    And then No. 1, that's about "Agreements
20  and contracts between" -- what is your understanding?
21   A    Between us and CSX.
22        We did not have a contract with them.
23   Q    So No. 1 and No. 4, essentially, if I were
24  to ask you about these topics, your answer would be
25  that there are no agreements --

11

1    A    No.
2    Q    -- concerning either of those topics?
3    A    Right.  We had no agreements with either
4  CSX or BP.
5    Q    Okay.
6         Is there anyone else at Port Erie who you
7  think might have superior knowledge with respect to
8  any of the topics on this page?
9    A    No.
10   Q    Your counsel produced to CSX documents
11  responsive to our request.
12        Did you have an opportunity to review those
13  documents before they were produced?
14   A    I have seen some documents.  I'm not sure
15  if I've seen everything you're talking about.
16   Q    Were you involved at all in gathering those
17  documents?
18   A    We gave information of what we knew to
19  Mr. Parks, yes.
20   Q    And "we" is whom?
21   A    That would have been all the people at
22  Port Erie, Mr. Johnson and myself.
23   Q    And was there someone at Port Erie who was
24  in charge or coordinated that effort?
25   A    Would have been Mr. Johnson or Mr. Fahey.

12

1  He was the one that was doing it at that time.
2         MR. PARKS:  Well, tell him what time frame
3    you're talking about.
4    A    Oh, Brian Fahey left us, like, a year and a
5  half ago, or something.
6         Prior to that, he was involved with trying
7  to work this out.
8    Q    Let me backtrack again.
9         I don't remember exactly when we served
10  Port Erie with document requests, but it would have
11  been in the last eight or nine months, so Mr. Fahey
12  would not have involved in gathering documents
13  responsive to the request?
14   A    No.  That would have been prior stuff where
15  this had gone back into the 2003-2004 time frame then.
16   Q    But in response to our document request,
17  would Mr. Johnson have been the person coordinating
18  that effort --
19   A    Correct.
20   Q    -- and not you?
21   A    Correct.
22   Q    All right.  No. 10 refers to "Responses to
23  interrogatories directed to the defendant in this
24  case."
25        What is your understanding of that phrase?

13

1    A    What are you calling an interrogatory?
2    Q    CSX served a series of questions, written
3  questions, on your counsel, and they're called
4  interrogatories, they're questions about the case, a
5  variety of the topics, and we received responses to
6  those interrogatories.
7         MR. HOWARD:  Rich, just for the record, I
8    was looking at them today.
9         I don't believe they were ever verified, so
10   there's really nobody that signed off on them
11   from --
12        MR. PARKS:  No, they were not verified.
13   There were compiled from the information
14   contained.
15        MR. HOWARD:  Okay.
16  BY MR. HOWARD:
17   Q    Do you recall -- and I have it here, but I
18  just want to know if you have a recollection.
19        Do you recall seeing a series of formal
20  answers to the questions that we --
21   A    No.
22   Q    Do you know if anyone else at --
23   A    I don't know if they did or not.
24   Q    Later on, I'll have the actual
25  interrogatories and you can see them and we can

SHEET 3  PAGE 14

**14**

1 confirm that you've never seen them before.
2        How long has Port Erie been in business?
3    A    53 years.
4    Q    And what is the business of Port Erie
5 Plastics?
6    A    It's a custom injection molder.
7    Q    Does Port Erie produce a product?
8    A    We produce various products for various
9 customers.
10        We're into home medical stuff.
11        We're into, at one time, toys.
12        We're into plumbing products.
13        Pretty much we will make whatever our
14 customer want us to if we have the capabilities.
15    Q    And I would say the thing that's common to
16 all these products is that they're made out of some
17 type of plastic?
18    A    Plastic, correct.
19    Q    What did you do, if anything, to prepare
20 for this deposition?
21    A    Basically a mental note of what I remember
22 happening in the past, just trying to think if I could
23 remember the entire scenario, how we used to deal
24 business with Nexpak.
25    Q    Did you review any documents?

PAGE 15

**15**

1    A    My affidavit that I have there
2 (indicating), and I looked through a couple notes and
3 stuff I had made in this entire process, but I really
4 didn't go through anything.
5    Q    Did you speak with anyone other than your
6 counsel in getting ready for this deposition?
7    A    No.
8    Q    You made reference to an affidavit.
9        Do you have that with you?
10        MR. PARKS:  It's not filed yet of record.
11    We're not going to allow that to be produced.
12        MR. HOWARD:  Okay.
13        MR. PARKS:  He does have an affidavit that
14    has been prepared.  It's not filed of record or
15    anything else.
16        MR. HOWARD:  I couldn't remember whether
17    you had attached one.
18        MR. PARKS:  No.
19        MR. HOWARD:  So I didn't know if it was
20    something I had seen before or not.
21        MR. PARKS:  No, it's not a pleading of
22    record yet.
23 BY MR. HOWARD:
24    Q    You've made references to Nexpak.
25        What was the business relationship between

PAGE 16

**16**

1 Nexpak and Port Erie?
2    A    We molded DVD cases for them.
3    Q    And when did Port Erie acquire that
4 particular customer or that contract or whatever
5 governed that business relationship?
6    A    2000-2001, somewhere in that time frame.
7    Q    And I understand that there's no longer a
8 business relationship between Port Erie and Nexpak?
9    A    No.
10    Q    In fact, it's my understanding that Nexpak
11 is in bankruptcy?
12    A    They were.  I believe they've come out
13 already.
14        MR. PARKS:  Their plan of reorganization
15        was confirmed by the court, Northern District of
16        Ohio, Canton.
17 BY MR. HOWARD:
18    Q    Port Erie is not doing any business today
19 with Nexpak?
20    A    No.
21    Q    When did that business relationship end?
22    A    Late 2004.  I believe it was 2004.
23    Q    Explain for me how the Plastek -- give me
24 some more detail on how the Nexpak and the Plastek
25 relationship worked in terms of getting the --

PAGE 17

**17**

1        MR. PARKS:  Plastek?
2        MR. HOWARD:  I'm sorry.
3 BY MR. HOWARD:
4    Q    The Nexpak and Port Erie Plastics
5 relationship worked.
6    A    We were a molder for Nexpak, we produced
7 the cases, and then shipped them to their customers.
8    Q    Who supplied the raw material for the
9 cases?
10    A    Nexpak purchased it and would supply it to
11 us.
12    Q    What did you charge Nexpak for your
13 services?
14    A    We charged them for molding, which was a
15 number that based on our internal costs, and then we
16 were -- had to include in our costs a number of what
17 Nexpak wanted us to charge them back for resin.
18    Q    I'm not quite sure I understand your
19 answer.
20    A    Our costs of a DVD case included our
21 molding, and then Nexpak told us that we had to
22 include a cost for the resin in there even though we
23 never purchased it.
24    Q    So Nexpak was the supplier of the resin to
25 Port Erie?

PAGE 18

**18**

```
 1   A    Correct.
 2   Q    Do you know where Nexpak got the resin?
 3   A    BP.
 4        I'm assuming it was down in Texas, but I'm
 5   not sure.
 6   Q    Who arranged for the transportation of the
 7   resin from BP to Erie, Pennsylvania?
 8   A    I'm assuming it was either BP or Nexpak.
 9   Q    Did --
10        MR. PARKS: One second.
11        Don't assume. If you don't know, you don't
12   know.
13   A    It was not Port Erie, is what I can tell
14   you for sure.
15   Q    Did Port Erie have any contact with BP
16   concerning the resin product?
17   A    We had contact with the sales rep only
18   because he would check on his product.
19   Q    And when the sales rep -- were these
20   contacts initiated by a BP sales rep?
21   A    Yes.
22   Q    And what was he checking on?
23   A    Just to see how the material was running,
24   if we had any concerns.
25   Q    Did Port Erie have any contact with BP
```

PAGE 19

**19**

```
 1   concerning the shipment of the resin?
 2   A    No.
 3   Q    Did Port Erie have any contact with Nexpak
 4   concerning the shipment of the resin?
 5   A    No.
 6   Q    Who decided when a shipment of resin would
 7   leave the BP facility?
 8   A    That was worked out between Nexpak and BP,
 9   based on the number of machines that we were running.
10   Q    How would Nexpak or BP know at any given
11   time how many machines you were running?
12   A    We daily updated them as far as the
13   production off of each machine and how many machines
14   we were producing.
15   Q    And how were those daily updates
16   communicated to -- well, strike that.
17        Were those daily updates communicated to
18   both Nexpak and BP?
19   A    No, only Nexpak.
20   Q    Is that by phone, by fax, email?
21   A    Could be by all of them.
22   Q    Running at full capacity, how many machines
23   would you be running?
24   A    At one time, we were running 20 presses.
25   That was not a constant number, though.
```

PAGE 20

**20**

```
 1   Q    What was your understanding of what Nexpak
 2   did with the information that you sent to it
 3   concerning the number of machines you were running?
 4   A    They would verify that their orders were
 5   being met, and if they needed to increase or decrease
 6   machines to meet their customers requirements.
 7        And from there, they would probably
 8   determine if they had enough material in the system
 9   for us to produce.
10   Q    Would Nexpak determine how many machines
11   Port Erie would be running at any given time?
12   A    For their product, yes.
13   Q    Are you familiar with an entity known as
14   Plastek?
15   A    Yeah.
16   Q    What is your understanding of Plastek's
17   business?
18   A    They are a molder of plastic products.
19   Q    Do you know if they do anything else other
20   than mold?
21   A    No, they --
22   Q    Do you have an understanding of the
23   different carriers, rail carriers, that moved the
24   freight from the BP facility to Erie, Pennsylvania?
25        Do you know what carriers they were --
```

PAGE 21

**21**

```
 1   A    No.
 2   Q    -- other than CSX?
 3   A    No.
 4   Q    Is it your understanding that CSX carried
 5   the freight from BP all the way to Erie?
 6   A    Yes.
 7   Q    So you're not aware of any other carrier
 8   involvement?
 9   A    No.
10   Q    When the resin arrived at the Port Erie
11   facility, was it accompanied by a bill of lading?
12        MR. PARKS: Well, Port Erie does not have a
13   rail facility.
14        MR. HOWARD: Okay.
15        MR. PARKS: Are you talking about
16   Presque Isle Trucking?
17        MR. HOWARD: Hold on a minute.
18        Just strike the last question.
19        MR. PARKS: I have a horrible time keeping
20   those straight, too.
21        MR. HOWARD: I couldn't remember exactly,
22   so I'll just strike the question, I'll ask
23   again.
24   BY MR. HOWARD:
25   Q    When the resin arrived at the Port Erie
```

**22**

1 facility, was it accompanied by a bill of lading?
2  A   No.
3  Q   And when it arrived at the Port Erie
4 facility, who brought it to the Port Erie facility?
5  A   Presque Isle Trucking.
6  Q   Did Port Erie have a relationship with
7 Presque Isle Trucking?
8  A   We used them to bring the product to our
9 facility, yes.
10  Q   And where was Presque Isle bringing the
11 product from?
12  A   Wherever the railcars were put.  I don't
13 know.
14  Q   You understand that at some point this
15 product was shipped by rail; correct?
16  A   Correct.
17  Q   But it arrived at your facility by truck.
18       Do you know where it was transferred from
19 the railcar to the truck?
20  A   One place used to be Mount Fort Terminal,
21 but I am not sure if all the material came through
22 there.
23  Q   Do you know where that transfer would have
24 been made during the 2002-2003 time period?
25  A   No.

**23**

1  Q   Did Port Erie have anything to do with the
2 scheduling of the shipments from BP to Pennsylvania?
3  A   No.
4  Q   Was Port Erie ever notified when those
5 shipments left the BP facility?
6  A   No.
7  Q   When did Port Erie receive notification
8 that shipments had arrived in Erie?
9  A   We would receive a weekly inventory from
10 Presque Isle Trucking, and on there it would list what
11 cars he had.
12  Q   And what was the purpose of having that
13 weekly inventory sent to Port Erie -- strike that
14 question.
15       What use did Port Erie make of that
16 inventory?
17  A   It was used for Port Erie and Nexpak, just
18 to see what inventory was available for production.
19  Q   Do you know whether that weekly inventory
20 was also supplied to Nexpak?
21  A   Yes, it was.
22  Q   How did Presque Isle know when Port Erie
23 needed a shipment of resin?
24  A   Presque Isle was in contact with our
25 inventory department, and if we felt we needed more

**24**

1 resin, they would literally, you know, contact us in
2 the morning and we would let them know whether we
3 needed resin brought over.
4  Q   Who would contact who?
5  A   Presque Isle Trucking would contact our
6 inventory -- would contact Port Erie's inventory
7 department.
8  Q   What would Presque Isle ask your inventory
9 department?
10  A   "Do you need a truckload of resin today?"
11  Q   During the 2002-2003 time period, what
12 Port Erie employees were in your inventory department?
13  A   The ones -- that would have been
14 David Nickle and Mel Fields, but I don't remember the
15 other people.
16  Q   Are they still employed by Port Erie?
17  A   Yes.
18  Q   In what capacity?
19  A   Inventory.
20  Q   Was this communication between Presque Isle
21 and Port Erie always initiated by Presque Isle, or did
22 your inventory department ever call Presque Isle and
23 say, "We need more resin?"
24  A   I don't know.
25  Q   Who would know?

**25**

1  A   I don't know.
2       Either Dave or Mel.
3  Q   What role, if any, would Nexpak have had in
4 ordering resin from Presque Isle?
5  A   Nexpak ordering the resin from
6 Presque Isle?
7  Q   Yes.  Let me back up a little bit.
8       We just talked about Presque Isle
9 contacting the Port Erie inventory department to see
10 if Port Erie needs more product brought it.
11  A   More material, correct.
12  Q   Do you know if Nexpak had any involvement
13 in that type of communication?
14  A   I don't know if they did or not.
15  Q   Did Nexpak keep one of its own company
16 representatives at the Port Erie facility?
17  A   No.
18  Q   Who at Nexpak did you have direct
19 communications with concerning the supply of the
20 resin?
21  A   I would have been Kevin Kirtz, and at
22 one time it could have been Steve Schaetzle.
23       MR. HOWARD:  Mark this as Witkowski 2.
24       (Thereupon, Witkowski Deposition Exhibit
25 No. 2 was marked for identification.)

PAGE 26

26

1 BY MR. HOWARD:
2    Q    Mr. Witkowski, the court reporter has
3 handed you a document that we've marked as Exhibit 2.
4         Can you identify this document?
5    A    It's a purchase order.
6    Q    And it's a purchase order submitted by
7 whom?
8    A    By me.
9    Q    To whom?
10   A    Nexpak.
11   Q    What is being ordered on this purchase
12 order?
13   A    Resin and film.
14   Q    And is the resin that's being ordered the
15 resin that we've been talking about since we started
16 this morning?
17   A    Correct.
18   Q    And would those be the first two items
19 listed in the purchase order, the Amoco 8941 and the
20 Amoco 8931?
21   A    Correct.
22   Q    Now, this particular purchase order is
23 dated March of 2004.
24        Do you see that up in the upper right-hand
25 corner?

PAGE 27

27

1    A    Correct.
2    Q    So this particular resin would not have
3 been on a railcar at issue in this lawsuit; would you
4 agree with that characterization, since we're talking
5 about railcars that arrived in Erie 2002-2003?
6    A    This material was received in bulk trucks
7 from Presque Isle.
8    Q    But this is a purchase order that, and
9 correct me if I'm wrong, was sent by Port Erie to
10 Nexpak?
11   A    Correct.
12   Q    In March of 2004?
13   A    Correct.
14   Q    So this would not have been shipped in
15 2002-2003?
16        I mean, that's obvious.
17   A    Correct, yeah.
18   Q    Were purchase orders of this type prepared
19 during the relevant time period by Port Erie and
20 sent --
21   A    This was --
22   Q    No, hold on.  You know what my question is,
23 so you're doing what's natural, but let me finish the
24 question.
25        Is this the type of purchase order that

PAGE 28

28

1 would have been prepared by Port Erie and sent to
2 Nexpak during the time period we're talking about,
3 2002-2003?
4    A    These purchase orders not sent to Nexpak.
5         These purchase orders were for internal use
6 of Port Erie to receive the material into our system.
7    Q    This purchase order identifies Nexpak as a
8 vendor.
9         Nexpak did not sell this material?
10   A    We had a relationship with them that after
11 we produced the product, we would invoice them for the
12 finished product, and they would debit us -- it's
13 money they would owe us -- they would debit us our
14 account based on the pricing they told us to use for
15 the material.
16        This was a purchase order designed so that
17 we could get the material into our system and generate
18 the correct pricing when we sold the product to
19 Nexpak, and allow our inventory MRP system to generate
20 the requirements.
21   Q    At the bottom of the lower right-hand
22 corner of the document, it gives a grand total for
23 this order.  It's over a million dollars.
24        Now, what does that represent; what is
25 Port Erie paying a million dollars for?

PAGE 29

29

1    A    For the items on here as we put them into
2 our system.
3         I mean, we needed something on our system
4 to be able to receipt the material received from
5 Presque Isle Trucking, and we had to have that in our
6 inventory system at a dollar value when we would
7 invoice Nexpak after we produced the product, and the
8 number of the material cost had to match what Nexpak
9 told us to use because they would debit us that amount
10 per pound.
11   Q    At what point in this whole process did
12 Port Erie invoice Nexpak?
13   A    After the product was produced off the
14 machines.
15   Q    And I'm sure you've already answered this
16 and I didn't understand it, but what does this price
17 that appears on Exhibit 2, where does that fit into
18 the final invoice?
19   A    This is the pricing that Nexpak told us to
20 use in our costing when we would do our final thing.
21        We had a material cost -- in this case, it
22 was 57 cents per pound for the one resin -- that we
23 had to include in our final cost to them and our
24 molding cost, put those two together.
25        We would invoice Nexpak for that, and then

**30**

1 rather than paying us a check for that amount, they
2 would deduct this amount from us, the material costs.
3   Q   So --
4   A   They still owned the resins, so they
5 would -- they weren't going to let us, you know,
6 double do something here.
7   Q   Would the invoice that actually was sent to
8 Nexpak, would there be a way to connect that to this
9 internal document?
10   A   I don't have anything to do with invoicing,
11 so I'm not sure, other than our material had a cost on
12 the system based on what we would have ordered it at
13 internally.
14   Q   So the material that's being -- I'm going
15 to say sold, but I understand that this is not a
16 record -- based on what you've told me, this is not a
17 record of a sale.
18   A   Right.
19   Q   The material cost was just little over a
20 million dollars --
21   A   Yes.
22   Q   -- for the total thing, and then you're
23 paying 57 cents a pounds for, it looks like a million
24 pounds of one type of resin and a million pounds of
25 another?

**31**

1   A   Correct.
2   Q   I'm still just having a little trouble
3 understanding what was finally submitted to Nexpak in
4 terms of an invoice.
5       You've talked about the cost, and I
6 apologize for not understanding.
7   A   Well, you have a molding cost.
8 In other words, you run the machine and put
9 the labor into it and give them a final product.
10 Okay? You have that cost and then you have the
11 material cost.
12       Those have to go together, and then you
13 give them a final selling price, which is what we
14 would invoice them for.
15       They would not pay our invoices at the
16 final selling price. They would deduct the material
17 cost back out of it because they already owned the
18 material.
19   Q   All right. So, essentially, they were just
20 charged for your --
21   A   Machine.
22   Q   -- services in molding --
23   A   Correct.
24   Q   -- the resin?
25   A   Correct.

**32**

1   Q   Was a document like this created for
2 every -- I can't use the word "purchase" after what
3 you told me -- for every transfer of material?
4   A   We did these on a monthly basis. That's
5 why it says "Nexpak 0304."
6       We would -- every month, we would have a
7 purchase order, and next month would have been "0404."
8   Q   On the first page of the exhibit, there are
9 a lot of handwritten notes.
10   A   Correct.
11   Q   What is going on there; do you know?
12   A   Those are the dates with the pounds that
13 were received.
14   Q   Received where?
15   A   Basically into our facility.
16   Q   And do you recognize the handwriting there?
17   A   No. I mean --
18   Q   It's not yours?
19   A   No.
20   Q   Would it be your understanding that would
21 be somebody in your inventory department?
22   A   It would have been -- it could have been
23 someone else that was doing the receipts at that time,
24 yes.
25       I don't know whose that is. I don't know

**33**

1 whose that is.
2       MR. HOWARD: Mark that as Witkowski 3.
3       (Thereupon, Witkowski Deposition Exhibit
4 No. 3 was marked for identification.)
5 BY MR. HOWARD:
6   Q   I'm going to back up just a little bit
7 until I have a real good understanding of the final
8 invoice that Port Erie Plastics sent to Nexpak.
9       Did you send those invoices to Nexpak on a
10 monthly basis?
11   A   I don't know how they were generated. I
12 had nothing to do with invoicing.
13   Q   Do you know whether the invoice identified
14 a specific number of DVD cases?
15   A   It would have a quantity shipped and
16 Nexpak's number on it.
17       All of our invoices are like that.
18   Q   And that would be a quantity shipped from
19 whom to whom?
20   A   From Port Erie to whoever Nexpak needed it
21 shipped to at that time.
22   Q   That would be one of Nexpak's customers?
23   A   Correct.
24   Q   The invoice that was sent from Port Erie to
25 Nexpak would have been for, essentially when all the

PAGE 34

**34**

1 dust settled, Port Erie's costs in making these DVD
2 cases?
3    A    There was a cost for us to manufacture it
4 as well as --
5    Q    Manufacturing cost, not material cost.
6    A    It had -- no, it was everything in there,
7 material and manufacturing.
8    Q    I think you said that there was a debit
9 back to --
10    A    We -- and, again, I am not --
11    Q    -- Port Erie?
12    A    -- into accounting as far as that went.
13        They would take our invoice, from my
14 understanding, and debit the material cost back out
15 based on what they knew the material was in that
16 product.
17    Q    So when the invoice was paid by Nexpak to
18 Port Erie, Port Erie would just receive the molding
19 cost?
20    A    I don't know. I do not do invoicing or
21 accounting.
22    Q    Do you know if Mr. Johnson would know?
23    A    Yes.
24    Q    All right. Let's take a look at Exhibit 3,
25 Witkowski 3.

PAGE 35

**35**

1        Could you identify this document for us,
2 please?
3    A    Yes.
4        It's a letter that was sent by me to Nexpak
5 in July of 2000.
6    Q    Is that your signature?
7    A    Yes.
8    Q    And the first sentence says, "I just wanted
9 to confirm my understanding of the arrangement we have
10 in place with regards to the shipment of resins to
11 Port Erie Plastics since the situation is a little
12 unique."
13        What was unique about the situation?
14    A    Usually when Port Erie is molding a
15 product, we purchase the resin.
16        In this case, we did not purchase the resin
17 to bring in.
18    Q    Why did Port Erie have this type of
19 relationship with Nexpak?
20    A    This is what Nexpak wanted.
21    Q    Do you know why this is what they wanted?
22    A    No.
23    Q    Did Port Erie have other suppliers of resin
24 that you would make -- use for injection molding?
25    A    Other than BP?

PAGE 36

**36**

1    Q    Other than Nexpak.
2    A    Nexpak was my customer. They wanted to
3 control the resin that way.
4    Q    Did this particular agreement that's
5 memorialized here on Exhibit 3, did this govern all
6 shipments of resin to Port Erie Plastics?
7    A    For Nexpak.
8    Q    For Nexpak.
9        That's a "yes"?
10    A    Yes.
11    Q    Okay.
12        The second sentence is, "We will be
13 operating with the understanding that ownership of the
14 resin will not transfer until the material is
15 delivered to our facility in Harborcreek, PA."
16        This transfer of ownership, did that occur
17 when it was put into the -- I understand that this
18 stuff was stored in silos at Port Erie?
19    A    Correct.
20    Q    Is your understanding that Port Erie now
21 owned the resin?
22    A    After it was delivered by Presque Isle
23 Trucking, yes.
24    Q    So once it goes into the silo, then
25 Port Erie owns it?

PAGE 37

**37**

1    A    Yes.
2    Q    But there had been no exchange of dollars
3 for that product as of that point yet; is that
4 correct?
5    A    Correct, correct.
6    Q    And that wasn't going to occur -- no money
7 would change hands until Port Erie had used the resin
8 to make the DVD cases?
9    A    That would be my understanding, yes.
10    Q    And the last sentence of the first
11 paragraph says, "Therefore, ownership and all risk of
12 loss will remain with Nexpak, and or the shipping
13 companies, while the resin is in transit and or in
14 storage at the Plastek storage facility."
15        The phrase "risk of loss," what is your
16 understanding of what was intended there?
17    A    Anything that would happen to the resin was
18 not our responsibility until it hit our silo.
19    Q    Do you recall, during the relationship that
20 Port Erie had with Nexpak, whether there had been
21 losses of resin while in transit?
22    A    I don't know of any.
23    Q    And there's a reference there to "the
24 shipping companies."
25        What is your understanding of who the

SHEET 6   PAGE 38

**38**

1 shipping companies are?
2   A   Whoever Nexpak had determined to ship the
3 product in.
4   Q   So that's a reference to the carriers?
5   A   Yes.
6   Q   And "the Plastek storage facility," where
7 is the Plastek storage facility?
8   A   I believe that to be the Mount Fort
9 Terminal.
10   (Thereupon, Witkowski Deposition Exhibit
11 No. 4 was marked for identification.
12 BY MR. HOWARD:
13   Q   I've handed you what we've marked as
14 Witkowski 4.
15   Do you recognize this document?
16   A   Yeah.
17   Q   It looks like there are two emails here.
18 The first one is to you and a LaDonna Radig.
19   Who is LaDonna Radig?
20   A   I believe she was a salesperson for another
21 material company.
22   Q   And then there are some cc's at the top.
23   Beth Clapper, does that name ring a bell?
24   A   She was at Nexpak.
25   Q   And what did she do for Nexpak?

PAGE 39

**39**

1   If you know.
2   A   I don't know.
3   Q   What about Steve Schaetzle?
4   A   He was the guy at Nexpak that would
5 schedule the material.
6   Q   And by "schedule the material," you mean
7 scheduling the arrival of the resin at --
8   A   Ordering the resin.
9   Q   Ordering the resin.
10   How about Dennis Summers?
11   A   I believe he was plant manager for Nexpak.
12   Q   And what is Atofina?
13   A   A material company.
14   Q   Did Atofina supply material to Port Erie
15 for Nexpak?
16   A   They sold material to Nexpak that Nexpak
17 supplied to us.
18   Q   For the same DVD cases, same types of
19 products?
20   A   A different style, yes.
21   Q   Let's look at the email at the bottom.
22   It's from Mr. Schaetzle, I think you've
23 identified as the person at Nexpak who scheduled the
24 deliveries of the resins or the orders of the resin.
25 It's dated Friday, April 5th, 2002.

PAGE 40

**40**

1   Do you recall receiving this email?
2   A   No, but I must have.
3   Q   You don't doubt that you received it?
4   A   Yeah, I must have received it, yes.
5   Q   Okay.
6   The text of the email is, "The Nexcase
7 Case's will be molded out of a homopolymer from
8 Atofina. I want to move 3 bulk trucks from East
9 Canton initially to PEP to support your startup
10 production."
11   What's your recollection of what that's all
12 about, that particular sentence?
13   A   They had another mold that they wanted us
14 to run, and they needed to get material to us quickly.
15   Q   And then it goes on to say, "Beyond that we
16 will need to move railcars to your local terminal just
17 like we do with BP."
18   Do you know what the reference to "local
19 terminal" is?
20   A   Mount Fort Terminal.
21   Q   And the phrase "just like we do with BP" is
22 essentially -- it sounds like Nexpak has said it wants
23 you to set up the same type of arrangement for getting
24 this material that you did with BP?
25   A   We did not schedule the material with BP.

PAGE 41

**41**

1   I mean, that was -- again, Mr. Schaetzle
2 would schedule the material into the terminal that
3 would allow us to pull the material out.
4   Q   But the Atofina material was going to go to
5 the same place that the BP material was going to go
6 to, Mount Fort?
7   A   Correct.
8   Q   Is that your understanding?
9   A   Yes.
10   Q   And then it goes on to say, "I need you to
11 start working with Mark Monjot from Atofina and
12 LaDonna Radig from Atofina on your requirements."
13   Explain the reference to "on your
14 requirements."
15   A   That never happened, is what was in there.
16   We would not contact Mark or LaDonna. We,
17 again, would deal with Nexpak as far as that,
18 scheduling the material.
19   Q   And then, of course, it goes on to say,
20 "Just like you work with Jamie and Tracy from BP."
21   A   Right. Those were the sales rep I had
22 talked to you about and the customer service.
23   Q   What was Port Erie's requirements that were
24 communicated to Jamie and Tracy from BP?
25   A   We did not give BP requirements.

PAGE 42

**42**

1    Q    Do you have any understanding of why
2 Mr. Schaetzle would think that Port Erie was
3 communicating requirements to BP?
4    A    No.
5    Q    Did you ever ask Jim about this particular
6 sentence?
7    A    I assumed that it would work the same way
8 with BP, as far as they would order the material, it
9 would come in, and then as we would need it, it would
10 be taken from the railcar.
11        Yeah, Debbie would be the one that would
12 have done that, Debbie Beiter, who is Nexpak's, I
13 believe, purchasing person. She would schedule the
14 materials.
15    Q    The next paragraph goes on to say, "The
16 process with Atofina will be the same. Nexpak will
17 give Atofina a blanket order, and they will ship
18 railcars to your terminal based on the requirements
19 you give them, but bill Nexpak for the railcars."
20        What is your understanding of the phrase
21 "but bill Nexpak for the railcars"?
22    A    They owned the material, Nexpak.
23        We never received or owned the material, so
24 we were never billed for it.
25    Q    Is this a reference to Atofina billing

PAGE 43

**43**

1 Nexpak for the material or for railcars?
2    A    The material. The material came in
3 railcars.
4    Q    Right.
5    A    So railcars would have been material, in my
6 mind.
7    Q    And the next sentence goes on, "Nexpak will
8 debit PEP for the railcar."
9        What is that a reference to?
10    A    That's the relationship where I said after
11 we mold the product, there was a fixed price.
12        And, again, I do not know how that worked.
13    Q    So the debit -- it's your understanding
14 that the debit that's referenced in that sentence had
15 to do with the debit that we spoke about earlier for
16 the material cost that would be applied to the
17 Port Erie invoice to Nexpak?
18    A    Correct.
19    Q    I think you just mentioned a Debbie Belter.
20 Is that her name?
21    A    Debbie Beiter.
22    Q    Debbie Beiter?
23        MR. HOWARD: Mark this as No. 5.
24        (Thereupon, Witkowski Deposition Exhibit
25 No. 5 was marked for identification.)

PAGE 44

**44**

1 BY MR. HOWARD:
2    Q    The court reporter has handed you what we
3 marked as Witkowski 5. It appears to be a straight
4 bill of lading short form, it has a date of June 4th,
5 2004, and this was a document that was produced to us
6 by your counsel.
7        Do you recognize this document?
8    A    I know what it is.
9    Q    What is it?
10    A    It's saying it's a bill of lading for
11 something that was shipped.
12    Q    Did Port Erie receive bills of lading like
13 this for the shipments of the resin?
14    A    No.
15    Q    Do you know how this came to be in
16 Port Erie's files?
17    A    No.
18    Q    Do you know who would know?
19    A    No.
20    Q    This identifies Port Erie Plastics as the
21 "Ship to" or the "Consignee" party.
22        Do you see that?
23    A    Yes.
24    Q    Do you have an understanding of why
25 Port Erie Plastics would have been identified as the

PAGE 45

**45**

1 consignee on the bill of lading?
2    A    No.
3    Q    And it gives the destination as Mount Fort
4 Terminal.
5        Do you know who would have decided that
6 Port Erie would be identified as the consignee with an
7 address of --
8    A    I'm not sure what "consignee" really means
9 as far as this relationship, other than that Mount
10 Fort Terminal is where the material ended up at.
11    Q    Do you know how it got to the Mount Fort
12 Terminal?
13    A    However Nexpak and BP scheduled it.
14    Q    Do you know whether Port Erie Plastics
15 would have a bill of lading like this for every car
16 that's at issue?
17    A    No, we would not.
18        I -- we received notice of the railcar that
19 was in the Mount Fort Terminal based on the weekly
20 inventory that we received from Presque Isle Trucking.
21        Never saw any bills of lading.
22    Q    Now, the materials that are being shipped
23 here, this is a bill of lading for the type of resin
24 you were receiving from BP, correct, the 8941?
25    A    Yes.

SHEET 7   PAGE 46

**46**

1    MR. HOWARD:  Mark this as 6.
2    (Thereupon, Witkowski Deposition Exhibit
3 No. 6 was marked for identification.)
4 BY MR. HOWARD:
5    Q    The court reporter handed you what she has
6 marked as Exhibit 6, and this is a collection of what
7 appears to be freight bills.
8        Your counsel produced a substantial number
9 of similar documents. I'm just going to get this
10 small sampling marked.
11        Could you identify this document?
12    A    This is a ticket that we would receive when
13 Presque Isle Trucking would deliver the resin to
14 Port Erie.
15    Q    And there are about seven or eight or
16 nine pages attached as part of this exhibit.
17        Are these all essentially the same thing as
18 you just described them?
19    A    Yes.
20    Q    These are freight bills that Presque Isle
21 sent to Port Erie for the transport of the resin from
22 Mount Fort to Port Erie; would that be an accurate
23 characterization of these documents?
24    A    Yes.
25    MR. HOWARD:  Can we take about a

PAGE 47

**47**

1    five-minute break, Rich?
2    MR. PARKS:  Sure.
3    MR. HOWARD:  I want to look at my notes and
4 see if there's anything else I want to ask.
5    (Recess taken.)
6    MR. HOWARD:  Mark that as 7.
7    (Thereupon, Witkowski Deposition Exhibit
8 No. 7 was marked for identification.)
9 BY MR. HOWARD:
10    Q    The court reporter has handed you what has
11 been marked as Exhibit 7.
12        Are you familiar with this type of
13 document?
14    A    Yes.
15    Q    And what is this document?
16    A    This is the inventory that we receive
17 weekly from Presque Isle Trucking.
18    Q    This particular inventory sheet is dated
19 November 19th, 2004 which, of course, is well after
20 the relevant time period in this case.
21        Do you know if -- and this document was
22 provided to me by a gentleman named Steve Bartosik.
23        Do you know if Port Erie has copies of
24 inventory sheets such as this during the relevant time
25 period?

PAGE 48

**48**

1    A    We would receive them by email.
2 I'm not sure if we still have copies of
3 them.
4    Q    Do you know if anyone looked on your
5 servers or computers to see whether these emails --
6    A    I do not know.
7    Q    Do you know if Mr. Johnson would know?
8    A    I do not know that.
9    Q    And is it your testimony that a document of
10 this type, similar to this type, would arrive from
11 Presque Isle Trucking on a weekly basis to Port Erie?
12    A    Correct.
13    Q    What is your understanding of the column
14 that says "Date Placed," or do you have an
15 understanding of what that means?
16    A    My understanding of this is the cars that
17 Mr. Bartosik had in his possession at the Mount Fort
18 Terminal.
19    Q    The second car on this inventory is
20 identified as being full.
21        What is your understanding of what that
22 means?
23    A    It is a full railcar of resin.
24    Q    So at the time you received this, that
25 second car, it would have been your understanding that

PAGE 49

**49**

1    that car was still full of resin that hadn't been
2 brought over to your facility?
3    A    Correct.
4    Q    It also would be your understanding that
5 that car had arrived or had been placed at the
6 Mount Fort facility on July 26th?
7    A    Correct.
8    Q    This particular inventory sheet was
9 prepared almost four months later, November 19th,
10 2004.
11        Would that car have begun to appear on
12 the inventory sheets back when it was originally
13 placed?
14    A    If it was in the Mount Fort Terminal and
15 Steve had control of it, yes.
16    Q    So assuming that the information on this
17 sheet is correct, that every weekly inventory sheet
18 that you had received since the placement of that car
19 would have reflected the fact that that car was at the
20 Mount Fort facility?
21    A    Yes.
22    Q    Now, the first car there indicates that
23 it's only quarter full, and there's an entry in the
24 column headed or identified as "Date Tapped."
25        Could you explain what's being reported

50

1    there?

2    A    "Date Tapped" means that would be the first

3    day that Presque Isle Trucking would pull material

4    from the railcar.

5    Q    So we could assume or we could believe that

6    on October 25th, Presque Isle took three quarters of

7    that car --

8    A    No.

9    Q    -- put it in one of its trucks and brought

10    it over to --

11    A    No, one quarter of that car.

12        When a -- he would take one compartment of

13    the four on 10-25, and when he would take the second

14    compartment, he would change that to be two of four,

15    but he would not change the "Date Tapped."

16    Q    So that particular car, where it says

17    "1/4," only one compartment has been emptied?

18    A    Correct.

19    Q    And three still have material in them?

20    A    Correct.

21    Q    And it would be this inventory sheet that

22    Port Erie would use to determine what resin was

23    available for production?

24    A    This inventory sheet would do us and

25    Nexpak, and they would determine what we needed to

51

1    have for production.

2    Q    How do you know that this was also sent to

3    Nexpak?

4    A    Because they used to get it as well.

5        I'm not sure whether it was faxed or

6    emailed.

7    Q    And what is the basis for your

8    understanding that they used to get it?

9    A    They told us they used to get it.

10    Q    By whom were you told?

11    A    Either Steve Schaetzle or Kevin Kirtz,

12    whoever was responsible at that time.

13        In this case, it would have been

14    Kevin Kirtz.

15    Q    Why are you saying in this case it would be

16    Kirtz; because of the date?

17    A    Because of transition from Steve to Kevin.

18        But for that date, that sheet here would

19    have gone to Kevin.

20    Q    What about the relevant time period,

21    2002-2003, would that have been Schaetzle?

22    A    Correct.

23    Q    Do you know where Mr. Schaetzle works now?

24    A    No, no, I don't.

25    Q    But Mr. Johnson does.

52

1        Well, then, I'll ask him that later.

2    A    Okay.

3        MR. HOWARD:  Mark this as 8.

4        (Thereupon, Witkowski Deposition Exhibit

5    No. 8 was marked for identification.)

6    BY MR. HOWARD:

7    Q    The court reporter has handed you what has

8    been marked as Witkowski 8.

9        Is this a document that you're familiar

10    with?

11    A    No.

12    Q    Have you ever seen a document of this type

13    before?  Do you know what a constructive placement

14    notice is?

15    A    I believe it's when it's actually

16    transferred into the Mount Fort Terminal.

17    Q    And what is the basis of that belief?

18    A    Just what I believe.

19    Q    Did Port Erie Plastics receive constructive

20    placement notices for cars arriving at Mount Fort?

21    A    No.

22    Q    Did they receive constructive placement

23    notices for cars arriving anywhere in Erie?

24    A    No.

25    Q    Do you know why, at the bottom of this

53

1    page, Port Erie Plastics would be identified on this

2    particular notice?

3    A    No.

4    Q    Up at the top, there's a car identified.

5        Can you tell from that description whether

6    this would have been material sent from Amoco for use

7    in creating the Nexpak DVD cases?

8    A    I can tell you it came from Amoco, but I

9    cannot tell you what the grade of material is, so I do

10    not know if it is used for Nexpak.

11    Q    Okay.  The exhibit you're looking at,

12    Exhibit 8, was provided to me by Mr. Bartosik, who

13    I mentioned before.

14        Who is Steve Bartosik?

15    A    He was an employee of Presque Isle

16    Trucking.

17    Q    And did you have a business relationship

18    with him?

19    A    I knew who he was.  He would send me the

20    inventories, but other than that, no.

21    Q    And was that the extent of your

22    communications with Mr. Bartosik, was the receipt of

23    the inventories?

24    A    Yeah, because the invoicing that we had

25    mentioned here earlier did not come to me.

SHEET 8   PAGE 54

54

1    Q    The invoicing?
2    A    This (indicating).
3    Q    Oh, okay.
4    A    Document 6, or whatever, you're talking
5  about.
6    Q    Who would get that?
7    A    Would have been someone else in the
8  purchasing department that would have verified that
9  against the receipts.
10    Q    The two people you identified in your
11  inventory department, Mr. Nickle and Mr. Field --
12    A    Uh-huh.
13    Q    -- do you know if they had contact with
14  Mr. Bartosik?
15    A    No, I do not know.
16    Q    And I may have asked you this before: Are
17  they still with Port Erie?
18    A    Yes.
19    Q    Do you recall when Port Erie received its
20  first demurrage bill from CSX?
21    A    No, I don't remember the date.
22    Q    Let me represent to you that the first bill
23  at issue in this case is sometime early 2002. I
24  believe it was April of 2002.
25          Is it your recollection that you received

PAGE 55

55

1  bills -- from the time you got the first one, you
2  received bills on a monthly basis from --
3    A    No.
4    Q    -- CSX?
5    A    And I --
6    Q    Did the bills come to you?
7    A    They would go to the purchasing department
8  if they came in.
9    Q    And what was your response to receiving
10  those bills?
11    A    Well, the first bill I saw was for an
12  exorbitant amount of money, and I did not know what it
13  was for.
14    Q    What efforts did you make to find out what
15  it was for?
16    A    I had contacted, I believe, a number on the
17  invoice to find out what this was for, left a message,
18  and tried to find out.
19          At that point in time, I also had let
20  Mr. Johnson know that there was an issue here and I
21  did not know what it was regarding.
22    Q    Was that message ever returned?
23    A    I believe it was, but I don't remember what
24  the response was.
25    Q    Do you recall who you spoke with?

PAGE 56

56

1    A    No, I do not.
2    Q    When you received a second demurrage bill,
3  what was your response to that?
4    A    At that point in time, I again went and saw
5  Mr. Johnson.
6          I don't remember the time frame between the
7  bills. They were not monthly.
8          I believe I then tried contacting someone
9  else at CSX.
10    Q    And do you recall whether you were able to
11  make contact with someone at CSX?
12    A    Eventually I did make contact with a sales
13  lady at that time named Barbara Jenkins.
14          I don't remember the timing of that
15  whole --
16    Q    Would you have a recollection of how many
17  demurrage bills you had received by the time you made
18  contact with Ms. Jenkins?
19    A    Two, maybe three, but at that point in
20  time, they were a large number.
21    Q    Do you recall the specifics and the
22  substance of the conversation you had with
23  Ms. Jenkins?
24    A    That I was not responsible for this because
25  I did not order the material or schedule the material,

PAGE 57

57

1  and she needed to find out why were we getting these
2  bills.
3    Q    That was her response, that she was --
4    A    That was what I told her.
5    Q    What was her response to that?
6    A    She was going to look into it, and nothing
7  never really happened with it.
8    Q    Did you make contact or attempt to make
9  contact with CSX when you received subsequent bills?
10    A    The bills stopped.
11    Q    So is it your testimony that you've only
12  received two or three demurrage bills?
13    A    Yeah. That's all I can remember seeing,
14  yes.
15    Q    And if a demurrage bill would have come in,
16  it would have come to the purchasing department?
17    A    Correct.
18    Q    Which was you at that time?
19    A    Well, me and another gentleman, and
20  possibly a third person.
21          MR. HOWARD: Could you read back the last
22    answer?
23          (Record read.)
24  BY MR. HOWARD:
25    Q    Who would the other gentleman have been?

PAGE 58

**58**

1    A    Rich Wilson at that time, I believe.

2    Q    And what was Rich Wilson's job at the time?

3    A    Buyer.

4    Q    And who was the possible other third

5 person?

6    A    There was a lady we had at one time named

7 Lucia.

8    Q    Lucia?

9    A    Lucia.

10    MR. HOWARD: I didn't make multiple copies

11 of this (indicating). This is a document Bates

12 stamped CSX18A. It's the spreadsheet of the

13 bills.

14    MR. PARKS: The CSX spreadsheet?

15    MR. HOWARD: The CSX spreadsheet.

16    MR. PARKS: Other than showing they were

17 sent?

18    That is what's attached to, what, your

19 complaint or --

20    MR. HOWARD: Yes, this is attached to the

21 complaint, and it was also part of the

22 production.

23    MR. PARKS: Okay. It's their internal

24 document.

25    MR. HOWARD: Let's mark this as whatever

PAGE 59

**59**

1 we're up to now.

2    MR. PARKS: 9.

3    MR. HOWARD: 9.

4    (Thereupon, Witkowski Deposition Exhibit

5 No. 9 was marked for identification.)

6 BY MR. HOWARD:

7    Q    I've handed you what we've marked as

8 Exhibit 9. I represent to you that it's a

9 spreadsheet.

10    CSX created the document that shows all of

11 the bills, the demurrage bills, that have been sent by

12 CSX to Port Erie.

13    It looks like --

14    MR. HOWARD: Pardon me?

15    MR. PARKS: I just made a comment.

16    The dates are all scrambled, and I said I

17 didn't mix them on the spreadsheet.

18    MR. HOWARD: I haven't even asked that yet.

19    MR. PARKS: I thought the sort was by date.

20 BY MR. HOWARD:

21    Q    I believe the earliest one of the bills

22 there is identified as May 2nd, and the latest one is,

23 I think, May '02, 2002, and the last one is in October

24 of 2003, and I think there are 15 or 16 bills on

25 there.

PAGE 60

**60**

1    Do you recall seeing that many demurrage

2 bills from CSX?

3    A    No, no.

4    MR. PARKS: Keep your voice up, please.

5    A    No.

6    It's to somebody, but I've never seen

7 bills.

8    Q    You've never seen --

9    A    I've never seen --

10    Q    -- all those bills?

11    A    -- the demurrage bills or this piece of

12 paper (indicating).

13    Q    I understand you haven't seen the paper. I

14 just handed that to you rather than giving you a stack

15 of 15 bills and ask you whether you've seen them or

16 not.

17    A    Right.

18    Q    So it's your testimony that as far as you

19 know, you've only received two or three demurrage

20 bills from CSX?

21    A    Correct.

22    Q    Just leave that there. The documents have

23 to stay together.

24    A    Okay.

25    MR. HOWARD: I think that's all I have for

PAGE 61

61

1    Mr. Witkowski.

2    MR. PARKS: We waive signature.

3    - - -

4    (Thereupon, at 10:26 a.m., the deposition

5 was concluded and signature was waived.)

6    - - -

SHEET 9   PAGE 62

62

1                      CERTIFICATE

2  COMMONWEALTH OF PENNSYLVANIA, )
                                 )  SS:
3  COUNTY OF ALLEGHENY.          )

4        I, Teresa Constantini Berardi, do hereby certify
   that before me, a Notary Public in and for the
5  Commonwealth aforesaid, personally appeared
   JAMES WITKOWSKI, who then was by me first duly
6  cautioned and sworn to testify the truth, the whole
   truth, and nothing but the truth in the taking of his
7  oral deposition in the cause aforesaid; that the
   testimony then given by him as above set forth was by
8  me reduced to stenotypy in the presence of said
   witness, and afterwards transcribed by means of
9  computer-aided transcription.

10       I do further certify that this deposition was
   taken at the time and place in the foregoing caption
11 specified, and was completed without adjournment.

12       I do further certify that I am not a relative,
   counsel or attorney of either party, or otherwise
13 interested in the event of this action.

14     IN WITNESS WHEREOF, I have hereunto set my hand
   and affixed my seal of office at Pittsburgh,
15 Pennsylvania, on this _____ day of _____,
   2006.

16

17

18

19     _____
       Teresa Constantini Berardi, Notary Public
       In and for the Commonwealth of Pennsylvania
20     My commission expires October 9, 2008.

21              - - -

22

23

24

25

## 0

**02** [1] 59:23
**0304** [1] 32:5
**04-15-05.xls** [1] 3:15
**0404** [1] 32:7

## 1

**1** [8] 3:5 7:23,25 8:3 10:4,6,19,23
**1/4** [1] 50:17
**10** [1] 12:22
**10-25** [1] 50:13
**10:26** [1] 61:4
**11-19-04** [1] 3:12
**124277** [1] 3:15
**15** [2] 59:24 60:15
**16** [1] 19:24
**16507-1498** [2] 1:18 2:10
**19th** [2] 47:19 49:9

## 2

**2** [7] 1:12 8:11,18 25:23,25 26:3
29:17
**20** [1] 19:24
**2000** [1] 35:5
**2000-2001** [1] 16:6
**2002** [4] 39:25 54:23,24 59:23
**2002-2003** [7] 7:9 22:24 24:11
27:5,15 28:3 51:21
**2003** [1] 59:24
**2003-2004** [1] 12:15
**2004** [7] 16:22,22 26:23 27:12 44:
5 47:19 49:10
**2005** [1] 2:5
**2006** [1] 1:12
**2008** [1] 62:20
**25** [1] 3:2
**25th** [1] 50:6
**26th** [1] 49:6
**27** [1] 6:15
**28** [1] 6:15
**2nd** [1] 59:22

## 3

**3** [6] 33:2,4 34:24,25 36:5 40:8
**30(b)(6** [2] 4:12 8:14
**33** [1] 3:3
**38** [1] 3:9

## 4

**4** [9] 3:9 9:10,22 10:4,7,8,23 38:
11,14
**4-5-02** [1] 3:9
**43** [1] 3:10
**46** [1] 3:11
**47** [1] 3:12
**4th** [1] 44:4

## 5

**5** [4] 3:10 43:23,25 44:3
**52** [1] 3:8
**53** [1] 14:3
**57** [2] 29:22 30:23
**59** [1] 3:9
**5th** [1] 39:25

## 6

**6** [5] 3:11 46:1,3,6 54:4
**6-4-04** [1] 3:10

## 7

**7** [5] 3:5,12 47:6,8,11
**7-13-00** [1] 3:3
**7048** [1] 4:17

## 8

**8** [4] 52:3,5,8 53:12
**8:57** [1] 1:18
**8931** [1] 26:20
**8941** [2] 26:19 45:24

## 9

**9** [5] 59:2,3,5,8 62:20

## A

**a.m** [2] 1:18 61:4
**able** [2] 29:4 56:10
**accompanied** [2] 21:11 22:1
**account** [1] 28:14
**accounting** [2] 34:12,21
**accrued** [1] 9:12
**accurate** [1] 46:22
**acquire** [1] 16:3
**action** [1] 62:13
**actual** [1] 13:24
**actually** [2] 30:7 52:15
**address** [1] 45:7
**adjournment** [1] 62:11
**affidavit** [3] 15:1,8,13
**aforesaid** [2] 62:5,7
**agree** [1] 27:4
**agreement** [1] 36:4
**agreements** [6] 9:10,11 10:14,
19,25 11:3
**allegheny** [1] 62:3
**allow** [3] 15:11 28:19 41:3
**almost** [1] 49:9
**already** [3] 16:13 29:15 31:17
**amended** [2] 3:5 8:4
**amoco** [4] 26:19,20 53:6,8
**amount** [4] 29:9 30:1,2 55:12
**another** [5] 5:2 30:25 38:20 40:
13 57:19
**answer** [7] 5:13,20,25 9:16 10:24
17:19 57:22
**answered** [1] 29:15
**answers** [2] 5:16 13:20
**apologize** [1] 31:6
**appear** [2] 8:10 49:11
**appearances** [1] 2:1
**appeared** [1] 62:5
**appears** [3] 29:17 44:3 46:7
**applied** [1] 43:16
**april** [2] 39:25 54:24
**arose** [1] 6:18
**arranged** [1] 18:6
**arrangement** [2] 35:9 40:23
**arrival** [1] 39:7
**arrive** [1] 48:10
**arrived** [7] 21:10,25 22:3,17 23:8
27:5 49:5
**arriving** [2] 52:20,23
**assume** [3] 5:21 18:11 50:5
**assumed** [1] 42:7
**assuming** [5] 10:10,16 18:4,8 49:
16

## B

**atofina** [9] 39:12,14 40:8 41:4,11,
12 42:16,17,25
**attached** [4] 15:17 46:16 58:18,
20
**attempt** [1] 57:8
**authorizing** [1] 10:11
**available** [2] 23:18 50:23
**aware** [1] 21:7

## B

**back** [9] 12:15 17:17 25:7 31:17
33:6 34:9,14 49:12 57:21
**backtrack** [1] 12:8
**bankruptcy** [1] 16:11
**barbara** [1] 56:13
**bartosik** [6] 47:22 48:17 53:12,
14,22 54:14
**based** [9] 9:16 17:15 19:9 28:14
30:12,16 34:15 42:18 45:19
**basically** [2] 14:21 32:15
**basis** [6] 32:4 33:10 48:11 51:7
52:17 55:2
**bates** [1] 58:11
**begun** [1] 49:11
**behalf** [2] 2:2,7
**behind** [1] 19:10
**beiter** [3] 42:12 43:21,22
**belief** [1] 52:17
**believe** [18] 8:7 9:6 13:9 16:12,
22 38:8,20 39:11 42:13 50:5 52:
15,18 54:24 55:16,23 56:8 58:1
59:21
**bell** [1] 38:23
**belter** [1] 43:19
**berardi** [3] 1:16 62:4,19
**best** [1] 5:14
**beth** [1] 38:23
**between** [10] 9:11,23 10:14,20,
21 15:25 16:8 19:8 24:20 56:6
**beyond** [1] 40:15
**bill** [15] 3:10 21:11 22:1 42:19,21
44:4,10 45:1,15,23 54:20,22 55:
11 56:2 57:15
**billed** [1] 42:24
**billing** [1] 42:25
**bills** [23] 3:11 44:12 45:21 46:7,
20 56:1,2,6,10 56:7,17 57:2,9,10,
12 58:13 59:11,11,21,24 60:2,7,
10,11,15,20
**bit** [2] 25:7 33:6
**blanket** [1] 42:17
**both** [1] 19:18
**bottom** [3] 28:21 39:21 52:25
**bp** [30] 9:21 10:16 11:4 18:3,7,8,
15,20,25 19:7,8,10,18 20:24 21:
5 23:2,5 35:25 40:17,21,24,25
41:5,20,24,25 42:3,8 45:13,24
**break** [1] 47:1
**brian** [1] 12:4
**bring** [2] 22:8 35:17
**bringing** [1] 22:10
**britton** [2] 1:17 2:8
**brought** [5] 22:4 24:3 25:10 49:2
50:9
**bulk** [1] 27:6 40:8
**business** [10] 14:2,4,24 15:25
16:5,8,18,21 20:17 53:17

## C

**buyer** [1] 58:3

## C

**call** [1] 24:22
**called** [3] 1:14 4:2 13:3
**calling** [1] 13:1
**came** [5] 22:21 43:2 44:15 53:8
55:8
**cannot** [1] 53:9
**canton** [2] 16:16 40:9
**capabilities** [1] 14:14
**capacity** [3] 6:8 19:22 24:18
**car** [12] 45:15 48:19,25 49:1,5,11,
18,19,22 50:7,11,16 53:4
**carried** [1] 21:4
**carrier** [1] 21:7
**carriers** [4] 20:23,23,25 38:4
**cars** [4] 23:11 48:16 52:20,23
**case** [11] 4:22,23 12:24 13:4 17:
20 29:21 35:16 47:20 51:13,15
54:23
**case's** [1] 40:7
**cases** [8] 16:2 17:7,9 33:14 34:2
37:8 39:18 53:7
**cause** [1] 62:7
**cautioned** [1] 62:6
**cc's** [1] 38:22
**cents** [2] 29:22 30:23
**certificate** [1] 62:1
**certified** [1] 14:3
**certify** [3] 62:4,10,12
**change** [2] 37:7 50:14,15
**characterization** [2] 27:4 46:23
**charge** [3] 11:24 17:12,17
**charged** [2] 17:14 31:20
**charges** [5] 6:18,24 7:8,10 9:13
**check** [2] 18:18 30:1
**checking** [1] 18:22
**chuck** [1] 4:9
**civil** [1] 1:15
**claim** [1] 5:7
**clapper** [1] 38:23
**collection** [1] 46:6
**column** [2] 48:13 49:24
**come** [6] 16:12 42:9 53:25 55:6
57:15,16
**commencing** [1] 1:18
**comment** [1] 59:15
**commerce** [1] 2:4
**commission** [1] 62:20
**common** [1] 14:15
**commonwealth** [2] 62:2,5
**communicated** [3] 19:16,17 41:
24
**communicating** [1] 42:3
**communication** [2] 24:20 25:13
**communications** [1] 25:19 53:
22
**companies** [3] 37:13,24 38:1
**company** [4] 5:4 25:15 38:21 39:
13
**compartment** [3] 50:12,14,17
**compiled** [1] 13:13
**complaint** [2] 58:19,21
**completed** [1] 62:11
**computer-aided** [1] 1:21 62:9
**computers** [1] 48:5

concerning [6] 11:2 18:16 19:1, 4 20:3 25:19
concerns [1] 18:24
concluded [1] 61:5
confirm [2] 14:1 35:9
confirmed [1] 16:15
connect [1] 30:8
consignee [4] 44:21 45:1,6,8
constant [1] 19:25
constantini [3] 1:16 62:4,19
constructive [4] 3:8 52:13,19,22
contact [16] 18:15,17,25 19:3 23: 24 24:1,4,5,6 41:16 54:13 56:11, 12,18 57:8,9
contacted [1] 55:16
contacting [2] 25:9 56:8
contacts [1] 18:20
contained [1] 13:14
contract [2] 10:22 16:4
contracts [4] 9:11,23 10:14,20
control [2] 36:3 49:15
conversation [1] 56:22
coordinated [1] 11:24
coordinating [1] 12:17
copies [4] 7:20 47:23 48:2 58:10
corner [2] 26:25 28:22
corporate [2] 1:11 8:4
correct [39] 8:12 9:1,4 12:19,21 14:18 18:1 22:15,16 25:11 26:17, 21 27:1,9,11,13,17 28:18 31:1, 23,25 32:10 33:23 36:19 37:4,5, 5 41:7 43:18 45:24 48:12 49:3,7, 17 50:18,20 51:22 57:17 60:21
correspondence [1] 3:9
cost [18] 17:22 29:8,21,23,24 30: 11,19 31:5,7,10,11,17 34:3,5,5, 14,19 43:16
costing [1] 29:20
costs [5] 17:15,16,20 30:2 34:1
couldn't [2] 15:16 21:21
counsel [7] 8:15 10:6 11:10 13:3 15:6 44:6 46:8
county [1] 62:3
couple [1] 15:2
course [2] 41:19 47:19
court [9] 1:1 4:14 8:2 16:15 26:2 44:2 46:5 47:10 52:7
created [2] 32:1 59:10
creating [1] 53:7
csx [11] 1:4 4:9 9:3,4 10:21 11:4, 10 13:2 21:2,4 54:20 55:4 56:9, 11 57:9 58:14,15 59:10,12 60:2, 20
csx's [1] 8:4
csx18a [1] 58:12
currently [2] 4:16 6:5
custom [1] 14:6
customer [5] 5:2 14:14 16:4 36: 2 41:22
customers [4] 14:9 17:7 20:6 33: 22

**D**

daily [3] 19:12,15,17
date [10] 1:18 44:4 48:14 49:24 50:2,15 51:16,18 54:21 59:19
dated [7] 3:3,9,10,12 26:3 39:25

47:18
dates [2] 32:12 59:16
dave [1] 25:2
david [1] 24:14
day [3] 1:18 50:3 62:15
deal [2] 14:23 41:17
debbie [5] 42:11,12 43:19,21,22
debit [9] 28:12,13 29:9 34:8,14 43:8,13,14,15
decided [3] 10:17 19:6 45:5
decrease [1] 20:5
deduct [2] 30:2 31:16
defendant [6] 1:8 2:7 8:24 9:11 10:15 12:23
deliver [1] 46:13
delivered [2] 36:15,22
deliveries [1] 39:24
demurrage [13] 5:7 6:18 7:8 9: 12 54:20 56:2,17 57:12,15 59:11 60:1,11,19
dennis [1] 39:10
department [12] 6:25 23:25 24:7, 9,12,22 25:9 32:21 54:8,11 55:7 57:16
deposed [3] 4:4,18 5:11
deposition [20] 1:10,14 3:5 4:11 7:22,24 8:4 14:20 15:6 25:24 33: 3 38:10 43:24 46:2 47:7 52:4 59: 4 61:4 62:7,10
described [1] 46:18
description [1] 53:5
designed [1] 28:16
designee [3] 1:11 4:12 8:5
destination [1] 45:3
detail [1] 16:24
determine [4] 20:8,10 50:22,25
determined [1] 38:2
different [2] 20:23 39:20
direct [1] 25:18
directed [1] 12:23
district [3] 1:1,2 16:15
document [26] 3:9 8:3,6,11 12: 10,16 26:3,4 28:22 30:9 32:1 35: 1 38:15 44:5,7 46:11 47:13,15, 21 48:9 52:9,12 54:4 58:11,24 59:10
documents [9] 11:10,13,14,17 12:12 14:25 46:9,23 60:22
doing [5] 5:19 12:1 16:18 27:23 32:23
dollar [1] 29:6
dollars [4] 28:23,25 30:20 37:2
done [1] 42:12
double [1] 30:6
doubt [1] 40:3
down [1] 18:4
drops [1] 6:3
duly [1] 4:3
duplicates [2] 10:4,7
during [9] 6:17 7:7,13 22:24 24: 11 27:19 28:2 37:19 47:24
dust [1] 34:1
dvd [7] 16:2 17:20 33:14 34:1 37: 8 39:18 53:7

**E**

each [1] 19:13

earlier [2] 43:15 53:25
earliest [1] 59:21
early [1] 54:23
east [1] 40:8
effort [2] 11:24 12:18
efforts [1] 55:14
eight [2] 12:11 46:15
either [5] 11:2,3 18:8 25:2 51:11
email [6] 3:9 19:20 39:21 40:1,6 48:1
emailed [1] 51:6
emails [2] 38:17 48:5
employed [4] 6:5,13,16 24:16
employee [1] 53:15
employees [2] 7:1 24:12
emptied [1] 50:17
end [1] 16:21
ended [1] 45:10
enough [1] 20:8
entire [2] 14:23 15:3
entitled [1] 3:9
entity [2] 20:13
entry [1] 49:23
erie [102] 1:7,11,22 2:10 3:9 4:12, 17 5:5 6:5,11,14,21 7:13 8:25 9: 7,16,19,23 11:6,22,23 12:10 14: 2,4,7 16:1,3,8,18 17:4,25 18:7, 13,15,25 19:3 20:11,24 21:5,10, 12,25 22:3,4,6 23:1,4,7,8,13,15, 17,22 24:12,16,21 25:9,10,16 27: 5,9,19 28:1,6,25 29:12 33:8,20, 24 34:11,18,18 35:11,14,18,23 36:6,18,20,25 37:7,20 39:14 42: 2 43:17 44:12,20,25 45:6,14 46: 14,21,22 47:23 48:11 50:22 52: 19,23 53:1 54:17,19 59:12
erie's [4] 24:6 34:1 41:23 44:16
esquire [1] 2:9
essentially [6] 5:13 10:23 31:19 33:25 40:22 46:17
estimate [1] 51:8
even [2] 17:22 59:18
event [1] 62:13
eventually [1] 56:12
everything [3] 7:21 11:15 34:6
exactly [3] 5:3 12:9 21:21
examination [2] 3:2 4:5
excessive [1] 6:23
exchange [1] 37:2
exhibit [22] 7:23,24 8:3 25:24 26: 3 29:17 32:8 33:3 34:24 36:5 38: 10 43:24 46:2,6,16 47:7,11 52:4 53:11,12 59:4,8
exorbitant [1] 55:12
expires [1] 62:20
explain [3] 16:23 41:13 49:25
extent [1] 53:21

**F**

facility [19] 19:7 20:24 21:11,13 22:1,4,4,9,17 23:5 25:16 32:15 36:15 37:14 38:6,7 49:2,6,20
fact [2] 16:10 49:19
fahey [3] 11:25 12:4,11
fair [3] 5:22 8:9 9:18
familiar [3] 20:13 47:12 52:9
far [6] 19:12 34:12 41:17 42:8 45:

9 60:18
fax [1] 19:20
faxed [1] 51:5
february [1] 1:12
federal [1] 1:15
felt [1] 23:25
few [2] 5:10 8:19
field [1] 54:11
fields [1] 24:14
filed [2] 15:10,14
files [1] 44:16
film [1] 26:13
final [7] 29:18,20,23 31:9,13,16 33:7
finally [1] 31:3
find [4] 55:14,17,18 57:1
finish [1] 27:23
finished [2] 8:21 28:12
first [15] 3:5 4:3 8:4 26:18 32:8 35:8 37:10 38:18 49:22 50:2 54: 20,22 55:1,11
fit [1] 29:17
five [1] 5:1
five-minute [1] 47:1
fixed [1] 43:11
follows [1] 4:4
form [1] 44:4
formal [1] 13:19
fort [15] 22:20 38:8 40:20 41:6 45: 3,10,11,19 46:22 48:17 49:6,14, 20 52:16,20
four [4] 5:1 49:9 50:13,14
frame [4] 12:2,15 16:6 56:6
freight [4] 20:24 21:5 46:7,20
friday [1] 39:25
full [5] 19:22 48:20,23 49:1,23
further [2] 62:10,12

**G**

g-r-a-s-s-i [1] 7:5
gathering [2] 11:16 12:12
gave [1] 11:18
generate [2] 28:17,19
generated [1] 33:11
gentleman [4] 7:15 47:22 57:19, 25
getting [4] 15:6 16:25 40:23 57:1
give [7] 5:10 16:23 31:9,13 41:25 42:17,19
given [2] 19:10 20:11
gives [2] 28:22 45:3
giving [1] 60:14
got [3] 18:2 45:11 55:1
govern [1] 36:5
governed [1] 16:5
grade [1] 53:9
grand [1] 28:22
grassi [1] 7:5
guess [2] 5:17 7:8
guy [1] 39:4

**H**

half [1] 12:5
hand [1] 62:14
handed [9] 8:3 26:3 38:13 44:2 46:5 47:10 52:7 59:7 60:14
handled [1] 9:21

concerning - handled

hands [1] 37:7
handwriting [1] 32:16
handwritten [1] 32:9
happen [1] 37:17
happened [2] 41:15 57:7
happening [1] 14:22
harborcreek [1] 36:15
headed [1] 49:24
hear [1] 6:3
heard [1] 5:11
hereby [1] 62:4
hereinafter [1] 4:3
hereunto [1] 62:14
history [1] 9:15
hit [1] 37:18
hold [2] 21:17 27:22
home [1] 14:10
homopolymer [1] 40:7
horrible [1] 21:19
howard [45] 4:6,9 7:20 8:1 13:7,
  15,16 15:12,16,19,23 16:17 17:2,
  3 21:14,17,21,24 25:23 26:1 33:
  2,5 38:12 43:23 44:1 46:1,4,25
  47:3,6,9 52:3,6 57:21,24 58:10,
  15,20,25 59:3,6,14,18,20 60:25
however [2] 10:17 45:13

## I

i-n-d-e-x [1] 3:1
identification [9] 7:25 25:25 33:
  4 38:11 43:25 46:3 47:8 52:5 59:
  5
identified [10] 33:13 39:23 44:25
  45:6 48:20 49:24 53:1,4 54:10
  59:22
identifies [2] 28:7 44:20
identify [3] 26:4 35:1 46:11
illig [2] 1:17 2:8
inc [4] 1:4,7,11 4:10
incidentals [1] 3:15
include [3] 17:16,22 29:23
included [1] 17:20
increase [1] 20:5
indicates [1] 49:22
indicating [4] 15:2 54:2 58:11
  60:12
information [5] 9:19 11:18 13:
  13 20:2 49:16
initially [1] 40:9
initiated [2] 18:20 24:21
injection [2] 14:6 35:24
inquire [1] 8:16
instructions [1] 5:10
intended [1] 37:16
interested [1] 62:13
internal [4] 17:15 28:5 30:9 58:
  23
internally [1] 30:13
interrogatories [4] 12:23 13:4,6,
  25
interrogatory [1] 13:1
inventories [2] 53:20,23
inventory [27] 23:9,13,16,18,19,
  25 24:6,6,8,12,19,22 25:9 28:19
  29:6 32:21 45:20 47:16,18,24 48:
  19 49:8,12,17 50:21,24 54:11
invoice [15] 28:11 29:7,12,18,25

30:7 31:4,14 33:8,13,24 34:13,
  17 43:17 55:17
invoices [3] 31:15 33:9,17
invoicing [5] 30:10 33:12 34:20
  53:24 54:1
involve [2] 6:5,7
involved [3] 11:16 12:6,12
involvement [2] 21:8 25:12
isle [26] 21:16 22:5,7,10 23:10,22,
  24 24:5,8,20,21,22 25:4,6,8 27:7
  29:5 36:22 45:20 46:13,20 47:17
  48:11 50:3,6 53:15
issue [4] 27:3 45:16 54:23 55:20
items [5] 8:10 9:5 10:1 26:18 29:
  1

## J

james [4] 1:10,14 4:1,15
jamie [2] 41:20,24
janssen [1] 2:3
jenkins [3] 56:13,18,23
jim [2] 10:4 42:5
job [2] 6:20 58:2
john [2] 2:13
johnson [8] 11:22,25 12:17 34:
  22 48:7 51:25 55:20 56:5
jones [2] 1:17 2:8
july [2] 35:5 49:6
jumped [1] 10:2
june [1] 44:4

## K

keenan [1] 2:3
keep [2] 25:15 60:4
keeping [1] 21:19
kevin [5] 25:21 51:11,14,17,19
kirtz [4] 25:21 51:11,14,16
knowledge [5] 5:15 9:7 11:7
knowledgeable [2] 8:17 10:3
known [2] 8:14 20:13

## L

labor [1] 31:9
lading [10] 30:11 21:11 22:1 44:
  4,10,12 45:1,15,21,23
ladonna [4] 38:18,19 41:12,16
lady [2] 56:13 58:6
lane [1] 4:17
large [1] 56:20
last [7] 4:14 5:11 12:11 21:18 37:
  10 57:21 59:23
late [1] 16:22
later [3] 13:24 49:9 52:1
latest [1] 59:22
law [1] 1:17
lawsuit [2] 4:10 27:3
leave [2] 19:7 60:22
left [3] 12:4 23:5 55:17
letter [2] 3:3 35:4
lisa [1] 17:5
list [4] 8:10,15 10:1 23:10
listed [3] 18:8 26:19
literally [1] 24:1
little [5] 25:7 30:19 31:2 33:6 35:
  11
llp [1] 2:8
local [2] 40:16,18

long [4] 4:25 6:10,13 14:2
longer [1] 16:7
look [5] 9:22 34:24 39:21 47:3 57:
  6
looked [2] 15:2 48:4
looking [2] 13:8 53:11
looks [3] 30:23 38:17 59:13
loss [2] 37:12,15
losses [1] 37:21
lot [2] 9:15 32:9
lower [1] 28:21
lucia [4] 7:19 58:7,8,9

## M

m-a-i-l-l-e [1] 7:6
macdonald [2] 1:17 2:8
machine [3] 19:13 31:8,21
machines [8] 19:9,11,13,22 20:3,
  6,10 29:14
made [8] 10:6 14:16 15:3,8,24 22:
  24 56:17 59:15
maille [1] 7:6
manager [5] 6:9,11,17,21 39:11
manufacture [1] 34:3
manufacturing [2] 34:5,7
many [8] 4:20 7:1 19:11,13,22 20:
  10 56:16 60:1
march [2] 26:23 27:12
mark [10] 7:22 25:23 33:2 41:11,
  16 43:23 46:1 47:6 52:3 58:25
marked [18] 7:25 8:3 25:25 26:3
  33:4 38:11,13 43:25 44:3 46:3,6,
  10 47:8,11 52:5,8 59:5,7
market [1] 12:5
match [1] 29:8
material [55] 17:8 18:23 20:8 22:
  21 25:11 27:6 28:6,9,15,17 29:4,
  8,21 30:2,11,14,19 31:11,16,18
  32:3 34:5,7,14,15 36:14 38:21
  39:5,6,13,14,16 40:14,24,25 41:
  2,3,4,5,18 42:8,22,23 43:1,2,2,5,
  16 45:10 50:3,19 53:6,9 56:25,
  25
materials [2] 42:14 45:22
mean [5] 27:16 29:3 32:17 39:6
  41:1
means [4] 45:8 48:15,22 50:2
meant [1] 10:10
medical [1] 14:10
meet [1] 20:6
mel [2] 24:14 25:2
memo [1] 3:12
memorialized [1] 36:5
mental [1] 14:21
mentioned [3] 43:19 53:13,25
message [2] 55:17,22
met [1] 20:5
might [1] 11:7
mike [1] 7:6
million [5] 28:23,25 30:20,23,24
mind [1] 43:6
minute [1] 21:17
minutes [1] 8:19
mix [1] 59:17
mold [3] 20:20 40:13 43:11
molded [2] 16:2 40:7
molder [3] 14:6 17:6 20:18

molding [8] 17:14,21 29:24 31:7,
  22 34:18 35:14,24
money [3] 28:13 37:6 55:12
monjot [1] 41:11
month [2] 32:6,7
monthly [4] 32:4 33:10 55:2 56:7
months [2] 12:11 49:9
morning [4] 4:7,8 24:2 26:16
most [3] 8:17 9:7 10:3
mount [15] 22:20 38:8 40:20 41:
  6 45:3,9,11,19 46:22 48:17 49:6,
  14,20 52:16,20
move [2] 40:8,16
moved [1] 20:23
mrp [1] 28:19
ms [2] 56:18,23
much [1] 14:13
multiple [1] 58:10
must [2] 40:2,4
myself [1] 11:22

## N

na [1] 3:9
nail [1] 5:4
name [6] 4:9,13,14 7:15 38:23 43:
  20
named [3] 47:22 56:13 58:6
natural [1] 27:23
nature [1] 4:22
need [5] 24:10,23 40:16 41:10 42:
  9
needed [9] 20:5 23:23,25 24:3
  29:3 33:20 40:14 50:25 57:1
needs [1] 25:10
never [10] 14:1 17:23 41:15 42:
  23,24 45:21 57:7 60:6,8,9
nexcase [1] 40:6
nexpak [84] 3:3 9:21 14:24 15:24
  16:1,8,10,19,24 17:4,6,10,12,17,
  21,24 18:2,8 19:3,8,10,18 19:20:
  1,10 23:17,20 25:3,5,12,15,18
  26:10 27:10 28:2,4,7,9,19 29:7,8,
  12,19,25 30:8 31:3 32:5 33:8,9,
  20,25 34:17 35:4,19,20 36:1,2,7,
  8 37:12,20 38:2,24,25 39:4,11,
  15,16,16,23,20,22 41:17 42:16,
  19,21,22 43:1,7,17 45:13 50:25
  51:3 53:7,10
nexpak's [3] 33:16,22 42:12
next [3] 32:7 42:15 43:7
nickle [2] 24:14 54:11
nine [2] 12:11 46:16
nobody [1] 13:10
northern [1] 16:15
notary [2] 11:6 62:19
note [1] 14:21
notes [3] 15:2 32:9 47:3
nothing [2] 33:12 57:6
notice [7] 3:5,8 7:22 8:4 45:18
  52:14 53:2
notices [2] 52:20,23
notification [1] 23:7
notified [1] 23:4
november [2] 47:19 49:9
number [11] 17:15,16 19:9,25 20:
  3 29:8 33:14,16 46:8 55:16 56:
  20

## O

**obvious** [1] 27:16
**occur** [3] 36:16 37:6
**october** [3] 50:6 59:23 62:20
**offices** [1] 1:17
**ohio** [1] 16:16
**okay** [13] 8:22 11:5 13:15 15:12 21:14 31:10 36:11 40:5 52:2 53:11 54:3 58:23 60:24
**once** [2] 4:21 36:24
**one** [26] 2:4 8:17 9:8,18 12:1 14:11 15:17 18:10 19:24 22:20 25:15,22 29:22 30:24 33:22 38:18 42:11 50:9,11,12,17 55:1 58:6 59:21,22,23
**ones** [1] 24:13
**only** [6] 18:17 19:19 49:23 50:17 57:11 60:19
**operating** [1] 36:13
**opportunity** [1] 11:12
**oral** [1] 62:7
**order** [14] 26:5,6,12,19,22 27:8,25 28:7,16,23 32:7 42:8,17 56:25
**ordered** [3] 26:11,14 30:12
**ordering** [4] 25:4,5 39:8,9
**orders** [6] 3:2 20:4 27:18 28:4,5 39:24
**originally** [1] 49:12
**other** [18] 6:22 7:1 10:1 15:5 20:19 21:2,7 24:15 30:11 31:8 35:23,25 36:1 45:9 53:20 57:25 58:4,16
**out** [13] 10:2 12:7 14:16 16:12 19:8 31:17 34:14 40:7 41:3 55:14,17,18 57:1
**over** [6] 5:12 24:3 28:23 30:19 49:2 50:10
**overall** [1] 6:24
**oversee** [2] 6:22 7:2
**owe** [1] 28:13
**own** [1] 25:15
**owned** [5] 30:4 31:17 36:21 42:22,23
**ownership** [3] 36:13,16 37:11
**owns** [1] 36:25

## P

**pa** [2] 4:17 36:15
**page** [7] 3:2 7:9 8:11,18 11:8 32:8 53:1
**pages** [1] 46:16
**paid** [1] 34:17
**paper** [2] 60:12,13
**paragraph** [2] 37:11 42:15
**pardon** [1] 59:14
**parks** [24] 8:8 10:4 11:19 12:2 13:12 15:10,13,18,21 16:14 17:1 18:10 21:12,15,19 47:2 58:14,16,23 59:2,15,19 60:4 61:2
**part** [2] 46:16 58:21
**particular** [10] 16:4 26:22 27:2 36:4 40:12 42:5 47:18 49:8 50:16 53:2
**party** [1] 44:21
**past** [2] 4:18 14:22

**pay** [1] 31:15
**paying** [4] 6:23 28:25 30:1,23
**pc** [1] 2:3
**pennsylvania** [8] 1:2,22 2:10 18:7 20:24 23:2 62:2,15
**people** [4] 8:17 11:21 24:15 54:10
**pep** [2] 40:9 43:8
**per** [2] 29:10,22
**perhaps** [1] 10:2
**period** [11] 6:17 7:7,9,14 22:24 24:11 27:19 28:2 47:20,25 51:7
**person** [7] 9:6 10:3 12:17 39:23 42:13 57:20 58:5
**personally** [1] 62:5
**personnel** [1] 6:22
**pertaining** [1] 1:15
**phone** [1] 19:20
**phrase** [4] 12:25 37:15 40:21 42:20
**piece** [1] 60:11
**place** [3] 22:20 35:10 41:5
**placed** [3] 48:14 49:5,13
**placement** [5] 3:8 49:18 52:13,20,22
**plaintiff** [1] 1:5 2:2 4:2 9:2,13
**plan** [1] 16:14
**plant** [1] 39:11
**plastek** [7] 16:23,24 17:1 20:14 37:14 38:6,7
**plastek's** [1] 20:16
**plastic** [3] 14:17,18 20:18
**plastics** [18] 1:7,11 3:9 4:12 5:5 6:6,14 8:25 14:15 17:4 33:8 35:11 36:6 44:20,25 45:14 52:19 53:1
**pleading** [1] 15:21
**please** [3] 5:25 35:2 60:4
**plumbing** [1] 14:12
**point** [7] 10:6 22:14 29:11 37:3 55:19 56:4,19
**port** [97] 1:7,11 3:9 4:12 5:5 6:5, 11,14,21 7:13 8:25 9:7,16,19,23 11:6,22,23 12:10 14:2,4,7 16:1,3, 8,18 17:4,25 18:13,15,25 19:3 20:11 21:10,12,25 22:3,4,6 23:1, 4,7,13,15,17,22 24:6,12,16,21 25:9,10,16 27:9,19 28:1,6,25 29:12 33:8,20,24 34:1,11,18,18 35:11,14,18,23 36:6,18,20,25 37:7, 20 39:14 41:23 42:2 43:17 44:12, 16,20,25 45:6,14 46:14,21,22 47:23 48:11 50:22 52:19 53:1 54:17,19 59:12
**possession** [1] 48:17
**possible** [1] 58:4
**possibly** [1] 57:20
**pound** [2] 29:10,22
**pounds** [4] 30:23,24,24 32:12
**prepare** [1] 14:19
**prepared** [4] 15:14 27:18 28:1 49:9
**presence** [1] 62:8
**present** [1] 2:12
**presque** [26] 21:16 22:5,7,10 23:10,22,24 24:5,8,20,21,22 25:4,6,

8 27:7 29:5 36:22 45:20 46:13, 20 47:17 48:11 50:3,6 53:15
**presses** [1] 19:24
**pretty** [1] 14:13
**price** [4] 29:16 31:13,16 43:11
**pricing** [3] 28:14,18 29:19
**prior** [2] 12:6,14
**probably** [2] 5:11 20:7
**procedure** [1] 1:15
**process** [3] 15:3 29:11 42:16
**produce** [3] 14:7,8 20:9
**produced** [11] 8:13,17 11:10,13 15:11 17:6 28:11 29:7,13 44:5 46:8
**producing** [1] 19:14
**product** [19] 14:7 18:16,18 20:12 22:8,11,15,25 10 28:11,12,18 29:7,13 31:9 34:16 35:15 37:3 38:3 43:11
**production** [6] 19:13 23:18 40:10 50:23 51:1 58:22
**products** [5] 14:8,12,16 20:18 39:19
**provide** [1] 5:15
**provided** [3] 8:15 47:22 53:12
**public** [1] 62:19
**pull** [2] 41:3 50:3
**purchase** [17] 3:2 26:5,6,11,19, 22 27:8,18,25 28:4,5,7,16 32:2,7 35:15,16
**purchased** [2] 17:10,23
**purchasing** [9] 6:9,10,16,21,25 42:13 54:8 55:7 57:16
**purpose** [1] 23:12
**put** [6] 22:12 29:1,24 31:8 36:17 50:9

## Q

**quantity** [2] 33:15,18
**quarter** [2] 49:23 50:11
**quarters** [1] 50:6
**question** [11] 5:13,20,24,25 6:4 10:13 21:18,22 23:14 27:22,24
**questions** [5] 5:14 8:21 13:2,3,4, 20
**quickly** [1] 40:14
**quite** [1] 17:18

## R

**radig** [3] 38:18,19 41:12
**rail** [3] 20:23 21:13 22:15
**railcar** [7] 22:19 27:3 42:10 43:8 45:18 48:23 50:4
**railcars** [15] 9:12,14,18,20,24 10:12 22:12 27:5 40:16 42:18,19,21 43:1,3,5
**rather** [3] 30:1 60:14
**raw** [1] 17:8
**read** [4] 8:20,23 57:21,23
**ready** [1] 15:6
**real** [1] 33:7
**really** [6] 4:24 5:9 13:10 15:3 45:8 57:7
**reasonable** [1] 5:18
**recall** [10] 4:22 13:17,19 37:19 40:1 54:19 55:25 56:10,21 60:1
**receipt** [2] 29:4 53:22

**receipts** [2] 32:23 54:9
**receive** [10] 23:7,9 28:6 34:18 44:12 46:12 47:16 48:1 52:19,22
**received** [12] 13:15 27:6 29:4 32:13,14 40:3,4 42:23 45:18,20 48:24 49:18 54:19,25 55:2 56:2,17 57:9,12 60:19
**receiving** [3] 40:1 45:24 55:9
**recess** [1] 47:5
**recognize** [3] 32:16 38:15 44:7
**recollection** [5] 5:15 13:18 40:11 54:25 56:16
**record** [7] 13:7 15:10,14,22 30:16,17 57:23
**reduced** [1] 62:8
**reference** [9] 8:24,25 15:8 37:23 38:4 40:18 41:13 42:25 43:9
**referenced** [1] 43:14
**references** [2] 9:2 15:24
**refers** [1] 12:22
**reflected** [1] 49:19
**regarding** [1] 55:21
**regards** [1] 35:10
**relationship** [13] 15:25 16:5,8, 21,25 17:5 22:6 28:10 35:19 37:19 43:10 45:9 53:17
**relative** [1] 62:12
**relevant** [4] 27:19 47:20,24 51:20
**remain** [1] 37:12
**remember** [13] 5:3 7:17 12:9 14:21,23 15:16 21:21 24:14 54:21 55:23 56:6,14 57:13
**reorganization** [1] 16:14
**rep** [4] 18:17,19,20 41:21
**repeat** [2] 6:1,4
**rephrase** [2] 6:1 10:13
**reported** [1] 49:25
**reporter** [7] 4:14 8:2 26:2 44:2 46:5 47:10 52:7
**represent** [4] 4:9 28:24 54:22 59:8
**representatives** [1] 25:16
**request** [3] 11:11 12:13,16
**requests** [1] 12:10
**requirements** [8] 20:6 28:20 41:12,14,23,25 42:3,18
**reside** [1] 4:16
**resin** [48] 17:17,22,24 18:2,7,16 19:1,4,6 21:10,25 23:23 24:1,3, 10,23 25:4,5,20 26:13,14,15 27:2 29:22 30:24 31:24 35:15,16,23 36:3,6,14,21 37:7,13,17,21 39:7, 8,9,24 44:13 45:23 46:13,21 48:23 49:1 50:22
**resins** [3] 30:4 35:10 39:24
**respect** [1] 11:7
**response** [6] 12:16 55:9,24 56:3 57:3,5
**responses** [2] 12:22 13:5
**responsibilities** [1] 6:20
**responsibility** [1] 37:18
**responsible** [3] 10:11 51:12 56:24
**responsive** [2] 11:11 12:13
**returned** [1] 55:22

review [2] 11:12 14:25
reviewed [1] 8:10
rich [6] 7:16,20 13:7 47:1 58:1,2
right-hand [2] 26:24 28:21
ring [1] 38:23
risk [2] 37:11,15
role [1] 25:3
rule [4] 4:12 8:14,14
rules [1] 1:15
run [2] 31:8 40:14
running [9] 6:24 18:23 19:9,11, 22,23,24 20:3,11

## S

sale [1] 30:17
sales [5] 18:17,19,20 41:21 56: 12
salesperson [1] 38:20
same [8] 7:9 39:18,18 40:23 41:5 42:7,16 46:17
sampling [1] 46:10
saw [3] 45:21 55:11 56:4
saying [2] 44:10 51:15
says [6] 10:14 32:5 35:8 37:11 48:14 50:16
scenario [1] 14:23
schaetzle [8] 25:22 39:3,22 41:1 42:2 51:11,21,23
schedule [6] 39:5,6 40:25 41:2 42:13 56:25
scheduled [2] 39:23 45:13
scheduling [3] 23:2 39:7 41:18
scott [1] 2:9
scrambled [1] 59:16
second [6] 18:10 36:12 48:19,25 50:13 56:2
see [8] 13:25 18:23 23:18 25:9 26:24 44:22 47:4 48:5
seeing [3] 13:19 57:13 60:1
seen [11] 8:6 11:14,15 14:1 15:20 52:12 60:6,8,9,13,15
sell [1] 28:9
selling [2] 31:13,16
send [2] 33:9 53:19
sent [15] 20:2 23:13 27:9,20 28:1, 4 30:7 33:8,24 35:4 46:21 51:2 53:6 58:17 59:11
sentence [7] 35:8 36:12 37:10 40:12 42:6 43:7,14
series [3] 3:9 13:2,19
served [2] 12:9 13:2
servers [1] 48:5
service [1] 41:22
services [2] 17:13 31:22
session [1] 5:14
set [2] 40:23 62:14
settled [1] 34:1
seven [1] 46:15
sheet [7] 47:18 49:8,17,17 50:21, 24 51:18
sheets [2] 47:24 49:12
ship [4] 9:20 38:2 42:17 44:21
shipment [6] 10:11 19:1,4,6 23: 23 35:10
shipments [5] 23:2,5,8 36:6 44: 13
shipped [8] 17:7 22:15 27:14 33:

15,18,21 44:11 45:22
shippers [4] 9:12,24 10:9,15
shipping [6] 9:14,17 10:16 37:12, 24 38:1
short [1] 44:4
showing [1] 58:16
shows [1] 59:10
signature [3] 35:6 61:2,5
signed [1] 13:10
silo [2] 36:24 37:18
silos [1] 36:18
similar [2] 46:9 48:10
since [4] 26:15 27:4 35:11 49:18
situation [2] 35:11,13
small [1] 46:10
sold [3] 28:18 30:15 39:16
somebody [2] 32:21 60:6
someone [5] 11:23 32:23 54:7 56:8,11
sometime [1] 54:23
somewhere [1] 16:6
sorry [2] 10:13 17:2
sort [1] 59:19
sounds [1] 40:22
specific [1] 33:14
specifics [1] 56:21
specified [1] 62:11
spell [1] 4:13
spend [1] 8:19
spoke [2] 43:15 55:25
spreadsheet [5] 58:12,14,15 59: 9,17
square [1] 2:4
stack [1] 60:14
stamped [1] 58:12
start [1] 41:11
started [2] 5:9 26:15
startup [1] 40:9
state [1] 4:13
states [1] 1:1
stay [1] 60:23
stenotypy [1] 62:8
steve [5] 25:22 39:3 47:22 49:15 51:11,17 53:14
still [7] 24:16 30:4 31:2 48:2 49:1 50:19 54:17
stony [1] 4:17
stopped [1] 57:10
storage [4] 37:14,14 38:6,7
stored [1] 36:18
straight [3] 3:10 21:20 44:3
street [1] 2:5
strike [4] 19:16 21:18,22 23:13
stroupe [1] 2:9
stuff [4] 12:14 14:10 15:3 36:18
style [1] 39:20
submitted [2] 26:6 31:3
subsequent [1] 57:9
substance [1] 56:22
substantial [1] 46:8
summers [1] 39:10
superior [1] 11:7
supervise [1] 7:13
supplied [1] 17:8 23:20 39:17
supplier [1] 17:24
suppliers [1] 35:23

supply [3] 17:10 25:19 39:14
support [1] 40:9
sworn [2] 4:3 62:6
system [8] 20:8 28:6,17,19 29:2, 3,6 30:12

## T

talked [3] 25:8 31:5 41:22
tapped [3] 49:24 50:2,15
ten [2] 3:11 6:12
teresa [1] 1:16 62:4,19
term [1] 10:9
terminal [14] 22:20 38:9 40:16, 19,20 41:2 42:18 45:4,10,12,19 48:18 49:14 52:16
terms [2] 16:25 31:4
testify [1] 62:6
testimony [3] 48:9 57:11 60:18
texas [1] 18:4
text [1] 40:6
there's [7] 9:18 13:10 16:7 37:23 47:4 49:23 53:4
therefore [1] 37:11
thereupon [1] 7:24 25:24 33:3 38:10 43:24 46:2 47:7 52:4 59:4 61:4
they've [1] 16:12
third [2] 57:20 58:4
though [3] 17:22 19:25
three [5] 50:6,19 56:19 57:12 60: 19
thursday [1] 1:12
ticket [1] 46:12
timing [1] 56:14
today [6] 4:11 8:13,16 13:8 16:18 24:10
together [3] 29:24 31:12 60:23
took [1] 50:6
top [2] 38:22 53:4
topics [7] 8:10,15,18 10:24 11:2, 8 13:5
total [2] 28:22 30:22
toys [1] 14:11
trace [1] 4:17
tracy [2] 41:20,24
transcription [2] 1:21 62:9
transfer [4] 22:23 32:3 36:14,16
transferred [2] 22:18 52:16
transit [2] 37:13,21
transition [1] 51:17
transport [1] 46:21
transportation [3] 1:4 4:10 18:6
tried [2] 55:18 56:8
trouble [1] 31:2
truck [2] 22:17,19
trucking [3] 21:16 22:5,7 23:10 24:5 29:5 36:23 45:20 46:13 47: 17 48:11 50:3 53:16
truckload [1] 24:10
trucks [3] 27:6 40:8 50:9
truth [1] 62:6
trying [2] 12:6 14:22
two [9] 7:3 26:18 29:24 38:17 50: 14 54:10 56:19 57:12 60:19
type [12] 14:17 25:13 27:18,25 30: 24 35:18 40:23 45:23 47:12 48: 10,10 52:12

types [1] 39:18

## U

under [1] 8:13
undersigned [1] 1:16
understand [10] 5:25 6:2 8:24 16:7 17:18 22:14 29:16 30:15 36: 17 60:13
understanding [32] 7:11 10:8, 20 12:25 16:10 20:1,16,22 21:4 31:3,6 32:20 33:7 34:14 35:9 36: 13,20 37:9,16,25 41:8 42:1,20 43:13 44:24 48:13,15,16,21,25 49:4 51:8
understood [1] 5:21
underwood [1] 2:13
unique [2] 35:12,13
united [1] 1:1
until [4] 33:7 36:14 37:7,18
up [8] 25:7 26:24 33:6 40:23 45: 10 53:4 59:1 60:4
updated [1] 19:12
updates [2] 19:15,17
upper [1] 26:24

## V

value [1] 29:6
variety [1] 13:5
various [2] 14:8,8
vendor [1] 28:8
verified [3] 13:9,12 54:8
verify [1] 20:4
verifying [1] 6:23
voice [2] 6:3 60:4
vs [1] 1:6

## W

w-i-t-k-o-w-s-k-i [1] 4:15
waive [1] 61:2
waived [1] 61:5
wanted [7] 8:16 17:17 35:8,20,21 36:2 40:13
wants [1] 40:22
way [6] 6:1 8:14 21:5 30:8 36:3 42:7
weekly [7] 23:9,13,19 45:19 47: 17 48:11 49:17
western [1] 1:2
whatever [4] 14:13 16:4 54:4 58: 25
whereof [1] 62:14
wherever [1] 22:12
whether [11] 15:16 23:19 24:2 33:13 37:20 45:14 48:5 51:5 53: 5 56:10 60:15
whoever [3] 33:20 38:2 51:12
whole [4] 9:15 29:11 56:15 62:6
whom [1] 11:20 26:7,9 33:19,19 51:10
will [10] 14:13 36:12,14 37:12 40: 7,16 42:16,16,17 43:7
wilson [2] 37:3 58:1
wilson's [1] 58:2
without [1] 62:11
witkowski [25] 1:10,14 3:8,12 4: 1,7,15 7:24 8:2 25:23,24 26:2 33: 2,3 34:25 38:10,14 43:24 44:3

46:2 47:7 52:4,8 59:4 61:1
**witness** [2] 4:2 62:14
**word** [1] 32:2
**words** [1] 31:8
**work** [4] 6:22 12:7 41:20 42:7
**worked** [4] 16:25 17:5 19:8 43:
12
**working** [1] 41:11
**works** [2] 8:15 51:23
**written** [1] 13:2

## Y

**year** [1] 12:4
**years** [3] 5:1 6:12 14:3

# EXHIBIT P

1

1           UNITED STATES DISTRICT COURT

2       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                     - - -

4   CSX TRANSPORTATION, INC.,            )
                                         )
5              Plaintiff,                )
                                         ) Civil Action
6        vs.                             )
                                         ) Case No.
7   PORT ERIE PLASTICS, INC.,            ) 05-139 Erie
                                         )
8              Defendant.                )

9                     - - -

10          Deposition of JOHN UNDERWOOD

11          Thursday, February 2, 2006

12                    - - -

13        The deposition of JOHN UNDERWOOD, called as a
    witness by the Defendant, pursuant to notice and the
14  Federal Rules of Civil Procedure pertaining to the
    taking of depositions, taken before me, the
15  undersigned, Teresa Constantini Berardi, a Notary
    Public in and for the Commonwealth of Pennsylvania, at
16  the law offices of MacDonald Illig Jones & Britton,
    LLP, 100 State Street, Suite 700, Erie, Pennsylvania
17  16507-1498, commencing at 10:52 a.m. the day and date
    above set forth.

18

19                    - - -

20         COMPUTER-AIDED TRANSCRIPTION BY
            MORSE, GANTVERG & HODGE, INC.
21              ERIE, PENNSYLVANIA
                  814-833-1799

22                    - - -

23

24

25

PAGE 2

```
                                                    2
 1   APPEARANCES:

 2        On behalf of the Plaintiff:

 3        Janssen & Keenan, P.C.:
          Charles L. Howard, Esquire
 4        One Commerce Square
          Suite 2050
 5        2005 Market Street
          Philadelphia, Pennsylvania  19103
 6

 7        On behalf of the Defendant:

 8        MacDonald Illig Jones & Britton, LLP:
          Richard J. Parks, Esquire
 9        Scott Stroupe, Esquire
          100 State Street, Suite 700
10        Erie, Pennsylvania  16507-1498

11                         - - -

12   ALSO PRESENT:

13        James Witkowski
          John T. Johnson
14
                           - - -
15
                      I-N-D-E-X
16
     EXAMINATION BY:                       PAGE:
17   Mr. Parks                              3
                                           54
18
     Mr. Howard                            50
19
                           - - -
20
     UNDERWOOD DEPOSITION EXHIBIT NOS.:     PAGE:
21   1 - Fax dated 2-1-06 attaching letter dated   16
         2-1-06 from Mr. Howard to Mr. Parks and
22       email correspondence

23   2 - Document entitled "Additional Customer     30
         Profile Data"
24
                           - - -
25
```

PAGE 3

```
                                                    3
 1                   JOHN UNDERWOOD

 2   Called as a witness by the defendant, having been

 3   first duly sworn, as hereinafter certified, was

 4   deposed and said as follows:

 5                    EXAMINATION

 6   BY MR. PARKS:

 7        Q     Could you please state your full name for

 8   the record?

 9        A     John Underwood.

10        Q     Mr. Underwood, have you ever been subject

11   to a deposition before?

12        A     Yes, sir.

13        Q     And you understand that your testimony

14   under oath is being taken to be transcribed into a

15   written document; correct?

16        A     Yes, sir.

17        Q     I would ask you that if I ask a question

18   that you don't understand, ask me to repeat it.

19        If you ask me more than one question, please

20   feel free to ask me to go back and break it down into

21   two questions or three questions.

22        Please wait until I am done and then give

23   your answer as correctly as you can under oath.

24        Is that okay?

25        A     Okay.
```

PAGE 4

```
                                                    4
 1   Q    All right.
 2        Mr. Underwood, where are you employed?
 3   A    I'm employed by CSX Transportation in
 4   Jacksonville, Florida.
 5   Q    And what is your business address in
 6   Jacksonville?
 7   A    6737 Southpoint Drive.
 8   Q    Actually in Jacksonville address?
 9   A    Yes, sir.
10        Southpoint Drive South.
11   Q    And what is your job title?
12   A    Manager, supplemental revenue.
13   Q    And how many people do you have under you
14   in the supplemental revenue department?
15   A    There is 21 employees in our department.
16   Q    They are all located in Jacksonville?
17   A    Yes, sir.
18   Q    Does CSX also have an office in Buffalo,
19   New York?
20   A    They may have a transportation office.  I'm
21   not for sure.
22   Q    If a dispute were to arise related to
23   supplemental income, and I assume that is -- is it
24   just demurrage or are there other things that are
25   associated with that department?
```

PAGE 5

```
                                                    5
 1   A    There is other items associated.
 2   Q    What are the items that CSX designated as
 3   under your control as supplemental income --
 4   A    It's items --
 5   Q    -- or, revenue?  Excuse me.
 6   A    -- designated by our CSXT 8100 tariff,
 7   which includes demurrage and switching.
 8   Q    Anything else other than demurrage and
 9   switching?
10   A    There would be weighing.
11        I'd have to -- unabsorbed switching, and
12   there may be some others I can't think of right now.
13   Q    When did you first become aware personally
14   of a dispute for an unpaid claim by CSX against
15   Port Erie Plastics?
16   A    I believe I -- it's probably been within
17   four to six months ago.
18   Q    So basically about the time suit was being
19   prepared to be filed?
20   A    Yes, sir.
21   Q    Are you responsible for the referral of
22   that suit?
23   A    And do you mean by --
24   Q    Did you personally pick up an invoice on
25   some ledger that CSX was claiming it has an unpaid
```

6

1 invoice, and we're going to take legal action on
2 this?
3        Is that your first contact with the
4 Port Erie's issue?
5    A    My contact -- we have a supplemental team
6 that reviews outstanding demurrage bills with
7 customers, and it would be a decision of that team to
8 refer them to -- for litigation for collection.
9    Q    Was your contact with the Port Erie issue
10 before or after that decision had been made?
11    A    It would have been after that decision was
12 made.
13    Q    So suit was already filed when you first
14 became aware of this?
15    A    Yes, sir.
16    Q    Now, do the records of Port Erie -- or,
17 excuse me.
18        Do the records of CSX indicate that this
19 was a disputed account?
20    A    Yes.
21    Q    Do the records also indicate that there was
22 an investigation concerning who was a party to any
23 shipping contract with CSX?
24    A    I think the investigation was only being
25 handled with Port Erie.

7

1    Q    Do you have any evidence of or writing that
2 would show there is a contract between CSX and
3 Port Erie Plastics?
4    A    No, sir.
5    Q    Do you have any contracts where CSX is a
6 party to a shipping contract with BP that is relevant
7 to the Port Erie Plastics issue?
8    A    No, sir.
9    Q    Do you have any evidence or anything that
10 would indicate that Port Erie Plastics was a party to
11 any shipping contract with any party concerning these
12 particular railcars?
13    A    None that I know of.
14    Q    So it is a correct statement to say that
15 Port Erie Plastics was not a party to the shipping
16 contract that involved these demurrages, correct,
17 according to your last statement kind of in reverse
18 and more succinctly?
19    A    The only contract that would be subject
20 would be under the uniform freight bill of lading,
21 which would show them as a consignee.
22    Q    Now, who controls that bill of lading when
23 it's produced?  As a shipper, who controls that?  Who
24 creates this?
25    A    The origin consignor.

8

1    Q    In this particular case, to the best of
2 your knowledge, that would be BP Amoco; correct?
3    A    Correct.
4    Q    And BP Amoco made arrangements with who to
5 ship plastic?
6    A    Based on the billing information that I've
7 seen, they made arrangement with the origin rail
8 carrier I believe, was Union Pacific Railroad.
9    Q    So the correct statement would be that BP
10 would, in some way, contact Union Pacific and say, "We
11 want a railcar to fill and ship a railcar full of
12 resin to some place"; correct?
13    A    Correct.
14    Q    Okay.
15        Now, the bill of lading would then be
16 created by BP Amoco in this case?
17    A    Yes, sir.
18    Q    And who controls the content of that bill
19 of lading?
20    A    BP Amoco.
21    Q    And in every instance, do you have a bill
22 of lading on these claimed for shipments on these
23 railcars?
24    A    Yes, sir.
25    Q    Now, do any of those bills of lading

9

1 indicate that Port Erie Plastics was a shipper?
2    A    The bill of ladings indicate that Port Erie
3 Plastic was a consignee.
4    Q    And who was responsible for all of the
5 shipping charges on each and every one of those bills
6 of lading?
7    A    As I recall, it was BP Amoco.
8    Q    So they guaranteed shipping?
9    A    They received the freight charges.
10    Q    Isn't that the same thing, they guaranteed
11 shipping as it left their plant?
12    A    I would -- I would say under their contract
13 of the bill of lading, yes.
14    Q    Now, there are certain terms of art in your
15 industry.
16        "Prepaid" means the shipping is paid, you
17 don't have to collect it at the end; correct?
18    A    Correct.
19    Q    And what's "free on board"?
20    A    I'm not that familiar with it.
21    Q    How about "COD"?
22    A    Cash on delivery.
23    Q    And "free on board," to the best of my
24 knowledge, is that the party receiving the shipment
25 has a duty to pay for it not necessarily on delivery;

PAGE 10

10

1 correct?

2 A As you state, yes.

3 Q In other words, they are responsible for
4 the shipping from the time it left BP's plant to
5 wherever it went, whoever arranged that contract;
6 correct?

7 A Correct.

8 Q Did CSX do an investigation of who BP was
9 shipping to, who had done the sale, who owned the
10 plastic that was being shipped?

11 A No, sir.

12 Q At no time did you -- you never were
13 worried about that?

14 A It was not the issue with the railcars, the
15 intention of the railcars.

16 Q Whose cars did you come into possession of?
17 Now, these are bulk tank cars with
18 four compartments, as I understand them; correct?

19 A Covered hopper cars, yes.

20 Q There's four hoppers, and they are filled
21 with various dry materials, in this particular case,
22 plastic resin?

23 A Yes, sir.

24 Q And whose cars were they when they left BP?

25 A I'm not sure I know who the owner of the

PAGE 11

11

1 car is.

2 Q And that's because cars are interchanged
3 among carriers, depending on switching and transfer
4 points, based on the geographic area that is served by
5 various carriers; correct?

6 A Basically, railcars and this type of
7 private cars are leased from a leasing company by a
8 customer, and they, during this lease, would the cars
9 to various destinations.

10 Q So they were not owned by Union Pacific?

11 A Probably -- no, they would not be owned by
12 Union Pacific.

13 Q But they would be leased to Union Pacific?

14 A No. They would probably be leased to BP.

15 Q Okay. So BP sent out a waybill, bill of
16 lading and they issued that to Union Pacific Railroad,
17 to the best of your knowledge; correct?

18 A Correct.

19 Q The railcar would go from Texas to where?

20 A It would originate at Texas on Union
21 Pacific and be given to CSX at an interchange point,
22 and CSX would deliver the car to Erie.

23 Q What was the interchange point?

24 A I'd have to see one of the waybills. I
25 don't recall.

PAGE 12

12

1 Q Now, this interchange point, would that
2 also be an interchange change where Norfolk & Southern
3 could pick up?

4 A Not necessarily.

5 Q You compete with Norfolk & Southern; don't
6 you?

7 A Yes, sir.

8 Q And rail carriers actually is very
9 competitive at this time; isn't it?

10 A Always, yes.

11 Q Your service area is overlapped with
12 Norfolk & Southern; correct?

13 A In many instances, yes.

14 Q And how is it that you compete with
15 Norfolk & Southern?

16 You can't cut your rates because they're
17 published; correct?

18 MR. HOWARD: Object to the form of the
19 question. It calls for a legal confusion.

20 You can answer.

21 A Rates can be competitive by contracts.

22 Q And did you have any contract with BP?

23 A None that I'm aware of.

24 Q How did CSX get paid for picking up these
25 cars at a rail point and delivering them to Erie?

PAGE 13

13

1 A The Union Pacific would collect the
2 freight. We would receive our portion from them.

3 Q So you got payment from Union Pacific?

4 A That's correct.

5 Q And according to the bills of lading that
6 you've seen, they got paid by BP; correct?

7 A From what I remember, yes.

8 Q Now, when a car arrives in Erie,
9 Pennsylvania, it's placed on a CSX side rail; correct?

10 A It's brought into a CSX yard, yes.

11 Q And that's not a main line, it's a side
12 car, and it's put into that particular rail yard;
13 correct?

14 A Correct.

15 Q In this particular case, notice was given
16 to whom that the car arrived in Erie?

17 A From what I've seen, the constructive
18 placement notice was given to Presque Isle Trucking.

19 Q Do you have any record that would show
20 constructive notice was given directly to Port Erie
21 Plastics?

22 A None that I've seen.

23 Q And that is different from prior pleadings
24 that were placed of record in the court; correct?

25 Previously, it was asserted by CSX that

SHEET 3  PAGE 14

**14**

1 Port Erie was notified of the constructive placement,
2 and now you're stating that constructive placement was
3 actually given to Presque Isle Trucking; correct?
4    A    Information that I've seen on fax indicated
5 that it did go to Presque Isle Trucking.
6    Q    And you don't have any place where it was
7 given directly to Port Erie Plastics; correct?
8    As    None that I've seen.
9    Q    Okay.
10        Now, do you know who owned the plastic as
11 it was being transported from the BP facility until it
12 arrived in Erie?
13    A    From the documentation that I've seen, it
14 was owned by Nexpak.
15    Q    But Nexpak is not a party to the bill of
16 lading; are they?
17    A    Not that I've seen.
18    Q    But just as an example, a document that was
19 previously produced during Mr. Witkowski's
20 deposition -- just for clarity of the record, I'm
21 referring to Witkowski Deposition Exhibit No. 5.
22        This is the bill of lading that you are
23 referring to; correct?
24    A    Yes, sir.
25    Q    After these demurrage charges, did

PAGE 15

**15**

1 anyone -- and when say "you," I do mean CSX as a
2 whole, not you personally, and that you have personal
3 knowledge of.
4        Did anyone at CSX notify Nexpak that their
5 plastic was accruing demurrage?
6    A    We had no contact with Nexpak or did not
7 know anything about Nexpak.
8    Q    Did you have those bills of lading when you
9 were accruing these demurrage charges?
10    A    We did not have these specific bill of
11 ladings, no.
12    Q    So you took transfer of these railcars
13 from Union Pacific and you didn't obtain a bill of
14 lading?
15    A    We received an electronic transaction from
16 the Union Pacific that give us the waybill information
17 and to move the car to the destination.
18    Q    And that waybill only said a destination?
19    A    I'm sorry?
20    Q    The electronic waybill, did that say this
21 is --
22    A    It was the shipper information and the
23 consignee information.
24    Q    And the consignee was what?
25    A    Port Erie Plastics.

PAGE 16

**16**

1    Q    Where?
2    A    At Erie, PA.
3    Q    Did it say "Mount Fort Terminal"?
4    A    I don't recall if it said that or not.
5    Q    Okay. I got a fax from your attorney
6 yesterday which I will refer to as Underwood
7 Deposition No. 1.
8        (Thereupon, Underwood Deposition Exhibit
9 No. 1 was marked for identification.
10 BY MR. PARKS:
11    Q    Did you see this document before the
12 deposition?
13        I mean, not necessarily --
14        MR. HOWARD: Before today?
15        MR. PARKS: Before today, yes, the
16    deposition today, yes.
17    A    Yes, sir.
18    Q    And the substance of that fax is a series
19 of emails from a Billy Graham; correct?
20    A    Yes, sir.
21    Q    Did Billy Graham work for you?
22    A    Did not work for me directly, but he is an
23 employee of CSX.
24    Q    What does Billy Graham do at CSX?
25    A    He is a customer service representative.

PAGE 17

**17**

1    Q    And before suit was filed against
2 Port Erie, was Mr. Graham consulted about disputes by
3 Port Erie Plastics to the billing for demurrage by
4 CSX?
5    A    No, sir.
6    Q    They never had anything to do with that
7 before the suit was filed?
8    A    No, sir.
9    Q    But he was investigating a problem with
10 regard to the demurrage as of January 27th?
11    A    He was -- January 27th of?
12    Q    2006. That's the date of that email to
13 you; correct?
14    A    The date of this email to me was upon my
15 research for documents.
16        This document that was put together by
17 Mr. Graham was in a draft memo file of his, and he
18 created that document in 2001, when he was trying to
19 determine how to handle the cars that were coming into
20 Erie for Port Erie Plastics.
21    Q    All right.
22        Now, when you say "draft memo," are you
23 talking about within the email system?
24    A    Yes, sir.
25    Q    And the top email to you is dated what

PAGE 18

18

1 date?

2    A    January 27th, 2006.

3    Q    And it goes through a whole litany of

4 referring to Mr. Witkowski, his phone number, and

5 other things concerning this alleged dispute; correct?

6    A    Correct.

7    Q    You just told me that that was from

8 December of 2001?

9    A    Yes, sir.

10    Q    Okay. Why isn't there an email tag that

11 says December 1st, 2001 within the substance of that

12 email?

13    A    Well, there is some in the substance of the

14 email.

15    Q    But under the CSX email system, the email

16 tag appears at the top of each email; correct?

17    A    That's correct.

18    Q    And the email with all of these details was

19 only created on January 27th, 2006?

20    A    The time that he sent this to me was

21 created on January 27th of 2006.

22    Q    Is there any evidence that that was created

23 before January 27th on that document, January 27th,

24 2006, that all of the items were typed up?

25        Is there any dating on that that's tagged

PAGE 19

19

1 by the system that shows that that was created in

2 2001, as you just testified?

3    A    For the first, or second part, or --

4    Q    The whole first part of that, before the

5 next tag, the next email tag.

6    A    No, there's no other date there.

7    Q    And then, in fact, the email tag for the

8 December 2001 email is a duplicate of the first two

9 or three lines of the January 27th, 2006 email; isn't

10 it?

11    A    Yes, sir. I see that it is the same.

12    Q    What records did your employee, Mr. Graham,

13 use to create all of that January 27th, 2006 letter?

14        MR. HOWARD: Object to the form of the

15    question. You're mischaracterizing testimony.

16        MR. PARKS: Well, I'm asking a question,

17    what documents support.

18 BY MR. PARKS:

19    Q    You cannot tell me that he knows

20 Mr. Witkowski's phone number five years later or

21 four years later.

22    A    Based on my conversation with Mr. Graham,

23 he had a file that he had kept in draft section that

24 he was using as information to himself as to how to

25 work the profile, how to work this customer, and he

PAGE 20

20

1 had it in his draft, and he had it for this number of

2 years under --

3    Q    When you say "work this customer," really,

4 the substance of those emails from 2001 were, "How do

5 I undercut Norfolk Southern and get this shipping?

6 Do we have competitive rates? Do we have a better

7 tariff that we can get to these people to get more

8 business?"

9        That's what Mr. Graham did; didn't he?

10    A    Mr. Graham was trying to resolve how to get

11 the car to the proper location for unloading, which

12 was on CSX, and then he was working with someone to

13 resolve that issue.

14    Q    And never once in there did he say anything

15 about resolving issues with regard to demurrage, does

16 he, except for in January of 2006?

17    A    I don't believe that was his call of

18 resolving the demurrage.

19    Q    Well, then, what is the purpose of

20 producing the January 27th, 2006 email from

21 Mr. Graham?

22    A    At the time of 2001, Mr. Graham was

23 involved in building the customer profile for the

24 customer to -- which would direct the shipment to the

25 right location for unloading, and I think he had some

PAGE 21

21

1 confusion as to where the car was to be placed so that

2 it could be unloaded by Port Erie.

3    Q    Who was he working with? Who was his

4 contact?

5    A    Who was his contact when?

6    Q    Yes. Back in 2001, who was his contact?

7    A    With Port Erie?

8    Q    No. Who was his contact with the

9 customer?

10        You just told me that Port Erie was not

11 your customer. Who was his contact? Who was he

12 talking to to get these transfers done more

13 efficiently?

14    A    I'm sorry. I don't understand your

15 question.

16    Q    Okay. You told me that there was never, to

17 the best of your knowledge, any contract between CSX

18 and Port Erie Plastics.

19    A    That's true.

20    Q    And you also told me that there was no

21 contract, that you know of, between BP -- or, excuse

22 me, Port Erie and Union Pacific or BP regarding the

23 shipment of this resin; correct?

24    A    Other than the bill of lading, that's

25 correct.

SHEET 4  PAGE 22

**22**

1  Q    And your customer was actually Union
2  Pacific?
3  A    My customer is Port Erie.
4  Q    You don't have any contract with Port Erie;
5  do you?
6  A    No.
7  Q    They're not your customer, they're a place
8  where you delivered resin because Union Pacific told
9  you to?
10  A    They're the consignee on record.
11  Q    And that record was controlled completely
12  by BP, not you; correct?
13  A    That is true.
14  Q    So if the consignee was incorrect because
15  that's where BP put it as a delivery point, you
16  wouldn't have any knowledge of that; correct?
17  A    I have no knowledge other than what was
18  furnished to us.
19  Q    Did you contact Union Pacific and ask them
20  how they got Port Erie Plastics, how it was they came
21  to designate Port Erie as a consignee on this bill?
22  A    No, sir.
23  Q    You relied upon Union Pacific for payment
24  of your shipping charges; correct?
25  A    Correct.

PAGE 23

**23**

1  Q    And you got paid?
2  A    Correct.
3  Q    And then with regard to Witkowski
4  Deposition Exhibit No. 9, Witkowski Exhibit No. 9, I
5  believe the oldest invoice on there, which was
6  May 15th, 2002, was well after the last contact that
7  Billy Graham had with anybody concerning that series
8  of emails, correct, except for the email to you?
9  A    What was the date there that you said?
10  Q    May of 2002.
11  A    Okay. Those were after this, is what
12  you're asking me?
13  Q    Isn't that correct?
14  A    Yes.
15  Q    So there wasn't even an issue for
16  Billy Graham at the time about demurrage charges?
17  A    No, because he was not doing demurrage. He
18  was working on getting the cars, the railcars, to the
19  correct customer.
20  Q    And within his emails, one of his concerns
21  is, do we have a better tariff than NS, which I assume
22  is Norfolk Southern; correct?
23  A    Yes.
24  Q    Okay. So your primary concern -- or,
25  Mr. Graham's primary concern on behalf of CSX was to

PAGE 24

**24**

1  get that money away from Norfolk Southern and into
2  CSX?
3  A    I can't address his concern.
4        He was working on trying to get the railcar
5  to the proper destination.
6  Q    I want to go back to, I guess, the question
7  I asked before.
8        What is the relevance of Mr. Graham's
9  relationship to this lawsuit? Why is he now providing
10  you with emails with respect to any relevance to this
11  lawsuit?
12  A    Because he was instrumental in putting
13  together the customer profile, and determining where
14  the railcar was to be placed when it reached Erie,
15  PA.
16  Q    Now, where were the railcars to be placed?
17  A    Based on his research, it was determined
18  that the railcars were to be placed at Mount Fort
19  Terminal.
20  Q    Which you were aware that Port Erie does
21  not own; correct?
22  A    I'm aware of that.
23  Q    Were you aware of that at the time that CSX
24  was giving constructive placement notices for these
25  cars, that they arrived in Erie?

PAGE 25

**25**

1  A    Yes, sir.
2  Q    So you knew that you weren't giving
3  Port Erie Plastics direct notice that railcars were
4  arriving?
5  A    I'm not -- I can't say for sure.
6        All I've seen was where the notices were
7  going to on my research here.
8  Q    And that was Presque Isle Trucking?
9  A    Yes, sir.
10  Q    Mount Fort Terminal?
11  A    Presque Isle Trucking.
12  Q    Did you -- well, it also said Mount Fort
13  Terminal on some of the later invoices, didn't it --
14  or, bills of lading?
15  A    All I'm talking about is the constructive
16  placement notices.
17  Q    So they went there, but Presque Isle
18  Trucking wasn't the consignee?
19  A    No, sir.
20  Q    Didn't you have a duty to give a person
21  notice that you want to charge them money?
22        MR. HOWARD: Object to the question. Calls
23  for a legal conclusion.
24        You can answer.
25  A    Would you ask the question again?

PAGE 26

26

1   Q    Yes.

2       Don't you think that CSX has a duty to

3   notify a person in some way directly that, "We are

4   going to try and charge you money"?

5       MR. HOWARD: Same objection.

6   A    The rail shipments are subject to a

7   CSXT 8100 tariff, which obligates parties that use

8   railcars, which describes the services for them, and

9   it's a matter of public record that a railcar -- a

10  user of a railcar should have that knowledge.

11  Q    Okay.

12      So it's your contention that your tariff

13  goes so far that you don't have to give me any notice,

14  but if I receive a product of off a railcar,

15  regardless of who had notice of it, if I receive the

16  product, I should be responsible for paying a shipping

17  charge or a demurrage charge?

18  A    We would serve notice to the consignee if

19  there were going to be extra charges for the car

20  depending on the car type.

21      That information would be transmitted to

22  the consignee.

23  Q    And you just testified that you did not

24  transfer any of that knowledge to Port Erie Plastics

25  at any time relevant to this lawsuit; correct?

PAGE 27

27

1   A    My recollection was a conversation I had

2   with Mr. Graham when he was trying to work through

3   this situation, is that he had a conversation with

4   Port Erie Plastic as to the receipt of the

5   constructive placement notices to their location, and

6   the response to him was that, "Do not send the

7   notifications to us, send them to Presque Isle

8   Trucking as they are the ones unloading the cars."

9   Q    And that's nowhere -- that response, first

10  of all, did not answer my question and, second of all,

11  there is nowhere in those emails where that is ever

12  discussed; is there?

13  A    None in the email.

14  Q    So you have a person who's trying to market

15  to a new customer, who doesn't bother to mention to

16  them that, "Oh, here are your duties, and if we're

17  going to do business with you, you're going to be

18  responsible for X, Y and Z," never mentioned anywhere

19  in those emails; is it?

20  A    Just in my conversation with him.

21  Q    So it's completely hearsay --

22      MR. HOWARD: Objection.

23  Q    -- five years later?

24      MR. HOWARD: Object to the form of the

25  question.

PAGE 28

28

1   BY MR. PARKS:

2   Q    That conversation took place almost

3   five years later, correct, after his contact with the

4   customer?

5   A    It was his recognition at that time of this

6   conversation.

7   Q    Recollection?

8   A    Yeah.

9   Q    I understand. All right.

10      MR. PARKS: Now, could you repeat the last

11      question before the one I just did and ask him

12      that again, the question before?

13      (Record read.)

14  BY MR. PARKS:

15  Q    Could you answer that question?

16  A    Would you read it one more time? I'm not

17  sure what you're asking here.

18  Q    Is there any place at any time prior to a

19  demurrage claim that CSX notified Port Erie Plastics

20  that it was asserting it was a consignee and would be

21  responsible for shipments?

22  A    None that we would directly communicate.

23  Q    Now, with regard to the demurrage tariff

24  that you say is published --

25  A    Yes, sir.

PAGE 29

29

1   Q    -- today your attorney gave me one that was

2   issued on December 19th, 2002; correct?

3       Is that the tariff that you were referring

4   to?

5   A    Yes. This is effective December 21st,

6   2001.

7   Q    But it was issued what date?

8   A    It was issued December 19th, 2002.

9   Q    And the first bill that you're trying to

10  make a claim on is May 15th, 2002; correct?

11  A    Yes, sir.

12  Q    Where is the tariff from that period of

13  time?

14  A    What is the first date there?

15  Q    May 15th, 2002 is the first apparent

16  invoice date.

17  A    This has various supplements to this, to

18  this tariff.

19      The demurrage information on this

20  supplement under the demurrage plan is dated

21  November 26th, 2002.

22  Q    Do you have the full tariff that was in

23  effect as of May 2002?

24  A    There was one in effect. Do not have one

25  with me.

30

1  Q   So that tariff arose after these demurrage
2  charges were already allegedly beginning to accrue;
3  correct?
4  A   This is the same tariff that would have
5  been in place at -- in 2001, with updates to it.
6  Q   But you never gave notice of this tariff
7  directly to Port Erie Plastics; did you?
8  A   No, sir.
9      We were not obligated to do so.
10  Q   But Mr. Graham was having, according to
11  those, in 2001 was having conversations, alleged
12  conversations, with Mr. Witkowski about, you know, how
13  we get things in, and how he recalled these things
14  from 2001 but, yet, never shared any information about
15  the tariff and never asked for acknowledgment that
16  Port Erie be a party to the shipping contract;
17  correct?
18  A   That's correct.
19  Q   Okay.
20      Now, your attorney also gave me a set of
21  documents that he said that he either got yesterday
22  afternoon or this morning from you, and I'm going to
23  refer to those as Underwood Exhibit No. 2.
24      (Thereupon, Underwood Deposition Exhibit
25  No. 2 was marked for identification.)

31

1  BY MR. PARKS:
2  Q   There are two packets of documents, and
3  since I haven't had a chance to kind of look at them,
4  can you identify what those documents are?
5      MR. HOWARD:  Do you mind if I put them in
6      the Bates number order?  Because they didn't
7      come back that way.
8      MR. PARKS:  That's fine, that's because the
9      paper caught in the --
10     MR. HOWARD:  That's the order that they
11     should be in.
12  A   This is information from our computer
13  system for the -- that we create as a customer
14  profile, that assigns a code that brings the car when
15  it is received on CSX to the proper destination and
16  the proper location for unloading.
17  Q   Do those indicate that the cars would be
18  delivered to Mount Fort Terminal?
19  A   It indicates that we were showing Port Erie
20  Plastics as a subset of Mount Fort Terminal.
21  Q   What does that mean?  Who enters that
22  information?
23  A   The customer service rep responsible for
24  inputting this information at the time was
25  Billy Graham.

32

1  Q   When was that information produced?  I
2  mean, when was that document printed off and placed in
3  the system?
4      MR. HOWARD:  This is a better copy.  Here
5      (indicating).
6  A   I printed these in January of '06, but the
7  profile was created on December 17th of '01.
8  Q   Now, when you set up a customer profile,
9  how do you determine -- when you didn't have an
10  agreement with Port Erie Plastics, how do you
11  determine who your customer is?
12  A   It's based on the consignee information
13  that we receive.
14  Q   Did Mr. Graham contact Nexpak about these?
15  A   He had no information about Nexpak.
16  Q   All right.
17      Now, with regard to the records of CSX, do
18  any of the records show a transfer of railcars from
19  Erie to Canton, Ohio?
20  A   I have no records of that.
21  Q   Are there records of CSX moving a truck, a
22  train car, back out of its Erie terminal and sending
23  it to Nexpak that was originally designated for
24  Port Erie Plastics?
25  A   I don't know.

33

1  Q   Did you look for that?
2  A   I was not looking for that, no.
3  Q   Did you see the requests for production of
4  documents that were given to your counsel?
5  A   Yes.
6  Q   And in there, there was a request for any
7  records you would have about diverting or transferring
8  railcars from Erie to Canton, Ohio that were within
9  this group of shipments; correct?
10  A   I don't recall seeing any information.
11  Q   Did you look for this information?  Do you
12  recall thinking that, "I need to be able to find out
13  that information, whether or not it exists"?
14  A   I checked with our diversion group, and
15  they said, unless I had a specific car number, they
16  probably were not going to be able to determine any
17  type of diversion on a car.
18      I went through our diversion systems and
19  did not find any on the search.
20  Q   So you would have no record of that?
21  A   I could not find any.
22  Q   So you wouldn't know whether or not Nexpak
23  continued to exercise control of these railcars
24  through delivery to the Mount Fort Terminal?
25  A   None that I could find.

**34**

1   Q    And Nexpak is on the bill of lading,
2  though; correct?
3   A    I did not see Nexpak.
4        The bill of lading information that I
5  received from the -- from the Union Pacific rail
6  carrier.
7   Q    But the bill of lading clearly shows who
8  the plastic was sold to; doesn't it?
9   A    Yes, it shows that.
10  Q    Did your electronic transfers show that?
11  A    I did not see that on there.
12  Q    Isn't it important to know who the
13 beneficial interest of your shipments go to with
14 respect to your tariff for demurrage?
15  A    Only if they're the consignee that is
16 detaining the car or unloading the car.
17  Q    What if the party is exercising control
18 over the car, requiring that they be transferred to a
19 different location based upon the information from the
20 shipper, which was BP; correct?
21  A    The shipper was BP.
22  Q    And you would follow the controls and
23 directions of the shipper; correct?
24  A    Yes.
25  Q    Until it's delivered?  In fact, the shipper

**35**

1  retains control over the shipment?
2   A    When you say "shipment," are you talking
3  about the product or the railcar?
4   Q    I'm talking about the railcar that leaves
5  BP.
6        Until you deliver it to the destination, BP
7  has a right to hold that train car, they have a right
8  to divert that train car as the shipper in this
9  particular case; correct?
10  A    They have a right to do those.
11  Q    Okay.
12  A    The ultimate destination was Erie, PA.
13  Q    Now, in your investigation, do your records
14 show that BP directed you, CSX, to hold a shipment of
15 four cars because Nexpak filed bankruptcy?
16  A    I have seen no records of that.
17  Q    Did you look?
18  A    Yes.
19  Q    So never in any of your shipment records
20 did anybody exercise control over any shipment of CSX
21 to the Mount Fort Terminal?
22  A    I did not see any.
23  Q    I'm going to go back to the question.
24       But you didn't look for that as part of
25 the -- were other people controlling railcars?

**36**

1   A    I looked for everything I could determine
2  when I was reviewing our records that had to do
3  with -- with Port Erie or any other customers in
4  there.
5        I did not find those records.
6   Q    Okay.
7        On the bills of lading, which is Witkowski
8  Deposition Exhibit No. 5 -- sorry, I grabbed your
9  copy -- at the top of those, those are marked
10 "Prepaid"; correct?
11  A    Yes, sir.
12  Q    And it says underneath the "COD Information
13 (If Applicable)," it says "Carriers Send Invoices To:
14 BP Chemicals," and it says "Carriers"; correct?
15  A    It says that.
16  Q    Multiple?
17  A    What do you mean, "multiple"?
18  Q    More than one carrier.  It has an S.  It
19 doesn't say "Carrier," it says "Carriers Send Invoices
20 To:  BP Chemicals."
21  A    Yes.
22  Q    Did you send your invoices for demurrage to
23 BP Chemicals?
24  A    No, sir.
25  Q    Why not?

**37**

1   A    Because this has to do with freight
2  services, not assessorial charges at destination.
3   Q    Where do you see that?  Where on that would
4  I find that information?
5   A    It's not written on this document.  This is
6  for the shipment of freight.
7   Q    Which is what you did, you shipped freight?
8   A    Yes, sir.
9   Q    And then you delivered to Mount Fort
10 Terminal, and once it was delivered to Mount Fort
11 Terminal, there are no demurrage charges accruing;
12 correct?
13  A    Yes, sir.
14  Q    So before you delivered to Mount Fort
15 Terminal is where all of the demurrage charges would
16 have had to accrue?
17  A    That's correct.
18  Q    And once it's in Mount Fort Terminal, which
19 was your direction, did you send your invoices to
20 BP Chemicals as directed on this bill of lading?
21  A    No, sir.
22  Q    Did you send any invoices to Nexpak?
23  A    No, sir.
24  Q    When there was a contest -- and correct me
25 if I'm wrong, but the testimony of both Port Erie

**38**

1  people were, from the minute they first got notice of
2  these charges, they were disputed; correct?
3      A    I'm not sure if they were disputed properly
4  or not.
5      Q    When is the first notice of dispute that
6  CSX has in its hands?
7      A    I had a copy from Mr. Witkowski of one of
8  the demurrage bills that he had written a hand on
9  it -- handwritten something on it.
10     Q    What did he hand write on there?
11     A    Something to the effect that, "These bills
12  need to go away."
13     Q    Isn't that a dispute?
14     A    Yes, sir.
15     Q    And do you have anything prior to that that
16  acknowledges there was some agreement by Port Erie to
17  take control or take responsibility for these alleged
18  demurrage charges?
19     A    None that I could see.
20     Q    And, in fact, CSX's response to that
21  dispute was to attempt to get Port Erie as a customer
22  and put in a rail side for Port Erie; wasn't it?
23     A    I read some verbiage to that.
24     Q    In fact, there's at least three letters
25  from CSX people that say, "We'll waive all these

**39**

1  demurrage charges if you just do business with us."
2      A    Okay.
3      Q    Isn't that correct?
4      A    Correct.
5      Q    And, in effect, CSX was holding that over
6  Port Erie's head trying to get a new customer; weren't
7  they?
8      A    I can't testify to the marketing's intent
9  at the time.
10     Q    That was from the marketing department?
11     A    Yes, sir.
12     Q    Not from your department?
13     A    No, sir.
14     Q    Not from accounting?
15     A    No, sir.
16     Q    So your marketing -- the people who were in
17  charge of creating business, they have the ability to
18  waive demurrage charges over your say so; correct?
19     A    They can do that, yes.
20     Q    All right.
21          Just more as matter of -- what is a Bates
22  label?
23     A    Are you asking me?
24     Q    Yes.
25     A    It's my understanding a way to identify

**40**

1  each page of the document.
2      Q    So it's just a label that CSX puts on a
3  document?
4          MR. HOWARD:  No, no, I put them on.  I
5      Bates labeled all of the documents.
6          MR. PARKS:  Okay.
7          MR. HOWARD:  Anything that I produce to
8      anybody in any litigation, I Bates label it.
9  BY MR. PARKS:
10     Q    So that's your counsel's, that's not an
11  internal CSX --
12     A    That's true.
13         MR. PARKS:  They came on typed, and I
14     didn't know.  I thought it was their indexing.
15         MR. HOWARD:  No.  That's done on my part.
16         MR. PARKS:  So at the bottom of these, that
17     "CSX0463" --
18         MR. HOWARD:  I wrote that.  I had my
19     secretary print up labels and put those on
20     before I produced them to you.
21         MR. PARKS:  Okay.
22     Q    Now, Mr. Graham's email from January 27th,
23  2006, it refers to, "The only information that reaches
24  Port Erie Plastics concerning a rail car, is receipt
25  of a shipping notice from BP Amoco in Texas."

**41**

1          MR. HOWARD:  Where is that, Rich?
2          MR. PARKS:  About, I would say, the third
3      paragraph that starts with "On arrival," and
4      then it would be the third line down after
5      "Terminal (referred to locally as 'Codan.')"
6          MR. HOWARD:  Yes.
7      A    Okay.
8      Q    Do you know why Mount Fort Terminal became
9  Codan?
10     A    No, sir.
11     Q    Is that an internal -- I mean, is there a
12  registry of --
13     A    Don't know.
14     Q    Then it says, "The only information that
15  reaches Port Erie Plastics concerning a rail car, is
16  receipt of a shipping notice from BP Amoco in Texas."
17         Do you know how he knew that, whether or
18  not there was any shipping notice?
19     A    I'm only assuming in his discussion with
20  Mr. Witkowski, that's how that information was relayed
21  to him.
22     Q    So you don't know personally?
23     A    No, sir.
24     Q    And what's a transflo operation?
25     A    Transflo operation is a CSX facility that

PAGE 42

**42**

1 unloads railcars similar to the type of product that
2 Port Erie was receiving except it's a CSX-owned
3 facility.
4     Q     But you knew at the time that, in effect,
5 the transflo would have been Presque Isle Trucking,
6 then?
7     A     No, sir.
8           Transflo would not -- this would not have
9 been a transflo facility.  It was not a CSX-owned
10 facility.
11     Q     But that's what Presque Isle did, was
12 unload railcars for delivery by a non-rail serviced
13 party?
14     A     Presque Isle was an agent for Port Erie
15 unloading their cars.
16     Q     And do you know whether Port Erie was an
17 agent for --
18     A     No, sir.
19     Q     Did you look?
20     A     Look at what?
21     Q     Did you find out who they were acting as an
22 agent for?
23     A     It was nothing that I knew anything about.
24     Q     So why aren't you suing Presque Isle?
25     A     Because they're not the consignee on

PAGE 43

**43**

1 record.
2     Q     But they're the parties you sent it to.
3 That's the one you constructively noticed under the
4 bill of lading.  You constructively noticed
5 Presque Isle Trucking.
6           Why didn't you bill them?
7     A     We constructively noticed Presque Isle
8 Trucking as agent for Port Erie, who is the consignee
9 on record.
10     Q     Did you then investigate Port Erie once
11 they disputed to see if they were acting as an agent
12 for Nexpak?
13     A     No, sir.
14     Q     Okay.
15           Going down to November 26th, 2001,
16 Billy Graham to Dean Piacente, that's part of Exhibit
17 No. 1, why is it that Billy Graham was asking -- I
18 assume Dean Piacente, is he also a CSX employee?
19     A     Yes, sir.
20     Q     What does he do?
21     A     Best of recollection, he's in marketing.
22     Q     So it's another sales guy?
23     A     Yes, sir.
24     Q     And it says -- well, Billy Graham was a
25 sales guy, and he's talking to another sales guy.

PAGE 44

**44**

1           Why is he asking, "Do we have a
2 'competitive rate' that could influence this movement
3 via," I'm assuming, "Union Pacific," I don't know what
4 the "ESTL" means, then obviously it's "CSX Transport
5 direct."
6     A     Well, first, Billy Graham is not in
7 marketing.  His involvement in that is very
8 restricted.
9           The "ESTL" is an interchange junction from
10 the Union Pacific which is abbreviated for
11 East St. Louis.
12           And based on what I read, there was some
13 cars that were being delivered to the NS which they
14 were giving to CSX for a switch delivery.
15           And at this point, it was determined that
16 Port Erie Plastics was closed to switching for the
17 NS, so there was no way for the NS to deliver that
18 traffic to us without us being part of the freight
19 rate.
20     Q     Well, so Norfolk Southern was involved in
21 these shipments?
22     A     Based on what -- this information here, it
23 appears that they were at one time.
24     Q     But we don't have any record of anything
25 with Norfolk & Southern except for these 2001 emails?

PAGE 45

**45**

1     A     No, I would not have any records with the
2 NS.
3     Q     So is it your testimony that Norfolk
4 Southern was somehow at this relevant time taken out
5 of the loop?
6     A     I can't say that for sure.
7     Q     Well, who would CSX negotiate that with?
8           I mean, if you're trying to undercut
9 Norfolk Southern, which is the big body of these
10 emails, you're trying to take them out of the loop,
11 who did they negotiate that with?
12     A     If there was any contact, it would have to
13 be with the shipper.
14     Q     Which would be BP?
15     A     Yes, sir.
16     Q     So, again, you never notified Port Erie
17 that you were trying to affect the shipping costs on
18 this plastic that you're asserting they somehow had an
19 interest in?
20     A     It was not relevant.
21     Q     It's only relevant because you didn't get
22 paid your consignee charges from BP; correct?
23           MR. HOWARD:  Objection to the form.
24 BY MR. PARKS:
25     Q     Well, you can answer.

**46**

1   A   I'm not sure.
2   Q   Why isn't that relevant? Why is it not
3 relevant, what you were doing to market these
4 shipments?
5   A   This has to do with freight charges, not
6 assessoral charges after the fact, after the shipment
7 was received.
8   Q   So everything Billy Graham had to do was
9 irrelevant to this suit?
10   A   No.
11       The fact that the part on the routing of
12 the car was not relevant with the NS to this suit.
13   Q   What's a reciprocal switch?
14   A   A reciprocal switch is a car that we
15 receive at destination from another rail carrier, and
16 we deliver that car to a customer for them and receive
17 a switch charge from that other rail carrier.
18   Q   Well, that doesn't make sense, because this
19 email says, "Cars are destined for a rail Customer
20 located on the CSXT, open to reciprocal switch, called
21 'Mountfort Terminal'."
22       Mount Fort Terminal was not a reciprocal
23 switch carrier, so I can't reconcile what you just
24 said.
25       It's at the very bottom of page -- the one

**47**

1 that's designated as CSX 464, the very bottom of the
2 page, the last few lines --
3   A   Oh.
4   Q   -- for October 30th, 2001.
5       Mount Fort Terminal was never a carrier.
6   A   What he was saying at that time, that he
7 was open -- Mount Fort Terminal was open to receive
8 cars from other rail carriers on CSX.
9   Q   But that's not what a reciprocal switch is,
10 from your testimony.
11       Your testimony was, basically, it was from
12 carrier to carrier, in effect, the way a MAC machine
13 would work, is that if you waive your charge to my
14 customers, I'll waive my charge to your customers.
15       That's what you described to me as the
16 reciprocal switch.
17       Now, this Billy Graham is telling this
18 Mr. Elliott at Union Pacific that they have "open to
19 reciprocal switch, called 'Mountfort Terminal'."
20   A   He's speaking as Mount Fort Terminal as a
21 customer open -- open to reciprocal switching, which
22 would entitle another carrier to deliver the car to
23 us, and would obligate us to place that car into that
24 facility and receive a switch charge instead of part
25 of the line haul rate.

**48**

1   Q   So this was Billy Graham telling Union
2 Pacific, "Don't charge us for those switches because
3 it's" --
4   A   No, that's not what he's saying.
5   Q   Okay.  What is he saying?
6   A   He's just saying that Mount Fort Terminal,
7 as he was seeing it, was open to reciprocal switch.
8   Q   But why is "called" in there then?  The
9 word "called," "reciprocal switch, called 'Mountfort
10 Terminal'"?
11   A   He's just speaking to the name of the
12 customer.
13       I'm not sure of his verbiage.
14   Q   But at the top of the last page, 465, you
15 were aware that BP was providing incorrect bill of
16 lading information at that time?
17   A   That's the statement that Mr. Graham
18 indicates.
19   Q   So you knew the bills of lading were wrong?
20   A   And he's dealing with the route of the car
21 for a CSX switch delivery.
22   Q   But you had notice that the bills of lading
23 were incorrect, incorrect bill of lading information,
24 "The furnished route is UP Eastern Saint Louis Norfolk
25 Southern, should be UP Norfolk Southern with CSX

**49**

1 switch delivery."
2       So there's other information on this bill
3 of lading that you know is correct from here
4 (indicating) as of October 30th, 2001; correct?
5   A   It had to do with how to route the car to
6 the destination where the car was to be unloaded.
7   Q   Yes.  But you're looking to correct the
8 Amoco billing pattern at that time, and BP and Amoco
9 by that time were merged companies; correct?
10       As far as the plastic resins, BP Amoco is
11 interchangeable?
12   A   I can't speak to that.
13   Q   But in this particular one up above, you're
14 talking about UP is furnished, and then they are
15 talking about Amoco, and that is where these resins in
16 question originated; correct?
17   A   I would agree.
18       MR. PARKS:  Okay.  If I can just take a
19 break for a second, I have one more document I
20 want to ask you about.
21       (Discussion off the record.)
22       - - -
23       (Thereupon, from 11:53 a.m. to 1:01 p.m., a
24 luncheon recess was taken.)
25       - - -

PAGE 50

50

1    A-F-T-E-R-N-O-O-N S-E-S-S-I-O-N
2  BY MR. PARKS:
3    Q    Mr. Underwood, I believe the last course of
4  questioning, if not the last question, was, were you
5  aware of BP directing the holding of the delivery of
6  any railcars at the time Nexpak filed bankruptcy?
7    A    No, sir.
8    Q    And did you have the opportunity to examine
9  the records of CSX to determine whether or not there
10  were any hold orders or directions by the shipper to
11  withhold any of the railcars that would be subject to
12  this demurrage or subject to delivery at Mount Fort
13  Terminal?
14    A    Best I could determine, yes, sir.
15    Q    And there were no such hold orders?
16    A    None that I found.
17    MR. PARKS:  I don't think I have any
18  further questions for you.
19    MR. HOWARD:  I have a few questions.
20    EXAMINATION
21  BY MR. HOWARD:
22    Q    Mr. Underwood, referring you to --
23    MR. HOWARD:  Rich, did you mark the
24  Graham email?
25    MR. PARKS:  Graham was marked as Underwood

PAGE 51

51

1    Deposition 1.
2    MR. HOWARD:  Okay.
3  BY MR. HOWARD:
4    Q    Mr. Parks asked you some questions about
5  Underwood Exhibit 1.
6    Do you recall that?
7    A    Yes, sir.
8    Q    It's the email from Mr. Graham to you dated
9  January 27th, 2006?
10    A    Yes, sir.
11    Q    And that was a document that, on the 27th,
12  you sent to me; correct?
13    A    Yes, sir.
14    Q    What is your understanding of what
15  Mr. Graham forwarded to you on the 27th?
16    A    I was trying to get an understanding of
17  his part in the customer profile, how it was created,
18  and the contact people that were on the customer
19  profile for delivery of the railcars to Port Erie
20  Plastics.
21    Q    Is there anything in the email that he sent
22  to you that has anything to do with demurrage?
23    A    No, sir.
24    Q    About halfway down the page, there's a
25  sentence that begins, "The Erie situation is beginning

PAGE 52

52

1  to be understood."
2    Do you see that?
3    A    Yes, sir.
4    Q    And on the top of the very top of the next
5  page, there's a sentence that ends, "from the old
6  days."
7    Do you see that?
8    A    Yes, sir.
9    Q    Do you have an understandings of when
10  Mr. Witkowski wrote all of the text that appears from
11  first sentence that I pointed you to, to the last
12  sentence?
13    MR. PARKS:  I'm sorry.  Mr. Witkowski?
14    MR. HOWARD:  I'm sorry.  Thank you.
15    Mr. Graham.
16  BY MR. HOWARD:
17    Q    Do you have an understanding of when
18  Mr. Graham wrote that particular text?
19    A    It was my understanding from Mr. Graham it
20  was sometime during the December 2001 time frame.
21    Q    And what is the basis of that
22  understanding?
23    A    Conversation I had with Mr. Graham
24  concerning his document.
25    Q    And when did you have that conversation?

PAGE 53

53

1    A    I talked to him yesterday.
2    Q    That would be February 1st, 2006; correct?
3    A    Yes.
4    Q    On the last page of the email thread that
5  we have here, and as part of the email, it's dated
6  October 30th, 2001, Mr. Graham makes reference to --
7  he says, "it appears that UP is being furnished via
8  EDI 404 incorrect bill of lading information."
9    What is "EDI 404"?
10    A    "EDI 404" is the electronic billing
11  information that BP would have originated for the
12  shipment.
13    Q    And what is your understanding of the error
14  that Mr. Graham is referring to?
15    A    He's referring to how the car is routed.
16    Q    We previously marked this morning an
17  exhibit, Witkowski 5, which is a copy of a straight
18  bill of lading form.
19    Have you seen this before?
20    A    Yes, sir.  Today.
21    Q    Does the routing information appear
22  anywhere on the bill of lading?
23    A    Yes, sir.
24    Q    Where does that appear?
25    A    Shows under the "Carrier/Routing" and reads

54

1 "UP East St. Louis CSXT."
2    Q    And that bill of lading is from June of
3 2004; correct?
4    A    Correct.
5    Q    And you have produced -- or, CSX has
6 produced waybills in this litigation.
7        Do you recall viewing those?
8    A    Yes, sir.
9    Q    Would those waybills have routing
10 information on them?
11    A    Yes, sir.
12    Q    Would the EDI forms that CSX received from
13 Union Pacific, would they have had routing information
14 on them?
15    A    Yes, sir, I believe so.
16    Q    If those waybills and EDI forms showed
17 "UP ESTL CSXT" as the routing, would it be your
18 conclusion that this error that Mr. Graham points out
19 in December of 2001 had been corrected by the time the
20 shipments at issue here were made?
21    A    Yes, sir.
22        MR. HOWARD:  That's all I have.
23            EXAMINATION
24 BY MR. PARKS:
25    Q    With regard to that correction, that's not

56

1    A    No, sir.
2        MR. PARKS:  No further questions.
3        MR. HOWARD:  We're off the record now.
4        THE COURT REPORTER:  Signature?
5        MR. HOWARD:  Yes.
6            - - -
7        (Thereupon, at 1:08 p.m., the deposition
8 was concluded.)
9            - - -

55

1 anywhere in the writing; is it?
2        Your understanding that this had been
3 corrected by this time, that's not reflected in any of
4 these writings, is it, it's your understanding from
5 talking to Mr. Graham?
6    A    It is my understanding of reviewing this
7 information with Mr. Graham.
8    Q    And with regard to these documents that are
9 represented in Underwood Deposition Exhibit No. 1,
10 those are not regular business records maintained by
11 CSX in any way; are they?
12    A    Which document are we referring to?
13        MR. HOWARD:  This (indicating).
14 BY MR. PARKS:
15    Q    The emails from Mr. Graham, starting with
16 the one dated January 27th, 2006.
17    A    And your question is?
18    Q    That is not a regular business record
19 maintained by CSX; is it?
20    A    This document here (indicating)?
21    Q    Yes, sir.
22    A    No, sir, it's not.
23    Q    It's not anything you keep in your
24 accounting and require as a procedure of your
25 employees?

57

1            SIGNATURE PAGE
2
3
4
5    John Underwood
6
7        Subscribed and sworn to before me this
8 _____ day of _____, 2006.
9
10
11    Notary Public
12
13            - - -
14
15

PAGE 58

58

```
 1              CERTIFICATE

 2   COMMONWEALTH OF PENNSYLVANIA, )
                                    ) SS:
 3   COUNTY OF ALLEGHENY.          )

 4         I, Teresa Constantini Berardi, do hereby certify
       that before me, a Notary Public in and for the
 5     Commonwealth aforesaid, personally appeared
       JOHN UNDERWOOD, who then was by me first duly
 6     cautioned and sworn to testify the truth, the whole
       truth, and nothing but the truth in the taking of his
 7     oral deposition in the cause aforesaid; that the
       testimony then given by him as above set forth was by
 8     me reduced to stenotypy in the presence of said
       witness, and afterwards transcribed by means of
 9     computer-aided transcription.

10         I do further certify that this deposition was
       taken at the time and place in the foregoing caption
11     specified, and was completed without adjournment.

12         I do further certify that I am not a relative,
       counsel or attorney of either party, or otherwise
13     interested in the event of this action.

14       IN WITNESS WHEREOF, I have hereunto set my hand
       and affixed my seal of office at Pittsburgh,
15     Pennsylvania, on this _____ day of _____,
       2006.

16

17

18     _____

19     Teresa Constantini Berardi, Notary Public
       In and for the Commonwealth of Pennsylvania
20     My commission expires October 9, 2008.

21                  - - -

22

23

24

25
```

**0**

01 [1] 32:7
06 [1] 32:6

**1**

1 [7] 2:21 16:7,9 43:17 51:1,5 55:9
1:01 [1] 49:23
1:08 [1] 56:7
10:52 [1] 1:17
11:53 [1] 49:23
15th [3] 23:6 29:10,15
16 [1] 2:21
16507-1498 [2] 1:17 2:10
17th [1] 32:7
19th [2] 29:2,8
1st [2] 18:11 53:2

**2**

2 [4] 1:11 2:23 30:23,25
2-1-06 [1] 2:21
2001 [19] 17:18 18:8,11 19:2,8 20:4,22 21:6 29:6 30:5,11,14 43:15 44:25 47:4 49:4 52:20 53:6 54:19
2002 [8] 23:6,10 29:2,8,10,15,21,23
2004 [1] 54:3
2005 [1] 2:5
2006 [14] 1:11 17:12 18:2,19,21,24 19:9,13 20:16,20 40:23 51:9 53:2 55:16
2008 [1] 58:20
21 [1] 4:15
21st [1] 29:5
26th [2] 29:21 43:15
27th [15] 17:10,11 18:2,19,21,23,23 19:9,13 20:20 40:22 51:9,11,15 55:16
3 [1] 2:17
30 [1] 2:23
30th [3] 47:4 49:4 53:6

**4**

404 [3] 53:8,9,10
464 [1] 47:1
465 [1] 48:14

**5**

5 [3] 14:21 36:8 53:17

**6**

6737 [1] 4:7

**8**

8100 [2] 5:6 26:7

**9**

9 [3] 23:4,4 58:20

**A**

a-f-t-e-r-n-o-o-n [1] 50:1
a.m [2] 1:17 49:23
abbreviated [1] 44:10
ability [1] 39:17
able [2] 33:12,16

above [1] 49:13
according [3] 7:17 13:5 30:10
account [1] 6:19
accounting [2] 39:14 55:24
accrue [2] 30:2 37:16
accruing [3] 15:5,9 37:11
acknowledges [1] 38:16
acknowledgment [1] 30:15
acting [2] 42:21 43:11
action [2] 6:1 58:13
actually [4] 4:8 12:8 14:3 22:1
additional [1] 2:23
address [3] 4:5,8 24:3
adjournment [1] 58:11
affect [1] 45:17
aforesaid [2] 58:5,7
afternoon [1] 30:22
agent [5] 42:14,17,22 43:8,11
ago [1] 5:17
agree [1] 49:17
agreement [2] 32:10 38:16
alleged [3] 18:5 30:11 38:17
allegedly [1] 30:2
allegheny [1] 58:3
almost [1] 28:2
already [2] 6:13 30:2
amoco [11] 8:2,4,16,20 9:7 40:25 41:16 49:8,8,10,15
among [1] 11:3
another [4] 43:22,25 46:15 47:22
answer [5] 3:23 12:20 25:24 27:10 28:15 45:25
anybody [3] 23:7 35:20 40:8
apparent [1] 29:15
appear [2] 53:21,24
appearances [1] 2:1
appeared [1] 58:5
appears [4] 18:16 44:23 52:10 53:7
applicable [1] 36:13
area [2] 11:4 12:11
aren't [1] 42:24
arise [1] 14:22
arose [1] 30:1
arranged [1] 10:5
arrangement [1] 8:7
arrangements [1] 8:4
arrival [1] 41:3
arrived [3] 13:16 14:12 24:25
arrives [1] 13:8
arriving [1] 25:4
art [1] 9:14
asserted [1] 13:25
asserting [2] 28:20 45:18
assessorial [2] 37:2 46:6
assigns [1] 31:14
associated [2] 4:25 5:1
assume [3] 4:23 23:21 43:18
assuming [2] 41:19 44:3
attaching [1] 2:21
attempt [1] 38:21
attorney [3] 16:5 29:1 30:20
aware [8] 5:13 6:14 12:23 24:20,22,23 48:15 50:5
away [2] 24:1 38:12

**B**

back [6] 3:20 21:6 24:6 31:7 32:22 35:23
bankruptcy [2] 35:15 50:6
based [8] 8:6 11:4 19:22 24:17 32:12 34:19 44:12,22
basically [3] 5:18 11:6 47:11
basis [1] 52:21
bates [4] 31:6 39:21 40:5,8
became [6] 6:14 41:8
become [1] 5:13
beginning [3] 30:2 51:25
begins [1] 51:25
behalf [3] 2:1,7 23:25
believe [6] 5:16 8:8 20:17 23:5 50:3 54:15
beneficial [1] 34:13
berardi [3] 1:15 58:4,19
best [6] 8:1 9:23 11:17 21:17 43:21 50:14
better [3] 20:6 23:21 32:4
between [3] 7:2 21:17,21
big [1] 45:9
bill [7] 20:22 8:15,18,21 9:2,13 11:15 14:15,22 15:10,13 21:24 22:21 29:9 34:1,4,7 37:20 43:4,6 48:15,23 49:2 53:8,18,22 54:2
billing [4] 8:6 17:3 49:8 53:10
bills [11] 6:6 8:25 9:5 13:5 15:8 25:14 36:7 38:8,11 48:19,22
billy [5] 36:19,21,24 23:7,16 31:25 43:16,17,24 44:6 46:8 47:17 48:1
board [2] 9:19,23
body [1] 45:9
both [1] 37:25
bother [1] 27:15
bottom [3] 40:16 46:25 47:1
bp [36] 7:6 8:2,4,9,16,20 9:7 10:8, 24 11:14,15 12:22 13:6 14:11 21: 21,22 22:12,15 34:20,21 35:5,6, 14 36:14,20,23 37:20 40:25 41: 16 45:14,22 48:15 49:8,10 50:5 53:11
bp's [1] 10:4
break [2] 3:20 49:19
brings [1] 31:14
britton [2] 1:16 2:8
brought [1] 13:10
buffalo [1] 4:18
building [1] 20:23
bulk [1] 10:17
business [7] 4:5 20:8 27:17 39:1, 17 55:10,18

**C**

call [1] 20:17
called [7] 1:13 3:2 46:20 47:19 48:8,9,9
calls [2] 12:19 25:22
came [2] 22:20 40:13
cannot [1] 19:19
canton [2] 3:19 33:8
car [30] 11:1,22 13:8,12,16 15:17 20:11 21:1 26:19,20 31:14 32:22 33:15,17 34:16,16,18 35:7,8 40: 24 41:15 46:12,14,16 47:22,23 48:20 49:5,6 53:15

carrier [11] 8:8 34:6 36:18,19 46: 15,17,23 47:5,12,12,22
carrier/routing [1] 53:25
carriers [7] 11:3,5 12:8 36:13,14, 19 47:8
cars [18] 10:16,17,19,24 11:2,7,8 12:25 17:19 23:18 24:25 27:8 31: 17 35:15 42:15 44:13 46:19 47:8
case [5] 8:1,16 10:21 13:15 35:9
cash [1] 9:22
caught [1] 31:9
cause [1] 58:7
cautioned [1] 58:6
certain [1] 9:14
certificate [1] 58:1
certified [1] 3:3
certify [3] 58:4,10,12
chance [1] 31:3
change [1] 12:2
charge [10] 25:21 26:4,17,17 39: 17 46:17 47:13,14,24 48:2
charges [9] 9:5,9 14:25 15:9 22: 24 23:16 26:19 30:2 37:2,11,15 38:2,18 39:1,18 45:22 46:5,6
checked [1] 33:14
chemicals [4] 36:14,20,23 37:20
civil [1] 1:14
claim [3] 5:14 28:19 29:10
claimed [1] 8:22
claiming [1] 5:25
clarity [1] 14:20
clearly [1] 34:7
closed [1] 44:16
cod [2] 9:21 36:12
codan [1] 41:9
codan.' [1] 41:5
code [1] 31:14
collect [2] 9:17 13:1
collection [1] 6:8
come [2] 10:16 31:7
coming [1] 17:19
commencing [1] 1:17
commerce [1] 2:4
commission [1] 58:20
commonwealth [2] 58:2,5
communicate [1] 28:22
companies [1] 49:9
company [1] 11:7
compartments [1] 10:18
compete [2] 12:5,14
competitive [4] 12:9,21 20:6 44:2
completed [1] 58:11
completely [2] 22:11 27:21
computer [1] 31:12
computer-aided [1] 20 58:9
concern [3] 23:24,25 24:3
concerning [7] 6:22 7:11 18:5 23:7 40:24 41:15 52:24
concerns [1] 23:20
concluded [1] 56:8
conclusion [2] 23:25 54:18
confusion [2] 12:19 21:1
consignee [16] 7:21 9:3 15:23, 24 22:10,14,21 25:18 26:18,22 28:20 32:12 34:15 42:25 43:8 45:

22
consignor [1] 7:25
constantini [3] 1:15 58:4,19
constructive [7] 13:17,20 14:1,2
24:24 25:15 27:5
constructively [3] 43:3,4,7
consulted [1] 17:2
contact [16] 6:3,5,9 8:10 15:6 21:
4,5,6,8,11 22:19 23:6 28:3 32:14
45:12 51:18
content [1] 8:18
contention [1] 26:12
contest [1] 37:24
continued [1] 33:23
contract [13] 6:23 7:2,6,11,16,19
9:12 10:5 12:22 21:17,21 22:4
30:16
contracts [2] 7:5 12:21
control [6] 5:3 33:23 34:17 35:1,
20 38:17
controlled [1] 22:11
controlling [1] 35:25
controls [4] 7:22,23 8:18 34:22
conversation [8] 19:22 27:1,3,
20 28:2,6 52:23,25
conversations [2] 30:11,12
copy [4] 32:4 36:9 38:7 53:17
correct [77] 3:15 7:14,16 8:2,3,9,
12,13 9:17,18 10:1,6,7,18 11:5,
17,18 12:12,17 13:4,6,9,13,14,
24 14:3,7,23 16:19 17:13 18:5,6,
16,17 21:23,25 22:12,16,24,25
23:2,8,13,19,22 24:21 26:25 28:
3 29:2,10 30:3,17,18 33:9 34:2,
20,23 35:9 36:10,14 37:12,17,24
38:2 39:3,4,18 45:22 49:3,4,7,9,
16 51:12 53:2 54:3,4
corrected [2] 54:19 55:3
correction [1] 54:25
correctly [1] 3:23
correspondence [1] 2:22
costs [1] 45:17
counsel [1] 33:4
counsel's [1] 40:10
county [1] 58:3
course [1] 50:3
court [3] 1:1 13:24 56:4
covered [1] 10:19
create [2] 19:13 31:13
created [8] 8:16 17:18 18:19,21,
22 19:1 32:7 51:17
creates [1] 7:24
creating [1] 39:17
csx [54] 1:4 4:3,18 5:2,14,25 6:18,
23 7:2,5 10:8 11:21,22 12:24 13:
9,10,25 15:1,4 16:23,24 17:4 18:
15 20:12 21:17 23:25 24:2,23 26:
2 28:19 31:15 32:17,21 35:14,20
38:6,25 39:5 40:2,11 41:25 43:
18 44:4,14 45:7 47:1,8 48:21,25
50:9 54:5,12 55:11,19
csx's [1] 38:20
csx-owned [2] 42:2,9
csx0463 [1] 40:17
csxt [5] 5:6 26:7 46:20 54:1,17
customer [28] 2:23 11:8 16:25

19:25 20:3,23,24 21:9,11 22:1,3,
7 23:19 24:13 27:15 28:4 31:13,
23 32:8,11 38:21 39:6 46:16,19
47:21 48:12 51:17,18
customers [4] 6:7 36:3 47:14,14
cut [1] 12:16

D

date [9] 1:17 17:12,14 18:1 19:6
23:9 29:7,14,16
dated [7] 2:21,21 17:25 29:20 51:
8 53:5 55:16
dating [1] 18:25
day [2] 1:17 58:15
days [1] 52:6
dealing [1] 48:20
dean [2] 43:16,18
december [9] 18:8,11 19:8 29:2,
5,8 32:7 52:20 54:19
decision [3] 6:7,10,11
defendant [3] 1:8 2:7 3:2
deliver [5] 11:22 35:6 44:17 46:
16 47:22
delivered [7] 22:8 31:18 34:25
37:9,10,14 44:13
delivering [1] 12:25
delivery [11] 9:22,25 22:15 33:24
42:12 44:14 48:21 49:1 50:5,12
51:19
demurrage [29] 4:24 5:7,8 6:6
14:25 15:5,9 17:3,10 20:15,18
23:16,17 26:17 28:17,19 29:23,
20 30:1 34:14 36:22 37:11,15 38:
8,18 39:1,18 50:12 51:22
demurrages [1] 7:16
department [5] 4:14,15,25 39:10,
12
depending [2] 11:3 26:20
deposed [1] 3:4
deposition [17] 1:10,13 3:11 14:
20,21 16:7,8,12,16 23:4 30:24
36:8 51:1 55:9 56:7 58:7,10
described [1] 47:15
describes [1] 26:8
designate [1] 22:21
designated [5] 2:6 32:23 47:1
15 35:6,12 37:2 46:15 49:6
destination [9] 15:17,18 24:5 31:
15 35:6,12 37:2 46:15 49:6
destinations [1] 11:9
destined [1] 46:19
details [1] 18:18
detaining [1] 34:16
determine [7] 17:19 32:9,11 33:
16 36:1 50:9,14
determined [2] 24:17 44:15
determining [1] 24:13
different [3] 12:23 34:19
direct [3] 20:24 25:3 44:5
directed [2] 35:14 37:20
directing [1] 50:5
direction [1] 37:19
directions [2] 34:23 50:10
directly [6] 13:20 14:7 16:22 26:
3 28:22 30:7
discussed [1] 27:12
discussion [2] 41:19 49:21
dispute [6] 4:22 5:14 18:5 38:5,

13,21
disputed [4] 6:19 38:2,3 43:11
disputes [1] 17:2
district [2] 1:1,2
diversion [3] 33:14,17,18
divert [1] 35:8
diverting [1] 33:7
document [16] 2:23 3:15 14:18
16:11 17:16,18 18:23 32:2 37:5
40:1,3 49:19 51:11 52:24 55:12,
20
documentation [1] 14:13
documents [8] 17:15 19:17 30:
21 31:2,4 33:4 40:5 55:8
doing [2] 23:17 46:3
done [4] 3:22 10:9 21:12 40:15
down [4] 3:20 41:4 43:15 51:24
draft [4] 17:17,22 19:23 20:1
drive [2] 4:7,10
dry [1] 10:21
duly [1] 3:3
duplicate [1] 19:8
during [3] 11:8 14:19 52:20
duties [1] 27:16
duty [3] 9:25 25:20 26:2

E

each [3] 9:5 18:16 40:1
east [2] 44:11 54:1
eastern [1] 48:24
edi [5] 53:8,9,10 54:12,16
effect [6] 29:23,24 38:11 39:5 42:
4 47:12
effective [1] 29:5
efficiently [1] 21:13
either [1] 30:21
electronic [4] 15:15,20 34:10 53:
10
elliott [1] 47:18
email [26] 2:22 17:12,14,23,25 18:
10,12,14,15,16,18 19:5,7,8,9
20:20 23:8 27:13 40:22 46:19 50:
24 51:8,21 53:4,5
emails [10] 16:19 20:4 23:8,20
24:10 27:11,19 44:25 45:10 55:
15
employed [2] 4:2,3
employee [3] 16:23 19:12 43:18
employees [2] 4:15 55:25
end [1] 9:17
ends [1] 52:5
enters [1] 31:21
entitle [1] 47:22
entitled [1] 2:23
erie [68] 1:7,21 2:10 5:15 6:9,16,
25 7:3,7,10,15 9:1,2 11:22 12:25
13:8,16,20 14:1,7,12 15:25 16:2
17:2,3,20,20 21:2,7,10,18,22 22:
3,4,20,21 24:14,20,25 25:3 26:
24 27:4 28:19 30:7,16 31:19 32:
10,19,22,24 33:8 35:12 36:3 37:
25 38:16,21,22 40:24 41:15 42:2,
14,16 43:8,10 44:16 45:16 51:19,
25
erie's [2] 6:4 39:6
error [2] 53:13 54:18
esquire [1] 2:9

estl [3] 44:4,9 54:17
even [1] 23:15
event [1] 58:13
everything [2] 36:1 46:8
evidence [3] 7:1,9 18:22
examination [3] 3:5 50:20 54:23
examine [1] 50:8
example [1] 14:18
except [4] 20:16 23:8 42:2 44:25
excuse [3] 5:5 6:17 21:21
exercise [2] 33:23 35:20
exercising [1] 34:17
exhibit [11] 14:21 16:8 23:4,4 30:
23,24 36:8 43:16 51:5 53:17 55:
9
exists [1] 33:13
expires [1] 58:20
extra [1] 26:19

F

facility [6] 14:11 41:25 42:3,9,10
47:24
fact [6] 19:7 34:25 38:20,24 46:6,
11
familiar [1] 9:20
far [2] 26:13 49:10
fax [4] 2:21 14:4 16:5,18
february [2] 1:11 53:2
federal [1] 1:14
feel [1] 3:20
few [4] 47:2 50:19
file [2] 17:17 19:23
filed [5] 5:19 6:13 17:1,7 35:15
50:6
fill [1] 8:11
filled [1] 10:20
find [7] 33:12,19,21,25 36:5 37:4
42:21
fine [1] 31:8
first [5] 3:3 5:13 6:3,13 19:3,4,8
27:9 29:9,14,15 38:1,5 44:6 52:
11
five [3] 19:20 27:23 28:3
florida [1] 4:4
follow [1] 34:22
follows [1] 3:4
form [5] 12:18 19:14 27:24 45:23
53:18
forms [2] 54:12,16
fort [19] 16:3 24:18 25:10,12 31:
18,20 33:24 35:21 37:9,10,14,18
41:8 46:22 47:5,7,20 48:6 50:12
forwarded [1] 51:15
found [1] 50:16
four [5] 5:17 10:18,20 19:21 35:
15
frame [1] 52:20
free [3] 3:20 9:19,23
freight [8] 7:20 9:9 13:2 37:1,6,7
44:18 46:5
full [3] 3:7 8:11 29:22
furnished [4] 22:18 48:24 49:14
53:7
further [4] 50:18 56:2 58:10,12

G

gave [3] 29:1 30:6,20

geographic [1] 11:4
getting [1] 23:18
give [4] 3:22 15:16 25:20 26:13
given [7] 11:21 13:15,18,20 14:3,
    7 33:4
giving [3] 24:24 25:2 44:14
got [7] 13:3,6 16:5 22:20 23:1 30:
    21 38:1
grabbed [1] 36:8
graham [39] 16:19,21,24 17:2,17
    19:12,22 20:9,10,21,22 23:7,16
    27:2 30:10 31:25 32:14 43:16,17,
    24 44:6 46:8 47:17 48:1,17 50:
    24,25 51:8,15 52:15,18,19,23 53:
    6,14 54:18 55:5,7,15
graham's [3] 23:25 24:8 40:22
group [2] 33:9,14
guaranteed [2] 9:8,10
guess [1] 24:6
guy [3] 43:22,25,25

## H

halfway [1] 51:24
hand [3] 38:8,10 58:14
handle [1] 17:19
handled [1] 6:25
hands [1] 38:6
handwritten [1] 38:9
haul [1] 47:25
head [1] 39:6
hearsay [1] 27:21
hereby [1] 58:4
hereinafter [1] 3:3
hereunto [1] 58:14
himself [1] 19:24
hold [4] 35:7,14 50:10,15
holding [2] 39:5 50:5
hopper [1] 10:19
hoppers [1] 10:20
howard [28] 12:18 16:14 19:14
    25:22 26:5 27:22,24 31:5,10 32:
    4 40:4,7,15,18 41:1,6 45:23 50:
    19,21,23 51:2,3 52:14,16 54:22
    55:13 56:3,5

## I

identification [2] 16:9 30:25
identify [2] 31:4 39:25
illig [2] 1:16 2:8
important [1] 34:12
inc [2] 1:4,7
includes [1] 5:7
income [2] 4:23 5:3
incorrect [5] 22:14 48:15,23,23
    53:8
indexing [1] 40:14
indicate [6] 6:18,21 7:10 9:1,2
    31:17
indicated [1] 14:4
indicates [2] 31:19 48:18
indicating [4] 32:5 49:4 55:13,
    20
industry [1] 9:15
influence [1] 44:2
information [35] 8:6 14:4 15:16,
    22,23 19:24 26:21 29:19 30:14
    31:12,22,24 32:1,12,15 33:10,11,

13 34:4,19 36:12 37:4 40:23 41:
    14,20 44:22 48:16,23 49:2 53:8,
    11,21 54:10,13 55:7
inputting [1] 31:24
instance [1] 8:21
instances [1] 12:13
instead [1] 47:24
instrumental [1] 24:12
intent [1] 39:8
intention [1] 10:15
interchange [5] 11:21,23 12:1,2
    44:9
interchangeable [1] 49:11
interchanged [1] 11:2
interest [2] 34:13 45:19
interested [1] 58:13
internal [2] 40:11 41:11
investigate [1] 43:10
investigating [1] 17:9
investigation [4] 6:22,24 10:8
    35:13
invoice [4] 5:24 6:1 23:5 29:16
invoices [6] 25:13 36:13,19,22
    37:19,22
involved [3] 7:16 20:23 44:20
involvement [1] 44:7
irrelevant [1] 46:9
isle [3] 13:18 14:3,5 25:8,11,17
    27:7 42:5,11,14,24 43:5,7
isn't [9] 9:10 12:9 18:10 19:9 23:
    13 34:12 38:13 39:3 46:2
issue [7] 6:4,9 7:7 10:14 20:13
    23:15 54:20
issued [4] 11:16 29:2,7,8
issues [1] 20:15
items [4] 5:1,2,4 18:24

## J

jacksonville [4] 4:4,6,8,16
james [1] 2:13
janssen [1] 2:3
january [5] 17:10,11 18:2,19,21,
    23,23 19:9,13,20 20:16,20 32:6 40:
    22 51:9 55:16
job [1] 4:11
john [5] 1:10,13 3:1,9 57:5
jones [2] 1:16 2:8
junction [1] 44:9
june [1] 54:2

## K

keenan [1] 2:3
keep [1] 55:23
kept [1] 19:23
kind [2] 7:17 31:3
knowledge [9] 8:2 9:24 11:17
    15:3 21:17 22:16,17 26:10,24
knows [1] 19:19

## L

label [3] 39:22 40:2,8
labeled [1] 40:5
labels [1] 40:19
labeling [31] 7:20,22 8:15,19,22,25
    9:6,13 11:16 13:5 14:16,22 15:8,
    14 21:24 25:14 34:1,4,7 36:7 37:
    20 43:4 48:16,19,22,23 49:3 53:

8,18,22 54:2
ladings [2] 9:2 15:11
last [9] 7:17 23:6 28:10 47:2 48:
    14 50:3,4 52:11 53:4
later [5] 19:20,21 25:13 27:23 28:
    3
law [1] 1:16
lawsuit [3] 24:9,11 26:25
lease [1] 11:8
leased [3] 11:7,13,14
leasing [1] 11:7
least [1] 38:24
leaves [1] 35:4
ledger [1] 5:25
left [3] 9:11 10:4,24
legal [3] 6:1 12:19 25:23
letter [2] 2:21 19:13
letters [1] 38:24
line [3] 13:11 41:4 47:25
lines [2] 19:9 47:2
litany [1] 18:3
litigation [3] 6:8 40:8 54:6
llp [1] 2:8
locally [1] 41:5
located [2] 4:16 46:20
location [5] 20:11,25 27:5 31:16
    34:19
look [7] 31:3 33:1,11 35:17,24 42:
    19,20
looked [1] 36:1
looking [2] 33:2 49:7
loop [2] 45:5,10
louis [3] 44:11 48:24 54:1
luncheon [1] 49:24

## M

mac [1] 47:12
macdonald [2] 1:16 2:8
machine [1] 47:12
made [5] 6:10,12 8:4,7 54:20
main [1] 13:11
maintained [2] 55:10,19
manager [1] 4:12
many [2] 4:13 12:13
mark [1] 50:23
marked [5] 16:9 30:25 36:9 50:
    25 53:16
market [3] 2:5 27:14 46:3
marketing [4] 39:10,16 43:21 44:
    7
marketing's [1] 39:8
materials [1] 10:21
matter [2] 26:9 39:21
mean [8] 5:23 15:1 16:13 31:21
    32:2 36:17 41:11 45:8
means [2] 9:16 44:4
memo [2] 17:17,22
mention [1] 27:15
mentioned [1] 27:18
merged [1] 49:9
mind [1] 31:5
minute [1] 38:1
mischaracterizing [1] 19:15
money [3] 24:1 25:21 26:4
months [1] 51:17
morning [2] 30:22 53:16
mount [19] 16:3 24:18 25:10,12

31:18,20 33:24 35:21 37:9,10,14,
    18 41:8 46:22 47:5,7,20 48:6 50:
    12
mountfort [3] 46:21 47:19 48:9
move [1] 15:17
movement [1] 44:2
moving [1] 32:21
multiple [2] 36:16,17

## N

name [2] 3:7 48:11
necessarily [4] 9:25 12:4 16:13
need [2] 33:12 38:12
negotiate [2] 45:7,11
never [11] 10:12 17:6 20:14 21:
    16 27:18 30:6,14,15 35:19 45:16
    47:5
new [3] 4:19 27:15 39:6
nexpak [15] 14:14,15 15:4,6,7 32:
    14,15,23 33:22 34:1,3 35:15 37:
    22 43:12 50:6
next [3] 19:5,5 52:4
non-rail [1] 42:12
none [9] 7:13 12:23 13:22 14:8
    27:13 28:22 33:25 38:19 50:16
norfolk [10] 12:2,5,12,15 20:5 23:
    22 24:1 44:20,25 45:3,9 48:24,
    25
notary [3] 1:15 57:11 58:19
nothing [1] 42:23
notice [15] 13:15,18,20 25:3,21
    26:13,15,18 30:6 38:1,5 40:25
    41:16,18 48:22
noticed [3] 43:3,4,7
notices [4] 24:24 25:6,16 27:5
notifications [1] 27:7
notified [3] 14:1 28:19 45:16
notify [2] 15:4 26:3
november [2] 29:21 43:15
nowhere [2] 27:9,11
ns [6] 23:21 44:13,17,17 45:2 46:
    12
number [5] 18:4 19:20 20:1 31:6
    33:15

## O

oath [2] 3:14,23
object [4] 12:18 19:14 25:22 27:
    24
objection [3] 26:5 27:22 45:23
obligate [1] 47:23
obligated [1] 30:9
obligates [1] 26:7
obtain [1] 15:13
obviously [1] 44:4
october [4] 47:4 49:4 53:6 58:20
office [2] 4:18,20
offices [1] 1:16
ohio [2] 32:19 33:8
okay [22] 3:24,25 8:14 11:15 14:9
    16:5 18:10 21:16 23:11,24 26:11
    30:19 35:11 36:6 39:2 40:6,21
    41:7 43:14 48:5 49:18 51:2
old [1] 52:5
oldest [1] 23:5
once [4] 20:14 37:10,18 43:10
one [18] 2:4 3:19 9:5 11:24 23:20

28:11,16 29:1,24,24 36:18 38:7 43:3 44:23 46:25 49:13,19 55:16
ones [1] 27:8
only [9] 6:24 7:19 15:18 18:19 34:15 40:23 41:14,19 45:21
open [7] 46:20 47:7,7,18,21,21 48:7
operation [2] 41:24,25
opportunity [1] 50:8
oral [1] 58:7
order [2] 31:6,10
orders [2] 50:10,15
origin [2] 7:25 8:7
originally [1] 32:23
originate [1] 11:20
originated [2] 49:16 53:11
other [13] 4:24 5:1,8 10:3 18:5 19:6 21:24 22:17 35:25 36:3 46:17 47:8 49:2
others [1] 5:12
out [7] 11:15 32:22 33:12 42:21 45:4,10 54:18
outstanding [1] 6:6
over [5] 34:18 35:1,20 39:5,18
overlapped [1] 12:11
own [1] 24:21
owned [5] 10:9 11:10,11 14:10,14
owner [1] 10:25

**P**

p.c [1] 2:3
p.m [2] 49:23 56:7
pa [3] 16:2 24:15 35:12
pacific [22] 8:8,10 11:10,12,13,16,21 13:1,3 15:13,16 21:22 22:2,8,19,23 34:5 44:3,10 47:18 48:2 54:13
packets [1] 31:2
page [8] 40:1 46:25 47:2 48:14 51:24 52:5 53:4 57:1
paid [5] 9:16 12:24 13:6 23:1 45:22
paper [1] 31:9
paragraph [1] 41:3
parks [7] 2:17 3:6 16:10,15 19:16,18 28:1,10,14 31:1,8 40:6,9,13,16,21 41:2 45:24 49:18 50:2,17,25 51:4 52:13 54:24 55:14 56:2
part [10] 19:3,4 35:24 40:15 43:16 44:18 46:11 47:24 51:17 53:5
particular [8] 7:12 8:1 10:21 13:12,15 35:9 49:13 52:18
parties [2] 26:7 43:2
party [10] 6:22 7:6,10,11,15 9:24 14:15 30:16 34:17 42:13
pattern [1] 49:8
pay [1] 9:25
paying [1] 26:16
payment [2] 13:3 22:23
pennsylvania [6] 1:2,21 2:10 13:9 58:2,15
people [4] 4:13 20:7 35:25 38:1,25 39:16 51:18
period [1] 29:12
person [3] 25:20 26:3 27:14

personal [1] 15:2
personally [5] 5:13,24 15:2 41:22 58:5
pertaining [1] 1:14
phone [2] 18:4 19:20
piacente [2] 43:16,18
pick [2] 5:24 12:3
picking [1] 12:24
place [7] 8:12 14:6 22:7 28:2,18 30:5 47:23
placed [7] 13:9,24 21:1 24:14,16,18 32:2
placement [6] 13:18 14:1,2 24:24 25:16 27:5
plaintiff [2] 1:5 2:2
plan [1] 29:20
plant [2] 9:11 10:4
plastic [7] 8:5 9:3 10:10,22 14:10 15:5 27:4 34:8 45:18 49:10
plastics [25] 1:7 5:15 7:3,7,10,15 9:1 13:21 14:7 15:25 17:3,20 21:18 22:20 25:3 26:24 28:19 30:7 31:20 32:10,24 40:24 41:15 44:16 51:20
pleadings [1] 13:23
please [3] 3:7,19,22
point [6] 11:21,23 12:1,25 22:15 44:15
pointed [1] 52:11
points [2] 11:4 54:18
port [54] 1:7 5:15 6:4,9,16,25 7:3,7,10,15 9:1,2 13:20 14:1,7 15:25 17:2,3,20 21:2,7,10,18,22 22:3,4,20,21 24:20 25:3 26:24 27:4 28:19 30:7,16 31:19 32:10,24 36:3 37:25 38:16,21,22 39:6 40:24 41:15 42:2,14,16 43:8,10 44:16 45:16 51:19
portion [1] 13:2
possession [1] 10:16
prepaid [2] 9:16 36:10
prepared [1] 5:19
presence [1] 58:8
present [1] 2:12
presque [3] 13:18 14:3,5 25:8,11,17 27:7 42:5,11,14,24 43:5,7
previously [3] 13:25 14:19 53:16
primary [2] 23:24,25
print [1] 40:19
printed [2] 32:2,6
prior [3] 13:23 28:18 38:15
private [1] 11:7
probably [5] 5:16 11:11,14 33:16
problem [1] 17:9
procedure [2] 1:14 55:24
produce [1] 40:7
produced [6] 7:23 14:19 32:1 40:20 54:5,6
producing [1] 20:20
product [4] 26:14,16 35:3 42:1
production [1] 33:3
profile [8] 19:25 20:23 24:13 31:14 32:7,8 51:17,19
proper [4] 20:11 24:5 31:15,16
properly [1] 38:3
providing [1] 24:9 48:15

public [3] 26:9 57:11 58:19
published [2] 12:17 28:24
purpose [1] 20:19
put [7] 13:12 17:16 22:15 31:5 38:22 40:4,19
puts [1] 40:2
putting [1] 24:12

**Q**

question [18] 3:17,19 12:19 19:15,16 21:15 24:6 25:22,25 27:10,25 28:11,12,15 35:23 49:16 50:4 55:17
questioning [1] 50:4
questions [6] 3:21,21 50:18,19 51:4 56:2

**R**

rail [14] 8:7 12:8,25 13:9,12 26:6 34:5 38:22 40:24 41:15 46:15,17,19 47:8
railcar [10] 8:11,11 11:19 24:4,14 26:9,10,14 35:3,4
railcars [20] 7:12 8:23 10:14,15 11:6 15:12 23:18 24:16,18,25 26:8 32:18 33:8,23 35:25 42:1,12 50:6,11 51:19
railroad [2] 8:8 11:16
rate [2] 14:19 47:25
rate' [1] 44:2
rates [3] 12:16,21 20:6
reached [1] 24:14
reaches [2] 40:23 41:15
read [4] 28:13,16 38:23 44:12
reads [1] 53:25
really [1] 20:3
recall [7] 9:7 11:25 16:4 33:10,12 51:6 54:7
recalled [1] 30:13
receipt [3] 27:4 40:24 41:16
receive [8] 13:2 26:14,15 32:13 46:15,16 47:7,24
received [6] 9:9 15:15 31:15 34:5 46:7 54:12
receiving [2] 9:24 42:2
recess [1] 49:24
reciprocal [10] 46:13,14,20,22 47:9,16,19,21 48:7,9
recognition [1] 28:5
recollection [3] 27:1 28:7 43:21
reconcile [1] 46:23
record [15] 3:8 13:19,24 14:20 22:10,11 26:9 28:13 33:20 43:1,9 44:24 49:21 55:18 56:3
records [17] 6:16,18,21 19:12 32:17,18,20,21 33:7 35:13,16,19 36:2,5 45:1 50:9 55:10
reduced [1] 58:8
refer [3] 6:8 16:6 30:23
reference [1] 53:6
referral [1] 5:21
referred [1] 41:5
referring [8] 14:21,23 18:4 29:3 50:22 53:14,15 55:12
refers [1] 40:23
reflected [1] 55:3
regard [7] 17:10 20:15 23:3 28:

23 32:17 54:25 55:8
regarding [1] 21:22
regardless [1] 26:15
registry [1] 41:12
regular [2] 55:10,18
related [1] 4:22
relationship [1] 24:9
relative [1] 58:12
relayed [1] 41:20
relevance [2] 24:8,10
relevant [8] 7:6 26:25 45:4,20,21 46:2,3,12
relied [1] 22:23
remember [1] 13:7
rep [1] 31:23
repeat [2] 3:18 28:10
reporter [1] 56:4
representative [1] 16:25
represented [1] 55:9
request [1] 33:6
requests [1] 33:3
require [1] 55:24
requiring [1] 34:18
research [3] 17:15 24:17 25:7
resin [4] 8:12 10:22 21:23 22:8
resins [2] 49:10,15
resolve [2] 20:10,13
resolving [2] 20:15,18
respect [2] 24:10 34:14
response [3] 27:6,9 38:20
responsibility [1] 38:17
responsible [7] 5:21 9:4 10:3 26:16 27:18 28:21 31:23
restricted [1] 44:8
retains [1] 35:1
revenue [3] 4:12,14 5:5
reverse [1] 7:17
reviewing [3] 36:2 55:6
reviews [1] 6:6
rich [2] 41:1 50:23
route [3] 48:20,24 49:5
routed [1] 53:15
routing [5] 46:11 53:21 54:9,13,17
rules [1] 1:14

**S**

s-e-s-s-i-o-n [1] 50:1
saint [1] 48:24
sale [1] 10:9
sales [3] 43:22,25,25
same [4] 9:10 19:11 26:5 30:4
saying [4] 47:6 48:4,5,6
says [10] 18:11 36:12,13,14,15,19 41:14 43:24 46:19 53:7
scott [1] 2:9
search [1] 33:19
second [3] 19:3 27:10 49:19
secretary [1] 40:19
section [1] 19:23
see [12] 11:24 16:11 19:11 33:3 34:3,11 35:22 37:3 38:19 43:11 52:2,7
seeing [2] 33:10 48:7
seen [11] 8:7 13:6,17,22 14:4,8,13,17 25:6 35:16 53:19
send [7] 27:6,7 36:13,19,22 37:

19,22
sending [1] 32:22
sense [1] 46:18
sent [5] 11:15 18:20 43:2 51:12, 21
sentence [4] 51:25 52:5,11,12
series [2] 16:18 23:7
serve [1] 26:18
served [1] 11:4
service [3] 12:11 16:25 31:23
serviced [1] 42:12
services [2] 26:8 37:2
set [3] 30:20 32:8 58:14
shared [1] 30:14
ship [2] 8:5,11
shipment [11] 9:24 20:24 21:23 35:1,2,14,19,20 37:6 46:6 53:12
shipments [8] 8:22 26:6 28:21 33:9 34:13 44:21 46:4 54:20
shipped [2] 10:10 37:7
shipper [10] 7:23 9:1 15:22 34:20,21,23,25 35:8 45:13 50:10
shipping [18] 6:23 7:6,11,15 9:5, 8,11,16 10:4,9 20:5 22:24 26:16 30:16 40:25 41:16,18 45:17
show [6] 7:2,21 13:19 32:18 34:10 35:14
showed [1] 54:16
showing [1] 31:19
shows [4] 19:1 34:7,9 53:25
side [3] 13:9,11 38:22
signature [2] 56:4 57:1
similar [1] 42:1
since [1] 31:3
sir [63] 3:12,16 4:9,17 5:20 6:15 7: 4,8 8:17,24 10:11,23 12:7 14:24 16:17,20 17:5,8,24 18:9 19:11 22:22 25:1,9,19 28:25 29:11 30: 8 36:11,24 37:8,13,21,23 38:14 39:11,13,15 41:10,23 42:7,18 43: 13,19,23 45:15 50:7,14 51:7,10, 13,23 52:3,8 53:20,23 54:8,11, 15,21 55:21,22 56:1
situation [2] 27:3 51:25
six [1] 5:17
sold [1] 34:8
somehow [2] 45:4,18
someone [1] 20:12
sometime [1] 52:20
sorry [5] 15:19 21:14 36:8 52:13, 14
south [4] 4:10
southern [13] 12:2,5,12,15 20:5 23:22 24:1 44:20,25 45:4,9 48: 25,25
southpoint [2] 4:7,10
speaking [2] 47:20 48:11
specific [2] 15:10 33:15
specified [1] 58:11
square [1] 2:4
st [2] 44:1 54:1
starting [1] 55:15
starts [1] 41:3
state [2] 3:7 10:2
statement [4] 7:14,17 8:9 48:17
states [1] 1:1

stating [1] 14:2
stenotypy [1] 58:8
straight [1] 53:17
street [1] 2:5
stroupe [1] 2:9
subject [5] 3:10 7:19 26:6 50:11, 12
subset [1] 31:20
substance [4] 16:18 18:11,13 20: 4
succinctly [1] 7:18
suing [1] 42:24
suit [7] 5:18,22 6:13 17:1,7 46:9, 12
supplement [1] 29:20
supplemental [4] 4:12,14,23 5:3 6:5
supplements [1] 29:17
support [1] 19:17
switch [14] 44:14 46:13,14,17,20, 23 47:9,16,19,24 48:7,9,21 49:1
switches [1] 48:2
switching [6] 5:7,9,11 11:3 44: 16 47:21
sworn [2] 3:3 58:6
system [5] 17:23 18:15 19:1 31: 13 32:3
systems [1] 33:18

## T

tag [5] 18:10,16 19:5,5,7
tagged [1] 18:25
talked [1] 53:1
tank [1] 10:17
tariff [15] 6:5 20:7 23:21 26:7,12 28:23 29:3,12,18,22 30:1,4,6,15 34:14
team [2] 6:5,7
teresa [3] 1:15 58:4,19
terminal [21] 16:3 24:19 25:10, 13 31:18,20 32:22 33:24 35:21 37:10,11,15,18 41:5,8 46:22 47: 5,7,20 48:6 50:13
terminal' [4] 46:21 47:19 48:10
terms [1] 9:14
testified [2] 19:2 26:23
testify [2] 39:8 58:6
testimony [6] 3:13 19:15 37:25 45:3 47:10,11
texas [4] 11:19,20 40:25 41:16
text [2] 52:10,18
there's [6] 10:20 19:6 38:24 49:2 51:24 52:5
thereupon [4] 16:8 30:24 49:23 56:7
thinking [1] 33:12
third [2] 41:2,4
though [1] 34:2
thread [1] 53:4
three [3] 3:21 19:9 38:24
thursday [1] 1:11
title [1] 4:11
today [5] 16:14,15,16 29:1 53:20
together [2] 17:16 24:13
took [2] 15:12 28:2
top [6] 17:25 18:16 36:9 48:14 52: 4,4

traffic [1] 44:18
train [3] 32:22 35:7,8
transaction [1] 15:15
transcribed [1] 3:14
transcription [2] 1:20 58:9
transfer [4] 11:3 15:12 26:24 32: 18
transferred [1] 34:18
transferring [1] 33:7
transfers [2] 21:12 34:10
transflo [5] 41:24,25 42:5,8,9
transmitted [1] 26:21
transport [1] 44:4
transportation [3] 1:4 4:3,20
transported [1] 14:11
truck [1] 32:21
trucking [10] 13:18 14:3,5 25:8, 11,18 27:8 42:5 43:5,8
true [3] 21:19 22:13 40:12
truth [1] 58:6
try [1] 26:4
trying [11] 17:18 20:10 24:4 27:2, 14 29:9 39:6 45:8,10,17 51:16
two [3] 3:21 19:8 31:2
type [4] 11:6 26:20 33:17 42:1
typed [2] 18:24 40:13

## U

ultimate [1] 35:12
unabsorbed [1] 5:11
under [3] 3:14,23 4:13 5:3 7:20 9:12 18:15 20:2 29:20 43:3 53: 25
undercut [2] 20:5 45:8
underneath [1] 36:12
undersigned [1] 1:15
understand [5] 3:13,18 10:18 21: 14 28:9
understanding [10] 39:25 51:14, 16 52:17,19,22 53:13 55:2,4,6
understandings [1] 52:9
understood [1] 52:1
underwood [16] 1:10,13 3:1,9, 10 4:2 16:6,8 30:23,24 50:3,22, 25 51:5 55:9 57:5
uniform [1] 7:20
union [22] 8:8,10 11:10,12,13,16, 20 13:1,3 15:13,16 21:22 22:1,8, 19,23 34:5 44:3,10 47:18 48:1 54:13
united [1] 1:1
unless [1] 33:15
unload [1] 42:12
unloaded [2] 21:2 49:6
unloading [6] 20:11,25 27:8 31: 16 34:16 42:15
unloads [1] 42:1
unpaid [2] 5:14,25
until [4] 3:22 14:11 34:25 35:6
up [13] 5:24 12:3,24 18:24 32:8 40:19 48:24,25 49:13,14 53:7 54: 1,17
updates [1] 30:5
user [1] 26:10
using [1] 19:24

## V

various [4] 10:21 11:5,9 29:17
verbiage [2] 38:23 48:13
via [2] 44:3 53:7
viewing [1] 54:7
vs [1] 1:6

## W

wait [1] 3:22
waive [4] 38:25 39:18 47:13,14
way [7] 8:10 26:3 31:7 39:25 44: 17 47:12 55:11
waybill [4] 11:15 15:16,18,20
waybills [4] 11:24 54:6,9,16
weighing [1] 5:10
western [1] 1:7
whereof [1] 58:14
wherever [1] 10:5
whether [5] 33:13,22 41:17 42: 16 50:9
who's [1] 27:14
whoever [1] 10:5
whole [4] 15:2 18:3 19:4 58:6
whom [1] 13:16
will [1] 16:6
withhold [1] 50:11
within [5] 5:16 17:23 18:11 23:20 33:8
without [2] 44:18 58:11
witkowski [12] 2:13 14:21 18:4 23:3,4 30:12 36:7 38:7 41:20 52: 10,13 53:17
witkowski's [2] 14:19 19:20
witness [2] 3:2 58:14
word [1] 48:9
words [1] 10:3
work [7] 16:21,22 19:25,25 20:3 27:2 47:13
working [4] 20:12 21:3 23:18 24: 4
worried [1] 10:13
write [1] 38:10
writing [2] 7:1 55:1
writings [1] 55:4
written [3] 3:15 37:5 38:8
wrote [3] 40:18 52:10,18

## Y

yard [2] 13:10,12
years [5] 19:20,21 20:2 27:23 28: 3
yesterday [3] 16:6 30:21 53:1
york [1] 4:19

## 1

**1:5,9 29:17**    [0] **0000238:23**
**48:13**

## V

**via** [2] **44:3 53:7**
**viewing** [1] **54:7**
**vs** [1] **1:6**

## W

**wait** [1] **3:22**
**waive** [4] **38:25 39:18 47:13,14**
**way** [7] **8:10 26:3 31:7 39:25 44:**
**17 47:12 55:11**
**waybill** [4] **11:15 15:16,18,20**
**waybills** [4] **11:24 54:6,9,16**
**weighing** [1] **5:10**
**western** [1] **1:2**
**whereof** [1] **58:14**
**wherever** [1] **10:5**
**whether** [5] **33:13,22 41:17 42:**
**16 50:9**
**who's** [1] **27:14**
**whoever** [1] **10:5**
**whole** [4] **15:2 18:3 19:4 58:6**
**whom** [1] **13:16**
**will** [1] **16:6**
**withhold** [1] **50:11**
**within** [5] **5:16 17:23 18:11 23:20**
**33:8**
**without** [2] **44:18 58:11**
**witkowski** [12] **2:13 14:21 18:4**
**23:3,4 30:12 36:7 38:7 41:20 52:**
**10,13 53:17**
**witkowski's** [2] **14:19 19:20**
**witness** [2] **3:2 58:14**
**word** [1] **48:9**
**words** [1] **10:3**
**work** [7] **16:21,22 19:25,25 20:3**
**27:2 47:13**
**working** [4] **20:12 21:3 23:18 24:**
**4**
**worried** [1] **10:13**
**write** [1] **38:10**
**writing** [2] **7:1 55:1**
**writings** [1] **55:4**
**written** [3] **3:15 37:5 38:8**
**wrote** [3] **40:18 52:10,18**

## Y

**yard** [2] **13:10,12**
**years** [5] **19:20,21 20:2 27:23 28:**
**3**
**yesterday** [3] **16:6 30:21 53:1**
**york** [1] **4:19**

# EXHIBIT Q

1

1        UNITED STATES DISTRICT COURT

2      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                    - - -

4   CSX TRANSPORTATION, INC.,              )
                                           )
5               Plaintiff,                 )
                                           ) Civil Action
6        vs.                               )
                                           ) Case No.
7   PORT ERIE PLASTICS, INC.,              ) 05-139 Erie
                                           )
8               Defendant.                 )

9                    - - -

10        Deposition of STEVE BARTOSIK

11         Thursday, February 2, 2006

12                    - - -

13        The deposition of STEVE BARTOSIK, called as a
    witness by the Plaintiff, pursuant to notice and the
14  Federal Rules of Civil Procedure pertaining to the
    taking of depositions, taken before me, the
15  undersigned, Teresa Constantini Berardi, a Notary
    Public in and for the Commonwealth of Pennsylvania, at
16  the law offices of MacDonald Illig Jones & Britton,
    LLP, 100 State Street, Suite 700, Erie, Pennsylvania
17  16507-1498, commencing at 1:35 p.m. the day and date
    above set forth.

18

19                    - - -

20       COMPUTER-AIDED TRANSCRIPTION BY
          MORSE, GANTVERG & HODGE, INC.
21             ERIE, PENNSYLVANIA
                814-833-1799
22
                     - - -
23

24

25

PAGE 2

2

1  APPEARANCES:

2       On behalf of the Plaintiff:

3       Janssen & Keenan, P.C.,
        Charles L. Howard, Esquire
4       One Commerce Square
        Suite 2050
5       2005 Market Street
        Philadelphia, Pennsylvania  19103
6

7       On behalf of the Defendant:

8       MacDonald Illig Jones & Britton, LLP:
        Richard J. Parks, Esquire
9       Scott Stroupe, Esquire
        100 State Street, Suite 700
10      Erie, Pennsylvania  16507-1498

11              - - -

12 ALSO PRESENT:

13      John T. Johnson
        James Witkowski
14
                - - -
15
              I-N-D-E-X
16
   EXAMINATION BY:                    PAGE:
17 Mr. Howard                          3
                                       54
18
   Mr. Parks                          32
19                                     58

20              - - -

21 BARTOSIK DEPOSITION EXHIBIT NOS.:   PAGE:
   1 - Handwritten memo to Mr. Howard from  16
22     Mr. Bartosik with attached documents

23 2 - Fax dated 4-1-02 to CSX from Mr. Bartosik  27

24              - - -

25

---

PAGE 3

3

1              STEVE BARTOSIK

2  Called as a witness by the plaintiff, having been

3  first duly sworn, as hereinafter certified, was

4  deposed and said as follows:

5              EXAMINATION

6  BY MR. HOWARD:

7       Q    Mr. Bartosik, my name is Chuck Howard.  We

8  might have met before; is that accurate?

9       A    Yes, we have, once.

10      Q    Could you just state your name for the

11 record and spell your last name for the court

12 reporter, please?

13      A    My name is Steve Bartosik, B-a-r-t-o-s-i-k.

14      Q    Where do you currently reside?

15      A    I live at 3708 Guilford, G-u-i-l-f-o-r-d,

16 Drive, Erie, PA 16506.

17      Q    Are you currently employed?

18      A    No, I'm not.  I'm retired.

19      Q    How long have you been retired?

20      A    I retired this summer around about the end

21 of July.

22      Q    And from whom did you retire?

23      A    I had worked for -- technically retired

24 from a little company called CH Express.  I was only

25 there for five weeks.

---

PAGE 4

4

1       Prior to that, I was employed by

2  Presque Isle Trucking for almost 14 years.

3       Q    Have you ever been deposed before?

4       A    Yes, I have.

5       Q    And how many times?

6       A    I think twice.

7       Q    And were those depositions given in

8  connection with a case involving Presque Isle

9  Trucking?

10      A    Yes, they were.

11      Q    Did they have anything to do with

12 demurrage?

13      A    No, they don't.

14      Q    Since you've been through the process

15 before, you probably don't need instructions, but I'm

16 going to give them to you anyway.

17           As you know, a deposition is a question and

18 answer format.  I ask the questions, and to the best

19 of your ability, you answer them.

20           If I ask a question that you don't

21 understand, I would ask that you tell me that you

22 didn't understand it and ask me to rephrase it so you

23 do understand it.

24           If I ask you a question and you answer it,

25 then I will assume that you understood it.

---

PAGE 5

5

1       Is that fair?

2       A    That's fine.

3       Q    Okay.

4            Now, you've testified that we met for the

5  first time, I think it was last night?

6       A    Yes, it was.

7       Q    Have you had any prior contacts with me?

8       A    We had a number of phone calls.  I can't

9  remember exactly how many.

10      Q    And do you recall when the first phone call

11 was?

12      A    That would have been in September of '05.

13      Q    And do you recall what the subject of the

14 phone call was?

15      A    It was the pending lawsuit between CSX and

16 Port Erie Plastics.

17      Q    And what, if anything, do you recall did I

18 ask of you?

19      A    You had asked if I was familiar with

20 Port Erie and about the issue that they had with the

21 railroad, and I said that I did.

22      Q    And do you recall what that issue was?

23      A    It was a demurrage bill.

24      Q    Do you recall any subsequent phone calls or

25 communications?

SHEET 2    PAGE 6

**6**

1  A    We had a couple of phone calls between
2  September -- I can't exactly remember the dates, and
3  they were basically about the pending lawsuit, some of
4  the issues.
5  Q    Did you provide me with documents?
6  A    Yes, I did.
7  Q    And do you recall when that was?
8  A    Probably close to the end of the year
9  somewhere.  Probably in December.
10  Q    And our conversation last night, where did
11  that take place?
12  A    At the Courtyard by Marriott in Erie.
13  Q    And about how long did it last?
14  A    About a half an hour.
15  Q    What was the subject of our conversation
16  last night?
17  A    Again, various issues involving this -- the
18  demurrage bill, and just to get an idea of some of the
19  questioning, I guess.
20  Q    Prior to our initial phone call in
21  September, had you spoken with anyone concerning the
22  demurrage bills at issue in this lawsuit?
23  A    Yes, I did.
24      I spoke with the attorney for the defense
25  as well as --

PAGE 7

**7**

1  Q    Before you spoke with me?
2  A    No, after.
3  Q    Before you spoke with me for the first time
4  in September --
5  A    Oh, no.  I'm sorry.  No.
6  Q    Since then, have you spoken with anyone
7  other than myself about the issues in this lawsuit?
8  A    Yes.  That would have been the attorney for
9  the defense.
10  Q    Is that Mr. Parks?
11      MR. PARKS: Yes.  Me.
12  A    Yes.
13  Q    I assume that was a phone call since you
14  didn't recognize him.
15  A    Yes, it was a phone call.
16  Q    And do you recall when that conversation
17  took place?
18  A    Probably about the time that we -- that I
19  had forwarded you the documents, because I also
20  forwarded a copy of the same documents to Mr. Parks.
21  Q    Is it your testimony that anything you sent
22  to me you've also provided to Mr. Parks?
23  A    Yes, I have.
24  Q    What was the subject matter of your
25  conversation with Mr. Parks?

PAGE 8

**8**

1      If you recall.
2  A    Identical to our conversations, and just
3  giving him background on what I had -- my experience
4  with Port Erie Plastics.
5  Q    And how long did that conversation last?
6      If you recall.
7  A    45 minutes perhaps.
8  Q    What was the business of Presque Isle
9  Trucking?
10  A    Presque Isle Trucking was a common and
11  contract carrier licensed by the, at the time,
12  Interstate Commerce Commission.
13  Q    Did Presque Isle Trucking have a business
14  relationship with Port Erie Plastics?
15  A    Yes, we did.
16  Q    Was that under Presque Isle's contract
17  authority or common carrier authority?
18  A    Common.
19  Q    What is the difference between those two?
20  A    Our common carrier authority, we published
21  the tariffs that was basically open to the public to
22  use, as compared to a contract carriage, which is
23  specifically that, you have a written contract and
24  agreement between the two parties involved.
25  Q    Did Port Erie ever ask for contract rates

PAGE 9

**9**

1  versus the published tariff rates?
2  A    No.
3  Q    What was your title at Presque Isle
4  Trucking?
5  A    I was the general manager.
6  Q    And how long had you held that position?
7  A    From the company's inception till the time
8  I left, almost 14 years.
9  Q    The company's inception would be 1991?
10  A    Yes.
11  Q    What were your job responsibilities as the
12  manager, general manager?
13  A    Overall responsibility for entire
14  operation, the hiring employees, obtaining business,
15  the maintenance of operation, the buying of equipment,
16  just about everything there is to do to run the
17  company as well as the receivables and all that
18  stuff.
19  Q    And how many employees did you have under
20  you?
21  A    At that time -- we downsized the company a
22  couple years ago.
23      At that point was our high point, we had
24  65.
25      When I left, we had six.

10

1 Q  During the time period 2002-2003, how many
2 employees did Presque Isle have?
3 A  About approximately 65.
4 Q  And to whom did you report?
5 A  I reported to the CFO at the Plastek Group.
6 Q  Did you say "plastic" or "Plastek"?
7 A  "Plastek."
8 Q  And what is the Plastek Group?
9 A  Plastek Group is a group of companies that
10 are joined under that title. They are -- it's a
11 privately held corporation, as is Presque Isle
12 Trucking.
13 Q  Is Presque Isle -- or, during the 2002-2003
14 time frame, was Presque Isle Trucking a member of the
15 Plastek Group?
16 A  Yes.
17 Q  Solely as a carrier?
18 A  Well, Presque Isle Trucking is a -- is a
19 separate corporation. It has its own EIN number.
20      We had -- we had joint ownership. The man
21 that owned Plastek Industries and the Plastek Group
22 also owned Presque Isle Trucking.
23      We aligned ourselves with the Plastek Group
24 for insurance purposes, purchasing of insurance and
25 financing, legal things, when we needed them.

11

1 Q  What other types of companies were under
2 the Plastek Group umbrella?
3 A  A number of tool and die operations as well
4 as plastic -- a number of plastic molding operations
5 as well.
6 Q  Describe for us the services that
7 Presque Isle Trucking provided to Port Erie Plastic.
8 A  We provided rail -- rail space for
9 Port Erie Plastics to spot railcars on our lease
10 tracks, and then we would transport the bulk resin
11 from those railcars to their plant in Erie.
12 Q  Where was the rail space that you just
13 talked about?
14 A  At the Mount Fort Terminal.
15      That's M-o-u-n-t, second word F-o-r-t.
16 Q  Two words?
17 A  Two words.
18 Q  And you referenced a lease track.
19      What is a lease track?
20 A  We paid the Mount Fort operation a lease
21 fee on every car that we placed on that track, and we
22 leased rail spaces from them.
23 Q  Was it a single track?
24 A  No, there were multiple tracks there.
25 Q  How many tracks did Presque Isle lease from

12

1 Mount Fort?
2 A  As many spaces as we needed.
3 Q  So was the lease arrangement a per railcar
4 arrangement?
5 A  Yes.
6 Q  Was there a maximum number of spaces that
7 you could lease at any one time?
8 A  Not really.
9      There was no specific number ever listed in
10 our agreement, but they also had rail operations in
11 and out of their facility, and our agreement was not
12 to -- not to hurt their operations by overloading them
13 with our cars.
14 Q  At any given time, how many -- by "our
15 cars," what do you mean by "our cars"?
16 A  Well, the cars that would have been under,
17 you know, either the Plastek Group cars or Port Erie
18 Plastic cars.
19 Q  So a car that had resin, the ultimate
20 destination of Port Erie, you would consider that your
21 car for purposes of this conversation?
22 A  Yes.
23 Q  And the same with Plastek Group cars?
24 A  Yes.
25      We normally -- Port Erie Plastics was a

13

1 customer of ours. We tried to do justice by them, so
2 we would -- if -- depending on the activity at the
3 Plastek Group, we would -- we may put an extra car or
4 two in there to get them off of the storage tracks,
5 but typically there would be eight Port Erie cars on
6 our track.
7 Q  You said "typically."
8      I understood from your earlier testimony
9 that it sounded like there was no limit to the number
10 of cars that you could have leased at any given time.
11 A  Well, there is -- I mean, there are some
12 limitations down there, but they also had railcars
13 coming in, "they" meaning Mount Fort, which would
14 curtail us putting too many cars in there, because
15 there was -- operationally speaking, there were
16 switches there and things that -- and driveways that
17 had to be kept open.
18      So, you know, they never really -- well,
19 this goes back a ways, but "never" is a long word, but
20 we couldn't shut down their operation by clogging them
21 with Plastek cars.
22 Q  I think you said occasionally you would ask
23 if you could put some extra cars in the space.
24      By "extra," do you mean over and above the
25 eight that typically --

**14**

1    A    Yes.

2    Q    So perhaps at some times you might put ten

3 or 12, but --

4    A    Yes, yes, that's true.

5         Again, depending on the activity of -- I

6 mean, that's -- there were any number of cars that

7 were on storage tracks, and as I say -- I mean, we

8 tried to limit the amount of storage charges that were

9 being assigned those cars, but typically, as I say, we

10 would have about eight cars in there.

11    Q    How did the railcars, if you know, get to

12 Mount Fort?

13    A    The cars would come in -- based on whenever

14 we would empty a car, we would order another one in

15 from the storage track to replace it.

16    Q    All right.

17         When you say whenever you emptied a car,

18 where would this emptying process take place?

19    A    The emptying took place at Mount Fort.

20    Q    The contents of the car would be

21 transported from the railcar to a Presque Isle truck?

22    A    Yes, and then would be taken to Port Erie

23 Plastics.

24    Q    And there you would unload the product into

25 the Port Erie silo?

**15**

1    A    That's correct.

2    Q    Do you know where the railcar was before it

3 arrived at Mount Fort?

4    A    Most of them were on a storage track.

5    Q    Where is that storage track?

6    A    They had -- CSX had various locations.

7         One of them was right down here on the

8 Bay Front Highway.

9         Some of them were at their yards on

10 Ash Street, and some of them would have been out in --

11 at their marshalling yards out on Downing Avenue.

12    Q    And who brought the cars from the CSX

13 storage track to Mount Fort?

14    A    A CSX local switch crew would bring them

15 in.

16    Q    How often would that occur?

17    A    Depending on the particular day, a couple

18 times a week.

19    Q    And what triggered the movement of a

20 railcar from the CSX storage yard to the Mount Fort

21 Terminal?

22    A    Every time we would make an empty, they

23 would swap one out.

24    Q    How would CSX know that you had emptied a

25 car?

**16**

1    A    We had -- we would fax them with a -- we

2 had a form, an empty fax -- empty car fax that we

3 would send to the railroad with the car numbers and

4 the date that they were emptied.

5         MR. HOWARD:  Let's mark this as Bartosik 1.

6         (Thereupon, Bartosik Deposition Exhibit

7    No. 1 was marked for identification.)

8 BY MR. HOWARD:

9    Q    The court reporter has handed you an

10 exhibit that we have marked as Bartosik 1.  It is a

11 seven-page exhibit.

12         Do you recognize Exhibit 1?

13    A    Yes, I do.

14    Q    What is the first page?

15    A    The first page?

16    Q    Well, the real first page, that page

17 (indicating), yes.

18    A    That's just a cover letter that I hand

19 wrote explaining roughly what these documents were

20 when I faxed them to you.

21    Q    And this is your fax cover sheet to me?

22    A    Yes, it is.

23    Q    Okay.  Let's turn to the third page.  Right

24 there (indicating).

25         At the top, there's a fax line that

**17**

1 indicates this is page 3 of 3, and it says "CSX

2 Transportation Constructive Placement Notice."

3         What is a constructive placement notice?

4    A    This is the railroad's notification to the

5 customer that a car has arrived at destination and is

6 awaiting their instructions as far as what to do with

7 it.

8    Q    Is this an example of a constructive

9 placement notice that Presque Isle Trucking would have

10 received from CSX?

11    A    Yes, it is.

12    Q    Now, this is dated September of 2003.

13         Do you see that in the lower left-hand

14 corner?

15    A    Yes, uh-huh.

16    Q    And how many cars are identified on this

17 constructive placement notice?

18    A    There's one.

19    Q    Would a constructive placement notice have

20 been sent by CSX for every car that arrived?

21    A    Yes.

22    Q    Did Presque Isle Trucking receive

23 constructive placement notices like this for the cars

24 that were shipped to Port Erie?

25    A    Yes, we did.

18

1   Q   What does this constructive placement
2   notice tell you when you get it?
3   A   Well, first, it gives a waybill number, the
4   shipper, origin, freight terms, gross weight -- or,
5   net weight, I'm sorry, origin.  Did you get origin?
6   Okay.
7   Q   When you receive this constructive
8   placement notice, what is your understanding of where
9   that car is at that moment?
10   A   The car is in Erie, Pennsylvania.
11   Q   Is it at Mount Fort?
12   A   No, it isn't.
13   Q   It's at the CSX storage area?
14   A   Yes, it is.
15   Q   When you receive this information, what
16   action, if any, would you take?
17   A   We wouldn't take any at this point.
18   Q   What would you do with this information?
19   A   Actually, nothing.  They weren't our cars.
20      We got -- we got this notice as a courtesy
21   just so we knew what was coming.  That was all.
22   Q   Do you know whether this notice was sent to
23   any other party?
24   A   I'm not sure.
25      It's addressed to Port Erie Plastics.  I'm

19

1   not sure.  I think they got one, but I can't swear to
2   that.
3   Q   Look at the page prior to that one.
4      What is that document?
5   A   That is a railcar inventory that I
6   generated every Friday and sent to Jim Witkowski at
7   Port Erie Plastics.
8   Q   Did you send it to anyone else?
9   A   No.
10   Q   The cars that are identified on here --
11   let's look at the first one.
12      AMCX 104557 indicates that the date that
13   car was placed was July 26th.
14      What does that mean, "Date Placed"?
15   A   That's the day that that railcar left the
16   storage track and was placed on our private track for
17   unloading.
18   Q   How did CSX know to move it from the
19   storage track to your lease track?
20   A   Typically, you know, I would -- I would
21   call one of the train masters at the CSX yard here and
22   give them a car number.
23      At times, we would put them on -- we would
24   mark that information on the bottom of our -- we
25   would hand write it on the bottom of our empty car

20

1   release.
2      We did it a number of different ways.
3   Q   How would you know what car number to ask
4   for?
5   A   This inventory that we have here is
6   really -- is much later.
7      During the time that this all happened,
8   this inventory would have been much longer, and it
9   would have shown -- in the area where "Date Placed" is
10   marked, it would have shown the information from the
11   constructive placement notice, and it would have said
12   "Constructively Placed" and the date that this
13   constructive placement notice was sent.
14   Q   All right.  Let me make sure --
15   A   And at that point, I would take the oldest
16   car of the -- of -- there are two products involved
17   here, 8949 and 8931, and I would take the oldest car
18   of that product and replace it, you know, replace the
19   empty.
20   Q   Now, is it your testimony that this
21   inventory form that we're looking at was different in
22   the 2002-2003 time period?
23   A   Yes.
24   Q   In what --
25   A   I mean, the form, itself, was identical,

21

1   except that there would be much more -- much -- you
2   know, many more cars on here, and the constructive
3   placement dates would be shown on that inventory.
4      So when it was transmitted to Port Erie
5   Plastics, it was a complete inventory of the cars that
6   were on the private siding as well as those that were
7   on the storage track.
8   Q   How did you know what information was --
9   was it the constructive placement notice that told you
10   what was available on the CSX storage track?
11   A   That -- that notice gave me the car number.
12      I also received by fax from the shipper a
13   bill of lading, the railroad bill of lading, with the
14   car number and the product codes on it, so that when
15   that car arrived, I would have both documents and I
16   would know what product it was.
17   Q   And it was a constructive placement notice
18   that told you that the car had arrived?
19   A   Yes.
20   Q   When you receive the constructive placement
21   notice, say, on a -- strike that.
22      This railcar inventory was prepared and
23   sent to Port Erie every Friday; is that correct?
24   A   That's correct, before noon every Friday.
25   Q   So if a constructive placement notice had

**22**

1 arrived before that, during that week on a Monday or a
2 Tuesday or a Wednesday, then that car identified on
3 the CP notice would have been put on that Friday's
4 railcar inventory?
5    A    That's correct.
6    Q    And in a column that doesn't appear on this
7 form but it would have appeared on prior forms, the
8 date that the car was constructively placed would show
9 up; is that correct?
10    A    That's correct.
11        I might add that on this CP notice, one of
12 the lines of information is the date that that car
13 would have been constructively placed.
14    Q    Do you know what "constructively placed"
15 means?
16    A    In the terms that we're dealing with here,
17 yes, I do.
18        It's in lieu -- in lieu of being physically
19 placed on a siding either owned by the railroad or by
20 the customer, that car has been placed -- or, for
21 delivery.
22    Q    What did you do to find this particular
23 document?
24    A    To find it?
25    Q    Yes, to find it.

**23**

1        When you faxed these to me in November,
2 this past November, do you maintain documents like
3 this at your home?
4    A    Oh, no, no. I understand. No, I had to
5 prevail on my -- my past employer to go through some
6 of the files to get examples of what we sent to the
7 customer.
8    Q    When you did that search, did you
9 understand that the demurrage charges at issue were
10 from the 2002-2003 time period?
11    A    Yes.
12    Q    Did you look for examples of railcar
13 inventories from that time period?
14    A    Yes, I did.
15    Q    What did you find?
16    A    I couldn't find them.
17    Q    Why do you think they weren't there?
18    A    Typically, I would keep things as long as I
19 thought they were relevant, and after a year or two, I
20 would -- if I had not any issues as far as freight
21 charges or such -- I mean, there are limitations as
22 far as freight bills, you know.
23        I mean, claims are a couple years, I mean,
24 that kind of stuff, and if we had not had -- if I had
25 not had any issue with it, then we would just dispose

**24**

1 of them.
2    Q    Would Presque Isle have had a business
3 reason to have maintained old copies of those
4 inventory sheets?
5    A    No.
6    Q    Let's look at the email.
7        It's on the third page from the end. It's
8 an email from Steve Bartosik to Sharon Jones.
9        Do you see that?
10    A    Yes.
11    Q    And who is Sharon Jones?
12    A    Sharon Jones -- again, this is the '04 time
13 period.
14        Sharon Jones was a customer service rep for
15 BP Amoco, who was the shipper of most of this resin.
16    Q    Was Sharon Jones your contact person during
17 the 2002-2003 time period?
18    A    No.
19    Q    Do you recall who that contact person was?
20    A    Had none.
21        This -- this process just came into play
22 much later in the -- in the movement because of some
23 financial problems that had arisen.
24    Q    And what process are you referring to?
25    A    Well, when -- in the '04 time frame, we

**25**

1 needed to go to the shipper to get cars released from
2 the storage yard to be moved in for unloading, and the
3 shipper had to actually release them because they
4 still owned them at that point.
5    Q    What about during the 2002-2003 time
6 period?
7    A    There were not restrictions like that.
8    Q    So during that time period, is it your
9 testimony that there would not have been this type of
10 communication between you and the BP?
11    A    That's correct.
12    Q    So BP didn't have to be notified that cars
13 had been emptied and released?
14    A    That's correct.
15    Q    And do you recall when this particular
16 procedure went into place?
17    A    A date?
18        No, I don't remember a date.
19        I can tell you the circumstances around it,
20 if you want to know that, but --
21    Q    Do you recall whether this communication
22 concerning release cars with BP was something you were
23 doing in 2003?
24    A    I don't believe it was.
25    Q    Or prior to 2003.

26

```
 1    A    No.
 2    Q    Look at the next page.
 3         This is an email from Mr. Witkowski to you
 4  and some other people, one of whom is Mel Field.
 5         Who is Mel Field?
 6    A    He was one of the receiving people at
 7  Port Erie.
 8    Q    Did you have occasion to have contact with
 9  him during the time period?
10    A    Not on a regular basis.
11         I may have talked to him once or twice, but
12  typically he would be in contact with my drivers.
13    Q    And what would be the nature of his contact
14  with your drivers?
15    A    They -- they would speak usually by cell
16  phone every day as to their delivery requirements that
17  particular day.
18         Mel or else one of his counterparts would
19  pass along to my people how many loads of resin, and
20  then what -- which -- which product code they wanted,
21  and how much of it, and where to put it.
22    Q    Were you kept in that particular
23  information loop?
24    A    No, I wasn't.
25    Q    How about Dave Nickle, who is Dave Nickle?
```

27

```
 1    A    Dave is one of the receiving guys as well.
 2    Q    Was his job similar to what Mel Field was
 3  doing?
 4    A    I believe it was, yeah.
 5    Q    Is it your understanding that Mr. Nickle
 6  would have had daily communications with your drivers?
 7    A    Yes.
 8    Q    For the same purposes that you just
 9  described?
10    A    Yes.
11    Q    Do you know who initiated those calls?
12    A    They did, Port Erie did.
13         MR. HOWARD:  Let's mark this as Bartosik 2.
14         (Thereupon, Bartosik Deposition Exhibit
15    No. 2 was marked for identification.)
16  BY MR. HOWARD:
17    Q    The court reporter has marked a single page
18  document as Exhibit 2.
19         Do you recognize this document?
20    A    Yes, I do.
21    Q    And what is this document?
22    A    That's the -- my empty car release that we
23  would send to the railroad.
24    Q    And what are you reporting to CSX when you
25  send this form to them?
```

28

```
 1    A    I'm reporting empty cars.
 2         There are two locations on this particular
 3  form.  If you will notice, Myrtle Street and the
 4  date, that was a Plastek sighting, and Mount Fort
 5  Terminal is also listed on here.
 6    Q    And the two cars that are listed under
 7  "Myrtle Street," were those Port Erie cars?
 8    A    No, they weren't.
 9         Those were Plastek cars.
10    Q    If you had sent CSX notice -- an empty car
11  release notice to Port Erie, where on this form would
12  their cars have been reported?
13    A    They would have been at the Mount Fort
14  Terminal, so it would have been listed under that.
15    Q    Let me represent to you that CSX produced a
16  substantial quantity of these forms, copies of these
17  forms to Port Erie, and for each one of those, it has
18  a car under the "Mount Fort Terminal" column.
19         Would it be your testimony that those were
20  Port Erie cars that were being released?
21    A    Not all of them, because Plastek did have
22  railcars there as well, so -- but all of the Port Erie
23  cars were kept at that location, so --
24    Q    So there would not be a Port Erie car under
25  Myrtle Street?
```

29

```
 1    A    No, maybe once but, no.  99 percent of the
 2  time, they're all at Mount Fort.
 3    Q    I believe earlier you testified that on
 4  occasion when you would fax that empty car release to
 5  CSX, you would also provide them with instructions to
 6  bring over a full car?
 7    A    That's true.
 8         In the body of this form, I would just hand
 9  write a note to the -- to the local yard here.
10         The local yard also got a copy of this.
11  Faxed it to both places.
12         The customer service number was in
13  Pittsburgh, I believe.
14         And I also would send it to the local guy,
15  kind of expedite the movement of the cars out, is
16  all.
17         And in the bottom of the note here, I would
18  just hand write which car to bring in next.
19    Q    And how would you know to give that
20  instruction?
21    A    Well, when we emptied one, we had to
22  replace it with a -- typically, a like product from
23  that outside inventory.
24    Q    Would it be fair to say whenever you
25  emptied a car at Mount Fort, that was done through the
```

**30**

1 instructions that you were receiving -- your drivers
2 were receiving from Port Erie?
3    A    That's correct.
4    Q    During the time period where Presque Isle
5 had a business relationship with Port Erie, did you
6 have occasion to have any communications with an
7 entity known as Nexpak?
8    A    Not during this time frame.
9    Q    How about any time frame?
10    A    Later, yes.  Not a lot, a couple of times.
11        After -- I can't -- I don't know what dates
12 they were, and not very much.
13        Every once in a while, we'd get a phone
14 call about something, and as time went on and this
15 movement started to go away, we would get a phone call
16 occasionally to divert a car that was up here, but
17 other than that, very seldom.
18    Q    Do you recall conversations concerning the
19 diversion of a car during the 2002-2003 time period?
20    A    No.
21        The move was in full swing here at that
22 point, and there was -- we never diverted anything at
23 that point.
24    Q    During the relevant time point -- by that,
25 I mean the 2002-2003 time period -- did you have

**31**

1 occasion to have any communications with the
2 shippers?
3        And by "shipper," I mean BP Amoco.
4    A    No.
5    Q    Did you ever discuss the accrual of
6 demurrage charges with anyone at Port Erie Plastics?
7    A    Yes.
8    Q    And with whom did you discuss that?
9    A    Jim Witkowski.
10    Q    And do you recall when the first time was
11 that you might have had that conversation?
12    A    No.
13        It was so long ago, and it was telephone,
14 you know.  We talked about it a number of times.  I
15 mean, it was casual conversation, such as -- you know,
16 as to the number of cars that were here, and the fact
17 that they were accruing demurrage.  That was kind of
18 it.
19        They weren't my cars, so it wasn't an issue
20 that I had to spend a lot of time on.
21    Q    Was the conversation of the type where you
22 were providing information to Mr. Witkowski?
23    A    Not -- not really.
24        I mean, he had the inventory and he knew
25 how many cars were here, and the issues that were --

**32**

1 and so it was not my job to carry it much further than
2 that.
3    Q    Were you attempting to give him advice?
4    A    We -- it wasn't my job.  They weren't
5 paying me to give them advice.
6        I mean, we discussed the issue of having
7 all those cars on hand, and made attempts to find some
8 other areas to get them to put those cars, to get them
9 off of demurrage.
10        We made one -- he and I did make one joint
11 meeting with the people from the East Erie Commercial
12 Railroad in an attempt to -- which is at the GE
13 facility here -- in order to see if there was a way
14 that we could -- we -- he could rent the space there
15 as compared to having a storage track.
16        MR. HOWARD:  That's all I have.
17            EXAMINATION
18 BY MR. PARKS:
19    Q    Mr. Bartosik, as you know --
20    A    Before we start, could I find out who else
21 is here?
22        MR. PARKS:  Sure.
23        MR. WITKOWSKI:  Jim Witkowski.
24        THE WITNESS:  I didn't recognize you.
25        MR. WITKOWSKI:  I know.

**33**

1        MR. JOHNSON:  John Johnson.
2        THE WITNESS:  John, nice to meet you.
3        And you are?
4        MR. STROUPE:  Scott Stroupe.
5        MR. PARKS:  He's an associate.
6 BY MR. PARKS:
7    Q    Mr. Bartosik, as you're now aware, my name
8 is Rich Parks.  I am representing Port Erie Plastics
9 in this.
10        I have some questions about your testimony.
11        First of all, if I'm correct, with regard
12 to your conversation on Deposition Exhibit No. 2,
13 which is this particular document that I'm showing you
14 (indicating), that is irrelevant to Port Erie
15 Plastics; correct?
16        Didn't you say that the testimony was,
17 these are Plastek cars?
18    A    One form was used for all the cars.
19    Q    So you didn't distinguish a Port Erie,
20 Plastek car.  It was a car, you needed it out of one
21 of these facilities, and you would list them, and you
22 would tell -- ship that over to CSX and down to
23 Pittsburgh and say, "Get it out of here," and
24 sometimes you said you might put a note on here to
25 move another car in; correct?

PAGE 34

34

1    A    That's correct.
2    Q    And did that also apply with Plastek, those
3 notes at the bottom, bring another car in?
4    A    Yes.
5    Q    And with regard to this, who had the most
6 volume running in and out of Mount Fort Terminal,
7 Plastek or Port Erie?
8    A    From memory, it would be difficult.
9    I would -- to tell you -- to answer that, I
10 would say that Plastek had more cars at Mount Fort
11 than Port Erie did.
12    Q    That's all I want.
13    And, of course, Plastek was really the
14 parent company or the common ownership company for
15 Presque Isle Trucking; correct?
16    A    Correct.
17    Q    Why was Presque Isle Trucking established?
18    A    As a common carrier, we -- to provide resin
19 service, and as time went along, we would service
20 Plastek customers to give them some reliability of
21 service.
22    Q    Now, did you do anything other than bulk
23 trucking?
24    A    Oh, yes.
25    Q    What other kind of trucking did you do?

PAGE 35

35

1    A    Well, as a common carrier, we are licensed
2 to handle general commodities.
3    Q    Did you also ship for Plastek its final
4 product in boxed trucks?
5    A    Yes, we did.
6    Q    And why would a company want to own a
7 common carrier associated with its business?
8    A    Perhaps you might ask Mr. Prischak that
9 question.
10    Q    Do you understand that there's a tax
11 benefit for that?
12    A    I wasn't involved with that.
13    Q    And you were hired after it was
14 established?
15    A    I was hired when it was established.
16    Q    And that was what year?
17    A    1991.
18    Q    And when did you start doing anything for
19 Port Erie?
20    A    Oh, it was many years after that.
21    Q    So did you haul resin for anyone other than
22 Plastek before the Port Erie association?
23    A    I don't remember.
24    Q    Do you recall off the cuff?
25    A    We had had -- we had done business with

PAGE 36

36

1 Port Erie prior to this particular movement at least
2 once.
3    Q    With bulk rail?
4    A    Yes, uh-huh.
5    Q    Now, you said you were familiar with
6 Nexpak.
7    What made you familiar with Nexpak? Why
8 would they be calling you?
9    You said on certain occasions they would
10 call you.
11    What did they inquire of you?
12    A    Again, during the period of time that -- in
13 question here, I had no conversation with Nexpak.
14    It was only after -- the initial company,
15 Nexpak, in this period of time in question here, went
16 bankrupt.
17    And after that, the controls on releasing
18 the resin became much more stringent, as I understand
19 it, because I'm getting all of -- this information was
20 second hand, it was passed onto me from Port Erie,
21 the -- at that point, I know that the credit issues
22 became tighter, and the releases of the cars -- we got
23 more people involved in the process.
24    Q    Now, you said that BP would send you bills
25 of lading --

PAGE 37

37

1    A    That's right.
2    Q    -- when a railcar would be dropped into the
3 Mount Fort Terminal by CSX?
4    A    No. When it was shipped.
5    Q    So you got a notice of shipment.
6    Did you forward the notice of shipment to
7 Port Erie?
8    A    No.
9    Q    Did you forward any of these constructive
10 placement notices to Port Erie?
11    This particular document (indicating), did
12 you fax this over?
13    A    Did I? No.
14    Q    So you did send them, you said, a car
15 inventory, but you don't have any car inventories that
16 are relevant to the time in question?
17    A    No.
18    Q    That was only after.
19    So you don't have any ones to show us what
20 exactly you disclosed to Port Erie as far as a railcar
21 inventory and what notice you gave them as far as
22 constructive placements or anything else; correct?
23    A    Right.
24    Q    And when you got the -- did you get a bill
25 of lading as the notice of shipping?

**38**

1    A    I had a copy of the railroad -- the
2    railroad waybill -- or, no, I'm thinking -- I take
3    that back.
4        No, I got a copy of the bill of lading from
5    BP to the railroad.
6    Q    Now, I'm going to show you a document that
7    was listed as Witkowski Exhibit No. 5 and ask you:  Is
8    this the bill of lading that you were referring to, or
9    one similar to that?
10   A    Yes.
11   Q    And in your conversations with BP, who did
12   you understand BP was selling and shipping for,
13   selling the resin to and shipping for?
14   A    Again, my only conversations with BP would
15   have been much later.
16   Q    But when you had those conversations, why
17   were they tightening up the credit?
18   A    Well, the company was Nexpak.
19   Q    So you knew that BP was selling to Nexpak?
20   A    Yes, I did.
21   Q    Do you know if that was also the case at
22   the time relevant to these demurrage charges?
23   A    Yes.
24   Q    You got these bills of lading, and it said
25   "Sold to Nexpak," and you were aware of the existence

**39**

1    of Nexpak; weren't you?
2    A    Yes.
3    Q    And those bills were coming in prepaid;
4    correct?
5    A    Yes.
6    Q    And then you received payment directly from
7    Port Erie?
8    A    Yes.
9    Q    And did you inquire to Port Erie who owned
10   the plastic?
11   A    No.
12   Q    Do you know when Port Erie, if at all, ever
13   owned the plastic that was there?
14   A    No.
15   Q    Do you know if Port Erie is doing business
16   with Nexpak?
17   A    Today?
18   Q    No.
19       Did you know at that time?
20   A    Oh, did I?  Yes.
21   Q    Did you understand that the railcar
22   shipment of resin was a special deal with Nexpak to
23   supply that particular contract?
24   A    No.
25   Q    They didn't mention that to you, why all of

**40**

1    a sudden are you getting railcars?
2    A    As I say, we had done business in the past,
3    and they called and said they had another customer.
4    Q    So they did say it was for a customer?
5    A    Yes.
6    Q    Okay.
7    A    And I know in conversations that there were
8    movements of presses and molds moving into their plant
9    that were supporting this movement, and I know we had
10   discussed -- we discussed, we talked about the fact
11   that there was -- that Nexpak was involved in the
12   purchase of this resin, and that was the end of our
13   conversation.
14   Q    Did you help move presses into --
15   A    No.
16   Q    You don't do lowboy type of hauling?
17   A    No.
18   Q    Now, what did they tell you about the
19   movement of presses in?  Did they tell you who owned
20   those presses?
21   A    I knew that the molds were owned by Nexpak,
22   some of them, not all of them but, again, it was -- I
23   mean, that happens in the injection molding business.
24   Q    But you also said you knew that they were
25   already running machinery in there, or moving

**41**

1    machinery in there.
2    A    I had heard that from my employees that
3    were out there.  They would be delivering cargo, and
4    they would see them bringing presses in.
5        My main concern was the -- it's a good
6    thing when those kinds of things are happening, and
7    I'm concerned about making certain we have manpower
8    and the availability to service our customers at that
9    time.
10   Q    Did your people ever call in the morning
11   and say, "How many truckloads of resin do you need,"
12   to Port Erie?
13   A    They may have.
14   Q    But you weren't in control of that?
15   A    No.
16   Q    But that was kind of your truck drivers,
17   they would come in and they would be looking for a
18   load?
19   A    That's right.
20       In order to schedule -- again, so that -- I
21   mean, we were there every day.
22       If we didn't get a phone call, we would
23   call them to find out if they wanted anything.
24   Q    Did they ever have to check with anybody
25   before they got back to you about how many loads they

42

1 were going to need?
2    A    I have no idea.
3    Q    Don't recall?
4        Now, in 2004 -- are you aware of when
5 Nexpak filed bankruptcy?
6    A    No.
7    Q    If I were to tell you in July, in the
8 middle of the summer, does that make a recollection to
9 you?
10    A    I'm not certain. I think they did it
11 twice. They filed twice, or just once?
12    Q    And at that point, you knew that there was
13 a lot of concern about not over delivering resin?
14    A    Yes.
15    Q    During the wind down?
16    A    Yes.
17    Q    And, in fact, all of these in your
18 Deposition Exhibit No. 1 refer to post bankruptcy,
19 post contact with BP --
20    A    Yes.
21    Q    -- to release cars; correct?
22    A    Yes.
23    Q    And did BP ever tell you not to deliver a
24 car at any time that you can recall?
25        Like, right around the filing of

43

1 bankruptcy, weren't there cars held?
2    A    Yes.
3    Q    How did they contact you and what -- I
4 mean, who was exercising control over that car?
5    A    Boy, this goes back a long ways.
6        Right at that point of bankruptcy, I think
7 there were a couple of loads in question that were in
8 an existing car that had already been opened, and
9 those went to -- those went to Port Erie and were
10 delivered.
11        And the bankruptcy, as I recall, was filed
12 on the Saturday, and we typically didn't work on
13 Saturdays. So these loads went in there.
14        We didn't do anything illegal.
15        The loads were delivered prior to the
16 bankruptcy being filed.
17    Q    I'm not accusing you of anything illegal.
18 I'm asking, do you recall BP making the hold?
19    A    And that would have been the only time, and
20 after that everything was put on hold during the
21 reorganization.
22    Q    So you did receive at some point, because
23 of the bankruptcy, a hold order from BP which you
24 honored?
25    A    I -- you know, I can't remember whether

44

1 those instructions came from BP or if they came from
2 Port Erie, quite honestly.
3        I mean, again, we took resin to their plant
4 based on their requests, so if they didn't ask for
5 any, we didn't take any.
6    Q    Now, you did, at least after the
7 bankruptcy, because it's evidenced by several -- I
8 mean, can I release four cars? I'm releasing four --
9 "Hi, Sharon. I'm releasing 4 cars as instructed
10 today."
11    A    Oh, after the bankruptcy, it was a whole
12 different system.
13    Q    But you didn't even copy Port Erie on that;
14 you were taking directions from the shipper, BP?
15    A    After the -- after, yes.
16    Q    And these are cars that were in Mount Fort
17 Terminal?
18    A    No.
19        Those were -- those would have been --
20 well, the -- I can't remember the volumes at that
21 point when they went -- when they went into
22 bankruptcy.
23        A significant change that happened when
24 they went into bankruptcy was that the number of
25 railcars that were shipped were considerably less.

45

1    Q    I think your comments were that -- I took a
2 note -- financial problems, the dates and
3 circumstances.
4        You were referring to that you had contact
5 with Sharon Jones, as the shipper, and there were
6 financial problems, and those were Nexpak financial
7 problems; correct?
8    A    Yes.
9    Q    And it wasn't Port Erie financial problems;
10 was it?
11    A    No.
12    Q    Port Erie paid their bills to you; didn't
13 they?
14    A    Yes.
15    Q    You said date and circumstances changed.
16        Are you referring post bankruptcy you
17 started having to get --
18    A    Yes.
19    Q    -- a hold of Sharon Jones?
20    A    Yes, post bankruptcy.
21    Q    And those were cars that would have been in
22 your side rail terminals?
23    A    After the volume -- when the volume shrank
24 to the point where we could handle whatever came in,
25 you know, the eight or nine cars, then the demurrage

**46**

1 was not an issue, because as soon as the car would
2 come in, there was space to put it.
3     It was only pre bankruptcy when we had all
4 these railcars that were sitting out there that
5 created the demurrage problem.
6   Q  Did you get a bill for demurrage?
7   A  Did I?
8   Q  Yes.
9   A  No, but Mount Fort got them on occasion
10 because they were part of -- their -- their address
11 was part of the bill of lading, and they did get
12 copies of -- or, they did get demurrage bills, which
13 they forwarded to Port Erie with my drivers when they
14 delivered loads.
15   Q  So you're saying they went in with the
16 driver? Do you know who your driver would have
17 released them to or got them signed off on?
18   A  Well, I mean, we had a delivery receipt
19 that was signed for every -- and it only happened a
20 couple of times, and then the end of that.
21   Q  Now, with regard to those, did
22 Mr. Witkowski call you about, "Hey, we're getting
23 these demurrage charges, and we have a problem with
24 those," or, I mean, how did that conversation start?
25   A  I mean, Jim -- we didn't -- we didn't speak

**47**

1 a lot. I mean, we -- the system worked pretty well,
2 and we had to deal with all these cars out, and it was
3 his problem, not mine, since they were his cars.
4     But we never -- I mean, we had
5 conversations over the -- over a couple year span of
6 time but, again, it wasn't my position to resolve
7 those issues.
8   Q  Now, when you say they're his cars, your
9 communication went through Port Erie Plastics;
10 correct?
11   A  Yes.
12   Q  But you don't know who owned the cars, who
13 owned the resin inside the cars, or anything like
14 that; you weren't a party to that?
15   A  No, I wasn't.
16     I mean, you know, our instructions -- I
17 mean, in our dealings with the railroad -- I mean, the
18 instructions that I saw and the information that I
19 received, based on bills of lading and such, were that
20 the cars were consigned to Port Erie Plastics.
21     That was as far as I needed to go with it.
22   Q  But it was actually consigned to Mount Fort
23 Terminal; correct?
24   A  That's just a delivery address.
25   Q  Right, but it says, "Port Erie Plastic,

**48**

1 Mount Fort Terminal," which is not the address of --
2 in fact, they are in Harborcreek, not in Erie.
3   A  Right, but the railroad needs to have a --
4   Q  -- drop-off point?
5   A  Right. You have to have a rail address
6 before they can move the car.
7   Q  And the actual party was disclosed on the
8 waybill that said Nexpak was sold to; correct?
9     If other than "Ship To," it was "Sold To";
10 correct?
11   A  Yep.
12   Q  Because this is actually "Ship To" on the
13 form?
14   A  Yes.
15   Q  And then it says in parentheses,
16 "Consignee."
17     So that can also be used as a ship to.
18 "Ship To" and "Consignee" are not, as you understand
19 the regulations, interchangeable; are they?
20   A  Not necessarily.
21     "Consignee" would be -- well, no, you can
22 have a "Consignee" and have a "Ship To" on the same --
23 on the same document.
24   Q  But they don't have to be the same person;
25 do they?

**49**

1   A  That's true.
2   Q  And do you know who created those bills?
3   A  Well, BP would -- would issue a bill of
4 lading to -- let's see.
5     The origin carrier was Union Pacific
6 Railroad.
7   Q  You didn't produce it, Port Erie didn't
8 produce it?
9   A  No.
10   Q  It was produced down in Texas?
11   A  That's right.
12   Q  BP was selling plastic to be shipped up
13 here, and you know that to be for Nexpak projects?
14   A  No.
15   Q  Let's --
16   A  Without seeing that document, you know -- I
17 mean, that particular one you showed me, yeah, but
18 we -- I didn't know who they were. I don't know.
19     I mean, when the railcar gets here, I mean,
20 they could be using that resin for somebody else as
21 far as I know. I have no idea.
22   Q  Let me re-ask this. Maybe it's a little
23 easier with your personal knowledge this way.
24     Other than the shipments that you're aware
25 of for Nexpak plastic, that contract and these

50

1 machines, are you aware of Port Erie Plastics having
2 resin delivered through you for any other contract
3 during this relevant time period?
4    A    No.
5    Q    Port Erie Plastics didn't use you on a
6 regular basis to bring in all their plastic?
7    A    No.
8    Q    Do you know where they did get their
9 plastic?
10    A    No.
11    Q    So your only connection with BP selling
12 plastic that ended up at Port Erie was related to the
13 Nexpak contract, to the best of your knowledge?
14    A    Yes.
15    Q    Okay.
16        Did you differentiate in any way this form
17 between Port Erie and Plastek railcars?
18    A    No.
19    Q    Same form, same fax?
20    A    Yes.
21    Q    Did you interchange them?
22    A    No.
23    Q    So it would be a separate shipment for
24 Port Erie, or release, or would you just say, "I've
25 just got these car numbers, get them out of here and

51

1 bring more in"?
2    A    That's right.
3        The railroad only deals with car numbers.
4    Q    Okay.
5    A    When you release a car number -- or,
6 release that car number empty, they really at that
7 point don't care who it belonged to.
8    Q    They couldn't care whether your truck went
9 to Plastek?
10    A    No.
11    Q    And did you have to deliver the same way
12 for Plastek?
13    A    Yes.
14    Q    You had to use the vacuum trucks?
15    A    Yes.
16    Q    And it was put into silo, also?
17    A    Yes.
18    Q    And your testimony was, you did not forward
19 any constructive placement notices to Port Erie
20 Plastics?
21    A    No.
22    Q    You just placed that information over onto
23 your car inventory?
24    A    Yes.
25    Q    You don't have any other car inventories

52

1 relevant to this time period --
2    A    No.
3    Q    -- which is 2003-2002?
4        During your testimony, you said you had to
5 have the inventory, the car inventory, to them before
6 noon every Friday.
7        Why did you say that?  Was there a --
8    A    I guess in one of our conversations over
9 the years, they decided that you want it there as
10 early in the morning as possible so they could
11 probably plan for the weekend.
12        I really have no idea, but that's -- that
13 was our -- that was what we did.
14    Q    Then if you got it to them by noon on
15 Friday, did they get back in any way with, like, a
16 schedule for the next week of deliveries, or was it a
17 day-by-day thing?
18    A    It was a day-by-day thing typically handled
19 with -- between the guys on the ground that were doing
20 the work.
21    Q    And no writings?
22    A    No.
23    Q    None of these inventories back and forth,
24 or "Unload cars numbered blah, blah, blah"?
25    A    No.

53

1    Q    Did any of the plastic out of -- I mean,
2 how did you keep the railcars separate?
3    I mean, if a Plastek railcar is half
4 unloaded, and a Port Erie car is half -- two of the
5 four bins are empty, did your trucks completely -- or,
6 were they completely assigned to one or the other?
7    A    Depending on the circumstances, yes, they
8 were.
9        We kept -- we had a separate -- the drivers
10 kept a separate inventory for Port Erie cars and for
11 Plastek cars.
12        We, again, would try to group them
13 together.
14        We can't commingle the resin, so we would
15 make certain that if we had two loads for Port Erie,
16 we would get them on the same truck, and things like
17 this.
18        So those are things that the drivers worked
19 out.
20        But we did keep separate inventories, and
21 when you walk that track every day for 12 hours a day,
22 you know which cars are which, pretty much, you know.
23    Q    Okay.
24        Do you know if -- do you have any evidence,
25 I should say, if CSX also faxed constructive notice to

SHEET 8   PAGE 54

**54**

1 Port Erie?  Do you know for a fact?
2      A     No, I don't.
3            MR. PARKS:  Okay.  Just one second, please.
4      (Discussion off the record.)
5            MR. PARKS:  I have no further questions.
6                  EXAMINATION
7 BY MR. HOWARD:
8      Q     I just have maybe two minutes worth of -- I
9 can hold onto this (indicating).
10           Let's look at Bartosik 2.
11           Is this an example of the type of form that
12 you would use to tell CSX that cars, Port Erie cars,
13 had been emptied and released?
14     A     Yes.
15     Q     And as you testified in response to
16 Mr. Parks' testimony, the form, itself, would not
17 identify a car as a Port Erie car versus a Plastek
18 car?
19     A     No, it wouldn't.
20     Q     But when you did empty and release a
21 Port Erie car, that car would appear on a form like
22 this that was sent -- was faxed to CSX?
23     A     Yes.
24     Q     On the emails that you sent to Sharon Jones
25 in November and December of 2004, and I'm looking at

PAGE 56

**56**

1 outside carriers in to pick up resin out of those
2 railcars at Mount Fort and took them to other
3 customers.
4      Q     Let me try to focus this a bit more.
5            Right here (indicating) there's an email
6 from Sharon Jones to you dated December 27th; correct?
7      A     Okay.
8      Q     And she is asking you to "Please release
9 the empty cars back to our plant with the heels in
10 them"; correct?
11     A     Correct.
12     Q     And then right above that is this email
13 from you to her, your response to that email?
14     A     Yes.
15     Q     And you're telling her that you're
16 releasing the four cars as instructed?
17     A     Yes.
18     Q     And those four cars were all empty?
19     A     Well, the term "heel" means that there
20 were -- there was some resin left in them, and it
21 was -- we never would move a railcar that had any
22 product left in them because of unbalance in the
23 railcar, itself, as well as putting it back into a
24 plant where perhaps it could get commingled once it
25 arrived back there.

PAGE 55

**55**

1 the very first one, it says, "Hi, Sharon.  I'm
2 releasing the 4 cars as instructed today."
3            By releasing cars, you're talking about
4 cars that have already been emptied?
5      A     Well, let's see.
6      Q     Is that accurate?
7      A     There were -- oh, okay.  "I'm releasing the
8 4 cars as instructed today."
9      Q     In an email that comes right before that --
10     A     This was December 29th of '04.
11     Q     Well, before you answer, look at the email
12 that comes just before.  Now, it would be on the same
13 page below it, December 27th, from Sharon Jones to
14 Steve Bartosik.
15           It says, "Please release the empty cars
16 back to our plant."
17           And then you follow up on December 29th at
18 the top of the page with, "I'm releasing the 4 cars as
19 instructed today."
20           So those four cars had already been
21 emptied?
22     A     There was a period of time when -- as --
23 for inventory control, there were some full cars there
24 that Nexpak -- or, well, I shouldn't even necessarily
25 say "Nexpak," it could have been BP, that they sent

PAGE 57

**57**

1            So we would never move it unless we would
2 get instructions from somebody to do something, and
3 this is what this -- that's what the term "heel"
4 means.
5      Q     And the resin that had originally been in
6 that car had already been loaded onto a Presque Isle
7 truck and sent over to Port Erie; correct?
8      A     Well, you know, I'm not certain in this
9 particular case because, again, depending on the time
10 frame, I want to say that we did not haul that
11 material because our equipment could take everything
12 that was in the railcar.
13           When over-the-road outside carriers would
14 come in to pick up this resin, they could not carry
15 as much as we did, so they would leave eight or
16 ten thousand pounds in one of those compartments, and
17 that's what created the heel.
18     Q     So when you unloaded a railcar, there was
19 no heel left?
20     A     So we got it all.  All right?
21           So I want to say that, you know, the reason
22 I gave you guys these documents was so that you could
23 see that we would -- that we would never would do
24 anything without instructions from somebody.
25           We never it took upon ourselves to move any

PAGE 58

58

1 product without authorization from somebody else.
2    Q    And the instructions that you got to move
3 resin from Mount Fort to Port Erie came from
4 Port Erie; correct?
5    A    Yes.
6        MR. HOWARD: I have no further questions.
7        MR. PARKS: I have some since you brought
8    it up, and thank you for doing that.
9            EXAMINATION
10 BY MR. PARKS:
11    Q    Now, you said other trucking companies --
12    A    Yes.
13    Q    -- would come in to Mount Fort --
14    A    Yes.
15    Q    -- and hook onto the trains that were in
16 your possession, suck out plastic resin, and then
17 deliver it to somebody else other than Port Erie?
18    A    Yes.
19    Q    And these are what you would term as
20 Port Erie cars?
21    A    Yes.
22    Q    They were delivered not for Plastek, but
23 for Port Erie?
24    A    That's right.
25    Q    And do you know where those shipments of

PAGE 59

59

1 plastic resin ended up?
2    A    No.
3    Q    They weren't to Port Erie; were they?
4    A    I --
5    Q    You just said they were over-the-road
6 carriers.
7    A    Yeah.
8        Probably not but, again, this was post
9 bankruptcy.
10    Q    Right, but it is your belief that either BP
11 or Nexpak was directing those?
12    A    Yes.
13    Q    You were allowing those people to come in
14 and take out of these cars?
15    A    Yeah.
16    Q    Because you didn't care who owned the
17 plastic?
18    A    That's correct.
19    Q    Port Erie wasn't screaming that, "That's
20 our plastic"?
21    A    That's correct.
22    Q    Do you recall some different types of resin
23 from Atofina being delivered to Erie and then moved to
24 Atlanta without being tapped?
25        Do you recall that?

PAGE 60

60

1    A    Vaguely.
2    Q    It did occur?
3    A    I'm not sure.
4        I remember --
5    Q    You said "vaguely."
6    A    I remember --
7    Q    What do you remember?
8    A    Not much. I'm just an old, retired guy.
9        It was probably four or five years ago, and
10 there -- there were some reconsignments, but I can't
11 swear to when it happened and the products that were
12 involved.
13    Q    Was Port Erie directing those
14 reconsignments?
15    A    I have no idea.
16    Q    Was it BP; do you remember?
17    A    I mean, was somebody else coming in
18 saying, "Hey, get this," or do you recall where the --
19 you know, what general location did those go?
20    A    I can't remember.
21        Those cars could have been diverted
22 anywhere in route from the origin to before they got
23 here, after they got here, as I said, so I can't
24 testify to that.
25        I remember -- you know, it may have

PAGE 61

61

1 happened but, you know, the diversions in many cases
2 take place -- I mean, you got 1500 miles. Typically a
3 ten-day transit time protects us.
4        So, I mean, a lot of things can happen in
5 between there.
6        Those cars might have gone down there, but
7 they may have gone down there long before they got to
8 Erie.
9    Q    Now, with respect to that, do you recall
10 any diversions, or do you have a recollection of any
11 diversions that would have gone to Canton, Ohio?
12    A    I -- yes, it did happen but, again, we
13 were -- we -- Presque Isle Trucking was not party to
14 the bill of lading contract, and as such, had no legal
15 right to do anything with that product or to have any
16 say over what happened to those cars.
17        Those instructions had to come from either
18 the shipper or someone else that was party to that
19 document.
20    Q    Do you know if Port Erie had the ability to
21 do those diversions?
22    A    Yes.
23    Q    They did?
24    A    They're party to the bill of lading.
25    Q    Now, they're on the bill of lading.

**62**

```
 1        Do you know if they are party to the bill
 2  of lading?
 3     A    Yes.
 4     Q    How do you know that?
 5     A    Because their name is on it.
 6     Q    Just because BP puts it on it?
 7        If I put your name on a $200,000 note that
 8  says, "You owe me $200,000," are you a party to that
 9  contract?
10     A    Why would you do that?
11     Q    Well, why would I do that?
12     A    I don't know.  You and I would be talking
13  about.
14        I would not allow anyone to put my name on
15  a document like that, especially if I had seen the
16  document.
17     Q    Right.
18        Now, that's the question.  Did Port Erie
19  ever see that document, the bill of lading?
20     A    I have no idea.
21     Q    Well, it was sent to you by the shipper;
22  correct?
23        I'm referring to the bill of lading, which
24  is Witkowski Deposition No. 5.
25        You said you got those from BP.
```

**63**

```
 1     A    Yeah, yeah.
 2        Well, I got them faxed to me.
 3        Now, you got -- this has Port Erie's fax
 4  number on it.  I don't know --
 5     Q    Well, that comes from Port Erie, but do you
 6  know where this came from originally?
 7     A    No.
 8     Q    Because I can tell you, these were
 9  created -- were found after the lawsuit was filed.
10        If you notice, it's June 15th, 2005, way
11  after the fact; isn't it?
12     A    Oh, you mean when the document was faxed?
13     Q    When it came to Port Erie Plastics.
14        It does say June 15th, because you just
15  said it came from Port Erie, but it came June 15th,
16  2005; right?
17     A    Uh-huh.
18     Q    And you got these?
19     A    Yes.
20     Q    And those are created, your prior testimony
21  is, created by BP?
22     A    The document is, yes.
23     Q    Now, do you also recall diversions of resin
24  to Atlanta, Georgia?
25     A    Other than the one you just spoke about?
```

**64**

```
 1     Q    Well, we talked about Canton, Ohio.
 2     A    You mentioned Atofina earlier, just a
 3  moment ago.
 4     Q    Right, the Atofina.
 5     A    Other than -- I mean, I remember it may
 6  have happened.
 7        I can't remember exactly if it -- you know,
 8  when it did or what was involved.
 9     Q    You recall something about Atlanta, or do
10  you not?
11        I'm not trying to put words in your mouth.
12     A    I remember -- you know, it may have
13  happened.  I remember something about Atlanta.  It
14  may have --
15     Q    Do you know who is located in Canton,
16  Ohio?
17     A    I believe Nexpak has an office there.
18     Q    Do you know who was located in Atlanta?
19     A    They may have had a plant there.
20        MR. PARKS:  I have no further questions.
21        MR. HOWARD:  Neither do I.
22        MR. PARKS:  Here, do you want to do this
23  one, it's your witness, about the waiver of
24  signature?
25        MR. HOWARD:  I subpoenaed him, yes, sure.
```

**65**

```
 1        We don't need to read it.  We'll waive.
 2            - - -
 3        (Thereupon, at 2:48 p.m., the deposition
 4  was concluded and signature was waived.)
 5            - - -
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

66

```
 1                    CERTIFICATE

 2   COMMONWEALTH OF PENNSYLVANIA, )
                                   )  SS:
 3   COUNTY OF ALLEGHENY.          )

 4        I, Teresa Constantini Berardi, do hereby certify
     that before me, a Notary Public in and for the
 5   Commonwealth aforesaid, personally appeared
     STEVE BARTOSIK, who then was by me first duly
 6   cautioned and sworn to testify the truth, the whole
     truth, and nothing but the truth in the taking of his
 7   oral deposition in the cause aforesaid; that the
     testimony then given by him as above set forth was by
 8   me reduced to stenotypy in the presence of said
     witness, and afterwards transcribed by means of
 9   computer-aided transcription.

10        I do further certify that this deposition was
     taken at the time and place in the foregoing caption
11   specified, and was completed without adjournment.

12        I do further certify that I am not a relative,
     counsel or attorney of either party, or otherwise
13   interested in the event of this action.

14        IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my seal of office at Pittsburgh,
15   Pennsylvania, on this _____ day of _____,
     2006.
16

17

18

19       _____
         Teresa Constantini Berardi, Notary Public
20       In and for the Commonwealth of Pennsylvania
         My commission expires October 9, 2008.
21
                       - - -
22

23

24

25
```

**$**

$200,000 [2] 62:7,8

**0**

04 [3] 24:12,25 55:10
05 [1] 5:12

**1**

1 [5] 16:5,7,10,12 42:18
1:35 [1] 1:17
104557 [1] 19:12
12 [2] 14:3 53:21
14 [2] 4:2 9:8
1500 [1] 61:2
15th [3] 63:10,14,15
16 [1] 2:1
16506 [1] 3:16
16507-1498 [2] 1:17 2:10
1991 [2] 9:9 35:17

**2**

2 [7] 1:11 2:23 27:13,15,18 33:12
54:10
2:48 [1] 65:3
2002-2003 [8] 10:1,13 20:22 23:
10 24:17 25:5 30:19,25
2003 [3] 17:12 25:23,25
2003-2002 [1] 52:3
2004 [2] 42:4 54:25
2005 [3] 2:5 63:10,16
2006 [1] 1:11
2008 [1] 66:20
26th [1] 19:13
27 [1] 2:23
27th [2] 55:13 56:6
29th [2] 55:10,17

**3**

3 [3] 2:17 17:1,1
3708 [1] 3:15

**4**

4 [4] 44:9 55:2,8,18
4-1-02 [1] 2:23
45 [1] 8:7

**5**

5 [2] 38:7 62:24
58 [1] 2:19

**6**

65 [2] 9:24 10:3

**8**

8931 [1] 20:17
8949 [1] 20:17

**9**

9 [1] 66:20
99 [1] 29:1

**A**

ability [2] 4:19 61:20
above [2] 13:24 56:12
accrual [1] 31:5
accruing [1] 31:17
accurate [2] 3:8 55:6
accusing [1] 43:17
action [2] 18:16 66:13

activity [2] 13:2 14:5
actual [1] 48:7
actually [4] 18:19 25:3 47:22 48:
12
add [1] 22:11
address [1] 46:10 47:24 48:1,5
addressed [1] 18:25
adjournment [1] 66:11
advice [2] 32:3,5
aforesaid [1] 66:17
ago [4] 9:22 31:13 60:9 64:3
agreement [3] 8:24 12:10,11
aligned [1] 10:23
allegheny [1] 66:3
allow [1] 62:14
allowing [1] 59:13
almost [2] 4:2 9:8
already [5] 40:25 43:8 55:4,20
57:6
amcx [1] 19:12
amoco [2] 24:15 31:3
amount [1] 14:8
another [4] 14:33:25 34:3 40:
3
answer [5] 4:18,19,24 34:9 55:11
anybody [1] 41:24
anyway [1] 4:16
appear [2] 22:6 54:21
appearances [1] 2:1
appeared [2] 22:7 66:5
apply [1] 34:2
approximately [1] 10:3
area [2] 18:13 20:9
areas [1] 32:8
arisen [1] 24:23
around [3] 3:20 25:19 42:25
arrangement [2] 12:3,4
arrived [7] 15:3 17:5,20 21:15,18
22:1 56:25
ash [1] 15:10
assigned [2] 14:9 53:6
associate [1] 33:5
associated [1] 35:7
association [1] 35:22
assume [2] 4:25 7:13
atlanta [5] 59:24 63:24 64:9,13,
18
atofina [3] 59:23 64:2,4
attached [1] 2:22
attempt [1] 32:12
attempting [1] 32:3
attempts [1] 32:7
attorney [2] 6:24 7:8
authority [3] 8:17,17,20
authorization [1] 58:1
availability [1] 41:8
available [1] 21:10
avenue [1] 15:11
awaiting [1] 17:6
aware [5] 33:7 38:25 42:4 49:24
50:1
away [1] 30:15

**B**

b-a-r-t-o-s-i-k [1] 3:13
back [10] 13:19 38:3 41:25 43:5
52:15,23 55:16 56:9,23,25

background [1] 8:3
bankrupt [1] 36:16
bankruptcy [15] 42:5,18 43:1,6,
11,16,23 44:7,11,22,24 45:16,20
46:3 59:9
bartosik [18] 1:10,13 2:21,22,23
3:1,7,13 16:5,6,10 24:8 27:13,14
32:19 33:7 54:10 55:14
based [4] 14:13 44:4 47:19
basically [2] 6:3 8:21
basis [2] 26:10 50:6
bay [1] 15:8
became [2] 36:18,22
behalf [1] 2:2,7
belief [1] 59:10
believe [5] 25:24 27:4 29:3,13 64:
17
belonged [1] 51:7
below [1] 55:13
benefit [1] 35:11
berardi [1] 1:15 66:4,19
best [2] 4:18 50:13
between [5] 5:15 6:1 8:19,24 25:
10 50:17 52:19 61:5
bill [16] 5:23 6:18 21:13,13 37:24
38:4,8 46:6,11 49:3 61:14,24,25
62:1,19,23
bills [9] 6:22 23:22 36:24 38:24
39:3 45:12 46:12 47:19 49:2
bins [1] 53:5
bit [1] 56:4
blah [3] 52:24,24,24
body [1] 29:8
both [2] 21:15 29:11
bottom [4] 19:24,25 29:17 34:3
boxed [1] 35:4
boy [1] 43:5
bp [26] 24:15 25:10,12,22 31:3 36:
24 38:5,11,12,14,19 42:19,23 43:
18,23 44:1,14 49:13,12 50:11 55:
25 59:10 60:16 62:6,25 63:21
bring [6] 15:14 29:6,18 34:3 50:6
51:1
bringing [1] 41:4
britton [2] 1:16 2:8
brought [2] 15:12 58:7
bulk [3] 11:10 34:22 36:3
business [10] 8:8,13 9:14 24:2
30:5 35:7,25 39:15 40:2,23
buying [1] 9:15

**C**

call [13] 5:10,14 6:20 7:13,15 19:
21 30:14,15 36:10 41:10,22,23
46:22
called [4] 1:13 3:2,24 40:3
calling [1] 36:8
calls [4] 5:8,24 6:1 27:11
came [6] 24:21 44:1,1 45:24 58:3
63:6,13,15,15
canton [3] 61:11 64:1,15
car [63] 11:21 12:19,21 13:3 14:
14,17,20 15:25 16:2,3 17:5,20
18:9,10 19:13,22,25 20:3,16,17
21:11,14,15,18 22:2,8,12,20 27:
22 28:10,18,24 29:4,6,18,25 30:
16,19 33:20,20,25 34:3 37:14,15

42:24 43:4,8 46:1 48:6 50:25 51:
3,5,6,23,25 52:5 53:4 54:17,17,
18,21,21 57:6
care [3] 51:7,8 59:16
cargo [1] 41:3
carriage [1] 8:22
carrier [8] 8:11,17,20 10:17 34:
18 35:1,7 49:5
carriers [3] 56:1 57:13 59:6
carry [2] 32:1 57:14
cars [78] 12:13,15,15,16,17,18,23
13:5,10,14,21,23 14:6,9,10,13
15:12 17:16,23 18:19 19:10 21:2,
5 25:1,12,22 28:1,6,7,9,12,20,23
29:15 31:16,19,25 32:7,8 33:17,
18 34:10 36:22 42:21 43:1 44:8,
9,16 45:21,25 47:2,3,8,12,13,20
52:24 53:10,11,22 54:12,12 55:2,
3,4,8,15,18,20,23 56:9,16,18 58:
20 59:14 60:21 61:6,16
case [3] 4:8 38:21 57:9
cases [1] 61:1
casual [1] 31:15
cause [1] 66:7
cautioned [1] 66:6
cell [1] 26:15
certain [5] 36:9 41:7 42:10 53:15
57:8
certificate [1] 66:1
certified [1] 3:3
certify [3] 66:4,10,12
cfo [1] 10:5
ch [1] 3:24
change [1] 44:23
changed [1] 45:15
charges [6] 14:8 23:9,21 31:6 38:
22 46:23
check [1] 41:24
chuck [1] 3:7
circumstances [4] 25:19 45:3,
15 53:7
civil [1] 1:14
claims [1] 23:23
clogging [1] 13:20
close [1] 6:8
code [1] 26:20
codes [1] 21:14
column [2] 22:6 28:18
come [7] 14:13 41:17 46:2 57:14
58:13 59:13 61:17
comes [3] 55:9,12 63:5
coming [4] 13:13 18:21 39:3 60:
17
commencing [1] 1:17
comments [1] 45:1
commerce [2] 2:4 8:12
commercial [1] 32:11
commingle [1] 53:14
commingled [1] 56:24
commission [2] 8:12 66:20
commodities [1] 35:2
common [8] 8:10,17,18,20 34:14,
18 35:1,7
commonwealth [2] 66:2,5
communication [3] 25:10,21 47:
9

communications [4] 5:25 27:6 30:6 31:1
companies [3] 10:9 11:1 58:11
company [8] 3:24 9:17,21 34:14, 14 35:6 36:14 38:18
company's [2] 9:7,9
compared [2] 8:22 32:15
compartments [1] 57:16
complete [1] 21:5
completed [1] 66:11
completely [2] 53:5,6
computer-aided [2] 1:20 66:9
concern [2] 41:5 42:13
concerned [1] 41:7
concerning [6] 6:21 25:22 30:18
concluded [1] 65:4
connection [2] 4:8 50:11
consider [1] 12:20
considerably [1] 44:25
consigned [2] 47:20,22
consignee [4] 48:16,18,21,22
constantini [3] 1:15 66:4,19
constructive [19] 17:2,3,8,17,19, 23 18:1,7 20:11,13 21:2,9,17,20, 25 37:9,22 51:19 53:25
constructively [4] 20:12 22:8,13, 14
contact [8] 24:16,19 26:8,12,13 42:19 43:3 45:4
contacts [1] 5:7
contents [1] 14:20
contract [11] 8:11,16,22,23,25 39:23 49:25 50:2,13 61:14 62:9
control [3] 41:14 43:4 55:23
controls [1] 36:17
conversation [13] 6:10,15 7:16, 25 8:5 12:21 31:11,15,21 33:12 36:13 40:13 46:24
conversations [8] 8:2 30:18 38: 11,14,16 40:7 47:5 52:8
copies [3] 24:3 28:16 46:12
copy [5] 7:20 29:10 38:1,4 44:13
corner [1] 17:14
corporation [2] 10:11,19
correct [31] 15:1 21:23,24 22:5,9, 10 25:11,14 30:3 33:11,15,25 34: 1,15,16 37:22 39:4 42:21 45:7 47:10,23 48:8,10 56:6,10,11 57: 7 58:4 59:18,21 62:22
couldn't [3] 13:20 23:16 51:8
counterparts [1] 26:18
county [16] 6:3
couple [8] 6:1 9:22 15:17 23:23 30:10 43:7 46:20 47:5
course [1] 34:13
court [4] 1:1 3:11 16:9 27:17
courtesy [1] 18:20
courtyard [1] 6:12
cover [2] 16:18,21
cp [2] 22:3,11
created [6] 46:5 49:2 57:17 63:9, 20,21
credit [2] 36:21 38:17
crew [1] 15:14
csx [24] 1:4 2:23 5:15 15:6,12,14, 20,24 17:1,10,20 18:13 19:18,21

21:10 27:24 28:10,15 29:5 33:22 37:3 53:25 54:12,22
cuff [1] 35:24
currently [3] 3:14,17
curtail [1] 13:14
customer [6] 13:1 17:5 22:20 23: 7 24:14 29:12 40:3,4
customers [3] 34:20 41:8 56:3

## D

daily [1] 27:6
date [12] 1:17 16:4 19:12,14 20:9, 12 22:8,12 25:17,18 28:4 45:15
dated [3] 2:23 17:12 56:6
dates [4] 6:2 21:3 30:11 45:2
dave [3] 26:25,25 27:1
day [9] 1:17 15:17 19:15 26:16,17 41:21 53:21,21 66:15
day-by-day [2] 52:17,18
deal [2] 39:22 47:2
dealing [1] 22:16
dealings [1] 47:17
deals [1] 51:3
december [6] 6:9 54:25 55:10, 13,17 56:6
decided [1] 52:9
defendant [2] 1:8 2:7
defense [2] 6:24 7:9
deliver [3] 42:23 51:11 58:17
delivered [6] 43:10,15 46:14 50: 2 58:22 59:23
deliveries [1] 52:16
delivering [2] 41:3 42:13
delivery [4] 22:21 26:16 46:18 47:24
demurrage [14] 4:12 5:23 6:18, 22 23:9 31:6,17 32:9 38:22 45: 25 46:5,6,12,23
depending [5] 13:2 14:5 15:17 53:7 57:9
deposed [2] 3:4 4:3
deposition [12] 1:10,13 2:21 4: 17 16:6 27:14 33:12 42:18 62:24 65:3 66:7,10
depositions [1] 4:7
describe [1] 11:6
described [1] 27:9
destination [2] 12:20 17:5
die [1] 11:3
difference [1] 8:19
different [4] 20:2,21 44:12 59:22
differentiate [1] 50:16
difficult [1] 34:8
directing [2] 59:11 60:13
directions [1] 44:14
directly [1] 39:6
disclosed [2] 37:20 48:7
discuss [2] 31:5,8
discussed [3] 32:6 40:10,10
discussion [1] 54:4
dispose [1] 23:25
distinguish [1] 33:19
district [2] 1:1,2
diversion [1] 30:19
diversions [3] 61:1,10,11,21 63: 23
divert [1] 30:16

diverted [2] 30:22 60:21
document [16] 19:4 22:23 27:18, 19,21 33:13 37:11 38:6 48:23 49: 16 61:19 62:15,16,19 63:12,22
documents [8] 2:22 6:5 7:19,20 16:19 21:15 23:2 57:22
doing [6] 25:23 27:3 35:18 39:15 52:19 58:8
done [3] 29:25 35:25 40:2
down [8] 13:12,20 15:7 33:22 42: 15 49:10 61:6,7
downing [1] 15:11
downsized [1] 9:21
drive [1] 3:16
driver [2] 46:16,16
drivers [8] 26:12,14 27:6 30:1 41: 16 46:13 53:9,18
driveways [1] 13:16
drop-off [1] 48:4
dropped [1] 37:2
duly [1] 3:3
during [17] 10:1,13 20:7 22:1 24: 16 25:5,8 26:9 30:4,8,19,24 36: 12 42:15 43:20 50:3 52:4

## E

each [1] 28:17
earlier [3] 13:8 29:3 64:2
early [1] 52:10
easier [1] 49:23
east [1] 32:11
eight [5] 13:5,25 14:10 45:25 57: 15
ein [1] 10:19
either [4] 12:17 22:19 59:10 61: 17
email [8] 24:6,8 26:3 55:9,11 56: 5,12,13
emails [1] 54:24
employed [2] 3:17 4:1
employees [4] 9:14,19 10:2 41:2
employer [1] 23:5
emptied [9] 14:17 15:24 16:4 25: 13 29:21,25 54:13 55:4,21
empty [16] 14:14 15:22 16:2,2 19: 25 20:19 27:22 28:1,10 29:4 51: 6 53:5 54:20 55:15 56:9,18
emptying [2] 14:18,19
end [5] 3:20 6:8 24:7 40:12 46:20
ended [2] 50:12 59:1
entire [1] 9:13
entity [1] 30:7
equipment [2] 9:15 57:11
erie [94] 1:7,21 2:10 3:16 5:16,20 6:12 8:4,14,25 11:7,9,11 12:17, 20,25 13:5 14:22,25 17:24 18:10, 25 19:7 21:4,23 26:7 27:12 28:7, 11,17,20,22,24 30:2,5 31:6 32: 36:1,20 37:7,10,20 39:7,9,12,15 41:12 43:9 44:2,13 45:9,12 46: 13 47:9,20,25 48:2 49:7 50:1,5, 12,17,24 51:19 53:4,10,15 54:1, 12,17,21 57 58:3,4,17,20,23 59:3,19,23 60:13 61:8,20 62:18 63:5,13,15
erie's [1] 63:3

## F

especially [1] 62:15
esquire [1] 2:9
established [3] 34:17 35:14,15
even [2] 44:13 55:24
event [1] 66:13
everything [3] 9:16 43:20 57:11
evidence [1] 53:24
evidenced [1] 44:7
exactly [4] 5:9 6:2 37:20 64:7
examination [4] 3:5 32:17 54:6 58:9
example [2] 17:8 54:11
examples [2] 23:6,12
except [1] 21:1
exercising [1] 43:4
exhibit [10] 2:21 16:6,10,11,12 27:14,18 33:12 38:7 42:18
existence [1] 38:25
existing [1] 43:8
expedite [1] 29:15
experience [1] 8:3
expires [1] 66:20
explaining [1] 16:19
express [1] 3:24
extra [3] 13:3,23,24

## F

f-o-r-t [1] 11:15
facilities [1] 33:21
facility [2] 12:11 32:13
fact [6] 31:16 40:10 42:17 48:2 54:1 63:11
fair [2] 5:1 29:24
familiar [3] 5:19 36:5,7
far [7] 17:6 23:20,22 37:20,21 47: 21 49:21
fax [12] 2:23 16:1,2,2,21,25 21:12 29:4 37:12 50:19 63:3
faxed [7] 16:20 23:1 29:11 53:25 54:22 63:2,12
february [1] 1:11
federal [1] 1:14
fee [1] 11:21
field [3] 26:4,5 27:2
filed [5] 42:5,11 43:11,16 63:9
files [1] 23:6
filing [1] 42:25
final [1] 35:3
financial [5] 24:23 45:2,6,6,9
financing [1] 10:25
find [8] 22:22,24,25 23:15,16 32: 7,20 41:23
fine [1] 5:2
first [12] 3:3 5:5,10 7:3 16:14,15, 16 18:3 19:11 31:10 33:11 55:1
five [2] 3:25 60:9
focus [1] 56:4
follow [1] 55:17
follows [1] 3:4
form [15] 16:2 20:21,25 22:7 27: 25 28:3,11 29:8 33:18 48:13 50: 16,19 54:11,16,21
format [1] 4:18
forms [3] 22:7 28:16,17
fort [25] 11:14,20 12:1 13:13 14: 12,19 15:3,13,20 18:11 28:4,13, 18 29:2,25 34:6,10 37:3 44:16

46:9 47:22 48:1 56:2 58:3,13
**forth** [1] 52:23
**forward** [3] 37:6,9 51:18
**forwarded** [3] 7:19,20 46:13
**found** [1] 63:9
**four** [7] 44:8,8 53:5 55:20 56:16,
18 60:9
**frame** [5] 10:14 24:25 30:8,9 57:
10
**freight** [3] 18:4 23:20,22
**friday** [5] 19:6 21:23,24 52:6,15
**friday's** [1] 22:3
**front** [1] 15:8
**full** [3] 29:6 30:21 55:23
**further** [6] 32:1 54:5 58:6 64:20
66:10,12

## G

**g-u-i-l-f-o-r-d** [1] 3:15
**gave** [3] 21:11 37:21 57:22
**ge** [1] 32:12
**general** [4] 9:5,12 35:2 60:19
**generated** [1] 19:6
**georgia** [1] 63:24
**gets** [1] 49:19
**getting** [3] 36:19 40:1 46:22
**give** [4] 4:16 19:22 29:19 32:3,5
34:20
**given** [3] 4:7 12:14 13:10
**gives** [1] 18:3
**giving** [1] 8:3
**got** [24] 18:20,20 19:1 29:10 36:
22 37:5,24 38:4,24 41:25 46:9,
17 50:25 52:14 57:20 58:2 60:22,
23 61:2,7 62:25 63:2,3,18
**gross** [1] 18:4
**ground** [1] 52:19
**group** [12] 10:5,8,9,9,15,21,23 11:
2 12:17,23 13:3 53:12
**guess** [2] 6:19 52:8
**guilford** [1] 3:15
**guy** [2] 29:14 60:8
**guys** [3] 27:1 52:19 57:22

## H

**half** [3] 6:14 53:3,4
**hand** [7] 16:18 19:25 29:8,18 32:
7 36:20 66:14
**handed** [1] 16:9
**handle** [2] 35:2 45:24
**handled** [1] 52:18
**handwritten** [1] 2:1
**happen** [2] 61:4,12
**happened** [8] 20:7 44:23 46:19
60:11 61:1,16 64:6,13
**happening** [1] 41:6
**happens** [1] 40:23
**harborcreek** [1] 48:2
**haul** [2] 35:21 57:10
**hauling** [1] 40:16
**heard** [1] 41:2
**heel** [4] 56:19 57:3,17,19
**heels** [1] 56:9
**held** [3] 9:6 10:11 43:1
**help** [1] 40:14
**hereby** [1] 66:4
**hereinafter** [1] 3:3

**hereunto** [1] 66:14
**hi** [2] 44:9 55:1
**high** [1] 9:23
**highway** [1] 15:8
**hired** [2] 35:13,15
**hiring** [1] 9:14
**hold** [5] 43:18,20,23 45:19 54:9
**home** [1] 23:3
**honestly** [1] 44:2
**honored** [1] 43:24
**hook** [1] 58:15
**hour** [1] 6:14
**hours** [1] 53:21
**howard** [13] 2:17,1 3:6,7 16:5,8
27:13,16 32:16 54:7 58:6 64:21,
25
**hurt** [1] 12:12

## I

**idea** [6] 6:18 42:2 49:21 52:12 60:
15 62:20
**identical** [2] 8:2 20:25
**identification** [2] 16:7 27:15
**identified** [3] 17:16 19:10 22:2
**identify** [1] 54:17
**illegal** [2] 43:14,17
**illig** [1] 1:16 2:8
**inc** [2] 1:4,7
**inception** [2] 9:7,9
**indicates** [2] 17:1 19:12
**indicating** [6] 16:17,24 33:14 37:
11 54:9 56:5
**industries** [1] 10:21
**information** [11] 18:15,18 19:24
20:10 21:8 22:12 26:23 31:22 36:
19 47:18 51:22
**initial** [2] 6:20 36:14
**initiated** [1] 27:11
**injection** [1] 40:23
**inquire** [2] 36:11 39:9
**inside** [1] 47:13
**instructed** [5] 44:9 55:2,8,19 56:
16
**instruction** [1] 29:20
**instructions** [11] 4:15 17:6 29:5
30:1 44:1 47:16,18 57:2,24 58:2
61:17
**insurance** [2] 10:24,24
**interchange** [1] 50:21
**interchangeable** [1] 48:19
**interested** [1] 66:13
**interstate** [1] 8:12
**inventories** [5] 23:13 37:15 51:
25 52:23 53:20
**inventory** [19] 5 20:5,8,21 21:
3,5,22 22:4 24:4 29:23 31:24 37:
15,21 51:23 52:5,5 53:10 55:23
**involved** [7] 8:24 20:16 35:12 36:
23 40:11 60:12 64:8
**involving** [2] 4:8 6:17
**irrelevant** [1] 33:14
**isle** [23] 4:2,8 8:8,10,13 9:3 10:2,
11,13,14,18,22 11:7,25 14:21 17:
9,22 24:2 30:4 34:15,17 57:6 61:
13
**isle's** [1] 8:16
**isn't** [2] 18:12 63:11

**issue** [9] 5:20,22 6:22 23:9,25 31:
19 32:6 46:1 49:3
**issues** [7] 6:4,17 7:7 23:20 31:25
36:21 47:7
**itself** [3] 20:25 54:16 56:23

## J

**janssen** [1] 2:3
**jim** [4] 19:6 31:9 32:23 46:25
**job** [4] 9:11 27:2 32:1,4
**john** [2] 2:13 33:1,2
**johnson** [3] 2:13 33:1,1
**joined** [1] 10:10
**joint** [2] 10:20 32:10
**jones** [12] 1:16 2:8 24:8,11,12,14,
16 45:5,19 54:24 55:13 56:6
**july** [3] 3:21 19:13 42:7
**june** [3] 63:10,14,15
**justice** [1] 13:1

## K

**keenan** [1] 2:3
**keep** [3] 23:18 53:2,20
**kept** [5] 13:17 26:22 28:23 53:9,
10
**kind** [5] 23:24 29:15 31:17 34:25
41:16
**kinds** [1] 41:6
**knowledge** [2] 49:23 50:13
**known** [1] 30:7

## L

**lading** [16] 21:13,13 36:25 37:25
38:4,8,24 46:11 47:19 49:4 61:
14,24,25 62:2,19,23
**last** [6] 3:11 5:5 6:10,13,16 8:5
**later** [4] 20:6 24:22 30:10 38:15
**law** [1] 1:16
**lawsuit** [5] 5:15 6:3,22 7:7 63:9
**lease** [8] 11:9,18,19,20,25 12:3,7
19:19
**leased** [2] 11:22 13:10
**least** [2] 36:1 44:6
**leave** [1] 57:15
**left** [6] 9:8,25 19:15 56:20,22 57:
19
**left-hand** [1] 17:13
**legal** [2] 10:25 61:14
**less** [1] 44:25
**letter** [1] 16:18
**licensed** [2] 8:11 35:1
**lieu** [1] 22:18,18
**limit** [2] 13:9 14:8
**limitations** [2] 13:12 23:21
**line** [1] 16:25
**lines** [1] 22:12
**list** [1] 33:21
**listed** [5] 12:9 28:5,6,14 38:7
**little** [3] 3:24 49:22
**live** [1] 3:15
**llp** [1] 2:8
**load** [1] 41:18
**loaded** [1] 57:8
**loads** [7] 26:19 41:25 43:7,13,15
46:14 53:15
**local** [4] 15:14 29:9,10,14
**located** [2] 64:15,18

**location** [2] 28:23 60:19
**locations** [2] 15:6 28:2
**long** [9] 3:19 6:13 8:5 9:6 13:19
23:18 31:13 43:5 61:7
**longer** [1] 20:8
**look** [7] 19:3,11 23:12 24:6 26:2
54:10 55:11
**looking** [3] 20:21 41:17 54:25
**loop** [1] 26:23
**lot** [5] 30:10 31:20 42:13 47:1 61:
4
**lowboy** [1] 40:16
**lower** [1] 17:13

## M

**m-o-u-n-t** [1] 11:15
**macdonald** [2] 1:16 2:8
**machinery** [2] 40:25 41:1
**machines** [1] 50:1
**made** [3] 32:7,10 36:7
**main** [1] 41:5
**maintain** [1] 23:2
**maintained** [1] 24:3
**maintenance** [1] 9:15
**man** [1] 10:20
**manager** [3] 9:5,12,12
**manpower** [1] 41:7
**many** [16] 4:5 5:9 9:19 10:1 11:
25 12:2,14 13:14 17:16 21:2 26:
19 31:25 35:20 41:11,15 61:1
**mark** [3] 16:5 19:24 27:13
**marked** [5] 16:7,10 20:10 27:15,
17
**market** [1] 2:5
**marriott** [1] 6:12
**marshalling** [1] 15:11
**masters** [1] 19:21
**material** [1] 57:11
**matter** [1] 7:24
**maximum** [1] 12:6
**mean** [38] 12:15 13:11,24 14:6,7
19:14 20:25 23:21,23,23 30:25
31:3,15,24 32:6 40:23 41:21 43:
4 44:3,8 46:18,24,25 47:1,4,16,
17,17 49:17,19,19 53:1,3 60:17
61:2,4 63:12 64:5
**meaning** [1] 13:13
**means** [3] 22:15 56:19 57:4
**meet** [1] 33:2
**meeting** [1] 32:11
**mel** [4] 26:4,5,18 27:2
**member** [1] 10:14
**memo** [2] 2:1
**memory** [1] 34:8
**mention** [1] 39:25
**mentioned** [1] 64:2
**met** [2] 3:8 5:4
**middle** [1] 42:8
**might** [7] 3:8 14:2 22:11 31:11
33:24 35:8 61:6
**miles** [1] 61:2
**mine** [1] 47:3
**minutes** [2] 8:7 54:8
**molding** [2] 11:4 40:23
**molds** [2] 40:8,21
**moment** [2] 18:9 64:3
**monday** [1] 22:1

morning [2] 41:10 52:10
most [3] 15:4 24:15 34:5
mount [25] 11:14,20 12:1 13:13
  14:12,19 15:3,13,20 18:11 28:4,
  13,18 29:2,25 34:6,10 37:3 44:
  16 46:9 47:22 48:1 56:2 58:3,13
mouth [1] 64:11
move [9] 19:18 30:21 33:25 40:
  14 48:6 56:21 57:1,25 58:2
moved [2] 25:2 59:23
movement [7] 15:19 24:22 29:
  15 30:15 36:1 40:9,19
movements [1] 40:8
moving [2] 40:8,25
much [13] 20:6,8 21:1,1 24:22 26:
  21 30:12 32:1 36:18 38:15 53:22
  57:15 60:8
multiple [1] 11:24
myrtle [3] 28:3,7,25
myself [1] 7:7

## N

name [8] 3:7,10,11,13 33:7 62:5,
  7,14
nature [1] 26:13
necessarily [2] 48:20 55:24
need [4] 4:15 41:11 42:1 65:1
needed [3] 10:25 12:2 25:1 33:
  20 47:21
needs [1] 48:3
neither [1] 64:21
net [1] 18:5
never [8] 13:18,19 30:22 47:4 56:
  21 57:1,23,25
nexpak [23] 30:7 36:6,7,13,15 38:
  18,19,25 39:1,16,22 40:11,21 42:
  5 45:6 48:8 49:13,25 50:13 55:
  24,25 59:11 64:17
next [3] 26:2 29:18 52:16
nice [1] 33:2
nickle [3] 26:25,25 27:5
night [3] 5:5 6:10,16
nine [1] 45:25
none [2] 24:20 52:23
noon [3] 21:24 52:6,14
normally [1] 12:25
nos [1] 2:21
notary [2] 1:15 66:19
note [5] 29:9,17 33:24 45:2 62:7
notes [1] 34:3
nothing [1] 18:19
notice [27] 17:2,3,9,17,19 18:2,8,
  20,22 20:11,13 21:9,11,17,21,25
  22:3,11 28:3,10,11 37:5,6,21,25
  53:25 63:10
notices [3] 17:23 37:10 51:19
notification [1] 17:4
notified [1] 25:12
november [3] 31:1,2 54:25
number [21] 5:8 10:19 11:3,4 12:
  6,9 13:9 14:6 18:3 19:22 20:2,3
  21:11,14 29:12 31:14,16 44:24
  51:5,6 63:4
numbered [1] 52:24
numbers [3] 16:3 50:25 51:3

## O

obtaining [1] 9:14
occasion [5] 26:8 29:4 30:6 31:1
  46:9
occasionally [2] 13:22 30:16
occasions [1] 36:9
occur [2] 15:16 60:2
october [1] 66:20
office [1] 64:17
offices [1] 1:16
often [1] 15:16
ohio [3] 61:11 64:1,16
okay [10] 5:3 16:23 18:6 40:6 50:
  15 51:4 53:23 54:3 55:7 56:7
old [2] 24:3 60:8
oldest [2] 20:15,17
once [7] 3:9 26:11 29:1 30:13 36:
  2 42:11 56:24
one [30] 2:4 12:7 14:14 15:7,23
  17:18 19:1,3,11,21 22:11 26:4,6,
  18 27:1 28:17 29:21 32:10,10 33:
  18,20 38:9 49:17 52:8 53:6 54:3
  55:1 57:16 63:25 64:23
ones [1] 37:19
only [3] 3:24 36:14 37:18 38:14
  43:19 46:3,19 50:11 51:3
open [8] 8:21 13:17
opened [1] 43:8
operation [4] 9:14,15 11:20 13:
  20
operationally [1] 13:15
operations [4] 11:3,4 12:10,12
oral [1] 66:7
order [4] 14:14 32:13 41:20 43:
  23
origin [5] 18:4,5,5 49:5 60:22
originally [2] 57:5 63:6
other [19] 7:7 11:1 18:23 26:4 30:
  17 32:8 34:22,25 35:21 48:9 49:
  24 50:2 51:25 53:6 56:2 58:11,
  17 63:25 64:5
ourselves [2] 10:23 57:25
out [19] 12:11 15:10,11,23 19:15
  32:20 33:20,23 34:6 41:3,23 46:
  4 47:2 50:25 53:1,19 56:1 58:16
  59:14
outside [3] 29:23 56:1 57:13
over [12] 13:24 29:6 33:22 37:12
  42:13 43:4 47:5,5 51:22 52:8 57:
  7 61:16
over-the-road [2] 57:13 59:5
overall [1] 9:13
overloading [1] 12:12
owe [1] 62:8
own [2] 10:19 35:6
owned [11] 10:21,22 22:19 25:4
  39:9,13 40:19,21 47:12,13 59:16
ownership [2] 10:20 34:14

## P

p.c [2] 2:3
p.m [2] 1:17 65:3
pa [1] 3:16
pacific [1] 49:5
page [12] 2:21 16:14,15,16,16,23
  17:1 19:3 24:7 26:2 27:17 55:13,
  18
paid [2] 11:20 45:12

parent [1] 34:14
parentheses [1] 48:15
parks [16] 7:10,11,20,22,25 32:
  18,22 33:5,6,8 54:3,5 58:7,10 64:
  20,22
parks' [1] 54:16
part [2] 46:10,11
particular [12] 15:17 22:22 25:15
  26:17,22 28:2 33:13 36:1 37:11
  39:23 49:17 57:9
parties [1] 8:24
party [8] 18:23 47:14 48:7 61:13,
  18,24 62:1,8
pass [1] 26:19
passed [1] 36:20
past [3] 23:2,5 40:2
paying [1] 32:5
payment [1] 39:6
pending [2] 5:15 6:3
pennsylvania [6] 1:2,21 2:10 18:
  10 66:2,15
people [7] 26:4,6,19 32:11 36:23
  41:10 59:13
per [1] 12:3
percent [1] 29:1
perhaps [4] 8:7 14:2 35:8 56:24
period [17] 10:1 20:22 23:10,13
  24:13,17 25:6,8 26:9 30:4,19,25
  36:12,15 50:3 52:1 55:22
person [3] 24:16,19 48:24
personal [1] 49:23
personally [1] 66:5
pertaining [1] 1:14
phone [12] 5:8,10,14,24 6:1,20 7:
  13,15 26:16 30:13,15 41:22
physically [1] 22:18
pick [2] 56:1 57:14
pittsburgh [2] 29:13 33:23
place [6] 6:11 7:17 14:18,19 25:
  16 61:2
placed [12] 11:21 19:13,14,16 20:
  9,12 22:8,13,14,19,20 51:22
placement [17] 17:2,3,9,17,19,
  23 18:1,8 20:11,13 21:3,9,17,20,
  25 37:10 51:19
placements [1] 37:22
places [1] 29:11
plaintiff [3] 1:5 2:2 3:2
plan [1] 52:11
plant [7] 11:11 40:8 44:3 55:16
  56:9,24 64:19
plastek [33] 10:5,6,7,8,9,15,21,
  21,23 11:2 12:17,23 13:3,21 28:
  4,9,21 33:17,20 34:2,7,10,13,20
  35:3,22 50:17 51:9,12 53:3,11
  54:17 58:22
plastic [18] 10:6 11:4,4,7 12:18
  39:10,13 47:25 49:12,25 50:6,9,
  12 53:1 58:16 59:1,17,20
plastics [19] 1:7 5:16 8:4,14 11:9
  12:25 14:23 18:25 19:7 21:5 31:
  6 33:8,15 47:9,20 50:1,5 51:20
  63:13
play [1] 24:21
please [4] 3:12 54:3 55:15 56:8
point [16] 9:23,23 18:17 20:15 25:

4 30:22,23,24 36:21 42:12 43:6,
  22 44:21 45:24 48:4 51:7
port [85] 1:7 5:16,20 8:4,14,25 11:
  7,9 12:17,20,25 13:5 14:22,25
  17:24 18:25 19:7 21:4,23 26:7
  27:12 28:7,11,17,20,22,24 30:2,
  5 31:6 33:8,14,19 34:7,11 35:19,
  22 36:1,20 37:7,10,20 39:7,9,12,
  15 41:12 43:9 44:2,13 45:9,12
  46:13 47:9,20,25 49:7 50:1,5,12,
  17,24 51:19 53:4,10,15 54:1,12,
  17,21 57:7 58:3,4,17,20,23 59:3,
  19 60:13 61:20 62:18 63:3,5,13,
  15
position [2] 9:6 47:6
possession [1] 58:16
possible [1] 52:10
post [5] 42:18,19 45:16,20 59:8
pounds [1] 57:16
pre [1] 46:3
prepaid [1] 39:3
prepared [1] 21:22
presence [1] 66:8
present [1] 2:12
presque [24] 4:2,8 8:8,10,13,16
  9:3 10:2,11,13,14,18,22 11:7,25
  14:21 17:9,22 24:2 30:4 34:15,
  17 57:6 61:13
presses [5] 40:8,14,19,20 41:4
pretty [2] 47:1 53:22
prevail [1] 23:5
prior [9] 4:1 5:7 6:20 19:3 22:7
  25:25 36:1 43:15 63:20
prischak [1] 35:8
private [2] 19:16 21:6
privately [1] 10:11
probably [7] 4:15 6:8,9 7:18 52:
  11 59:8 60:9
problem [3] 46:5,23 47:3
problems [5] 24:23 45:2,6,7,9
procedure [2] 1:14 25:16
process [5] 4:14 14:18 24:21,24
  36:23
produce [2] 49:7,8
produced [2] 28:15 49:10
product [10] 14:24 20:18 21:14,
  16 26:20 29:22 35:4 56:22 58:1
  61:15
products [2] 20:16 60:11
projects [1] 49:13
protects [1] 61:3
provide [3] 6:5 29:5 34:18
provided [3] 7:22 11:7,8
providing [1] 31:22
public [2] 8:21 66:19
published [2] 8:20 9:1
purchase [1] 40:12
purchasing [1] 10:24
purposes [3] 10:24 12:21 27:8
put [14] 13:3,23 14:2 19:23 22:3
  26:21 32:8 33:24 43:20 46:2 51:
  16 62:7,14 64:11
puts [1] 62:6
putting [2] 13:14 56:23

## Q

quantity [1] 28:16

question [9] 4:17,20,24 35:9 36:
13,15 37:16 43:7 62:18
questioning [1] 6:19
questions [5] 4:18 33:10 54:5
58:6 64:20
quite [1] 44:2

## R

rail [8] 11:8,8,12,22 12:10 36:3
45:22 48:5
railcar [18] 12:3 14:21 15:2,20 19:
5,15 21:22 22:4 23:12 37:2,20
39:21 49:19 53:3 56:21,23 57:12,
18
railcars [11] 11:9,11 13:12 14:11
28:22 40:1 44:25 46:4 50:17 53:
2 56:2
railroad [13] 5:21 16:3 21:13 22:
19 27:23 32:12 38:1,2,5 47:17
48:3 49:6 51:3
railroad's [1] 17:4
rates [2] 8:25 9:1
re-ask [1] 49:22
read [1] 65:1
real [1] 16:16
really [7] 12:8 13:18 20:6 31:23
34:13 51:6 52:12
reason [2] 24:3 57:21
recall [25] 5:10,13,17,22,24 6:7 7:
16 8:1,6 24:19 25:15,21 30:18
31:10 35:24 42:3,24 43:11,18 59:
22,25 60:18 61:9 63:23 64:9
receipt [1] 46:18
receivables [1] 9:17
receive [5] 17:22 18:7,15 21:20
43:22
received [4] 17:10 21:12 39:6 47:
19
receiving [4] 26:6 27:1 30:1,2
recognize [4] 7:14 16:12 27:19
32:24
recollection [2] 42:8 61:10
reconsignments [2] 60:10,14
record [2] 3:11 54:4
reduced [1] 66:8
refer [1] 42:18
referenced [1] 11:18
referring [5] 24:24 38:8 45:4,16
62:23
regard [3] 33:11 34:5 46:21
regular [2] 26:10 50:6
regulations [1] 48:19
related [1] 50:12
relationship [2] 8:14 30:5
relative [1] 66:12
release [14] 20:1 25:3,22 27:22
28:11 29:4 42:21 44:8 50:24 51:
5,6 54:20 55:15 56:8
released [5] 25:1,13 28:20 46:17
54:13
releases [1] 36:22
releasing [8] 36:17 44:8,9 55:2,3,
7,18 56:16
relevant [6] 23:19 30:24 37:16
38:22 50:3 52:1
reliability [1] 34:20
remember [16] 5:9 6:2 25:18 35:

23 43:25 44:20 60:4,6,7,16,20,
25 64:5,7,12,13
rent [1] 32:14
reorganization [1] 43:21
rep [1] 24:14
rephrase [1] 4:22
report [1] 10:4
reported [2] 10:5 28:12
reporter [3] 3:12 16:9 27:17
reporting [2] 27:24 28:1
represent [1] 28:15
representing [1] 33:8
requests [1] 44:4
requirements [1] 26:16
reside [1] 3:14
resin [26] 11:10 12:19 24:15 26:
19 34:18 35:21 36:18 38:13 39:
22 40:12 41:11 42:13 44:3 47:13
49:20 50:2 53:14 56:1,20 57:5,
14 58:3,16 59:1,22 63:23
resolve [1] 47:6
respect [1] 67:9
response [2] 54:15 56:13
responsibilities [1] 9:11
responsibility [1] 9:13
restrictions [1] 25:7
retire [1] 47:13
retired [3] 3:18,19,20,23 60:8
rich [1] 33:8
roughly [1] 16:19
route [1] 60:22
rules [1] 1:14
run [1] 9:16
running [2] 34:6 40:25

## S

same [11] 7:20 12:23 27:8 48:22,
23,24 50:19,19 51:11 53:16 55:
12
saturday [1] 43:12
saturdays [1] 43:13
saw [1] 47:18
saying [2] 46:15 60:18
says [6] 17:1 47:25 48:15 55:1,15
62:8
schedule [2] 41:20 52:16
scott [2] 2:9 33:4
screaming [1] 59:19
search [1] 23:8
second [3] 11:15 36:20 54:3
see [8] 17:13 24:9 32:13 41:4 49:
4 55:5 57:23 62:19
seeing [1] 49:16
seen [1] 62:15
seldom [1] 30:17
selling [5] 38:12,13,19 49:12 50:
11
send [7] 16:3 19:8 27:23,25 29:
14 36:24 37:14
sent [13] 7:21 17:20 18:22 19:6
20:13 21:23 23:6 28:10 54:22,24
55:25 57:7 62:21
separate [6] 10:19 50:23 53:2,9,
10,20
september [5] 5:12 6:2,21 7:4
17:12

service [6] 24:14 29:12 34:19,19,
21 41:8
services [1] 11:6
set [1] 66:14
seven-page [1] 16:11
several [1] 44:7
sharon [12] 24:8,11,12,14,16 44:
9 45:5,19 54:24 55:1,13 56:6
sheet [1] 16:21
sheets [1] 24:4
ship [7] 33:22 35:3 48:9,12,17,18,
22
shipment [4] 37:5,6 39:22 50:23
shipments [2] 49:24 58:25
shipped [4] 17:24 37:4 44:25 49:
12
shipper [10] 18:4 21:12 24:15 25:
1,3 31:3 44:14 45:5 61:18 62:21
shippers [1] 31:2
shipping [3] 37:25 38:12,13
shouldn't [1] 55:24
show [3] 22:8 37:19 38:6
showed [1] 49:17
showing [1] 33:13
shown [3] 20:9,10 21:3
shrank [1] 45:23
shut [1] 13:20
side [1] 45:22
siding [2] 21:6 22:19
sighting [1] 28:4
signature [2] 64:24 65:4
signed [2] 46:17,19
significant [1] 44:23
silo [2] 14:25 51:16
similar [2] 27:2 38:9
since [5] 4:14 7:6,13 47:3 58:7
single [2] 11:23 27:17
sitting [1] 46:4
six [1] 9:25
sold [3] 38:25 48:8,9
solely [1] 10:17
somebody [6] 49:20 57:2,24 58:
1,17 60:17
someone [1] 61:18
sometimes [1] 33:24
somewhere [1] 46:9
soon [1] 46:1
sorry [2] 7:5 18:5
sounded [1] 13:9
space [5] 11:8,12 13:23 32:14 46:
2
spaces [3] 11:22 12:2,6
span [1] 47:5
speaking [1] 13:15
special [1] 39:22
specific [1] 12:9
specifically [1] 8:23
specified [1] 66:11
spell [1] 3:11
spend [1] 31:20
spoke [4] 6:24 7:1,3 63:25
spoken [2] 6:21 7:6
spot [1] 11:9
square [1] 2:4
start [3] 32:20 35:18 46:24
started [2] 30:15 45:17

state [1] 3:10
states [1] 1:1
stenotypy [1] 66:8
steve [6] 1:10,13 3:1,13 24:8 55:
14
still [1] 25:4
storage [15] 13:4 14:7,8,15 15:4,
5,13,20 18:13 19:16,19 21:7,10
25:2 32:15
street [5] 2:5 15:10 28:3,7,25
strike [1] 21:21
stringent [1] 36:18
stroupe [3] 2:9 33:4,4
stuff [2] 9:18 23:24
subject [3] 5:13 6:15 7:24
subpoenaed [1] 64:25
subsequent [1] 5:24
substantial [1] 28:16
suck [1] 58:16
sudden [1] 40:1
summer [2] 3:20 42:8
supply [1] 39:23
supporting [1] 40:9
swap [1] 15:23
swear [2] 19:1 60:11
swing [1] 30:21
switch [1] 15:14
switches [1] 13:16
sworn [2] 3:3 66:6
system [2] 44:12 47:1

## T

talked [5] 11:13 26:11 31:14 40:
10 64:1
tapped [1] 59:24
tariff [1] 9:1
tariffs [1] 8:21
tax [1] 35:10
technically [1] 3:23
telephone [1] 31:13
ten [2] 14:2 57:16
ten-day [1] 61:3
teresa [1] 1:15 66:4,19
term [3] 56:19 57:3 58:19
terminal [10] 11:14 15:21 28:5,
14,18 34:6 37:3 44:17 47:23 48:
1
terminals [1] 45:22
terms [2] 18:4 22:16
testified [3] 5:4 29:3 54:15
testify [2] 60:24 66:6
testimony [11] 7:21 13:8 20:20
25:9 28:19 33:10,16 51:18 52:4
54:16 63:20
texas [1] 49:10
there's [4] 16:25 17:18 35:10 56:
5
thereupon [3] 16:6 27:14 65:3
thinking [1] 38:2
third [2] 16:23 24:7
thousand [1] 57:16
thursday [1] 1:11
tightening [1] 38:17
tighter [1] 36:22
till [1] 9:7
title [2] 9:3 10:10
today [5] 39:17 44:10 55:2,8,19

together [1] 53:13
took [6] 7:17 14:19 44:3 45:1 56:
  2 57:25
tool [1] 11:3
top [2] 16:25 55:18
track [17] 11:18,19,21,23 13:6 14:
  15 15:4,5,13 19:16,16,19,19 21:
  7,10 32:15 53:21
tracks [5] 11:10,24,25 13:4 14:7
train [1] 19:21
trains [1] 58:15
transcription [2] 1:20 66:9
transit [1] 61:3
transmitted [1] 21:4
transport [1] 11:10
transportation [2] 1:4 17:2
transported [1] 14:21
tried [2] 13:1 14:8
triggered [1] 15:19
truck [5] 14:21 41:16 51:8 53:16
  57:7
trucking [19] 4:2,9 8:9,10,13 9:4
  10:12,14,18,22 11:7 17:9,22 34:
  15,17,23,25 58:11 61:13
truckloads [1] 41:11
trucks [3] 35:4 51:14 53:5
true [3] 14:4 29:7 49:1
truth [1] 66:6
try [2] 53:12 56:4
trying [1] 64:11
tuesday [1] 22:2
turn [1] 16:23
twice [4] 4:6 26:11 42:11,11
two [12] 8:19,24 11:16,17 13:4 20:
  16 23:19 28:2,6 53:4,15 54:8
type [4] 25:9 31:21 40:16 54:11
types [2] 11:1 59:22
typically [11] 13:5,7,25 14:9 19:
  20 23:18 26:12 29:22 43:12 52:
  18 61:2

U

ultimate [1] 12:19
umbrella [1] 11:2
unbalance [1] 56:22
under [9] 8:16 9:19 10:10 11:1
  12:16 28:6,14,18,24
undersigned [1] 1:15
understand [10] 4:21,22,23 23:4,
  9 35:10 36:18 38:12 39:21 48:18
understanding [2] 18:8 27:5
understood [2] 4:25 13:8
union [1] 49:5
united [1] 1:1
unless [1] 57:1
unload [2] 14:24 52:24
unloaded [2] 53:4 57:18
unloading [2] 19:17 25:2
up [10] 22:9 30:16 38:17 49:12 50:
  12 55:17 56:1 57:14 58:8 59:1
using [1] 49:20

V

vacuum [1] 51:14
vaguely [2] 60:1,5
various [2] 6:17 15:6
versus [2] 9:1 54:17

volume [3] 34:6 45:23,23
volumes [1] 44:20
vs [1] 1:6

W

waive [1] 65:1
waived [1] 65:4
waiver [1] 64:23
walk [1] 53:21
wanted [2] 26:20 41:23
way [6] 32:13 49:23 50:16 51:11
  52:15 63:10
waybill [3] 18:3 38:2 48:8
ways [3] 13:19 20:2 43:5
wednesday [1] 22:2
week [2] 15:18 22:1 52:16
weekend [1] 52:11
weeks [1] 3:25
weight [2] 18:4,5
western [1] 1:2
whatever [1] 45:24
whenever [3] 14:13,17 29:24
whereof [1] 66:14
whether [4] 18:22 25:21 43:25
  51:8
whole [2] 44:11 66:6
whom [4] 3:22 10:4 26:4 31:8
will [2] 4:25 28:3
wind [1] 42:15
without [5] 49:16 57:24 58:1 59:
  24 66:11
witkowski [10] 19:6 26:3 31:9,22
  32:23,23,25 38:7 46:22 62:24
witness [5] 3:2 32:24 33:2 64:23
  66:14
word [2] 11:15 13:19
words [3] 11:16,17 64:11
work [2] 43:12 52:20
worked [3] 3:23 47:1 53:18
worth [1] 54:8
write [3] 19:25 29:9,18
writings [1] 52:21
written [1] 18:23
wrote [1] 16:19

Y

yard [5] 15:20 19:21 25:2 29:9,10
yards [2] 15:9,11
year [4] 6:8 23:19 35:16 47:5
years [7] 4:2 9:8,22 23:23 35:20
  52:9 60:9
yep [1] 48:11