# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL 32202-4423 | :<br>:<br>:    ,    CIVIL ACTION<br>: |
| Plaintiff | :    CASE NO. 05-139 Erie<br>: |
| v. | :<br>: |
| PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA 16421 | :<br>:<br>:<br>: |
| Defendant. | : |

## APPENDIX TO CSX TRANSPORTATION, INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

### VOLUME I

| Exhibit | Description |
|---------|-------------|
| A | Excerpts from deposition transcript of James Witkowski |
| B | Port Erie Plastic, Inc.'s responses to interrogatories |
| C | Excerpts from deposition transcript of Steve Bartosik |
| D | Affidavit of John Underwood and Exhibits 1 and 2 thereto |
| E | Affidavit of William Graham |
| F | Excerpts from Deposition transcript of John T. Johnson |