# EXHIBIT  D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC. | : |
| | : |
| **Plaintiff** | : **CIVIL ACTION NO. 05-139 Erie** |
| | : |
| v. | : |
| | : |
| PORT ERIE PLASTICS, INC. | : |
| | : |
| **Defendant.** | : |

## AFFIDAVIT OF JOHN UNDERWOOD

I, **John Underwood**, do hereby declare under penalty of perjury that I am competent to testify, and that the statement below is true and correct based on my personal knowledge:

1.    I am currently employed by CSX Transportation Company ("CSX") as Manager of Supplemental Revenue, and as such am authorized to sign this Affidavit on behalf of CSX.

2.    CSX is a rail carrier which transports freight in interstate commerce and was the destination or delivering carrier for all of Port Erie Plastics, Inc.'s ("PEP") inbound shipments by rail which are at issue in this matter. All of the shipments at issue in this case originated on the rail lines of the Union Pacific Railroad ("UPR").

3.    Generally speaking, demurrage is a daily charge imposed by a railroad on a shipper or consignee (receiver) for a failure to load or unload cars within a specified period of time after the cars have been actually or constructively placed by the railroad at the shipper's or consignee's disposal for loading or unloading.

4.    At all relevant times, CSX had in effect a tariff governing, *inter alia*, a consignee's (receiver of shipments) procedure regarding delivery of inbound railcars delivered from CSX, as well as the demurrage charges that apply for failure to order the railcars within the allotted free time. The tariff which includes these rules is identified as "CSX 8100 – Demurrage Provisions, Section VIII – C" (hereinafter, "CSX 8100"). A copy of CSXT 8100 is attached hereto as Exhibit "1."

5.    Under CSX 8100, CSX imposes a demurrage charge on a shipper of freight at origin or a consignee of freight at destination ("the customer") using a system of demurrage credit and debit days which are added up on a monthly basis. If, at the end of any given month, a customer has accumulated more demurrage debit days from credit days, that customer is charged for the excess debit days.

6.    Each railcar is allowed two (2) demurrage credit days. Upon arrival at the CSX yard, the conductor of the train notifies CSX that the railcars have, in fact, arrived at the yard. CSX then issues a "constructive placement notice", *via* fax, notifying the customer that the railcar has arrived and is available for placement at the customer's facility for unloading. At that point in time, the customer is responsible for placing an order with CSX to have the railcar physically moved from the CSX yard to the customer's facility so that it can be unloaded and ultimately released back to the railroad. The "demurrage clock" begins to run at 12:01 a.m. of the day which follows the day on which notice of constructive placement is issued. The customer incurs a debit day for each day that passes by after the constructive notice is issued.

7.    In this case, the ordering of a car which had been constructively placed stopped the accumulation of demurrage debits.

2

8.    My employment responsibilities with CSX include the review of demurrage bills and the documents that support such demurrage bills in both hard copy and in electronic form on the CSX computer system.

9.    I am familiar with the Electronic Document Interchange ("EDI") format which is used in our industry to transmit bills of lading electronically.

10.    I have reviewed print-outs of bills of lading in EDI format which have been produced by Union Pacific in this litigation and which have been Bates-labeled UP00022 - 00087. Each of the bills of lading identifies PEP as the consignee of the shipment.

11.    Each of the aforementioned bills of lading identifies a particular rail car which was subject to demurrage and which appears on CSX's demurrage bills.

12.    For each such rail car, the bill of lading identifies "Port Erie Plastic" as the consignee. It also identifies the destination station as "Erie, PA", which denotes the location of the consignee.

13.    I have reviewed all of the demurrage invoices sent to PEP. The demurrage charges on these bills accurately reflect the application of CSX' demurrage tariff to the railcars at issue.

14.    The bills for demurrage which are at issue in this case identify each railcar at issue as well as the date the car arrived, the date on which Presque Isle Trucking ("PIT"), as agent for PEP, was "notified" of arrival at the CSX yard ("constructive placement"), the date on which the car was "ordered" by PIT, the date on which the car was actually "placed" at the Mount Fort facility ("actual placement"), and the date the car

3

was "released" back to CSX after unloading. The bills show that each car received two demurrage credit days. CSX's bills also show how many debit days accumulated between "notification" or constructive placement and the ordering of the cars. Finally, the bills provide monthly totals for the number of cars delivered during the month, the number of credit days, and the number of debit days accumulated. Copies of CSX's Demurrage bills are attached hereto as Exhibit "2".

    15.    Based on the invoices submitted to PEP, the total amount of demurrage charges due and owing to CSX by PEP is One Hundred Twenty-Seven Thousand, One Hundred Sixteen Dollars and Zero Cents (**$127,116.00**) as of January 1, 2006.

    16.    PEP has failed to make any payments on this account.

FURTHER AFFIANT SAYETH NAUGHT:

**John Underwood**
CSX Transportation Company

Executed this __21st__ day of February, 2006.

TERRY LEE YOUNG
Comm# DD0442173
Expires 7/20/2009
Bonded thru (800)432-4254
Florida Notary Assn., Inc.

4

# EXHIBIT 1

## To

# EXHIBIT D



**TRANSPORTATION**
TARIFF CSXT 8100

---

DEMURRAGE SECTION

---

# SECTION VIII – C
## (Cancels Section VIII – B)
# DEMURRAGE PROVISIONS

CSXT bases its freight transportation prices on the expectation that railcars furnished to customers will be promptly loaded and unloaded.  The purpose of this Section is to describe how the time railcars are under the control of customers is defined, and to specify the prices that CSXT charges should a customer retain control of railcars beyond the time incorporated into our freight rates.

**(N) – Correction of an update.**

---

ISSUED DECEMBER 19, 2002                                                EFFECTIVE DECEMBER 21, 2001

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL  32202

CSX00476



**TRANSPORTATION**
**TARIFF CSXT 8100**

CSXT 8100

2nd REVISED VIII-C PAGE 2
Cancels 1st REVISED VIII-C PAGE 2

DEMURRAGE SECTION VIII - C

---

**(C) APPLICATION – ITEM 8000**

This section applies to all CSXT served customers and covers all railroad and private marked freight car(s) held for or by the customer(s), with the following exceptions:

A. Coal and coke governed by Tariff CSXT 8200-series
B. Car(s) moving into any CSXT TransFlo terminal, governed by TransFlo Price List 9300
C. Car(s) used in the shipment of commodities purchased by CSXT ("Company Material")
D. Private car(s), on private tracks, except as provided in Item 8050
E. Empty private car(s)
F. Car(s) containing refused or unclaimed freight to be sold by CSXT
G. Empty car(s) rejected as unsuitable for loading
H. Mutli-level equipment

**DEMURRAGE DEFINITIONS - 8010**

Refer to the demurrage definitions at the end of this section

**NOTIFICATION TO CONSIGNOR OR CONSIGNEE – ITEM 8020**

A. CSXT will furnish the following notifications as indicated:

    1. Cars for other than public delivery tracks:
        a. Notice of constructive placement if car(s) are held on CSXT tracks due to reasons attributable to the consignor or consignee.
        b. Delivery of car(s) upon tracks of consignee will constitute notice.
        c. When two or more parties, each performing their own switching, take delivery of cars from the same interchange track, notice will be given when cars are placed on the interchange track.

    2. Cars for public delivery tracks:
        a. Notice will be given to the party entitled to receive notification when car(s) is actually placed.

    3. Cars stopped In transit :
        a. Notice will be given to the consignor, consignee or owner responsible for the car being stopped upon arrival of the car at the point of stoppage.

    4. Refused loaded car(s):
        a. When a loaded car is refused at destination, CSXT will give notice of such refusal to the consignor or owner

B. Notification may be given in writing or electronically, and will contain the following:

    1 Car initials and number.
    2. If lading transferred en route, the initials and number of the original car.
    3. Commodity.

**(C) – Change in wording which results in neither increase nor reduction in charges**

---

ISSUED DECEMBER 19, 2002

EFFECTIVE DECEMBER 20, 2002

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

*cs/00477*



**TRANSPORTATION**
**TARIFF CSXT 8100**

CSXT 8100

(N) 1st REVISED VIII-C PAGE 3
Cancels ORIGINAL VIII-C PAGE 3

**DEMURRAGE SECTION VIII - C**

**NOTIFICATION TO CSXT – ITEM 8030**

A.  CSXT will accept forwarding instructions, empty release information or, other disposition twenty-four hours a day at the CSXT Customer Operations Center (1-800-327-5405).

B.  When electronic or mechanical devices are used to furnish notification to CSXT, the recorded date and time that the instructions are received will govern.

**HANDLING OF SHIPPER ASSIGNED CAR(S) – ITEM 8035**

**A.  APPLICATION**

1   The shipper must provide advance notice for all car assignment requests, in writing, in the following form:

(Company Name) hereby requests the assignment of cars(s) (Enter the number of cars here), (Enter car type here), located at (Enter location here). If said assignment, is granted by CSXT, it is understood that the car(s) will be subject to the rules and charges in CSXT Tariff 8100-series

_____
(Signed & Date)

_____
(Title)

Accepted by CSXT on (Enter date here), (Enter the number of cars here) car(s) will be placed in this assignment.

BY: _____

TITLE: _____

2.  Assignment of car(s) will be at the sole discretion of CSXT.

3.  When CSXT agrees to an assignment of car(s), the assignee will be notified by the accepted return of the assignee's written request

**B.  RELEASE OF CAR(S) FROM ASSIGNMENT**

1.  The assignee may release car(s) from assignment by providing notice to CSXT, in writing or confirmed in writing, at least one (1) day prior to the date of the desired release.

2.  CSXT will select the car(s) to be removed from the assignment

3.  Assignee will not be permitted to release car(s) until all shipper-owned appurtenances have been removed.

**(N) – Correction of an update.**

ISSUED JANUARY 4, 2002

EFFECTIVE DECEMBER 21, 2001

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL  32202

CSX00478



**TRANSPORTATION**
**TARIFF CSXT 8100**

CSXT 8100

3rd REVISED VIII-C PAGE 4
Cancels 2nd REVISED VIII-C PAGE 4

**DEMURRAGE SECTION VIII - C**

**ACCOUNTABILITY AND CHARGES**
The shipper assigned car(s) will be subject to the "car(s) held for loading" provisions in Item 8040.

### (C) PRIVATE CAR APPLICATION FOR RAILROAD MARKED CARS – ITEM 8038

CSXT is aware that shippers, acting as consignors and/or consignees, may sometimes lease railcars from other railroads for shipments that may originate or terminate on CSXT. Such railcars normally contain the reporting marks of the lessor railroad. In order to avoid the assessment of demurrage charges by CSXT when such railcars are located on private or leased tracks, on CSXT rail lines, it is necessary that shippers apply to, and receive the approval of, CSXT for the designation of such cars as "private" cars for the purposes of demurrage.

**A. APPLICATION:**

1.  Shippers must submit a written application that is received by CSXT not less than thirty (30) days prior to the date that the shipper desires the "private" car designation to take effect. The application must include:

    - The name of the shipper
    - The name of the lessor railroad
    - A listing of the reporting marks of the railcars leased by the shipper from the lessor railcar
    - The type of railcar
    - The length of time requested for the private railcar designation

    The application must be sent to CSXT at the following address:

    > CSX Transportation, Inc.
    > 500 Water Street
    > Jacksonville, FL  32202
    > Attn:  Vice President Car Management J-887

2.  Upon the request of CSXT, shipper agrees to furnish a copy of the applicable railcar lease to CSXT.

3.  CSXT will provide a written reply to each application within thirty (30) days of receipt of the application. CSXT, in its sole discretion may accept or reject the application in whole or in part. CSXT may accept a smaller number of railcars than requested and/or for a shorter amount of time.

**(C) - Change in wording which results in neither increase nor reduction in charges**

---

ISSUED DECEMBER 19, 2002

EFFECTIVE DECEMBER 20, 2002

---

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL  32202

C SX 00479



**IRANSPORTATION**
**TARIFF CSXT 8100**

CSXT 8100

DEMURRAGE SECTION VIII - C

(Continued) - ITEM 8038

B.  **ACCOUNTABILITY AND CHARGES:**

1.  While the acceptance is in effect, the applicable railcars will not be assessed demurrage by CSXT when such railcars are located on private sidetracks that connect with CSXT or on CSXT tracks that are leased for storage or loading/unloading purposes.

2.  At the end of the period designated by CSXT the railcars will return to "railroad" marked status for demurrage purposes. If the shipper wishes to extend the "private" marked status for the railcars, a new application must be received by CSXT not later than thirty (30) days prior to the end of the period. CSXT may accept or reject the application, as provided herein.

**CAR(S) HELD FOR LOADING – ITEM 8040**

**TENDER:**

Shipper Assigned Car(s):

   A   The notification that an empty car is available

Other than Shipper Assigned Car(s):

   A   The notification, actual or constructive placement, of empty car(s) placed on orders of the consignor

   B   Cars held by CSXT will be constructively placed on "order date" if the car order is not cancelled prior to the order date or, if placement instructions have not been received by CSXT.

**RELEASE:**

A.  Date and time forwarding instructions are received.

B.  Car(s) placed on the interchange tracks of a consignor, who performs its own switching, must be returned to the interchange track for release.

C.  Improperly loaded or overloaded car(s) at origin will not be considered released until the load has been adjusted properly.

D.  Shipper assigned car(s) released:

   1.   When car(s) are released to a rail carrier other than CSXT at a jointly served facility location (an industry switched by CSXT and another railroad), the car(s) are considered released by CSXT upon interchange to the other carrier

   2.   Car(s) released from assignment by the assignee will be considered released from demurrage at the first 0001 hour after the release from the assignment. (Release from assignment cannot be made retroactive).

   3.   During plant shutdowns, car(s) must be released from assignment to prevent demurrage from accruing.

**COMPUTATION:**

A.  Time will be computed from the first 0001 hours after tender until the release.

B.  If the car is placed earlier than the date of the order, time will be computed from the first 0001 hours after the order date until it is released.

**(C) – Change in wording which results in neither increase nor reduction in charges.**

ISSUED DECEMBER 19, 2002

EFFECTIVE DECEMBER 20, 2002

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

CSX00480



**TRANSPORTATION**
**TARIFF CSXT 8100**

CSXT 8100

DEMURRAGE SECTION VIII - C

---

C.   When the same car is unloaded and reloaded, time will be computed from the first 0001 hours after advice is received that the car(s) is empty until the car(s) is released.

D.   When the same car is unloaded and reloaded, empty release information must be furnished. If not furnished, demurrage will continue on the car until the forwarding instructions are received.

**CREDITS:**

A.   Credits will be allowed for each car released from loading in accordance with the Table of Charges in Item 8075.

**CAR(S) HELD FOR COMPLETE UNLOADING – ITEM 8050**

The application of demurrage under this item for loaded private car(s) held on private tracks at the destination, will apply only when all of the following conditions have been met:

1.   The shipping document furnished to direct the movement of the car(s) to the unloading station contains an endorsement substantially stating that:

   —   car(s) is subject to demurrage at destination when held on private tracks as provided in destination carrier's tariff,

   **or**

   _   car(s) is subject to Item 8050, CSXT 8100 Series

2.   When the shipping document is provided in an electronic format, the appropriate ANSI (American National Standards Institute) Special Handling Code should be furnished to reflect Condition Number 1. If the Special Handling Code is furnished, inclusion of the endorsement language in Condition Number 1 is optional.

3.   The notation of the shipping document is declared before the car leaves the initial origin.

**TENDER:** The notification, actual or constructive placement, of a loaded car(s).

**RELEASE:**

A.   Date and time that the railroad receives advice that the car(s) is empty.
   **EXCEPTION:** When in connection with the **Unit Grain Trains** (as described in CSXT 9305 Series), release will occur the date and time that the railroad receives advice that all cars in the Unit Grain Train are empty.

B.   Car(s) placed on the interchange tracks of a consignee who performs its own switching must be returned to the interchange track for release.

C.   When the same car is unloaded and reloaded, empty release information must be furnished at the time the car is made empty. If not furnished, demurrage will continue on the car until the forwarding instructions are received.

**(N) – Correction of an update.**

---

ISSUED JANUARY 4, 2002                                                EFFECTIVE DECEMBER 21, 2001

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

CSX00481



**CSX**
TRANSPORTATION
TARIFF CSXT 8100

CSXT 8100

(N) 1ST REVISED VIII-C PAGE 6
Cancels ORIGINAL VIII-C PAGE 6

DEMURRAGE SECTION VIII - C

**COMPUTATION:**
Time will be computed from the first 0001 hours after tender until release.

**CREDITS:**

    A.   Credits will be allowed for each car released from unloading in accordance with the Table of Charges in Item 8075.

    B.   One additional credit will be allowed on a car when it has a demurrage day occurring on:

        1.   Thanksgiving Day
        2.   Christmas Day
        3.   New Year's Day

**PRIVATE CAR(S) AND RAILROAD CAR(S) HELD FOR OTHER THAN LOADING OR UNLOADING – ITEM 8060**
Applies to car(s) held:

    A.   On orders of consignor or consignee
    B.   Awaiting proper disposition from the consignor or consignee
    C.   As a result of conditions attributable to consignor or consignee.

**DISPOSITION:**
That information, including forwarding instructions or empty release information, that allows the railroad to either tender or release the car from the consignor's or consignee's account.

**TENDER:**
The notification, actual or constructive placement of a loaded car(s).

**RELEASE:**
Date and time that the railroad receives advice that the car is empty, or that forwarding instructions are received.

**COMPUTATION:**
Time will be computed from the first 0001 hours:

    A.   After tender, until release, on car(s):

        1.   Diverted
        2.   Empty for loading – ordered and not used (other than a rejected car)
        3.   Partially unloaded
        4.   Reconsigned
        5.   Reshipped
        6.   Stopped in transit

    B   After car(s) are received by CSXT until date of disposition on:
        1   Car(s) received from connecting carriers
        2.   Loaded private car(s) returned to railroad tracks
        3.   Empty car(s) moving as freight with STCC 37 422 XX

**(N) – Correction of an update.**

ISSUED JANUARY 4, 2002

EFFECTIVE DECEMBER 21, 2001

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

CSX 00482



**TRANSPORTATION**
**TARIFF CSXT 8100**

CSXT 8100

DEMURRAGE SECTION VIII - C

---

C. After tender until date of refusal on:
   1. Refused loaded car(s) (consignee)
D. After tender until date of disposition on:
   1. Refused loaded car(s) (consignor)
E. After tender until release or placement on private tracks on:
   1. Loaded private car(s) – while held on railroad tracks.
   2. Empty car(s) moving as freight with STCC 37 422 XX

## CREDITS:

Credits will be allowed for each car released, or on which disposition is provided in accordance with the Table of Charges in Item 8075.

(B)  B   Cancel - Account Obsolete

## DEMURRAGE PLAN – ITEM 8070

A. Settlement of charges will be made monthly on all car(s) released during each calendar month.
B. Credits earned and demurrage days accrued by customers having facilities at separate stations cannot be combined.
C. Credits earned, and demurrage days accrued, will be calculated separately in accordance with the Table of Charges in Item 8075
D. Excess credits earned for one demurrage transaction cannot be used to offset days for another demurrage transaction
E. Excess credits earned cannot be used to offset demurrage between loading and unloading credits.
F. Excess credits earned in one calendar month cannot be used to offset demurrage days in another calendar month.
G. Unless otherwise advised, in WRITING, that another party is willing to accept responsibility for demurrage, consignor at origin or consignee at destination will be responsible for the payment of demurrage charges.
H. **Calculation of charges:**
   1. Total demurrage days for all car(s) released will be added
   2. Total credits for all car(s) released will be added
   3. If total days exceed the total credits, calculation of charges will be made as follows:
      a. Subtract number of total credits from total demurrage days to determine number of chargeable days
      b. Chargeable days will be assessed charges in accordance to the Table of Charges in Item 8075

(B) – Cancel – Account Obsolete

---

ISSUED NOVEMBER 25, 2002

EFFECTIVE NOVEMBER 26, 2002

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL  32202

CSY00483



**TRANSPORTATION**
TARIFF CSXT 8100

CSXT 8100

**DEMURRAGE SECTION VIII - C**

C. After tender until date of refusal on:
   1. Refused loaded car(s) (consignee)

D. After tender until date of disposition on:
   1. Refused loaded car(s) (consignor)

E. After tender until release or placement on private tracks on:
   1. Loaded private car(s) -- while held on railroad tracks.
   2. Empty car(s) moving as freight with STCC 37 422 XX

**CREDITS:**

A. Credits will be allowed for each car released, or on which disposition is provided in accordance with the Table of Charges in Item 8075.

B. Credits will not be allowed for:
   1. Empty car(s) ordered and not used.
   2. Loaded private car(s) returned to railroad tracks to be held for disposition.
   3. Car(s) received from connecting carriers to be held for disposition.

**DEMURRAGE PLAN -- ITEM 8070**

A. Settlement of charges will be made monthly on all car(s) released during each calendar month.

B. Credits earned and demurrage days accrued by customers having facilities at separate stations cannot be combined.

C. Credits earned, and demurrage days accrued, will be calculated separately in accordance with the Table of Charges in Item 8075.

D. Excess credits earned for one demurrage transaction cannot be used to offset days for another demurrage transaction.

E. Excess credits earned cannot be used to offset demurrage between loading and unloading credit.

F. Excess credits earned in one calendar month cannot be used to offset demurrage days in another calendar month.

G. Unless otherwise advised, in WRITING, that another party is willing to accept responsibility for demurrage, consignor at origin or consignee at destination will be responsible for the payment of demurrage charges.

H. Calculation of charges:
   1. Total demurrage days for all car(s) released will be added
   2. Total credits for all car(s) released will be added
   3. If total days exceed the total credits, calculation of charges will be made as follows:
      a. Subtract number of total credits from total demurrage days to determine number of chargeable days
      b. Chargeable days will be assessed charges in accordance to the Table of Charges in Item 8075

**(N) -- Correction of an update.**

ISSUED JANUARY 4, 2002                    (N) EFFECTIVE DECEMBER 21, 2001

CSX TRANSPORTATION
Marketing Services -- Price Management
500 Water Street
Jacksonville, FL 32202

CSX 00490



**TRANSPORTATION**
TARIFF CSXT 8100

CSXT 8100

(N) 2nd REVISED PAGE VIII-C 8
Cancels 1st REVISED PAGE VIII-C 8

DEMURRAGE SECTION VIII - C

### (N) CSXT's SUMMER GRAIN SHIPPERS DEMURRAGE RELIEF PROGRAM

Effective Date June 1, 2003          Expiration Date: September 30, 2003

Grain elevator shippers located on CSXT in the States of AL, FL, GA, NC, SC and VA who enroll in CSXT's Summer Grain Shippers Demurrage Relief Program will be exempt from all demurrage provisions at **ORIGIN** on shipments of Grain (STCC 01 13X XX & 01 14X XX). To be eligible, grain shippers must furnish the information requested below in writing via FAX or Mail to the Director of Grain Express at CSX Transportation (address below).

**Mail or FAX Request(s) to:**     CSXT Transportation; Howard Mallon
                                   500 Water Street, S/C J805
                                   Jacksonville, FL 32202
                                   FAX: 904-245-2852

Date: _____
Name of Company: _____
Grain Elevator Location: _____
Contact Name: _____
Phone Number: _____
FAX Number: _____
Anticipated Number of Carloads to be shipped during  ___ : _____

### DEMURRAGE APPLICATION – ITEM 8075

| Demurrage Application | Car Equipment as Published in: The Official Railway Equipment Register | Loading Credits | Unloading Credits | Daily Charge |
|---|---|---|---|---|
| **TABLE OF CHARGES** | | | | |
| Railroad cars, including "railroad controlled private equipment" | Railroad equipment | 2 | 2 | $60.00 |
| Private marked cars, excluding "railroad controlled private equipment" | Private car owners equipment carrying hazardous material or other than hazardous material Hazardous materials are list in: **Table, Section 172.101, Tariff BOE 6000-Series.** | 2 | 2 | $60.00 |
| | | Origin Credits | Destination Credits | Daily Charge |
| Empty cars and locomotives moving on own wheels in revenue service (STCC: 37 411 XX and 37 422 XX) | Railroad equipment and private car owner equipment | 2 | 2 | $60.00 |
| All shipments for other than loading or unloading | Railroad equipment and private car owner equipment | 2 | 2 | $60.00 |

(N) No Change

ISSUED APRIL 17, 2003                                    EFFECTIVE APRIL 18, 2003

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

c-8/00484



**TRANSPORTATION**
TARIFF CSXT 8100

CSXT 8100

PAGE 9

DEMURRAGE SECTION VIII - C

**CLAIMS – ITEM 8080**

A claim **(A)** must be submitted in writing to the name and number on the bottom of the freight bill within **(A)** ninety (90) days from the date that the bill for demurrage is rendered. The conditions for submitting the claim should be fully stated.

A. **BUNCHING:**

1. **Cars Tendered for Loading** - When cars are bunched and placed for loading in accumulated numbers in excess of the normal daily placing as ordered, because of delay or irregularity in filling orders, the shipper shall be allowed the free time for loading he would have received had the cars been placed for loading as ordered.

2. **Cars Tendered for Unloading** – When cars are bunched and placed for unloading in accumulated numbers in excess of daily shipments as a result of:

   1. the act, or neglect of any railroad
   2. flooding, earthquakes, hurricanes, or tornadoes,
   3. conditions in devastated areas resulting from any of the above

The consignee shall be allowed, for those cars tendered for delivery by this railroad in accumulated numbers in excess of daily shipments, the free time for unloading that he would have received had the cars not been bunched. This is providing they meet the following criteria. However, when any car(s) is released before the expiration of the prescribed free time; or the adjusted free time, the next cars bunched therewith will be treated as tendered the next 12:00 midnight following such release.

**CRITERIA**

1. cars originating at the same point, moving via the same route and consigned to one consignee at one point
2. cars originating at different points and transported via the same route from an intermediate common point to destination (bunched after arrival at common point)

   (The date of arrival of cars at the common point will govern in determining the bunching instead of the date of shipment.)

For the purpose of applying this item, cars moving from different points or via different routes to destination, and arriving on different dates, will not be considered bunched if tendered for delivery on the same day. The consignee shall be allowed the free time that he would have received had the cars been placed or tendered for placement in the order of their arrival. Cars arriving on Sundays and holidays will not be considered bunched when tendered for delivery on the first day thereafter that is not a Sunday or holiday.

**BUNCHING CLAIMS**

In no case will demurrage relief be granted from bunching unless this railroad receives a claim in writing within thirty days (30) from the date that the bill for demurrage is rendered. A statement certifying the car initial and number must support this claim, and either the date and point of the shipment, or the common point arrival date for each car involved in the bunching claim. The date of shipment shall be the forwarding date that the directions were furnished to the railroad for movement of the car(s) to the unloading point. The point of shipment is where the forwarding directions were effected for movement of the car to the point of unloading.

B. **MISSED SWITCH ALLOWANCE:**

An allowance for missed switching will be made for cars held under Constructive Placement Notification when CSXT is unable to place the cars in response to the customer's orders

**(A) – Increase**

ISSUED DECEMBER 20, 2001

EFFECTIVE JANUARY 9, 2002

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

C S X 00 485



**TRANSPORTATION**
TARIFF CSXT 8100

CSXT 8100

## DEMURRAGE DEFINITIONS

**C   STRIKE INTERFERENCE:**

When it is impossible to load, unload, receive car(s) from or make car(s) available to CSXT because of strike interference at the point where the loading or unloading is to occur; demurrage days will be charged at the rate of $25.00 during the strike interference period, provided that:

1. The disruption exceeds ten (10) days in duration during one calendar month
2. The provisions of this item will not apply to:
   a.  Inbound car(s) when waybills are dated four (4) days after the beginning of strike interference
   b.  Car(s) for loading, when ordered after the beginning and prior to the ending of strike interference

**D.   WEATHER INTERFERENCE:**

1. If the operations of the consignor or consignee are disrupted due to earthquakes, tornadoes, hurricanes, floods or heavy snow, the demurrage directly chargeable thereto, will be eliminated, provided the disruption exceeds (2) days in duration
2. Frozen lading in open-top hopper car(s) (Tariff ICC RER 6411 car type code "H" or "K").

**E.   RAILROAD ERROR:**

1. If through railroad error, demurrage charges are assessed, demurrage will be adjusted to the amount that would have accrued if not for the error.
2. Run-around of car(s) will not be considered as a railroad error.

**DEMURRAGE AT ROCKPORT, FL – ITEM 8090**

1   Applicable only on the complete unloading of car(s) at Rockport, FL and the commodities specified

2.   Seven (7) days free time will be allowed the following commodities:
   1.  Diammonium Phosphate Fertilizer; STCC 28 712 35
   2.  Monoammonium Phosphate Fertilizer; STCC 28 712 36
   3.  Phosphate Rock; STCC 14 714 10
   4.  Superphosphate, other than ammoniated; STCC 28 712 50

3.   Free time will be computed starting from the first 0001 hours after actual or constructive placement

4.   Car(s) will be considered released from demurrage when CSXT is notified of the vessel's readiness to have product loaded
   NOTE: Notice of readiness to load will be accepted only when the vessel has berthed at Rockport, FL or is at a holding location in Tampa Bay, FL.

5.   After the expiration of free time, charges will accrue as follows:
   1.  $33.00 per car, per day for each of the first two (2) chargeable days, or fraction thereof.
   2.  $66.00 per car, per day for each day, or fraction thereof, following the first two chargeable days

**(N) – Correction of a publication error**

ISSUED NOVEMBER 25, 2002

EFFECTIVE NOVEMBER 26, 2002

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL  32202

CSX00 486



**TRANSPORTATION**
TARIFF CSXT 8100

CSXT 8100

## DEMURRAGE DEFINITIONS

The following definitions define and govern the provisions outlined in this tariff.

**ACTUAL PLACEMENT** – When a car(s) is placed in an accessible position for loading or unloading or, at a point designated by the consignor or consignee.

**CONSIGNEE** – The party to whom a shipment is consigned, or the party entitled to receive the shipment.

**CONSIGNOR** – The party in whose name a car(s) is ordered; or the party who furnishes forwarding directions.

**CONSTRUCTIVE PLACEMENT** – When a car(s) cannot be actually placed due to any condition attributable to the consignor or consignee, including order notify and in-bond shipments, such car(s) will be held on CSXT's tracks and notice will be provided to the consignor or consignee that the car(s) is held awaiting disposition instructions. Car(s), placed by CSXT on private or other than public delivery tracks, including lead tracks serving the consignor or consignee, will be considered constructively placed without notice.

**CREDIT** – A non-chargeable demurrage day. Credits may be earned when a car(s) is released by the customer and is used to offset chargeable demurrage days.

**DEMURRAGE DAY** – A twenty-four (24) hour period (calendar day), or part thereof, commencing 0001 after tender.

**DISPOSITION** – Information, including forwarding instructions or release, that allows the railroad to either tender or release the car(s) from the consignor's or consignee's account.

**DIVERSION** – An order provided by the consignor instructing that a car(s) be delivered to a location other than the one indicated on the original forwarding instructions.

**EMPTY CAR(S)ORDERED AND NOT USED** – Empty car(s), placed for loading as ordered, and subsequently released without being used in transportation service.

**EMPTY RELEASE INFORMATION** – Advice provided by the consignee to authorized personnel, that the car(s) is unloaded and available. This information must include the identity of the consignee, party furnishing information, and the car(s) initial and number.

**FORWARDING INSTRUCTIONS** – Shipping instructions provided at the point of loading that contain all of the necessary information to transport the shipment to its final destination.

**LEASE TRACK** – Track(s) assigned to a user through a written agreement. Lease tracks will be treated the same as private tracks.


**(N) No change**

ISSUED DECEMBER 20, 2001

EFFECTIVE DECEMBER 21, 2001

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

CSX00487



**TRANSPORTATION**
TARIFF CSXT 8100

CSXT 8100                                                                                     (N) PAGE 12

## DEMURRAGE DEFINITIONS

**LOADING** – The complete or partial loading of a car(s) in conformity with loading and clearance rules and, the furnishing of forwarding instructions.

**LOADED CAR(S)** – A car(s) that is completely or partially loaded.

**NOTIFICATION** – When required, written or verbal notification will be furnished to the parties entitled to receive notice that the car(s) is available for loading, unloading, or otherwise impacted by demurrage provisions.

**ORDER DATE** – The date that the consignor requests empty car(s) to be furnished for loading.

**OTHER THAN PUBLIC DELIVERY TRACK** – Any trackage assigned for individual use, including privately owned or leased tracks.

**PARTIAL UNLOADING** – The partial unloading of a car(s) and furnishing of the proper forwarding or handling instructions.

**PRIVATE CAR(S)** – A car(s) bearing other than railroad reporting marks that is not railroad-controlled.

**PRIVATE TRACK** -- Tracks that are not owned or leased by the railroad.

**PUBLIC DELIVERY TRACK** – Track that is open to the general public for loading and unloading.

**RAILROAD-CONTROLLED CAR(S)** – A car(s) bearing other than railroad reporting marks that is either leased or controlled by a railroad.

**RECONSIGNMENT** – An order provided by consignor to bill a car(s) to other than the original consignee. (An order to turn over the car(s) to another party that does not require any additional movement of the car(s), is not a reconsignment).

**REFUSED LOADED CAR(S)** – When the original loaded car(s) is refused at destination without being unloaded.

**RELOADING** – When a car(s) is held for loading after being released as an empty.

**RESHIPMENT** – A new document by which the entire original shipment is forwarded in the same car(s) to another destination.

**SERVING YARD** – A classification yard where the local train serving the customer originates.

**SHIPPER ASSIGNED CAR(S)** – Specific empty car(s) assigned to a particular shipper for their exclusive use.

**STOPPED IN TRANSIT** – When a car(s) is held en route due to any condition attributable to the consignor, consignee, or owner.

(N) No change

ISSUED DECEMBER 20, 2001                                          EFFECTIVE DECEMBER 21, 2001

**CSX TRANSPORTATION**
Marketing Services -- Price Management
500 Water Street
Jacksonville, FL. 32202

*C JX 00488*



**TRANSPORTATION**
TARIFF CSXT 8100

CSXT 8100

## DEMURRAGE DEFINITIONS

**TENDER** – The notification, actual or constructive placement, of an empty or loaded car(s).

**TIME** – Local time is applicable and is expressed on the basis of the 24-hour clock.

**Example: 12:01 AM is expressed as 0001 Hours**

**UNLOADING** – The complete unloading of a car(s), and the advice received from the consignee that the car(s) is empty and available to the railroad.

**(N) No change**

ISSUED DECEMBER 20, 2001

EFFECTIVE DECEMBER 21, 2001

**CSX TRANSPORTATION**
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

CSX00489

# EXHIBIT 2

## To

# EXHIBIT D

PORT ERIE PLASTICS NA 124277 Incidentals as of 04-15-05.xls

| FRT/INC | TEAM | FRTB# | AMTDUE | LDI | AMTRCVD | BALDUE | WBDTE | ACCTYPE | AGE |
|---|---|---|---|---|---|---|---|---|---|
| I | OT7 | 1255545 | $4,560.00 | $456.00 | $0.00 | $5,016.00 | 5/15/2003 | L | 700 |
| I | OT7 | 1880683 | $10,080.00 | $1,008.00 | $0.00 | $11,088.00 | 6/13/2003 | L | 669 |
| I | OT7 | 2044302 | $11,220.00 | $1,122.00 | $0.00 | $12,342.00 | 7/10/2003 | L | 644 |
| I | OT7 | 2947133 | $6,480.00 | $648.00 | $0.00 | $7,128.00 | 9/12/2003 | L | 578 |
| I | OT7 | 3289883 | $4,740.00 | $474.00 | $0.00 | $5,214.00 | 5/15/2002 | L | 999 |
| I | OT7 | 3559970 | $2,460.00 | $246.00 | $0.00 | $2,706.00 | 10/24/2003 | L | 536 |
| I | OT7 | 3726973 | $9,540.00 | $954.00 | $0.00 | $10,494.00 | 6/17/2002 | L | 999 |
| I | OT7 | 4047695 | $12,840.00 | $1,284.00 | $0.00 | $14,124.00 | 7/11/2002 | L | 999 |
| I | OT7 | 4599712 | $8,940.00 | $894.00 | $0.00 | $9,834.00 | 8/21/2002 | L | 406 |
| I | OT7 | 4883122 | $16,260.00 | $1,626.00 | $0.00 | $17,886.00 | 9/10/2002 | L | 947 |
| I | OT7 | 5247196 | $6,840.00 | $684.00 | $0.00 | $7,524.00 | 10/4/2002 | L | 921 |
| I | OT7 | 5703200 | $11,040.00 | $1,104.00 | $0.00 | $12,144.00 | 11/7/2002 | L | 889 |
| I | OT7 | 6239196 | $6,720.00 | $672.00 | $0.00 | $7,392.00 | 12/17/2002 | L | 849 |
| I | OT7 | 6517626 | $3,060.00 | $306.00 | $0.00 | $3,366.00 | 1/10/2003 | L | 822 |
| I | OT7 | 6949502 | $780.00 | $78.00 | $0.00 | $858.00 | 2/11/2003 | L | 792 |
| Total | | | $115,560.00 | $11,556.00 | | $127,116.00 | | | |
| Proof Total | | | | | | $127,116.00 | | | |

CSX00018A

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                     MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
LAW                                      CSXT N/A 124277                01/02/03    7392.00
904-633-1637                             P.O. BOX 640839
                                         PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 633-1109

                   INCIDENTAL BILL NO: 6239196   DATE: 12/18/02   Y66260

SHIPPER                                          ORIGIN
PORT ERIE PLASTICS                      FU6A01   01808S ERIE, PA
909 TROUPE RD- HARBOUR CRK PA
ERIE                 PA 0164            BILLING        WAYBILL
                                        ROAD      NUMBER   DATE
                                        712       099683   12/17/02

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|------------|------------|-------------|------------|----------------|-----------------|
| 9          | 130        | 18          | 0          | 112            | 00000           |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|-------------------------|------------|------|-----|---------|
| DEMURRAGE FOR NOVEMBER 2002 | 112 | 60.00 | DA | 6720.00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST              10  %      672.00

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|-----|------|----------|-----|---------|--------|---------|--------|----------|--------|------|-----|
| AMCX 104515 | C214 | PLASTIC | | 0905 | 1112 | 1112 | 1112 | 1112 | 2 | 0 | 0 |
| AMCX 006536 | C214 | PLASTIC | | 0905 | 1115 | 1115 | 1115 | 1115 | 2 | 0 | 0 |
| AMCX 104434 | C214 | PLASTIC | | 0928 | 0928 | 1112 | 1113 | 1119 | 2 | 45 | 0 |
| AMCX 104025 | C214 | PLASTIC | | 1002 | 1002 | 1112 | 1113 | **CF** | 2 | 41 | 0 |
| AMCX 104547 | C214 | PLASTIC | | 1002 | 1002 | 1115 | 1115 | 1121 | 2 | 44 | 0 |
| SRIX 058185 | C214 | PLASTIC | | 1028 | 1122 | 1122 | 1122 | 1122 | 2 | 0 | 0 |
| PTTX 042362 | C214 | PLASTIC | | 1031 | 1129 | 1129 | 1129 | 1129 | 2 | 0 | 0 |
| AMCX 104133 | C214 | PLASTIC | | 1102 | 1122 | 1122 | 1122 | **CF** | 2 | 0 | 0 |
| AMCX 006554 | C214 | PLASTIC | | 1103 | 1129 | 1129 | 1129 | 1129 | 2 | 0 | 0 |

| RATING INFORMATION | | | |
|--------|--------|--------|--------|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD.
HARBORCREEK PA 16421-1098

CSX000001

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| | | | |
|---|---|---|---|
| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
| LAW | CSXI N/A 124277 | 03/19/04 | 9834.00 |
| 904-633-1637 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  4599712   DATE: 03/04/04  Y66260

| SHIPPER | | | ORIGIN | | | |
|---|---|---|---|---|---|---|
| PORT ERIE PLASTICS | | FUGA01 | 018085 ERIE, PA | | | |
| 909 TROUPE RD- HARBOUR CRK PA | | | | | | |
| ERIE | PA 0164 | | BILLING | WAYBILL | | |
| | | | ROAD | NUMBER | DATE | |
| | | | 712 | 099617 | 08/21/02 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 175 | 26 | 0 | 149 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QT | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JULY, 2002 | 149 | 60 00 | DA | 8940.00 |

TARIFF CSXI 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST        10  %      894 00

DEMURRAGE DESCRIPTION:
 CSXT-8100-PVT-NON-HAZ MAI - UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O-ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| IBIX 058051 | C214 | PLASTIC | 0508 | 0710 | 0710 | 0710 | 0726 | 2 | 0 | 0 |
| AMCX 108141 | C214 | PLASTIC | 0605 | 0701 | 0701 | 0701 | 0710 | 2 | 0 | 0 |
| AMCX 108320 | C214 | PLASTIC | 0605 | 0607 | 0719 | 0719 | **CF** | 2 | 42 | 0 |
| CSFX 050294 | C214 | PLASTIC | 0611 | 0710 | 0710 | 0710 | 0719 | 2 | 0 | 0 |
| IBIX 058026 | C214 | PLASTIC | 0614 | 0705 | 0705 | 0705 | 0713 | 2 | 0 | 0 |
| SRIX 058184 | C214 | PLASTIC | 0614 | 0712 | 0712 | 0712 | 0719 | 2 | 0 | 0 |
| AMCX 104384 | C214 | PLASTIC | 0614 | 0715 | 0715 | 0715 | 0724 | 2 | 0 | 0 |
| AMCX 007718 | C214 | PLASTIC | 0621 | 0625 | 0719 | 0719 | 0725 | 2 | 24 | 0 |
| SRIX 058153 | C214 | PLASTIC | 0621 | 0625 | 0719 | 0719 | 0729 | 2 | 24 | 0 |
| AMCX 006639 | C214 | PLASTIC | 0702 | 0725 | 0725 | 0726 | 0726 | 2 | 0 | 0 |
| AMCX 006536 | C214 | PLASTIC | 0702 | 0702 | 0729 | 0730 | **CF** | 2 | 27 | 0 |
| AMCX 104688 | C214 | PLASTIC | 0702 | 0702 | 0729 | 0730 | **CF** | 2 | 27 | 0 |

RATING INFORMATION

| OUTBOUND | INBOUND | | |
|---|---|---|---|
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 30 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000002

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| IAW | CSXI N/A 124277 | 09/30/03 | 7128 00 |
| 904-633-1637 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 633-1109 | | | |

INCIDENTAL BILL NO:  2947133   DATE: 09/15/03  Y66260

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| PORT ERIE PLASTICS | | FU6A01 | 018085 ERIE. PA |
| 909 TROUPE RD- HARBOUR CRK PA | | | |
| ERIE                  PA 0164 | | BILLING | WAYBILL |

| | ROAD | NUMBER | DATE |
|---|---|---|---|
| | 712 | 095400 | 09/12/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 11 | 130 | 22 | 0 | 108 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR AUGUST  2003 | 108 | 60.00 | DA | 6480 00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST          10   %        648 00

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS | | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 007778 | C214 | PLASTIC | | 0720 | 0720 | 0807 | 0808 | **CF** | 2 | 18 | 0 |
| AMCX 104458 | C214 | PLASTIC | | 0724 | 0724 | 0807 | 0808 | 0828 | 2 | 14 | 0 |
| AMCX 104014 | C214 | PLASTIC | | 0727 | 0727 | 0807 | 0808 | 0814 | 2 | 11 | 0 |
| AMCX 104564 | C214 | PLASTIC | | 0727 | 0727 | 0808 | 0812 | **CF** | 2 | 12 | 0 |
| AMCX 104669 | C214 | PLASTIC | | 0727 | 0727 | 0815 | 0815 | 0826 | 2 | 19 | 0 |
| AMCX 104638 | C214 | PLASTIC | | 0731 | 0731 | 0820 | 0820 | **CF** | 2 | 20 | 0 |
| ACFX 065047 | C214 | PLASTIC | | 0802 | 0802 | 0822 | 0822 | **CF** | 2 | 20 | 0 |
| AMCX 104423 | C214 | PLASTIC | | 0803 | 0804 | 0820 | 0820 | 0828 | 2 | 16 | 0 |
| SRIX 058008 | C214 | PLASTIC | | 0816 | 0816 | 0816 | 0829 | **CF** | 2 | 0 | 0 |
| AMCX 104506 | C214 | PLASTIC | | 0819 | 0819 | 0819 | 0827 | **CF** | 2 | 0 | 0 |
| AMCX 006781 | C214 | PLASTIC | | 0819 | 0819 | 0819 | 0829 | **CF** | 2 | 0 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000003

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
LAW                                     CSXT N/A 124277                07/03/02  10494 00
904-633-1637                            P.O. BOX 640839
                                        PITTSBURGH    PA 15264-0839
FAX NUMBER: (904) 633-1109

                              INCIDENTAL BILL NO: 3726973    DATE: 06/18/02   Y66260

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| PORT ERIE PLASTICS | FU6A01 | 018085 ERIE PA | |
| 909 TROUPE RD- HARBOUR CRK PA | | | |
| ERIE              PA 0164 | | BILLING    WAYBILL | |
| | | ROAD    NUMBER    DATE | |
| | | 712    099283    06/17/02 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 9 | 177 | 18 | 0 | 159 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | OI | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR MAY. 2002 | 159 | 60.00 | DA | 9540.00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST          10    %      954 00

DEMURRAGE DESCRIPTION:
 CSXT-8100-PVT-NON-HAZ MAT - UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 006975 | C214 | PLASTIC | | 0404 | 0419 | 0501 | 0501 | 0510 | 2 | 12 | 0 |
| AMCX 007739 | C214 | PLASTIC | | 0404 | 0419 | 0501 | 0501 | 0516 | 2 | 12 | 0 |
| AMCX 104539 | C214 | PLASTIC | | 0404 | 0419 | 0508 | 0508 | 0523 | 2 | 19 | 0 |
| AMCX 104027 | C214 | PLASTIC | | 0404 | 0413 | 0530 | 0531 | **CF** | 2 | 41 | 0 |
| AMCX 006898 | C214 | PLASTIC | | 0413 | 0419 | 0513 | 0513 | 0528 | 2 | 24 | 0 |
| WLPX 010268 | C214 | PLASTIC | | 0421 | 0425 | 0517 | 0517 | 0530 | 2 | 22 | 0 |
| AMCX 006868 | C214 | PLASTIC | | 0502 | 0510 | 0524 | 0524 | 0531 | 2 | 14 | 0 |
| AMCX 107992 | C214 | PLASTIC | | 0502 | 0510 | 0524 | 0524 | **CF** | 2 | 14 | 0 |
| AMCX 007773 | C214 | PLASTIC | | 0504 | 0510 | 0529 | 0529 | **CF** | 2 | 19 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 30 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098.

CSX000004

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| DIRECT QUESTIONS TO: | CSXT N/A 124277 | 02/27/03 | 858.00 |
| IAW | P.O. BOX 640839 | | |
| 904-633-1637 | PITTSBURGH    PA 15264-0839 | | |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  6949502   DATE: 02/12/03  Y66260

| SHIPPER | ORIGIN | |
|---|---|---|
| PORT ERIE PLASTICS | FU6A01    018085 ERIE PA | |
| 909 TROUPE RD- HARBOUR CRK PA | | |
| ERIE           PA 0164 | BILLING      WAYBILL | |
| | ROAD      NUMBER    DATE | |
| | 712       098936    02/11/03 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 4 | 21 | 8 | 0 | 13 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QT | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JANUARY 2003 | 13 | 60.00 | DA | 780 00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST               10  %        78 00

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS | AU | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SRIX 058096 | C214 | PLASTIC | | 1214 | 0109 | 0109 | 0109 | **CF** | 2 | 0 | 0 |
| AMCX 104224 | C214 | PLASTIC | | 1216 | 1216 | 0106 | 0107 | 0128 | 2 | 21 | 0 |
| UTCX 051371 | C214 | PLASTIC | | 1223 | 1226 | 1226 | 0113 | 0113 | 2 | 0 | 0 |
| AMCX 004815 | C214 | PLASTIC | | 1231 | 0101 | 0101 | 0113 | 0113 | 2 | 0 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000005

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                         MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
 LAW                                         CSXT N/A 124277                07/01/03   11088.00
 904-633-1637                                P O. BOX 640839
                                             PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 633-1109
                        INCIDENTAL BILL NO:  1680683   DATE: 06/16/03   Y66260

SHIPPER                          FU6A01      ORIGIN  018085 ERIE  PA
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA                BILLING        WAYBILL
ERIE              PA 0164                     ROAD     NUMBER    DATE
                                             712      098756    06/13/03

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|------------|------------|-------------|------------|----------------|-----------------|
| 7          | 182        | 14          | 0          | 168            | 00000           |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|-------------------------|------------|------|-----|---------|
| DEMURRAGE FOR MAY. 2003 | 168        | 60 00 | DA | 10080 00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST              10   %     1008 00

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS | AL |
|-----|------|----------|-----|---------|--------|---------|--------|----------|-------------|-----|
| AMCX 104692 | C214 | PLASTIC |  | 0410 | 0410 | 0507 | 0507 | 0530 | 2 | 27 | 0 |
| AMCX 104744 | C214 | PLASTIC |  | 0420 | 0420 | 0520 | 0521 | **CF** | 2 | 30 | 0 |
| SHPX 463486 | C214 | PLASTIC |  | 0425 | 0425 | 0515 | 0516 | 0530 | 2 | 20 | 0 |
| AMCX 104327 | C214 | PLASTIC |  | 0425 | 0425 | 0515 | 0516 | **CF** | 2 | 20 | 0 |
| AMCX 007749 | C214 | PLASTIC |  | 0425 | 0425 | 0520 | 0521 | **CF** | 2 | 25 | 0 |
| TEIX 058020 | C214 | PLASTIC |  | 0426 | 0427 | 0527 | 0528 | **CF** | 2 | 30 | 0 |
| SRIX 058271 | C214 | PLASTIC |  | 0426 | 0427 | 0527 | 0528 | **CF** | 2 | 30 | 0 |

| RATING INFORMATION | | | |
|--------------------|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000006

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
IAN                                     CSXT N/A 124277               11/11/03    2706 00
904-633-1637                            P.O. BOX 640839
                                        PITTSBURGH    PA 15264-0839
FAX NUMBER: (904) 633-1109

                    INCIDENTAL BILL NO:  3559970    DATE: 10/27/03  Y66260

─────────────────────────────────── ORIGIN ───────────────────────────────────
SHIPPER
PORT ERIE PLASTICS             FU6A01    018085 ERIE, PA
909 TROUPE RD- HARBOUR CRK PA
ERIE                PA 0164           BILLING         WAYBILL
                                      ROAD     NUMBER     DATE
                                      712      098665     10/24/03

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|------------|------------|-------------|------------|----------------|-----------------|
| 5          | 51         | 10          | 0          | 41             | 00000           |

DESCRIPTION OF SERVICES         DEBIT DAYS    RATE    QT    CHARGES
DEMURRAGE FOR SEPTEMBER 2003        41      60 00    DA    2460 00

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST                  10    %     246 00

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|-----|------|----------|-------------|--------|---------|--------|----------|--------|------|-----|
| WLPX 010266 | C214 | PLASTIC | 0823 | 0823 | 0903 | 0903 | 0910 | 2 | 11 | 0 |
| AMCX 108012 | C214 | PLASTIC | 0830 | 0830 | 0916 | 0916 | **CF** | 2 | 17 | 0 |
| CEFX 050278 | C214 | PLASTIC | 0831 | 0831 | 0910 | 0910 | 0926 | 2 | 10 | 0 |
| AMCX 104394 | C214 | PLASTIC | 0902 | 0903 | 0902 | 0916 | **CF** | 2 | 13 | 0 |
| AMCX 104712 | C214 | PLASTIC | 0906 | 0906 | 0906 | 0916 | **CS** | 2 | 0 | 0 |

```
| RATING INFORMATION                      |
|                                         |
| OUTBOUND  INBOUND                       |
| LOADING   UNLOADING  DAILY    PENALTY   |
| CREDITS   CREDITS    CHARGE   LEVEL CHG |
|    2         2         60        0      |
|                                         |
```

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000007

**CSX**

TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:            DUE DATE    AMOUNT DUE
LAW                                     CSXT N/A 124277              10/22/02    7524.00
904-633-1637                            P.O. BOX 640839
                                        PITTSBURGH    PA 15264-0839
FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO: 5247196    DATE: 10/07/02    Y66260

SHIPPER                                  ORIGIN
PORT ERIE PLASTICS              F06A01   018085 ERIE  PA
909 TROUPE RD- HARBOUR CRK PA
ERIE              PA 0164               BILLING        WAYBILL
                                        ROAD     NUMBER    DATE
                                        712      097987    10/04/02

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 134 | 20 | 0 | 114 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR SEPTEMBER  2002 | 114 | 60 00 | DA | 6840 00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST              10   %      684 00

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS AL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104021 | C214 | PLASTIC | | 0717 | 0904 | 0904 | 0904 | 0906 | 2 | 0 | 0 |
| AMCX 104256 | C214 | PLASTIC | | 0719 | 0904 | 0904 | 0904 | 0910 | 2 | 0 | 0 |
| AMCX 108009 | C214 | PLASTIC | | 0728 | 0909 | 0909 | 0909 | 0912 | 2 | 0 | 0 |
| AMCX 104460 | C214 | PLASTIC | | 0720 | 0927 | 0927 | 0927 | **CF** | 2 | 0 | 0 |
| AMCX 006755 | C214 | PLASTIC | | 0725 | 0725 | 0917 | 0918 | 0926 | 2 | 54 | 0 |
| CEFX 050276 | C214 | PLASTIC | | 0726 | 0726 | 0917 | 0918 | 0920 | 2 | 53 | 0 |
| AMCX 006769 | C214 | PLASTIC | | 0814 | 0913 | 0913 | 0913 | **CF** | 2 | 0 | 0 |
| AMCX 104098 | C214 | PLASTIC | | 0816 | 0923 | 0923 | 0923 | 0927 | 2 | 0 | 0 |
| AMCX 104122 | C214 | PLASTIC | | 0818 | 0930 | 0930 | 0930 | **CF** | 2 | 0 | 0 |
| AMCX 104119 | C214 | PLASTIC | | 0821 | 0821 | 0917 | 0919 | **CF** | 2 | 27 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000008

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| | | | |
|---|---|---|---|
| DIRECT QUESTIONS TO:<br>IAW<br>904-633-1637 | MAIL PAYMENTS TO:<br>CSXT N/A 124277<br>P.O. BOX 640839<br>PITTSBURGH   PA 15264-0839 | DUE DATE<br>05/31/03 | AMOUNT DUE<br>5016.00 |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  1255545   DATE: 05/16/03  Y66260

---

SHIPPER                                         ORIGIN
PORT ERIE PLASTICS                    FU6A01   018085 ERIE. PA
909 TROUPE RD- HARBOUR CRK PA
ERIE              PA 0164                 BILLING        WAYBILL
                                         ROAD     NUMBER     DATE
                                         712      097009   05/15/03

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 102 | 26 | 0 | 76 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR APRIL. 2003 | 76 | 60.00 | DA | 4560.00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST              10   %      456.00

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AU |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104109 | C214 | PLASTIC | | 0319 | 0319 | 0404 | 0404 | 0417 | 2 | 16 | 0 |
| AMCX 108340 | C214 | PLASTIC | | 0320 | 0320 | 0409 | 0409 | 0421 | 2 | 20 | 0 |
| WLPX 010311 | C214 | PLASTIC | | 0322 | 0322 | 0404 | 0404 | 0423 | 2 | 13 | 0 |
| AMCX 104545 | C214 | PLASTIC | | 0322 | 0322 | 0411 | 0411 | 0423 | 2 | 20 | 0 |
| AMCX 108273 | C214 | PLASTIC | | 0402 | 0402 | 0416 | 0416 | **CF** | 2 | 14 | 0 |
| CEFX 050278 | C214 | PLASTIC | | 0408 | 0408 | 0416 | 0416 | 0429 | 2 | 8 | 0 |
| AMCX 104178 | C214 | PLASTIC | | 0410 | 0410 | 0421 | 0421 | **CF** | 2 | 11 | 0 |
| AMCX 104140 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104469 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104599 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104025 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 096858 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104154 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000009

CSX
TRANSPORTATION

ORIGINAL INCIDENTAL BILL

INCIDENTAL BILL NO:  1255545    DATE: 05/16/03    Y66260

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

CSX000010

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                          MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
IAW                                           CSXT N/A 124277                01/28/03    3366.00
904-633-1637                                  P.O. BOX 640839
                                              PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 633-1109
                          INCIDENTAL BILL NO: 6517626   DATE: 01/13/03  Y66260

---

SHIPPER                              ORIGIN
PORT ERIE PLASTICS          FU6A01   01808S ERIE  PA
909 TROUPE RD- HARBOUR CRK PA
ERIE              PA 0164            BILLING        WAYBILL
                                    ROAD           NUMBER    DATE
                                    712            096500   01/10/03

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 77 | 26 | 0 | 51 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QI | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR DECEMBER. 2002 | 51 | 60.00 | DA | 3060.00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST                    10    %    306.00

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX-0065 7S | C214 | PLASTIC | | 1106 | 1106 | 1202 | 1202 | 1203 | 2 | 26 | 0 |
| AMCX 104707 | C214 | PLASTIC | | 1113 | 1113 | 1202 | 1202 | 1219 | 2 | 19 | 0 |
| AMCX 107977 | C214 | PLASTIC | | 1114 | 1114 | 1202 | 1202 | 1206 | 2 | 19 | 0 |
| AMCX 104498 | C214 | PLASTIC | | 1115 | 1210 | 1210 | 1210 | 1210 | 2 | 0 | 0 |
| AMCX 108364 | C214 | PLASTIC | | 1115 | 1213 | 1213 | 1213 | 1213 | 2 | 0 | 0 |
| AMCX 104218 | C214 | PLASTIC | | 1115 | 1217 | 1217 | 1217 | 1217 | 2 | 0 | 0 |
| AMCX 108308 | C214 | PLASTIC | | 1122 | 1220 | 1220 | 1220 | 1220 | 2 | 0 | 0 |
| AMCX 108304 | C214 | PLASTIC | | 1125 | 1217 | 1217 | 1217 | 1217 | 2 | 0 | 0 |
| AMCX 107994 | C214 | PLASTIC | | 1201 | 1216 | 1216 | 1216 | 1226 | 2 | 0 | 0 |
| AMCX 108333 | C214 | PLASTIC | | 1201 | 1201 | 1215 | 1218 | 1226 | 2 | 14 | 0 |
| AMCX 104061 | C214 | PLASTIC | | 1201 | 1201 | 1201 | 1220 | 1220 | 2 | 0 | 0 |
| AMCX 108300 | C214 | PLASTIC | | 1211 | 1211 | 1211 | 1227 | 1227 | 2 | 0 | 0 |
| AMCX 006866 | C214 | PLASTIC | | 1213 | 1213 | 1213 | 1227 | 1227 | 2 | 0 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000011

**CSX**
TRANSPORTATION

PAGE NO: 02

ORIGINAL INCIDENTAL BILL

INCIDENTAL BILL NO: 6517626   DATE: 01/13/03   Y66260

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
| 2 | 2 | 60 | 0 |

CSX000012

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH   PA 15264-0839

DUE DATE     AMOUNT DUE
07/26/03   12342.00

INCIDENTAL BILL NO:  2044302   DATE: 07/11/03 Y66260

SHIPPER
PORT ERIE PLASTICS          F06A01
909 TROUPE RD- HARBOUR CRK PA
ERIE              PA 0164

ORIGIN
018085 ERIE, PA

BILLING     WAYBILL
ROAD     NUMBER   DATE
712     096292   07/10/03

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 12 | 211 | 24 | 0 | 187 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QT | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JUNE 2003 | 187 | 60.00 | DA | 11220 00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1122.00 |

DEMURRAGE DESCRIPTION:
 CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PILX 042562 | C214 | PLASTIC | | 0422 | 0422 | 0602 | 0602 | 0625 | 2 | 41 | 0 |
| PILX 042563 | C214 | PLASTIC | | 0430 | 0430 | 0602 | 0602 | 0625 | 2 | 33 | 0 |
| AMCX 104024 | C214 | PLASTIC | | 0505 | 0505 | 0606 | 0606 | 0625 | 2 | 32 | 0 |
| PLCX 047850 | C214 | PLASTIC | | 0507 | 0507 | 0613 | 0613 | **CF** | 2 | 37 | 0 |
| AMCX 104044 | C214 | PLASTIC | | 0509 | 0509 | 0611 | 0611 | 0626 | 2 | 33 | 0 |
| AMCX 104294 | C214 | PLASTIC | | 0509 | 0509 | 0613 | 0613 | **CF** | 2 | 35 | 0 |
| AMCX 104552 | C214 | PLASTIC | | 0509 | 0509 | 0509 | 0618 | **CF** | 2 | 0 | 0 |
| AMCX 007712 | C214 | PLASTIC | | 0509 | 0509 | 0509 | 0626 | **CF** | 2 | 0 | 0 |
| AMCX 107978 | C214 | PLASTIC | | 0511 | 0511 | 0511 | 0626 | **CF** | 2 | 0 | 0 |
| AMCX 104556 | C214 | PLASTIC | | 0514 | 0514 | 0514 | 0626 | **CF** | 2 | 0 | 0 |
| AMCX 007794 | C214 | PLASTIC | | 0519 | 0519 | 0519 | 0626 | **CF** | 2 | 0 | 0 |
| PLCX 047897 | C214 | PLASTIC | | 0602 | 0602 | 0602 | 0626 | **CF** | 2 | 0 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000013

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

FAX NUMBER: (904) 633-1109

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH   PA 15264-0839

DUE DATE   AMOUNT DUE
07/27/02   14124.00

INCIDENTAL BILL NO: 4047695   DATE: 07/12/02  Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE          PA 0164

ORIGIN
FU6A01  018085 ERIE  PA

BILLING      WAYBILL
ROAD    NUMBER  DATE
712     096290  07/11/02

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 14 | 242 | 28 | 0 | 214 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QI | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JUNE 2002 | 214 | 60.00 | DA | 12840.00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST          10  %    1284.00

DEMURRAGE DESCRIPTION:
  CSXT-8100-PVT-NON-HAZ MAT - UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX-108154 | C214 | PLASTIC | | 0502 | 0510 | 0606 | 0606 | 0625 | 2 | 27 | 0 |
| AMCX 108002 | C214 | PLASTIC | | 0507 | 0510 | 0603 | 0603 | 0613 | 2 | 24 | 0 |
| AMCX-104696 | C214 | PLASTIC | | 0512 | 0517 | 0610 | 0610 | 0618 | 2 | 24 | 0 |
| CEFX 050275 | C214 | PLASTIC | | 0512 | 0517 | 0610 | 0610 | 0620 | 2 | 32 | 0 |
| AMCX 006857 | C214 | PLASTIC | | 0516 | 0517 | 0618 | 0619 | 0620 | 2 | 20 | 0 |
| AMCX 108348 | C214 | PLASTIC | | 0519 | 0531 | 0620 | 0621 | 0627 | 2 | 7 | 0 |
| SRIX 058006 | C214 | PLASTIC | | 0522 | 0531 | 0607 | 0607 | 0613 | 2 | 24 | 0 |
| AMCX 006836 | C214 | PLASTIC | | 0526 | 0531 | 0614 | 0614 | **CF** | 2 | 10 | 0 |
| AMCX 108358 | C214 | PLASTIC | | 0530 | 0604 | 0624 | 0624 | **CF** | 2 | 20 | 0 |
| AMCX 108327 | C214 | PLASTIC | | 0530 | 0604 | 0624 | 0624 | **CF** | 2 | 0 | 0 |
| AMCX 107877 | C514 | PLASTIC | | 0601 | 0604 | 0604 | 0628 | 0624 | 2 | 13 | 0 |
| AMCX 104075 | C214 | PLASTIC | | 0606 | 0607 | 0620 | 0620 | **CF** | 2 | 10 | 0 |
| AMCX 006938 | C214 | PLASTIC | | 0614 | 0604 | 0614 | 0614 | **CF** | 2 | 7 | 0 |
| ETCX 279556 | C214 | PLASTIC | | 0614 | 0614 | 0621 | 0621 | 0627 | | | |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000014

**CSX**
TRANSPORTATION

PAGE NO:02

ORIGINAL INCIDENIAL BILL

INCIDENIAL BILL NO: 4047695    DATE: 07/12/02   Y66260

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALIY LEVEL CHG |
| 2 | 2 | 30 | 0 |

CSX000015

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:                DUE DATE    AMOUNT DUE
LAW                                     CSXT N/A 124277                  09/26/02    17886 00
904-633-1637                            P.O. BOX 640839
                                        PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 633-1109
                        INCIDENTAL BILL NO: 4883122   DATE: 09/11/02  Y66260

| SHIPPER | ORIGIN |
|---|---|
| PORT ERIE PLASTICS | FU6A01   01806S ERIE PA |
| 909 TROUPE RD- HARBOUR CRK PA | |
| ERIE            PA 0164 | BILLING        WAYBILL |
| | ROAD       NUMBER      DATE |
| | 712        096106      09/10/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 8 | 287 | 16 | 0 | 271 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR AUGUST  2002 | 271 | 60 00 | DA | 16260 00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1626.00 |

DEMURRAGE DESCRIPTION:
 CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 006724 | C214 | PLASTIC | 0629 | 0709 | 0809 | 0809 | 0816 | 2 | 31 | 0 |
| AMCX 104407 | C214 | PLASTIC | 0702 | 0702 | 0802 | 0802 | 0813 | 2 | 39 | 0 |
| AMCX 108067 | C214 | PLASTIC | 0705 | 0705 | 0813 | 0814 | 0820 | 2 | 36 | 0 |
| AMCX 104008 | C214 | PLASTIC | 0709 | 0709 | 0814 | 0814 | **CF** | 2 | 38 | 0 |
| TBIX 058033 | C214 | PLASTIC | 0709 | 0709 | 0816 | 0819 | 0823 | 2 | 44 | 0 |
| AMCX 104402 | C214 | PLASTIC | 0713 | 0713 | 0826 | 0826 | **CF** | 2 | 45 | 0 |
| AMCX 108334 | C214 | PLASTIC | 0714 | 0714 | 0828 | 0828 | **CF** | 2 | 23 | 0 |
| AMCX 006575 | C214 | PLASTIC | 0724 | 0724 | 0816 | 0819 | **CF** | | | |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000016

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
IAW                                     CSXT N/A 124277               11/23/02    12144.00
904-633-1637                            P.O. BOX 640839
                                        PITTSBURGH    PA 15264-0839
FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  5703200    DATE: 11/08/02    Y66260

| SHIPPER | ORIGIN | | | |
|---|---|---|---|---|
| PORT ERIE PLASTICS | FU6A01 | 018085 ERIE PA | | |
| 909 TROUPE RD- HARBOUR CRK PA | | | | |
| ERIE                PA 0164 | BILLING | WAYBILL | | |
| | ROAD | NUMBER | DATE | |
| | 712 | 096038 | 11/07/02 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 204 | 20 | 0 | 184 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR OCTOBER  2002 | 184 | 60.00 | DA | 11040.00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | 10 | % | | 1104.00 |

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 108030 | C214 | PLASTIC | | 0816 | 0816 | 1003 | 1004 | 1010 | 2 | 48 | 0 |
| AMCX 104446 | C214 | PLASTIC | | 0818 | 0818 | 1003 | 1004 | 1008 | 2 | 46 | 0 |
| AMCX 104506 | C214 | PLASTIC | | 0821 | 0821 | 1008 | 1009 | 1015 | 2 | 48 | 0 |
| AMCX 104336 | C214 | PLASTIC | | 0823 | 1011 | 1011 | 1011 | 1018 | 2 | 0 | 0 |
| SRIX 058075 | C214 | PLASTIC | | 0826 | 1016 | 1016 | 1016 | 1022 | 2 | 0 | 0 |
| SRIX 058070 | C214 | PLASTIC | | 0826 | 1021 | 1021 | 1021 | 1029 | 2 | 0 | 0 |
| ISIX 058281 | C214 | PLASTIC | | 0831 | 1023 | 1023 | 1023 | 1031 | 2 | 0 | 0 |
| AMCX 108024 | C214 | PLASTIC | | 0902 | 1030 | 1030 | 1030 | **CF** | 2 | 0 | 0 |
| WLPX 010284 | C214 | PLASTIC | | 0904 | 0904 | 1003 | 1004 | 1017 | 2 | 29 | 0 |
| SRIX 058092 | C214 | PLASTIC | | 0905 | 0905 | 1008 | 1009 | 1031 | 2 | 33 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000017

**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| | | | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
DIRECT QUESTIONS TO: | | MAIL PAYMENTS TO: | 05/31/02 | 5214 00
IAN | | CSXT N/A 124277 | | |
904-633-1637 | | P.O. BOX 640839 | | |
 | | PITTSBURGH   PA 15264-0839 | | |
FAX NUMBER: (904) 633-1109 | | | | |

INCIDENTAL BILL NO:  3289883   DATE: 05/16/02  Y66260

| SHIPPER | | | ORIGIN | | |
|---|---|---|---|---|---|
| PORT ERIE PLASTICS | | FU6A01 | 018085 ERIE. PA | | |
| 909 TROUPE RD- HARBOUR CRK PA | | | | | |
| ERIE           PA 0164 | | | BILLING | WAYBILL | |
| | | | ROAD | NUMBER | DATE |
| | | | 712 | 095970 | 05/15/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 99 | 20 | 0 | 79 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QT | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR APRIL. 2002 | 79 | 60 00 | DA | 4740.00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 474 00 |

DEMURRAGE DESCRIPTION:
 CSXT-8100-PVI-NON-HAZ MAT -- UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| PLWX 044474 | C214 | PLASTIC | 0307 | 0405 | 0405 | 0410 | 0430 | 2 | 0 | 0 |
| AMCX 006515 | C214 | PLASTIC | 0315 | 0405 | 0405 | 0405 | 0426 | 2 | 0 | 0 |
| AMCX 006895 | C214 | PLASTIC | 0315 | 0405 | 0405 | 0410 | 0418 | 2 | 0 | 0 |
| AMCX 006545 | C214 | PLASTIC | 0319 | 0405 | 0405 | 0412 | 0430 | 2 | 0 | 0 |
| AMCX 006524 | C214 | PLASTIC | 0319 | 0405 | 0417 | 0417 | **CF** | 2 | 12 | 0 |
| TBIX 058058 | C214 | PLASTIC | 0321 | 0405 | 0419 | 0419 | **CF** | 2 | 14 | 0 |
| AMCX 108267 | C214 | PLASTIC | 0322 | 0405 | 0419 | 0419 | **CF** | 2 | 14 | 0 |
| AMCX 108148 | C214 | PLASTIC | 0322 | 0405 | 0424 | 0424 | **CF** | 2 | 19 | 0 |
| AMCX 006626 | C214 | PLASTIC | 0322 | 0405 | 0424 | 0424 | **CF** | 2 | 19 | 0 |
| SRIX 058180 | C214 | PLASTIC | 0402 | 0405 | 0426 | 0429 | **CF** | 2 | 21 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 30 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000018