**EXHIBIT F**

```
 1                UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 3                          - - -

 4   CSX TRANSPORTATION, INC.,        )
                                      )
 5              Plaintiff,            )
                                      ) Civil Action
 6         vs.                        )
                                      ) Case No.
 7   PORT ERIE PLASTICS, INC.,        ) 05-139 Erie
                                      )
 8              Defendant.            )

 9                          - - -

10           Deposition of JOHN T. JOHNSON

11      Corporate Designee of Port Erie Plastics, Inc.

12              Thursday, February 2, 2006

13                          - - -

14         The deposition of JOHN T. JOHNSON, called as a
     witness by the Plaintiff, pursuant to notice and the
15   Federal Rules of Civil Procedure pertaining to the
     taking of depositions, taken before me, the
16   undersigned, Teresa Constantini Berardi, a Notary
     Public in and for the Commonwealth of Pennsylvania, at
17   the law offices of MacDonald Illig Jones & Britton,
     LLP, 100 State Street, Suite 700, Erie, Pennsylvania
18   16507-1498, commencing at 10:32 a.m. the day and date
     above set forth.
19

20                          - - -

21            COMPUTER-AIDED TRANSCRIPTION BY
              MORSE, GANTVERG & HODGE, INC.
22                  ERIE, PENNSYLVANIA
                       814-833-1799
23
                            - - -
24

25
```

```
 1   APPEARANCES:

 2        On behalf of the Plaintiff:

 3           Janssen & Keenan, P.C.:
             Charles L. Howard, Esquire
 4           One Commerce Square
             Suite 2050
 5           2005 Market Street
             Philadelphia, Pennsylvania  19103
 6

 7        On behalf of the Defendant:

 8           MacDonald Illig Jones & Britton, LLP:
             Richard J. Parks, Esquire
 9           Scott Stroupe, Esquire
             100 State Street, Suite 700
10           Erie, Pennsylvania  16507-1498

11                         - - -

12   ALSO PRESENT:

13        John Underwood
          James Witkowski
14
                           - - -
15
                         I-N-D-E-X
16
     EXAMINATION BY:                                PAGE:
17   Mr. Howard                                       3

18                         - - -

19
     JOHNSON DEPOSITION EXHIBIT NOS.:              PAGE:
20   1 - Answers to Interrogatories of Plaintiff CSX  6
         Transportation, Inc. Addressed to Defendant
21       Port Erie Plastics, Inc.

22                         - - -

23

24

25
```

```
 1              MR. PARKS:  I can, yes.
 2              MR. HOWARD:  Okay.
 3   BY MR. HOWARD:
 4       Q      On page 2, about a third of the way down,
 5   subheading b., do you see that?  "Port Erie was not a
 6   party to any shipping" -- do you see that?
 7       A      Uh-huh.
 8       Q      The third sentence in that paragraph says,
 9   "Port Erie Plastics did receive shipments of Nexpak
10   resin from Presque Isle Trucking as directed by Nexpak
11   as the agent of Nexpak based upon designated
12   production runs by Nexpak on its equipment located at
13   Port Erie Plastics."
14              It says here that the shipments received by
15   Port Erie from Presque Isle were directed by Nexpak.
16              How did Nexpak direct the shipments of
17   plastic by Presque Isle to Port Erie?
18       A      Nexpak every day would review what our
19   production requirements were based on their demands,
20   would inform us of how many machines we were supposed
21   to be running.
22              We made up to 800 or a million DVDs a day
23   depending on what their needs were.
24              They would start machines up or slow
25   machines down depending on what they needed for
```

```
 1    product.
 2              They would get a daily report from us that
 3    would show what was running, what the daily output
 4    was, what the previous day's output was.
 5              They would then make a determination based
 6    on their needs what needed to run, what didn't need to
 7    run.
 8              It was their responsibility to make sure
 9    there was enough resin available for us to fulfill
10    those needs.
11              MR. PARKS:  If I might, I think that might
12        be a typo.
13              You actually asked Presque Isle to bring
14        the trucks over; correct?
15              THE WITNESS:  We would -- they would make
16        sure that there were enough at Presque Isle.  We
17        would then schedule them.
18              They would call us, tell us, "Do you want
19        any?"
20              We would say "yes" or "no," to make sure
21        that we had enough to keep the presses running
22        that Nexpak asked us to keep running that
23        particular day.
24              MR. PARKS:  I think I transposed "Nexpak,"
25        "Port Erie as agent for Nexpak," as far as the
```

```
 1        trucking.
 2            MR. HOWARD:  All right.  So it sounds like
 3        this needs to be corrected?
 4            MR. PARKS:  Yes.
 5            Directed by -- I believe that should say
 6        "Port Erie as the agent of Nexpak based upon
 7        designated production runs by Nexpak," and I
 8        think that was just -- I had to many Presque
 9        Isles, Port Eries.
10            MR. HOWARD:  All right.
11  BY MR. HOWARD:
12      Q    So this should read "Port Erie Plastics did
13  receive shipments of Nexpak resin from Presque Isle
14  Trucking as directed by Port Erie as the agent of
15  Nexpak"?
16      A    Yes, true statement.
17      Q    Now, the communication between Port Erie
18  and Presque Isle, both you and Mr. Witkowski have
19  testified that that communication was going from
20  Presque Isle in the form of a request, "Do you need
21  anymore stuff?"
22           Is that how it always happened?
23      A    I can't tell you that it happened that way
24  a hundred percent of the time, but the majority of the
25  time they would say, "Hey, do you need a truck today
```

1  or do you need one tomorrow?"

2          Based on what was running, we'd answer, "We

3  need one this afternoon," "We need one tomorrow

4  morning," et cetera, like that.

5     Q    Mr. Witkowski testified that he believes

6  that Nexpak was also receiving the inventory sheets

7  from Presque Isle.

8          Is that your understanding as well?

9     A    Well, I'm sure they did, because it was

10 their responsibility to make sure there was enough

11 resin in the Erie area for us to manufacture based

12 upon their needs.

13    Q    In the next paragraph, the second sentence

14 says, "It is believed Nexpak and BP would designate

15 the shipping terms and that all shipments were made

16 prepaid from BP/Amoco locations as designated by BP

17 for its sales to Nexpak."

18         What the basis of that belief?

19    A    Somebody had to schedule the material.

20 Nexpak was responsible to make sure there was enough

21 material coming from BP.

22         They did that. That was their

23 responsibility, to negotiate with BP to make sure

24 there was enough coming into the pipeline based on

25 what their demands were.