IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC. <br> 500 Water Street <br> Jacksonville, FL 32202-4423 : <br><br> Plaintiff : <br><br> v. : <br><br> PORT ERIE PLASTICS, INC <br> 909 Troupe Road <br> Harborcreek, PA 16421 : <br><br> Defendant. : | CIVIL ACTION <br><br> CASE NO. 05-139 Erie |

**APPENDIX TO CSX TRANSPORTATION, INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

**VOLUME II**

| Exhibit | Description |
|:---:|---|
| G | Affidavit of Michael Francis and Exhibits A and B thereto |