# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC. <br> 500 Water Street <br> Jacksonville, FL 32202-4423 : <br><br> Plaintiff : <br><br> v. : <br><br> PORT ERIE PLASTICS, INC. <br> 909 Troupe Road <br> Harborcreek, PA 16421 : <br><br> Defendant. : | CIVIL ACTION <br><br> CASE NO. 05-139 Erie |

### AFFIDAVIT OF MICHAEL H. FRANCIS

Michael H. Francis, being duly sworn according to law, deposes and states as follows:

1. I am currently employed by the Union Pacific Railroad Company ("UP") in the capacity of Team Leader – Billing Services. I have held that position since June of 2002.

2. My job responsibilities include assessment and collection of demurrage charges, in connection with which I am familiar with bills of lading in Electronic Data Interchange ("EDI") format.

3. In October of 2005, I was asked to gather documents in response to a subpoena which was served on UP in the above-captioned case. I have attached a copy of the subpoena as Exhibit A hereto.

4. The subpoena requested copies of bills of lading which governed the movement of numerous rail cars for which UP was the origin carrier.

5. Attached hereto as Exhibit B are printouts of the bills of lading which I found and which were responsive to the subpoena.

6. The shipper which had engaged UP to move its freight transmitted the information contained on the print-outs to UP via EDI, which is used in the shipping industry to transmit bills of lading electronically.

7. Each of the bills of lading which appear on the EDI print-outs was received electronically by UP from the shipper which had engaged UP to move its freight by rail. The bills of lading contained important information about the shipments which UP had been hired to transport, including the identity of the party responsible for the freight charges, the consignee, as well as routing and billing instructions, all of which UP relied on when providing transportation services to the shipper.

8. The records of EDI bills of lading are kept in the course of business activity regularly conducted by UP

9. Each of the EDI bills of lading was received in the course of the regularly conducted business activity as a regular practice of UP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2006.

GENERAL NOTARY - State of Nebraska
MARY R. HOLEWINSKI
My Comm. Exp. Oct. 15, 2008

_____
Michael H. Francis

SWORN TO BEFORE ME and subscribed
In my presence by Michael H Francis on this
the 16th day of February, 2006.

_____
NOTARY PUBLIC

2