# EXHIBIT  A

## To

# EXHIBIT  G

AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF    Nebraska

CSX Transportation, Inc.

V.

Port Erie Plastics, Inc.

TO: Union Pacific Railroad Company
1400 Douglas Street
Omaha, Nebraska 68179

## SUBPOENA IN A CIVIL CASE

Case Number:[1]  05-139 Erie
(United States District Court for the
Western District of Pennsylvania)

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Exhibit "A"

| PLACE   Janssen & Keenan P.C. 2005 Market Street, Suite 2050, Philadelphia, PA 19103 | DATE AND TIME November 15, 2005 |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)          Attorney for Plaintiff | DATE  10/14/05 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Charles L. Howard, Esquire, Janssen & Keenan P.C., 2005 Market Street, Suite 2050, Philadelphia, PA 19103    (215) 599-3323

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                        DATE                              SIGNATURE OF SERVER

                                                          _____
                                                          ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

## EXHIBIT A

Attached hereto are documents with Bates – stamp nos. CSX00001 – 00018, which documents are bills for demurrage charges which plaintiff, CSX Transportation, Inc., seeks to recover from defendant, Port Erie Plastics, Inc.

Listed on each of the aforementioned bills are the rail car numbers of the cars for which CSX seeks demurrage. Also included are the arrival dates for each of the cars at destination, which was the Port Erie Plastics facility located in Erie, Pennsylvania. CSX was the destination carrier for each of the cars.

CSX is informed and believes that Union Pacific was the origin carrier for each of the cars, and that the origin points of those cars were several AMOCO facilities in Texas, including but not limited to Chocolate Bayou, TX.

Please produce copies of the original bills of lading which governed the shipment of the cars which are identified on the attached documents.



CSX
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH   PA 15264-0839

DUE DATE    AMOUNT DUE
01/02/03    7392 00

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  6239196   DATE: 12/18/02  Y66260

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| PORT ERIE PLASTICS | | FU6A01   018085 ERIE, PA | |
| 909 TROUPE RD- HARBOUR CRK PA | | | |
| ERIE          PA 0164 | | BILLING      WAYBILL | |
| | | ROAD      NUMBER   DATE | |
| | | 712      099683   12/17/02 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 9 | 130 | 18 | 0 | 112 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QT | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR NOVEMBER 2002 | 112 | 60 00 | DA | 6720 00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST              10   %        672 00

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104550 | C214 | PLASTIC | 0905 | 1112 | 1112 | 1112 | 1112 | 2 | 0 | 0 |
| AMCX 006536 | C214 | PLASTIC | 0905 | 1115 | 1115 | 1115 | 1115 | 2 | 0 | 0 |
| AMCX 104454 | C214 | PLASTIC | 0928 | 0928 | 1112 | 1113 | 1119 | 2 | 45 | 0 |
| AMCX 104025 | C214 | PLASTIC | 1002 | 1002 | 1112 | 1113 | **CF** | 2 | 41 | 0 |
| AMCX 104547 | C214 | PLASTIC | 1002 | 1002 | 1115 | 1115 | 1121 | 2 | 44 | 0 |
| SRIX 058185 | C214 | PLASTIC | 1028 | 1122 | 1122 | 1122 | 1122 | 2 | 0 | 0 |
| PTLX 042362 | C214 | PLASTIC | 1031 | 1129 | 1129 | 1129 | 1129 | 2 | 0 | 0 |
| AMCX 104131 | C214 | PLASTIC | 1102 | 1122 | 1122 | 1122 | **CF** | 2 | 0 | 0 |
| AMCX 006554 | C214 | PLASTIC | 1103 | 1129 | 1129 | 1129 | 1129 | 2 | 0 | 0 |



| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000001

LTP00004



CSX

TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S
JACKSONVILLE FL 32216

PAGE NO:01

'ORIGINAL INCIDENTAL BILL

| | | |
|---|---|---|
| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE   AMOUNT DUE |
| LAW | CSXT N/A 124277 | 03/19/04   9834 00 |
| 904-633-1637 | P.O. BOX 640839 | |
| | PITTSBURGH   PA 15264-0839 | |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  4599712   DATE: 03/04/04  Y66260

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| PORI ERIE PLASTICS | FU6A01 | 018085 ERIE  PA | |
| 909 TROUPE RD- HARBOUR CRK PA | | | |
| ERIE                PA 0164 | | BILLING      WAYBILL | |
| | | ROAD      NUMBER    DATE | |
| | | 712       099617    08/21/02 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 175 | 26 | 0 | 149 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JULY. 2002 | 149 | 60.00 | DA | 8940 00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 894 00 |

DEMURRAGE DESCRIPTION:
  CSXT-8100-PVI-NON-HAZ MAI - UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS AL |
|---|---|---|---|---|---|---|---|---|
| IETX 058051 | C214 | PLASTIC | 0508 | 0710 | 0710 | 0710 | 0726 | 2   0   0 |
| AMCX 108141 | C214 | PLASTIC | 0605 | 0701 | 0701 | 0701 | 0710 | 2   0   0 |
| AMCX 108320 | C214 | PLASTIC | 0605 | 0607 | 0719 | 0719 | **CF** | 2  42   0 |
| CEFX 050294 | C214 | PLASTIC | 0611 | 0710 | 0710 | 0710 | 0719 | 2   0   0 |
| FEIX 058026 | C214 | PLASTIC | 0614 | 0705 | 0705 | 0705 | 0713 | 2   0   0 |
| SRIX 058184 | C214 | PLASTIC | 0614 | 0712 | 0712 | 0712 | 0719 | 2   0   0 |
| AMCX 104384 | C214 | PLASTIC | 0614 | 0715 | 0715 | 0715 | 0724 | 2   0   0 |
| AMCX 007718 | C214 | PLASTIC | 0621 | 0625 | 0719 | 0719 | 0725 | 2  24   0 |
| SRIX 058153 | C214 | PLASTIC | 0621 | 0625 | 0719 | 0719 | 0729 | 2  24   0 |
| AMCX 006639 | C214 | PLASTIC | 0702 | 0725 | 0725 | 0726 | 0726 | 2   0   0 |
| AMCX 006536 | C214 | PLASTIC | 0702 | 0702 | 0729 | 0730 | **CF** | 2  27   0 |
| AMCX 104688 | C214 | PLASTIC | 0702 | 0702 | 0729 | 0730 | **CF** | 2  27   0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 30 | 0 |



PORI ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000002



**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| DIRECT QUESTIONS TO: | CSXI N/A 124277 | 09/30/03 | 7128 00 |
| LAW | P.O. BOX 640839 | | |
| 904-633-1637 | PITTSBURGH  PA 15264-0839 | | |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO: 2947133   DATE: 09/15/03  Y66260

| SHIPPER | | ORIGIN | | |
|---|---|---|---|---|
| PORT ERIE PLASTICS | FU6A01 | 018085 ERIE  PA | | |
| 909 TROUPE RD- HARBOUR CRK PA | | | | |
| ERIE         PA 0164 | | BILLING | WAYBILL | |
| | | ROAD | NUMBER | DATE |
| | | 712 | 095400 | 09/12/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 11 | 130 | 22 | 0 | 108 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR AUGUST  2003 | 108 | 60 00 | DA | 6480 00 |
| | | | | |
| TARIFF CSXI 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 648 00 |

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 007778 | C214 | PLASTIC | 0720 | 0720 | 0807 | 0808 | **CF** | 2 | 18 | 0 |
| AMCX 104458 | C214 | PLASTIC | 0724 | 0724 | 0807 | 0808 | 0828 | 2 | 14 | 0 |
| AMCX 104014 | C214 | PLASTIC | 0727 | 0727 | 0807 | 0808 | 0814 | 2 | 11 | 0 |
| AMCX 104564 | C214 | PLASTIC | 0727 | 0727 | 0808 | 0812 | **CF** | 2 | 12 | 0 |
| AMCX 104669 | C214 | PLASTIC | 0727 | 0727 | 0815 | 0815 | 0826 | 2 | 19 | 0 |
| AMCX 104638 | C214 | PLASTIC | 0731 | 0731 | 0820 | 0820 | **CF** | 2 | 20 | 0 |
| ACFX 065047 | C214 | PLASTIC | 0802 | 0802 | 0822 | 0822 | **CF** | 2 | 20 | 0 |
| AMCX 104423 | C214 | PLASTIC | 0803 | 0804 | 0820 | 0820 | 0828 | 2 | 16 | 0 |
| SRIX 058008 | C214 | PLASTIC | 0816 | 0816 | 0816 | 0829 | **CF** | 2 | 0 | 0 |
| AMCX 104506 | C214 | PLASTIC | 0819 | 0819 | 0819 | 0827 | **CF** | 2 | 0 | 0 |
| AMCX 006781 | C214 | PLASTIC | 0819 | 0819 | 0819 | 0829 | **CF** | 2 | 0 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000003



CSX
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
IAW                                     CSXT N/A 124277                07/03/02  10494 00
904-633-1637                            P.O. BOX 640839
                                        PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 633-1109

                    INCIDENTAL BILL NO:  3726973   DATE: 06/18/02  Y66260

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| PORT ERIE PLASTICS | FU6A01 | 018085 ERIE, PA | |
| 909 TROUPE RD- HARBOUR CRK PA | | | |
| ERIE          PA 0164 | | BILLING       WAYBILL | |
| | | ROAD    NUMBER    DATE | |
| | | 712     099283   06/17/02 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 9 | 177 | 18 | 0 | 159 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR MAY, 2002 | 159 | 60.00 | DA | 9540.00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | 10 | % | | 954.00 |

DEMURRAGE DESCRIPTION:
 CSXT-8100-PVT-NON-HAZ MAT - UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 006975 | C214 | PLASTIC | | 0404 | 0419 | 0501 | 0501 | 0510 | 2 | 12 | 0 |
| AMCX 007739 | C214 | PLASTIC | | 0404 | 0419 | 0501 | 0501 | 0516 | 2 | 12 | 0 |
| AMCX 104589 | C214 | PLASTIC | | 0404 | 0419 | 0508 | 0508 | 0523 | 2 | 19 | 0 |
| AMCX 104027 | C214 | PLASTIC | | 0404 | 0419 | 0530 | 0531 | **CF** | 2 | 41 | 0 |
| AMCX 006898 | C214 | PLASTIC | | 0413 | 0419 | 0513 | 0513 | 0528 | 2 | 24 | 0 |
| WLPX 010268 | C214 | PLASTIC | | 0421 | 0425 | 0517 | 0517 | 0530 | 2 | 22 | 0 |
| AMCX 006868 | C214 | PLASTIC | | 0502 | 0510 | 0524 | 0524 | 0531 | 2 | 14 | 0 |
| AMCX 107992 | C214 | PLASTIC | | 0502 | 0510 | 0524 | 0524 | **CF** | 2 | 14 | 0 |
| AMCX 007773 | C214 | PLASTIC | | 0504 | 0510 | 0529 | 0529 | **CF** | 2 | 19 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 30 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000004

PEP00007



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
IAW
904-633-1637

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH    PA 15264-0839

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| 02/27/03 | 858.00 |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  6949502   DATE: 02/12/03  Y66260

SHIPPER
PORT ERIE PLASTICS
909 TROUPE RD- HARBOUR CRK PA
ERIE              PA 0164

ORIGIN
FU6A01   018085 ERIE  PA

| BILLING ROAD | WAYBILL NUMBER | DATE |
|---|---|---|
| 712 | 098936 | 02/11/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|------------|------------|-------------|------------|----------------|-----------------|
| 4 | 21 | 8 | 0 | 13 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|-------------------------|-----------|------|-----|---------|
| DEMURRAGE FOR JANUARY. 2003 | 13 | 60.00 | DA | 780.00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 78.00 |

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER-KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS AL | | |
|-----|------|----------|-------------|--------|---------|--------|----------|---|---|---|
| SRIX 058096 C214 | | PLASTIC | 1214 | 0109 | 0109 | 0109 | **CF** | 2 | 0 | 0 |
| AMCX 104224 C214 | | PLASTIC | 1216 | 1216 | 0106 | 0107 | 0128 | 2 | 21 | 0 |
| GTCX 051371 C214 | | PLASTIC | 1223 | 1226 | 1226 | 0113 | 0113 | 2 | 0 | 0 |
| AMCX 004815 C214 | | PLASTIC | 1231 | 0101 | 0101 | 0113 | 0113 | 2 | 0 | 0 |



```
+--------------------------------------+
| RATING INFORMATION                   |
|                                      |
| OUTBOUND  INBOUND                    |
| LOADING   UNLOADING  DAILY   PENALTY |
| CREDITS   CREDITS    CHARGE  LEVEL CHG|
|    2         2         60      0     |
+--------------------------------------+
```

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000005



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FT 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
IAW
904-633-1637

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O BOX 640839
PITTSBURGH   PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 07/01/03 | 11088.00 |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO: 1680683   DATE: 06/16/03  Y66260

| SHIPPER | ORIGIN |
|---|---|
| PORT ERIE PLASTICS   FU6A01 | 018085 ERIE, PA |
| 909 TROUPE RD- HARBOUR CRK PA | |
| ERIE            PA 0164 | BILLING      WAYBILL |

| | BILLING ROAD | WAYBILL NUMBER | DATE |
|---|---|---|---|
| | 712 | 098756 | 06/13/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 7 | 182 | 14 | 0 | 168 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR MAY, 2003 | 168 | 60.00 | DA | 10080.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1008.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY: QD 870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS | | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104692 | C214 | PLASTIC | 0410 | 0410 | 0507 | 0507 | 0530 | 2 | 27 | 0 |
| AMCX 104744 | C214 | PLASTIC | 0420 | 0420 | 0520 | 0521 | **CF** | 2 | 30 | 0 |
| SHPX 463486 | C214 | PLASTIC | 0425 | 0425 | 0515 | 0516 | 0530 | 2 | 20 | 0 |
| AMCX 104327 | C214 | PLASTIC | 0425 | 0425 | 0515 | 0516 | **CF** | 2 | 20 | 0 |
| AMCX 007749 | C214 | PLASTIC | 0425 | 0425 | 0520 | 0521 | **CF** | 2 | 25 | 0 |
| TRIX 058020 | C214 | PLASTIC | 0426 | 0427 | 0527 | 0528 | **CF** | 2 | 30 | 0 |
| SRIX 058271 | C214 | PLASTIC | 0426 | 0427 | 0527 | 0528 | **CF** | 2 | 30 | 0 |



| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000006



**CSX**
TRANSPORTATION
CSX TRANSPORTATION DEPT
CUSTOMER ACCOUNTING DEPT
4735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTIAL BILL

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| LAW | CSXT N/A 124277 | 11/11/03 | 2706 00 |
| 904-633-1637 | P.O. BOX 640839 | | |
| | PITTSBURGH    PA 15264-0839 | | |
| FAX NUMBER: (904) 633-1109 | | | |

INCIDENTIAL BILL NO:  3559970   DATE: 10/27/03  Y66260

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| PORT ERIE PLASTICS | #U6A01 | 01808S ERIE, PA | |
| 909 TROUPE RD- HARBOUR CRK PA | | | |
| ERIE                PA 0164 | | BILLING     WAYBILL | |
| | | ROAD     NUMBER    DATE | |
| | | 712      098665   10/24/03 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 5 | 51 | 10 | 0 | 41 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR SEPTEMBER, 2003 | 41 | 60.00 | DA | 2460 00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | 10 | % | | 246 00 |

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| WLPX 010266 | C214 | PLASTIC | 0823 | 0823 | 0903 | 0903 | 0910 | 2 | 11 | 0 |
| AMCX 108012 | C214 | PLASTIC | 0830 | 0830 | 0916 | 0916 | **CF** | 2 | 17 | 0 |
| CEFX 050278 | C214 | PLASTIC | 0831 | 0831 | 0910 | 0910 | 0926 | 2 | 10 | 0 |
| AMCX 104394 | C214 | PLASTIC | 0902 | 0903 | 0902 | 0916 | **CF** | 2 | 13 | 0 |
| AMCX 104712 | C214 | PLASTIC | 0906 | 0906 | 0906 | 0916 | **CF** | 2 | 0 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000007



CSX
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH  PA 15264-0839

DUE DATE    AMOUNT DUE
10/22/02    7524.00

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO: 5247196  DATE: 10/07/02  Y66260

| SHIPPER | ORIGIN | | | |
|---|---|---|---|---|
| PORT ERIE PLASTICS | F06A01 | 018085 ERIE  PA | | |
| 909 TROUPE RD- HARBOUR CRK PA | | | | |
| ERIE        PA 0164 | | BILLING  WAYBILL | | |
| | | ROAD   NUMBER   DATE | | |
| | | 712   097987   10/04/02 | | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 134 | 20 | 0 | 114 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QT | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR SEPTEMBER. 2002 | 114 | 60.00 | DA | 6840.00 |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 684.00 |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD   870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS | AT | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104021 | C214 | PLASTIC | 0717 | 0904 | 0904 | 0904 | 0906 | 2 | 0 | 0 |
| AMCX 104256 | C214 | PLASTIC | 0719 | 0904 | 0904 | 0904 | 0910 | 2 | 0 | 0 |
| AMCX 108009 | C214 | PLASTIC | 0720 | 0909 | 0909 | 0909 | 0912 | 2 | 0 | 0 |
| AMCX 104460 | C214 | PLASTIC | 0720 | 0927 | 0927 | 0927 | **CF** | 2 | 0 | 0 |
| AMCX 006755 | C214 | PLASTIC | 0725 | 0725 | 0917 | 0918 | 0926 | 2 | 54 | 0 |
| CEFX 050276 | C214 | PLASTIC | 0726 | 0726 | 0917 | 0918 | 0920 | 2 | 53 | 0 |
| AMCX 006769 | C214 | PLASTIC | 0814 | 0913 | 0913 | 0913 | **CF** | 2 | 0 | 0 |
| AMCX 104098 | C214 | PLASTIC | 0816 | 0923 | 0923 | 0923 | 0927 | 2 | 0 | 0 |
| AMCX 104122 | C214 | PLASTIC | 0818 | 0930 | 0930 | 0930 | **CF** | 2 | 0 | 0 |
| AMCX 104119 | C214 | PLASTIC | 0821 | 0821 | 0917 | 0919 | **CF** | 2 | 27 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

CSX000008



CSX
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                          MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
LAW                                           CSXT N/A 124277                05/31/03    5016 00
904-633-1637                                  P.O. BOX 640839
                                              PITTSBURGH   PA 15264-0839

FAX NUMBER: (904) 633-1109
                       INCIDENTIAL BILL NO:  1255545   DATE: 05/16/03  Y66260

| SHIPPER | | ORIGIN | | | |
|---|---|---|---|---|---|
| PORT ERIE PLASTICS | | FU6A01 | 018085 ERIE  PA | | |
| 909 TROUPE RD- HARBOUR CRK PA | | | | | |
| ERIE              PA 0164 | | BILLING | WAYBILL | | |
| | | ROAD | NUMBER | DATE | |
| | | 712 | 097009 | 05/15/03 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 102 | 26 | 0 | 76 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES | |
|---|---|---|---|---|---|
| DEMURRAGE FOR APRIL  2003 | 76 | 60 00 | DA | 4560 00 | |
| | | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 456 00 | |

DEMURRAGE DESCRIPTION:
CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 104109 | C214 | PLASTIC | | 0319 | 0319 | 0404 | 0404 | 0417 | 2 | 16 | 0 |
| AMCX 108340 | C214 | PLASTIC | | 0320 | 0320 | 0409 | 0409 | 0421 | 2 | 20 | 0 |
| WLPX 010311 | C214 | PLASTIC | | 0322 | 0322 | 0404 | 0404 | 0423 | 2 | 13 | 0 |
| AMCX 104545 | C214 | PLASTIC | | 0322 | 0322 | 0411 | 0411 | 0423 | 2 | 20 | 0 |
| AMCX 108273 | C214 | PLASTIC | | 0402 | 0402 | 0416 | 0416 | **CF** | 2 | 14 | 0 |
| CEPX 050278 | C214 | PLASTIC | | 0408 | 0408 | 0416 | 0416 | 0429 | 2 | 8 | 0 |
| AMCX 104178 | C214 | PLASTIC | | 0410 | 0410 | 0421 | 0421 | **CF** | 2 | 11 | 0 |
| AMCX 104140 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104469 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 3 | 0 | 0 |
| AMCX 104599 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104025 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 006858 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |
| AMCX 104154 | C214 | PLASTIC | | 0424 | 0424 | 0424 | 0424 | **CF** | 2 | 0 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

UP00012

CSX000009



ORIGINAL INCIDENIAL BIIL

INCIDENTAL BILL NO:  1255545   DATE: 05/16/03   Y66260

```
| RATING INFORMATION                                  |
|                                                     |
| OUIBOUND   INBOUND                                  |
| LOADING    UNLOADING   DAIIY    PENAITY             |
| CREDITS    CREDITS     CHARGE   LEVEI CHG           |
|    2          2          60        0                |
|                                                     |
```

UP00013

CSX000010



**CSX**
TRANSPORTATION
CSX TRANSPORTATION

CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| | | | |
|---|---|---|---|
| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
| IAW | CSXT N/A 124277 | 01/28/03 | 3366.00 |
| 904-633-1637 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  6517626   DATE: 01/13/03  Y66260

| SHIPPER | | ORIGIN |
|---|---|---|
| PORT ERIE PLASTICS | FU6A01 | 018085 ERIE  PA |
| 909 TROUPE RD- HARBOUR CRK PA | | |
| ERIE              PA 0164 | | BILLING       WAYBILL |
| | | ROAD     NUMBER    DATE |
| | | 712      096500   01/10/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 13 | 77 | 26 | 0 | 51 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR DECEMBER  2002 | 51 | 60.00 | DA | 3060.00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 306.00 |

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 006575 C214 | | PLASTIC | 1106 | 1106 | 1202 | 1202 | 1203 | 2 | 26 | 0 |
| AMCX 104707 C214 | | PLASTIC | 1113 | 1113 | 1202 | 1202 | 1219 | 2 | 19 | 0 |
| AMCX 107977 C214 | | PLASTIC | 1114 | 1114 | 1202 | 1202 | 1206 | 2 | 18 | 0 |
| AMCX 104498 C214 | | PLASTIC | 1115 | 1210 | 1210 | 1210 | 1210 | 2 | 0 | 0 |
| AMCX 108364 C214 | | PLASTIC | 1115 | 1213 | 1213 | 1213 | 1213 | 2 | 0 | 0 |
| AMCX 104218 C214 | | PLASTIC | 1115 | 1217 | 1217 | 1217 | 1217 | 2 | 0 | 0 |
| AMCX 108308 C214 | | PLASTIC | 1122 | 1220 | 1220 | 1220 | 1220 | 2 | 0 | 0 |
| AMCX 108304 C214 | | PLASTIC | 1125 | 1217 | 1217 | 1217 | 1217 | 2 | 0 | 0 |
| AMCX 107994 C214 | | PLASTIC | 1201 | 1216 | 1216 | 1216 | 1226 | 2 | 0 | 0 |
| AMCX 108333  C214 | | PLASTIC | 1201 | 1201 | 1215 | 1218 | 1226 | 2 | 14 | 0 |
| AMCX 104061 C214 | | PLASTIC | 1201 | 1201 | 1201 | 1220 | 1220 | 2 | 0 | 0 |
| AMCX 108300 C214 | | PLASTIC | 1211 | 1211 | 1211 | 1227 | 1227 | 2 | 0 | 0 |
| AMCX 006866 C214 | | PLASTIC | 1213 | 1213 | 1213 | 1227 | 1227 | 2 | 0 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

UP00014
CSX000011



ORIGINAL INCIDENTAL BILL

INCIDENTAL BILL NO:  6517626   DATE: 01/13/03  Y66260

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
| 2 | 2 | 60 | 0 |

UP00015

CSX000012



**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
LAW
904-633-1637

MAIL PAYMENTS TO:
CSXT N/A 124277
P.O. BOX 640839
PITTSBURGH  PA 15264-0839

| DUE DATE | AMOUNT DUE |
|---|---|
| 07/26/03 | 12342 00 |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  2044302  DATE: 07/11/03  Y66260

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| PORT ERIE PLASTICS | FU6A01 | 018085 ERIE PA | |
| 909 TROUPE RD- HARBOUR CRK PA | | | |
| ERIE          PA 0164 | | BILLING | WAYBILL |

| | ROAD | NUMBER | DATE |
|---|---|---|---|
| | 712 | 096292 | 07/10/03 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 12 | 211 | 24 | 0 | 187 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QI | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JUNE. 2003 | 187 | 60 00 | DA | 11220.00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1122 00 |

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD_870121_ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS AL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PILX 042362 | C214 | PLASTIC | | 0422 | 0422 | 0602 | 0602 | 0625 | 2 | 41 | 0 |
| PILX 041563 | C214 | PLASTIC | | 0430 | 0430 | 0602 | 0602 | 0625 | 2 | 33 | 0 |
| AMCX 104024 | C214 | PLASTIC | | 0505 | 0505 | 0606 | 0606 | 0625 | 2 | 32 | 0 |
| PLCX 047850 | C214 | PLASTIC | | 0507 | 0507 | 0613 | 0613 | **CF** | 2 | 37 | 0 |
| AMCX 104044 | C214 | PLASTIC | | 0509 | 0509 | 0611 | 0611 | 0626 | 2 | 33 | 0 |
| AMCX 104294 | C214 | PLASTIC | | 0509 | 0509 | 0613 | 0613 | **CF** | 2 | 35 | 0 |
| AMCX 104552 | C214 | PLASTIC | | 0509 | 0509 | 0509 | 0618 | **CF** | 2 | 0 | 0 |
| AMCX 007712 | C214 | PLASTIC | | 0509 | 0509 | 0509 | 0626 | **CF** | 2 | 0 | 0 |
| AMCX 107978 | C214 | PLASTIC | | 0511 | 0511 | 0511 | 0626 | **CF** | 2 | 0 | 0 |
| AMCX 104556 | C214 | PLASTIC | | 0514 | 0514 | 0514 | 0626 | **CF** | 2 | 0 | 0 |
| AMCX 007794 | C214 | PLASTIC | | 0519 | 0519 | 0519 | 0626 | **CF** | 2 | 0 | 0 |
| PLCX 047897 | C214 | PLASTIC | | 0602 | 0602 | 0602 | 0626 | **CF** | 2 | 0 | 0 |



| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

UP00016
CSX000013



CSX
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

|  | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| DIRECT QUESTIONS TO: | CSXT N/A 124277 | 07/27/02 | 14124.00 |
| IAN | P.O. BOX 640839 | | |
| 904-633-1637 | PITTSBURGH   PA 15264-0839 | | |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  4047695   DATE: 07/12/02  Y66260

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| PORT ERIE PLASTICS | | FU6A01   018085 ERIE  PA | |
| 909 TROUPE RD- HARBOUR CRK PA | | | |
| ERIE              PA 0164 | | BILLING        WAYBILL | |
| | | ROAD      NUMBER      DATE | |
| | | 712      096290     07/11/02 | |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 14 | 242 | 28 | 0 | 214 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JUNE, 2002 | 214 | 60.00 | DA | 12840.00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1284.00 |

DEMURRAGE DESCRIPTION:
  CSXT-8100-PVT-NON-HAZ MAT - UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT DAYS AL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 108154 | C214 | PLASTIC | | 0502 | 0510 | 0606 | 0606 | 0625 | 2 | 27 | 0 |
| AMCX 108002 | C214 | PLASTIC | | 0507 | 0510 | 0603 | 0603 | 0613 | 2 | 24 | 0 |
| AMCX 104696 | C214 | PLASTIC | | 0512 | 0517 | 0610 | 0610 | 0618 | 2 | 24 | 0 |
| CEPX 050275 | C214 | PLASTIC | | 0512 | 0517 | 0610 | 0610 | 0620 | 2 | 24 | 0 |
| AMCX 006857 | C214 | PLASTIC | | 0516 | 0517 | 0618 | 0619 | 0620 | 2 | 32 | 0 |
| AMCX 108348 | C214 | PLASTIC | | 0519 | 0531 | 0620 | 0621 | 0627 | 2 | 20 | 0 |
| SRIX 058006 | C214 | PLASTIC | | 0522 | 0531 | 0607 | 0607 | 0613 | 2 | 7 | 0 |
| AMCX 006836 | C214 | PLASTIC | | 0526 | 0531 | 0624 | 0624 | **CF** | 2 | 24 | 0 |
| AMCX 108358 | C214 | PLASTIC | | 0530 | 0604 | 0614 | 0614 | **CF** | 2 | 10 | 0 |
| AMCX 108327 | C214 | PLASTIC | | 0530 | 0604 | 0624 | 0624 | **CF** | 2 | 20 | 0 |
| AMCX 107877 | C514 | PLASTIC | | 0601 | 0604 | 0604 | 0628 | **CF** | 2 | 0 | 0 |
| AMCX 104075 | C214 | PLASTIC | | 0606 | 0607 | 0620 | 0620 | 0624 | 2 | 13 | 0 |
| AMCX 006938 | C214 | PLASTIC | | 0614 | 0604 | 0614 | 0614 | **CF** | 2 | 10 | 0 |
| ETCX 279556 | C214 | PLASTIC | | 0614 | 0614 | 0621 | 0621 | 0627 | 2 | 7 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

UP00017
CSX000014



ORIGINAL INCIDENTAL BILL

INCIDENTAL BILL NO:  4047695   DATE: 07/12/02   Y66260

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND LOADING CREDITS | INBOUND UNLOADING CREDITS | DAILY CHARGE | PENALTY LEVEL CHG |
| 2 | 2 | 30 | 0 |



CSX
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                MAIL PAYMENTS TO:           DUE DATE    AMOUNT DUE
LAW                                 CSXT N/A 124277             09/26/02    17886.00
904-633-1637                        P.O. BOX 640839
                                    PITTSBURGH  PA 15264-0839
FAX NUMBER: (904) 633-1109
              INCIDENTAL BILL NO:  4883122   DATE: 09/11/02  Y66260

SHIPPER                                     ORIGIN
PORT ERIE PLASTICS                 FU6A01  018085 ERIE, PA
909 TROUPE RD- HARBOUR CRK PA
ERIE              PA 0164           BILLING        WAYBILL
                                   ROAD      NUMBER    DATE
                                   712      096106   09/10/02

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 8 | 287 | 16 | 0 | 271 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | OI | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR AUGUST 2002 | 271 | 60 00 | DA | 16260 00 |

TARIFF CSXT 8100, ITEM 150
LIQUIDATED DAMAGES INTEREST            10   %      1626 00

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 006724 | C214 | PLASTIC | | 0629 | 0709 | 0809 | 0809 | 0816 | 2 | 31 | 0 |
| AMCX 104407 | C214 | PLASTIC | | 0702 | 0702 | 0802 | 0802 | 0813 | 2 | 31 | 0 |
| AMCX 108067 | C214 | PLASTIC | | 0705 | 0705 | 0813 | 0814 | 0820 | 2 | 39 | 0 |
| AMCX 104008 | C214 | PLASTIC | | 0709 | 0709 | 0814 | 0814 | **CF** | 2 | 36 | 0 |
| TEIX 058033 | C214 | PLASTIC | | 0709 | 0709 | 0816 | 0819 | 0823 | 2 | 38 | 0 |
| AMCX 104402 | C214 | PLASTIC | | 0713 | 0713 | 0826 | 0826 | **CF** | 2 | 44 | 0 |
| AMCX 108334 | C214 | PLASTIC | | 0714 | 0714 | 0828 | 0828 | **CF** | 2 | 45 | 0 |
| AMCX 006575 | C214 | PLASTIC | | 0724 | 0724 | 0816 | 0819 | **CF** | 2 | 23 | 0 |



| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098



CUSTOMER ACCOUNTING DEPT
6733 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| | | DUE DATE | AMOUNT DUE |
|---|---|---|---|
DIRECT QUESTIONS TO:    MAIL PAYMENTS TO:    11/23/02  12144 00
LAW                     CSXT N/A 124277
904-633-1637            P.O. BOX 640839
                        PITTSBURGH  PA 15264-0839
FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  5703200   DATE: 11/08/02  Y66260

SHIPPER                              ORIGIN
PORT ERIE PLASTICS         FU6A01  018085 ERIE, PA
909 TROUPE RD- HARBOUR CRK PA
ERIE              PA 0164     BILLING        WAYBILL
                             ROAD    NUMBER    DATE
                             712     096038   11/07/02

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 204 | 20 | 0 | 184 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR OCTOBER, 2002 | 184 | 60.00 | DA | 11040 00 |
| | | | | |
| TARIFF CSXI 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 1104 00 |

DEMURRAGE DESCRIPTION:
  CSXT 8100-PRIVATE CARS FOR UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCX 108030 | C214 | PLASTIC | 0816 | 0816 | 1003 | 1004 | 1010 | 2 | 48 | 0 |
| AMCX 104446 | C214 | PLASTIC | 0818 | 0818 | 1003 | 1004 | 1008 | 2 | 46 | 0 |
| AMCX 104506 | C214 | PLASTIC | 0821 | 0821 | 1008 | 1009 | 1015 | 2 | 48 | 0 |
| AMCX 104336 | C214 | PLASTIC | 0823 | 1011 | 1011 | 1011 | 1018 | 2 | 0 | 0 |
| SRIX 058075 | C214 | PLASTIC | 0826 | 1016 | 1016 | 1016 | 1022 | 2 | 0 | 0 |
| SRIX 058070 | C214 | PLASTIC | 0826 | 1021 | 1021 | 1021 | 1029 | 2 | 0 | 0 |
| TBIX 058281 | C214 | PLASTIC | 0831 | 1023 | 1023 | 1023 | 1031 | 2 | 0 | 0 |
| AMCX 108024 | C214 | PLASTIC | 0902 | 1030 | 1030 | 1030 | **CF** | 2 | 0 | 0 |
| WLPX 010284 | C214 | PLASTIC | 0904 | 0904 | 1003 | 1004 | 1017 | 2 | 29 | 0 |
| SRIX 058092 | C214 | PLASTIC | 0905 | 0905 | 1008 | 1009 | 1031 | 2 | 33 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 60 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

UP00020

CSX000017



**CSX**
TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| L AN | CSXT N/A 124277 | 05/31/02 | 5214.00 |
| 904-633-1637 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |

FAX NUMBER: (904) 633-1109

INCIDENTAL BILL NO:  3289883   DATE: 05/16/02  Y66260

| SHIPPER | ORIGIN |
|---|---|
| PORT ERIE PLASTICS | 018085 ERIE, PA |
| 909 TROUPE RD- HARBOUR CRK PA | |
| ERIE                    PA 0164 | |

| | BILLING | WAYBILL |
|---|---|---|
| | ROAD | NUMBER | DATE |
| | 712 | 095970 | 05/15/02 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 10 | 99 | 20 | 0 | 79 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | OT | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR APRIL. 2002 | 79 | 60.00 | DA | 4740.00 |
| | | | | |
| TARIFF CSXT 8100, ITEM 150 | | | | |
| LIQUIDATED DAMAGES INTEREST | | 10 | % | 474.00 |

DEMURRAGE DESCRIPTION:
  CSXT-8100-PVT-NON-HAZ MAT - UNLOADING

CUSTOMER KEY:  QD  870721 ZB

| CAR | TYPE | CONTENTS | I/O ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| PLWX 044474 | C214 | PLASTIC | 0307 | 0405 | 0405 | 0410 | 0430 | 2 | 0 | 0 |
| AMCX 006515 | C214 | PLASTIC | 0315 | 0405 | 0405 | 0405 | 0426 | 2 | 0 | 0 |
| AMCX 006895 | C214 | PLASTIC | 0315 | 0405 | 0405 | 0410 | 0418 | 2 | 0 | 0 |
| AMCX 006545 | C214 | PLASTIC | 0319 | 0405 | 0405 | 0412 | 0430 | 2 | 0 | 0 |
| AMCX 006524 | C214 | PLASTIC | 0319 | 0405 | 0417 | 0417 | **CF** | 2 | 12 | 0 |
| TEIX 058056 | C214 | PLASTIC | 0321 | 0405 | 0419 | 0419 | **CF** | 2 | 14 | 0 |
| AMCX 108267 | C214 | PLASTIC | 0322 | 0405 | 0419 | 0419 | **CF** | 2 | 14 | 0 |
| AMCX 108148 | C214 | PLASTIC | 0322 | 0405 | 0424 | 0424 | **CF** | 2 | 19 | 0 |
| AMCX 006626 | C214 | PLASTIC | 0322 | 0405 | 0424 | 0424 | **CF** | 2 | 19 | 0 |
| SRIX 058180 | C214 | PLASTIC | 0402 | 0405 | 0426 | 0429 | **CF** | 2 | 21 | 0 |

| RATING INFORMATION | | | |
|---|---|---|---|
| OUTBOUND | INBOUND | | |
| LOADING | UNLOADING | DAILY | PENALTY |
| CREDITS | CREDITS | CHARGE | LEVEL CHG |
| 2 | 2 | 30 | 0 |

PORT ERIE PLASTICS
909 TROUPE RD
HARBORCREEK PA  16421-1098

UP00021

CSX000018