# EXHIBIT  B

## To

# EXHIBIT  G



**Ed S. Cummings**

10/20/2005 03:33 PM

To:
cc:
Subject: C S X T

```
ST*404*001906513
BX*00*R*PP*80296113*UP*L*B*N
BNX*S**S
M3*R*020501*0829
N9*BM*80296113**020501
N9*CO*74211
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7**TEIX*058051*191450*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L0*1***191450*N******L
SE*28*001906513

ST*404*001943825
BX*00*R*PP*80309888*UP*L*B*N
BNX*S**S
M3*R*020524*1931
N9*BM*80309888**020524
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7**AMCX*107877*187900*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
```

N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***187900*N******L
SE*29*001943825

ST*404*001953339
BX*00*R*PP*80310566*UP*L*B*N
BNX*S**S
M3*R*020528*1706
N9*BM*80310566**020528
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7***AMCX**108141*190700*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***190700*N******L
SE*29*001953339

ST*404*001945349
BX*00*R*PP*80310565*UP*L*B*N
BNX*S**S
M3*R*020528*1708
N9*BM*80310565**020528
N9*CO*74211
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7***AMCX**108320*189300*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C

N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L0*1***189300*N******L
SE*28*001945349


ST*404*002342511
BX*00*R*PP*80375171*UP*L*B*N
BNX*S**S
M3*R*020807*1023
N9*BM*80375171**020807
N9*CO*74211
N9*CT**MP-C-25525
N7***AMCX*006769**188600*N******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***188600*N******L
SE*28*002342511


ST*404*002357920
BX*00*R*PP*80378669*UP*L*B*N
BNX*S**S
M3*R*020809*1608
N9*BM*80378669**020809
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*104098**191500*N******RR
F9**CHOCOLATE BAYOU*TX

D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P O  BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191500*N******L
SE*28*002357920


ST*404*002369776
BX*00*R*PP*80378676*UP*L*B*N
BNX*S**S
M3*R*020809*1608
N9*BM*80378676**020809
N9*CO*74210
N9*CT**MP-C-25525
N7**AMCX**104446*192100*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P O  BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192100*N*****L
SE*28*002369776


ST*404*002376329
BX*00*R*PP*80378670*UP*L*B*N
BNX*S**S
M3*R*020809*1608
N9*BM*80378670**020809

UP00025

N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*108030*191200*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191200*N******L
SE*28*002376329


ST*404*002357925
BX*00*R*PP*80378807*UP*L*B*N
BNX*S**S
M3*R*020810*1152
N9*BM*80378807**020810
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104122*192800*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192800*N******L
SE*28*002357925


ST*404*002370074

BX*00*R*PP*80382996*UP*L*B*N
BNX*S**S
M3*R*020814*1612
N9*BM*80382996**020814
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104506*190500*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***190500*N******L
SE*28*002370074


ST*404*002391474
BX*00*R*PP*80382997*UP*L*B*N
BNX*S**S
M3*R*020814*1615
N9*BM*80382997**020814
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*104119*192250*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158

L5*1*RM-0097
L0*1***192250*N******L
SE*28*002391474


ST*404*002390376
BX*00*R*PP*80385654*UP*L*B*N
BNX*S**S
M3*R*020816*1646
N9*BM*80385654**020816
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*104336**194500*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***194500*N******L
SE*28*002390376


ST*404*002399094
BX*00*R*PP*80391732*UP*L*B*N
BNX*S**S
M3*R*020823*1602
N9*BM*80391732**020823
N9*CO*74210
N9*CT**MP-C-25525
N7***TEIX*058281**194850*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999

R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***194850*N******L
SE*28*002399094


ST*404*002437058
BX*00*R*PP*80399093*UP*L*B*N
BNX*S**S
M3*R*020830*1518
N9*PO*74210
N9*BM*80399093**020830
N9*CO*74210
N9*CT**MP-C-25525
N7**AMCX*104519*191950*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191950*N******L
SE*29*002437058


ST*404*001908502
BX*00*R*PP*80294141*UP*L*B*N
BNX*S**S
M3*R*020426*0854
N9*BM*80294141**020426
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7**AMCX*007773*188600*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300

```
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L0*1***188600*N*****L
SE*28*001908502


ST*404*001902398
BX*00*R*PP*80294863*UP*L*B*N
BNX*S**S
M3*R*020427*1443
N9*BM*80294863**020427
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*108002*192550*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192550*N*****L
SE*29*001902398


ST*404*005025369
BX*00*R*PP*80765288*UP*L*B*N
BNX*S**S
M3*R*030709*1341
N9*PO*74210
N9*BM*80765288**030709
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*007778*191450*N*******RR
```

F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191450*N******L
SE*28*005025369

ST*404*005058866
BX*00*R*PP*80778799*UP*L*B*N
BNX*S**S
M3*R*030718*1518
N9*PO*74210
N9*BM*80778799**030718
N9*CO*74210
N9*CT*MP-C-25525
N7*AMCX*104669*192000*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192000*N******L
SE*28*005058866

ST*404*005059135
BX*00*R*PP*80780240*UP*L*B*N
BNX*S**S
M3*R*030721*1652
N9*PO*74211

N9*BM*80780240**030721
N9*CO*74211
N9*CT*MP-C-25525
N7*AMCX*104638*194850*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PE*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***194850*N******L
SE*28*005059135


ST*404*005081961
BX*00*R*PP*80785419*UP*L*B*N
BNX*S**S
M3*R*030724*1546
N9*PO*74210
N9*BM*80785419**030724
N9*CO*74210
N9*CT*MP-C-25525
N7*AMCX*104423*194600*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC *P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***194600*N******L
SE*28*005081961

UP00032

ST*404*005167925
BX*00*R*PP*80801300*UP*L*B*N
BNX*S**S
M3*R*030806*1447
N9*PO*74211
N9*BM*80801300**030806
N9*CO*74211
N9*CT*MP-C-25525
N7***SRIX*058008**180900*N*******RR
F9***CHOCOLATE BAYOU*TX
D9***ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP CHEMICALS
N3*C/O CT LOGISTICS*P.O. BOX 30382
N4*CLEVELAND*OH*44130
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***180900*N*******L
SE*29*005167925

ST*404*005187021
BX*00*R*PP*80805733*UP*L*B*N
BNX*S**S
M3*R*030811*1521
N9*PO*74210
N9*BM*80805733**030811
N9*CO*74210
N9*CT*MP-C-25525
N7***WLPX*010266**194350*N*******RR
F9***CHOCOLATE BAYOU*TX
D9***ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP CHEMICALS
N3*C/O CT LOGISTICS*P.O. BOX 30382
N4*CLEVELAND*OH*44130
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T

UP00033

L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***194350*N******L
SE*29*005187021


ST*404*005179042
BX*00*R*PP*80805731*UP*L*B*N
BNX*S**S
M3*R*030812*1402
N9*PO*74210
N9*BM*80805731**030812
N9*CO*74210
N9*CT*MP-C-25525
N7*AMCX*006781*188150*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP CHEMICALS
N3*C/O CT LOGISTICS*P.O. BOX 30382
N4*CLEVELAND*OH*44130
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***188150*N******L
SE*29*005179042


ST*404*001820777
BX*00*R*PP*80271562*UP*L*B*N
BNX*S**S
M3*R*020315*1917
N9*BM*80271562**020315
N9*CO*74210
N9*CT**0080271562
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*006626*187900*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE

UP00034

N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*NS*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L0*1***187900*N******L
SE*28*001820777


ST*404*001839509
BX*00*R*PP*80272177*UP*L*B*N
BNX*S**S
M3*R*020316*0842
N9*BM*80272177**020316
N9*CO*74210
N9*CT**0080272177
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*108267*193200*N******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*NS*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L0*1***193200*N******L
SE*28*001839509


ST*404*001842943
BX*00*R*PP*80275812*UP*L*B*N
BNX*S**S
M3*R*020323*1308
N9*BM*80275812**020323
N9*CO*74211
N9*CT**0080275812
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*SRIX*058180*181900*N******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA

N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300        /
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*NS*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - LB
L5*1*333158
L0*1***181900*N******L
SE*28*001842943


ST*404*001857467
BX*00*R*PP*80279479*UP*L*B*N
BNX*S**S
M3*R*020328*1742
N9*BM*80279479**020328
N9*CO*74210
N9*CT**0080279479
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7**AMCX*006975*188550*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*NS*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L0*1***188550*N******L
SE*28*001857467


ST*404*001862317
BX*00*R*PP*80279673*UP*L*B*N
BNX*S**S
M3*R*020328*1747
N9*BM*80279673**020328

N9*CO*74210
N9*CT**0080279673
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*104539*189650*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*NS*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L0*1***189650*N******L
SE*28*001862317


ST*404*002871245
BX*00*R*PP*80487693*UP*L*B*N
BNX*S**S
M3*R*021117*1603
N9*PO*74210
N9*BM*80487693**021117
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*108304*189800*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***189800*N******L
SE*28*002871245

ST*404*002874245
BX*00*R*PP*80487696*UP*L*B*N
BNX*S**S
M3*R*021117*1603
N9*PO*74210
N9*BM*80487696**021117
N9*CO*74210
N9*CT*MP-C-25525
N7**AMCX*107994*184800*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***184800*N******L
SE*28*002874245

ST*404*002910349
BX*00*R*PP*80493761*UP*L*B*N
BNX*S**S
M3*R*021121*1605
N9*PO*74210
N9*BM*80493761**021121
N9*CO*74210
N9*CT**MP-C-25525
N7**PLWX*044474*185750*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC *P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK

L5*1*334262
L5*1*RM-0093
L0*1***185750*N******L
SE*28*002910349


ST*404*002868788
BX*00*R*PP*80495109*UP*L*B*N
BNX*S**S
M3*R*021122*1430
N9*PO*74211
N9*BM*80495109**021122
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*104061*193250*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*IC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***193250*N******L
SE*28*002868788


ST*404*003098296
BX*00*R*PP*80508965*UP*L*B*N
BNX*S**S
M3*R*021204*1547
N9*PO*74210
N9*BM*80508965**021204
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*108300*192650*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC *P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY

N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*IC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192650*N******L
SE*29*003098296


ST*404*003433648
BX*00*R*PP*80512230*UP*L*B*N
BNX*S**S
M3*R*021206*1713
N9*PO*74211
N9*BM*80512230**021206
N9*CO*74211
N9*CT**MP-C-25525
N7***AMCX**006866*185000*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*IC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***185000*N******L
SE*28*003433648


ST*404*003529251
BX*00*R*PP*80512241*UP*L*B*N
BNX*S**S
M3*R*021206*1714
N9*PO*74210
N9*BM*80512241**021206
N9*CO*74210
N9*CT**MP-C-25525
N7**SRIX**058096*185450*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA

N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*IC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***185450*N******L
SE*28*003529251


ST*404*001949394
BX*00*R*PP*80314472*UP*L*B*N
BNX*S**S
M3*R*020601*1217
N9*BM*80314472**020601
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7***CEFX*050294*192750*N******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192750*N******L
SE*29*001949394


ST*404*001986319
BX*00*R*PP*80317894*UP*L*B*N
BNX*S**S
M3*R*020607*1427

```
N9*BM*80317894**020607
N9*CO*74210
N9*CT**MP-C-25525
N7*TEIX*058026*192150*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192150*N******L
SE*28*001986319
```

```
ST*404*001992627
BX*00*R*PP*80318966*UP*L*B*N
BNX*S**S
M3*R*020608*1518
N9*BM*80318966**020608
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*SRIX*058153*190450*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***190450*N******L
```

SE*29*001992627

ST*404*002074638
BX*00*R*PP*80322648*UP*L*B*N
BNX*S**S
M3*R*020614*1729
N9*BM*80322648**020614
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*007718*181500*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***181500*N******L
SE*28*002074638

ST*404*002086974
BX*00*R*PP*80325520*UP*L*B*N
BNX*S**S
M3*R*020620*1618
N9*BM*80325520**020620
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*006724*183600*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999

R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***183600*N******L
SE*29*002086974


ST*404*002701953
BX*00*R*PP*80455158*UP*L*B*N
BNX*S**S
M3*R*021019*1333
N9*PO*74210
N9*BM*80455158**021019
N9*CO*74210
N9*CT**MP-C-25525
N7***SRIX*058185**183250*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***183250*N******L
SE*29*002701953


ST*404*002712040
BX*00*R*PP*80460203*UP*L*B*N
BNX*S**S
M3*R*021024*1423
N9*PO*74211
N9*BM*80460203**021024
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*104133**192500*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C

N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***192500*N******L
SE*29*002712040


ST*404*002712044
BX*00*R*PP*80460305*UP*L*B*N
BNX*S**S
M3*R*021024*1447
N9*PO*74210
N9*BM*80460305**021024
N9*CO*74210
N9*CT**MP-C-25525
N7*PTLX*042362*180850*N******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***180850*N******L
SE*29*002712044


ST*404*002760103
BX*00*R*PP*80465287*UP*L*B*N
BNX*S**S
M3*R*021029*1554
N9*PO*74210

N9*BM*80465287**021029
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*006575*178000*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***178000*N******L
SE*29*002760103

ST*404*002770081
BX*00*R*PP*80470492*UP*L*B*N
BNX*S**S
M3*R*021101*1034
N9*PO*74210
N9*BM*80470492**021101
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*107977*192100*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N3**2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192100*N******L

SE*29*002770081


ST*404*002806273
BX*00*R*PP*80471137*UP*L*B*N
BNX*S**S
M3*R*021104*1624
N9*PO*74211
N9*BM*80471137**021104
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*104707*189000*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***189000*N*******L
SE*29*002806273


ST*404*007239713
BX*00*R*PP*80981788*UP*L*B*N
BNX*S**S
M3*R*020204*1519
N9*BM*80981788**020204
N9*CO*74210
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*007712*186850*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999

R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - LBS
L5*1*334262
L5*1*RM0093
L0*1***186850*N*******L
SE*28*007239713


ST*404*007255129
BX*00*R*PP*80984171*UP*L*B*N
BNX*S**S
M3*R*020209*1429
N9*BM*80984171**020209
N9*CO*74210
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*108154*193700*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - LBS
L5*1*334262
L5*1*RM0093
L0*1***193700*N*******L
SE*28*007255129


ST*404*004079494
BX*00*R*PP*80618252*UP*L*B*N
BNX*S**S
M3*R*030311*1639
N9*PO*74210
N9*BM*80618252**030311
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104109*191450*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506

UP00048

N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191450*N*****L
SE*29*004079494


ST*404*004041745
BX*00*R*PP*80615185*UP*L*B*N
BNX*S**S
M3*R*030307*1502
N9*PO*74210
N9*BM*80615185**030307
N9*CO*74210
N9*CT**MP-C-25525
N7**AMCX*108340*191350*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC *P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191350*N*****L
SE*28*004041745


ST*404*004077470
BX*00*R*PP*80618261*UP*L*B*N
BNX*S**S
M3*R*030311*1557
N9*PO*74210
N9*BM*80618261**030311
N9*CO*74210

N9*CT**MP-C-25525
N7***AMCX**104545*179800*N*******RR**
F9***CHOCOLATEVIASPRI*TX
D9***ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***179800*N*****L
SE*28*004077470


ST*404*004156167
BX*00*R*PP*80619819*UP*L*B*N
BNX*S**S
M3*R*030312*1600
N9*PO*74211
N9*BM*80619819**030312
N9*CO*74211
N9*CT**MP-C-25525
N7***WLPX**010311*189550*N*******RR**
F9***CHOCOLATEVIASPRI*TX
D9***ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***189550*N*****L
SE*28*004156167


ST*404*004236136

BX*00*R*PP*80631055*UP*L*B*N
BNX*S**S
M3*R*030321*1701
N9*PO*74211
N9*BM*80631055**030321
N9*CO*74211
N9*CT**MP-C-25525
N7***AMCX*108273*188300*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***188300*N*******L
SE*28*004236136


 ST*404*004308210
BX*00*R*PP*80638954*UP*L*B*N
BNX*S**S
M3*R*030328*1617
N9*PO*74210
N9*BM*80638954**030328
N9*CO*74210
N9*CT**MP-C-25525
N7*CEFX*050278*193000*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK

L5*1*334262
L5*1*RM-0093
L0*1***193000*N******L
SE*28*004308210


ST*404*004318584
BX*00*R*PP*80642236*UP*L*B*N
BNX*S**S
M3*R*030401*1637
N9*PO*74211
N9*BM*80642236**030401
N9*CO*74211
N9*CT**MP-C-25525
N7***PLCX*047850**185150*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***185150*N******L
SE*29*004318584


ST*404*003453484
BX*00*R*PP*80512412*UP*L*B*N
BNX*S**S
M3*R*021207*1242
N9*PO*74210
N9*BM*80512412**021207
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*104224**192750*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS .
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999

N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*IC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192750*N******L
SE*28*003453484


 ST*404*003573896
BX*00*R*PP*80520306*UP*L*B*N
BNX*S**S
M3*R*021214*1234
N9*PO*74210
N9*BM*80520306**021214
N9*CO*74210
N9*CT**MP-C-25525
N7*UTCX*051371*193250*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*IC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***193250*N******L
SE*28*003573896


 ST*404*003611528
BX*00*R*PP*80524508*UP*L*B*N
BNX*S**S
M3*R*021220*1511
N9*PO*74211
N9*BM*80524508**021220
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*004815*185400*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA

UP00053

N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***185400*N******L
SE*29*003611528


   ST*404*004321678
BX*00*R*PP*80642235*UP*L*B*N
BNX*S**S
M3*R*030401*1637
N9*PO*74210
N9*BM*80642235**030401
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104178*191250*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191250*N******L
SE*29*004321678


ST*404*004384257
BX*00*R*PP*80658213*UP*L*B*N
BNX*S**S

M3*R*030415*1530
N9*PO*74210
N9*BM*80658213**030415
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104140*190850*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***190850*N******L


ST*404*004375619
BX*00*R*PP*80658210*UP*L*B*N
BNX*S**S
M3*R*030415*1528
N9*PO*74210
N9*BM*80658210**030415
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104469*194350*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262

L5*1*RM-0093
L0*1***194350*N******L
SE*29*004375619


ST*404*002824639
BX*00*R*PP*80479955*UP*L*B*N
BNX*S**S
M3*R*021109*1351
N9*PO*74210
N9*BM*80479955**021109
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104498*194500*N******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***194500*N******L
SE*29*002824639


ST*404*002807020
BX*00*R*PP*80476134*UP*L*B*N
BNX*S**S
M3*R*021107*1520
N9*PO*74210
N9*BM*80476134**021107
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*108364*196600*N******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506

N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***196600*N******L
SE*29*002807020


  ST*404*002822507
BX*00*R*PP*80477810*UP*L*B*N
BNX*S**S
M3*R*021107*1520
N9*PO*74210
N9*BM*80477810**021107
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104218*167600*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***167600*N******L
SE*29*002822507


  ST*404*004311035
BX*00*R*PP*80643917*UP*L*B*N
BNX*S**S
M3*R*030402*1614
N9*PO*74211
N9*BM*80643917**030402
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*104692*187750*N*******RR
F9**CHOCOLATE BAYOU*TX

D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***187750*N******L
SE*29*004311035


ST*404*004353807
BX*00*R*PP*80656451*UP*L*B*N
BNX*S**S
M3*R*030414*1549
N9*PO*74210
N9*BM*80656451**030414
N9*CO*74210
N9*CT**MP-C-25525
N7**SHPX*463486*192200*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192200*N******L
SE*29*004353807


ST*404*004375359
BX*00*R*PP*80656659*UP*L*B*N

BNX*S**S
M3*R*030414*1547
N9*PO**74210
N9*BM*80656659**030414
N9*CO**74210
N9*CT**MP-C-25525
N7***AMCX*104327**193150*N*******RR**
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***193150*N******L
SE*29*004375359


ST*404*004347999
BX*00*R*PP*80656452*UP*L*B*N
BNX*S**S
M3*R*030414*1549
N9*PO**74210
N9*BM*80656452**030414
N9*CO**74210
N9*CT**MP-C-25525
N7***AMCX*007749**186900*N*******RR**
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK

L5*1*334262
L5*1*RM-0093
L0*1***186900*N******L
SE*29*004347999


ST*404*004364230
BX*00*R*PP*80661201*UP*L*B*N
BNX*S**S
M3*R*030417*1528
N9*PO*74210
N9*BM*80661201**030417
N9*CO*74210
N9*CT**MP-C-25525
N7*TEIX*058020*184100*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***184100*N******L
SE*29*004364230


ST*404*004375618
BX*00*R*PP*80658208*UP*L*B*N
BNX*S**S
M3*R*030415*1528
N9*PO*74210
N9*BM*80658208**030415
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104154*180400*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999

N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***180400*N******L
SE*29*004375618


ST*404*004359009
BX*00*R*PP*80658211*UP*L*B*N
BNX*S**S
M3*R*030415*1528
N9*PO*74210
N9*BM*80658211**030415
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*006858*185500*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***185500*N******L
SE*29*004359009


ST*404*004384256
BX*00*R*PP*80658209*UP*L*B*N
BNX*S**S
M3*R*030415*1528
N9*PO*74210
N9*BM*80658209**030415
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104025*191650*N*******RR

F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191650*N*****L
SE*29*004384256


ST*404*004348137
BX*00*R*PP*80658212*UP*L*B*N
BNX*S**S
M3*R*030415*1528
N9*PO*74210
N9*BM*80658212**030415
N9*CO*74210
N9*CT**MP-C-25525
N7**AMCX*104599*184500*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***184500*N*****L
SE*29*004348137


ST*404*004320705

```
BX*00*R*PP*80643918*UP*L*B*N
BNX*S**S
M3*R*030402*1614
N9*PO*74211
N9*BM*80643918**030402
N9*CO*74211
N9*CT**MP-C-25525
N7*PTLX*042362*167300*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***167300*N******L
SE*29*004320705


ST*404*004386957
BX*00*R*PP*80662456*UP*L*B*N
BNX*S**S
M3*R*030419*1455
N9*PO*74210
N9*BM*80662456**030419
N9*CO*74210
N9*CT**MP-C-25525
N7*PTLX*041563*183650*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 ÁMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
```

L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***183650*N******L
SE*29*004386957


ST*404*004409455
BX*00*R*PP*80665940*UP*L*B*N
BNX*S**S
M3*R*030423*1615
N9*PO*74210
N9*BM*80665940**030423
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104024*189550*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***189550*N******L
SE*28*004409455


ST*404*004508226
BX*00*R*PP*80677121*UP*L*B*N
BNX*S**S
M3*R*030502*1532
N9*PO*74210
N9*BM*80677121**030502
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104044*190300*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999

N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***190300*N******L
SE*29*004508226


ST*404*004426213
BX*00*R*PP*80674299*UP*L*B*N
BNX*S**S
M3*R*030430*1618
N9*PO*74210
N9*BM*80674299**030430
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104294*192750*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192750*N******L
SE*29*004426213


ST*404*004410152
BX*00*R*PP*80674300*UP*L*B*N
BNX*S**S
M3*R*030430*1618
N9*PO*74210
N9*BM*80674300**030430
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104552*191700*N*******RR

F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191700*N******L
SE*29*004410152


ST*404*004512220
BX*00*R*PP*80675344*UP*L*B*N
BNX*S**S
M3*R*030501*1507
N9*PO*74210
N9*BM*80675344**030501
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*107978**186700*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***186700*N******L


ST*404*004529878
BX*00*R*PP*80680816*UP*L*B*N

BNX*S**S
M3*R*030506*1626
N9*PO*74210
N9*BM*80680816**030506
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104556*187900*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***187900*N******L
SE*29*004529878


ST*404*004547080
BX*00*R*PP*80684322*UP*L*B*N
BNX*S**S
M3*R*030508*1548
N9*PO*74210
N9*BM*80684322**030508
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*007794*188700*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262

L5*1*RM-0093
L0*1***188700*N******L
SE*28*004547080


ST*404*004637928
BX*00*R*PP*80703923*UP*L*B*N
BNX*S**S
M3*R*030523*1445
N9*PO*74211
N9*BM*80703923**030523
N9*CO*74211
N9*CT**MP-C-25525
N7*PLCX*047897*176900*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***176900*N******L
SE*28*004637928
ST*404*004638573


ST*404*001990302
BX*00*R*PP*80316494*UP*L*B*N
BNX*S**S
M3*R*020605*1550
N9*BM*80316494**020605
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*SRIX*058184*188850*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506

UP00068

N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***188850*N******L
SE*29*001990302


ST*404*001953839
BX*00*R*PP*80314348*UP*L*B*N
BNX*S**S
M3*R*020531*1847
N9*BM*80314348**020531
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*104384*195650*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***195650*N******L
SE*29*001953839


ST*404*002092249
BX*00*R*PP*80327299*UP*L*B*N
BNX*S**S
M3*R*020624*1556
N9*BM*80327299**020624
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*006639*192050*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA

N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192050*N******L
SE*28*002092249


ST*404*002091119
BX*00*R*PP*80323453*UP*L*B*N
BNX*S**S
M3*R*020624*1557
N9*BM*80323453**020624
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*006536*188200*N******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***188200*N******L
SE*28*002091119


ST*404*002078031
BX*00*R*PP*80323452*UP*L*B*N
BNX*S**S
M3*R*020624*1557

N9*BM*80323452**020624
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104688*194250*N******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***194250*N*****L
SE*28*002078031

---

ST*404*002087031
BX*00*R*PP*80327011*UP*L*B*N
BNX*S**S
M3*R*020624*1559
N9*BM*80327011**020624
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104407*195150*N******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***195150*N*****L
SE*28*002087031

```
ST*404*002092281
BX*00*R*PP*80329100*UP*L*B*N
BNX*S**S
M3*R*020626*1608
N9*BM*80329100**020626
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*108067*192650*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192650*N*******L
SE*29*002092281


ST*404*001910324
BX*00*R*PP*80298581*UP*L*B*N
BNX*S**S
M3*R*020504*1447
N9*BM*80298581**020504
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*104696*194650*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
```

R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***194650*N******L
SE*29*001910324

ST*404*001918505
BX*00*R*PP*80298580*UP*L*B*N
BNX*S**S
M3*R*020504*1447
N9*BM*80298580**020504
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7***CEFX*050275**193050*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC *P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***193050*N******L
SE*29*001918505

ST*404*001926578
BX*00*R*PP*80305041*UP*L*B*N
BNX*S**S
M3*R*020515*1604
N9*BM*80305041**020515
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7**SRIX*058006*192050*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532

PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192050*N*****L
SE*29*001926578


ST*404*001910719
BX*00*R*PP*80306603*UP*L*B*N
BNX*S**S
M3*R*020517*1808
N9*BM*80306603**020517
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7**AMCX*006836*182650*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***182650*N*****L
SE*29*001910719


ST*404*001956556
BX*00*R*PP*80313287*UP*L*B*N
BNX*S**S
M3*R*020530*1713
N9*BM*80313287**020530
N9*CO*74210

N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*104075*182400*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***182400*N******L
SE*29*001956556

ST*404*002829901
BX*00*R*PP*80485649*UP*L*B*N
BNX*S**S
M3*R*021114*1107
N9*PO*74210
N9*BM*80485649**021114
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*108308*193650*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***193650*N******L
SE*29*002829901

UP00075

```
ST*404*004390514
BX*00*R*PP*80661202*UP*L*B*N
BNX*S**S
M3*R*030417*1529
N9*PO*74210
N9*BM*80661202**030417
N9*CO*74210
N9*CT**MP-C-25525
N7*SRIX*058271*185700*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***185700*N******L
SE*29*004390514


ST*404*005044037
BX*00*R*PP*80774774*UP*L*B*N
BNX*S**S
M3*R*030716*1409
N9*PO*74211
N9*BM*80774774**030716
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*104458*195200*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
```

UP00076

R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***195200*N*****L
SE*29*005044037

ST*404*005066928
BX*00*R*PP*80780239*UP*L*B*N
BNX*S**S
M3*R*030721*1652
N9*PO*74210
N9*BM*80780239**030721
N9*CO*74210
N9*CT*MP-C-25525
N7***ACFX*065047**193750*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
N1*SH*BP AMOCO CHEMICAL COMPANY
N4*SPRING*TX*77373
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***193750*N*****L
SE*28*005066928

ST*404*005201507
BX*00*R*PP*80807273*UP*L*B*N
BNX*S**S
M3*R*030812*1402
N9*PO*74210
N9*BM*80807273**030812
N9*CO*74210
N9*CT*MP-C-25525
N7**AMCX*104506*192550*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506

N1*PF*BP CHEMICALS
N3*C/O CT LOGISTICS*P.O. BOX 30382
N4*CLEVELAND*OH*44130
N1*SH*BP AMOCO CHEMICAL COMPANY
N3*2917 & 2004
N4*CHOCOLATE BAYOU*TX*775121488
PER*EC*CHEMTREC*TE*1-800-424-9300
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192550*N******L
SE*29*005201507


ST*404*001858305
BX*00*R*PP*80279674*UP*L*B*N
BNX*S**S
M3*R*020328*1749
N9*BM*80279674**020328
N9*CO*74210
N9*CT**0080279674
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*007739*190450*N******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC *P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*NS*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L0*1***190450*N******L
SE*28*001858305


ST*404*001864300
BX*00*R*PP*80279675*UP*L*B*N
BNX*S**S
M3*R*020328*1749
N9*BM*80279675**020328
N9*CO*74210
N9*CT**0080279675

N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*AMCX*104027*193250*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*NS*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L0*1***193250*N*****L
SE*28*001864300


ST*404*002133836
BX*00*R*PP*80340590*UP*L*B*N
BNX*S**S
M3*R*020706*1141
N9*BM*80340590**020706
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104021*191700*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191700*N*****L
SE*28*002133836


ST*404*002205280

BX*00*R*PP*80348710*UP*L*B*N
BNX*S**S
M3*R*020712*1721
N9*BM*80348710**020712
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*108009**190800*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***190800*N******L
SE*28*002205280


ST*404*002548744
BX*00*R*PP*80424403*UP*L*B*N
BNX*S**S
M3*R*020920*1333
N9*PO*74210
N9*BM*80424403**020920
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*104434**191150*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK

L5*1*334262
L5*1*RM-0093
L0*1***191150*N******L
SE*29*002548744


ST*404*002568453
BX*00*R*PP*80427663*UP*L*B*N
BNX*S**S
M3*R*020924*1523
N9*PO*74211
N9*BM*80427663**020924
N9*CO*74211
N9*CT**MP-C-25525
N7***AMCX*104025**192900*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***192900*N******L
SE*29*002568453


ST*404*002548753
BX*00*R*PP*80424989*UP*L*B*N
BNX*S**S
M3*R*020921*1017
N9*PO*74210
N9*BM*80424989**020921
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*104547**194250*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE

UP00081

N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***194250*N******L
SE*29*002548753


ST*404*002733464
BX*00*R*PP*80462772*UP*L*B*N
BNX*S**S
M3*R*021026*1122
N9*PO*74210
N9*BM*80462772**021026
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*006554*188900*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***188900*N******L
SE*29*002733464


ST*404*002243294
BX*00*R*PP*80354931*UP*L*B*N
BNX*S**S
M3*R*020719*1601
N9*BM*80354931**020719
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX*006755*183200*N*******RR
F9**CHOCOLATEVIASPRI*TX

D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***183200*N******L
SE*28*002243294


ST*404*002206137
BX*00*R*PP*80351732*UP*L*B*N
BNX*S**S
M3*R*020717*1647
N9*BM*80351732**020717
N9*CO*74210
N9*CT**MP-C-25525
N7*CEFX*050276*192900*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192900*N******L
SE*28*002206137


ST*404*002134208
BX*00*R*PP*80348867*UP*L*B*N
BNX*S**S

M3*R*020713*1415
N9*BM*80348867**020713
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*006575*189150*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***189150*N*****L
SE*28*002134208

ST*404*002369776
BX*00*R*PP*80378676*UP*L*B*N
BNX*S**S
M3*R*020809*1608
N9*BM*80378676**020809
N9*CO*74210
N9*CT**MP-C-25525
N7*AMCX*104446*192100*N*******RR
F9**CHOCOLATE BAYOU*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***192100*N*****L

UP00084

SE*28*002369776


ST*404*002138370
BX*00*R*PP*80333623*UP*L*B*N
BNX*S**S
M3*R*020701*1305
N9*BM*80333623**020701
N9*CO*74211
N9*CT**MP-C-25525
N7*AMCX*104008*193100*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTIC MATERIALS, NOI*2821163*T
L5*1*10-8931 RANDOM COPOLYMER - BULK
L5*1*333158
L5*1*RM-0097
L0*1***193100*N******L
SE*28*002138370


ST*404*002089754
BX*00*R*PP*80331222*UP*L*B*N
BNX*S**S
M3*R*020628*1730
N9*BM*80331222**020628
N9*CO*74210
N9*CT**MP-C-25525
N9*SO*ZNMJ04PPZT*PAYKEY NUMBER
N7*TEIX*058033*190150*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC *P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999

R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***190150*N******L
SE*29*002089754


ST*404*002146025
BX*00*R*PP*80333907*UP*L*B*N
BNX*S**S
M3*R*020702*1018
N9*BM*80333907**020702
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX**104402*193000*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL-ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***193000*N******L
SE*28*002146025


ST*404*002153487
BX*00*R*PP*80335261*UP*L*B*N
BNX*S**S
M3*R*020705*1550
N9*BM*80335261**020705
N9*CO*74210
N9*CT**MP-C-25525
N7***AMCX**108334*191650*N*******RR
F9**CHOCOLATEVIASPRI*TX
D9**ERIE*PA
N1*SH*AMOCO CHEMICAL COMPANY
N3*801 WARRENVILLE ROAD*MAIL CODE 7038C
N4*LISLE*IL*60532
PER*IC*CHEMTREC*TE*1-800-424-9300

```
N1*CN*PORT ERIE PLASTICS*93*90071133
N3*MOUNT FORT TERMINAL ERIE
N4*ERIE*PA*16506
N1*PF*BP AMOCO CHEMICALS
N3*C/O CTC SERVICES, INC.*P.O. BOX 66999 AMF O'HARE
N4*CHICAGO*IL*606666999
R2*UP*S*ESTL
R2*CSXT*1
L5*1*PLASTICS, RESINS, NEC*2821143*T
L5*1*10-8941 RANDOM COPOLYMER - BULK
L5*1*334262
L5*1*RM-0093
L0*1***191650*N******L
SE*28*002153487
```

UP00087