# EXHIBIT A

PORT ERIE PLASTICS NA 124277, Incidentals as of 04-15-05.xls

| FRT/INC | TEAM | FRTB# | AMTDUE | LDI | AMTRCVD | BALDUE | WBDTE | ACCTYPE | AGE |
|---|---|---|---|---|---|---|---|---|---|
| I | OT7 | 1255545 | $4,560.00 | $456.00 | $0.00 | $5,016.00 | 5/15/2003 | L | 700 |
| I | OT7 | 1680683 | $10,080.00 | $1,008.00 | $0.00 | $11,088.00 | 6/13/2003 | L | 669 |
| I | OT7 | 2044302 | $11,220.00 | $1,122.00 | $0.00 | $12,342.00 | 7/10/2003 | L | 644 |
| I | OT7 | 2947133 | $6,480.00 | $648.00 | $0.00 | $7,128.00 | 9/12/2003 | L | 578 |
| I | OT7 | 3289883 | $4,740.00 | $474.00 | $0.00 | $5,214.00 | 5/15/2002 | L | 999 |
| I | OT7 | 3559970 | $2,460.00 | $246.00 | $0.00 | $2,706.00 | 10/24/2003 | L | 536 |
| I | OT7 | 3726973 | $9,540.00 | $954.00 | $0.00 | $10,494.00 | 6/17/2002 | L | 999 |
| I | OT7 | 4047695 | $12,840.00 | $1,284.00 | $0.00 | $14,124.00 | 7/11/2002 | L | 999 |
| I | OT7 | 4599712 | $8,940.00 | $894.00 | $0.00 | $9,834.00 | 8/21/2002 | L | 406 |
| I | OT7 | 4883122 | $16,260.00 | $1,626.00 | $0.00 | $17,886.00 | 9/10/2002 | L | 947 |
| I | OT7 | 5247196 | $6,840.00 | $684.00 | $0.00 | $7,524.00 | 10/4/2002 | L | 921 |
| I | OT7 | 5703200 | $11,040.00 | $1,104.00 | $0.00 | $12,144.00 | 11/7/2002 | L | 889 |
| I | OT7 | 6239196 | $6,720.00 | $672.00 | $0.00 | $7,392.00 | 12/17/2002 | L | 849 |
| I | OT7 | 6517626 | $3,060.00 | $306.00 | $0.00 | $3,366.00 | 1/10/2003 | L | 822 |
| I | OT7 | 6949502 | $780.00 | $78.00 | $0.00 | $858.00 | 2/11/2003 | L | 792 |
| Total | | | $115,560.00 | $11,556.00 | | $127,116.00 | | | |
| Proof Total | | | | | | $127,116.00 | | | |

Ex. A

CSX00018A