## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL  32202-4423 : | |
| : | CIVIL ACTION |
| : | |
| Plaintiff : | CASE NO.  05-139 Erie |
| : | |
| v. : | |
| : | |
| PORT ERIE PLASTICS, INC. : | |
| 909 Troupe Road : | |
| Harborcreek, PA  16421 : | |
| : | |
| Defendant. : | |

### APPENDIX TO CSX TRANSPORTATION, INC.'S
### RESPONSE TO DEFENDANT PORT ERIE PLASTIC INC.'S
### CONCISE STATEMENT OF MATERIAL FACTS

| Exhibit | Description |
|---------|-------------|
| A | Affidavit of John Underwood |