IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC<br>500 Water Street<br>Jacksonville, FL 32202-4423 | :<br>:<br>:  CIVIL ACTION<br>: |
| Plaintiff | :  CASE NO. 05-139 Erie<br>: |
| v. | :<br>: |
| PORT ERIE PLASTICS, INC<br>909 Troupe Road<br>Harborcreek, PA 16421 | :<br>:<br>:<br>: |
| Defendant. | : |

**APPENDIX TO CSX TRANSPORTATION, INC.'S
MEMORANDUM OF LAW IN RESPONSE
TO DEFENDANT PORT ERIE PLASTIC INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

| Exhibit | Description |
|---|---|
| A | 8 page fax from Johnson to Parks; 6/15/05 |
| B | Letter from attorney Howard to attorney Parks; 11/15/05 |
| C | Letter from attorney Stroupe to attorney Howard; 2/23/06 and emails exchanged between attorney Howard and attorney Parks; 1/17/06 and 1/19/06 |
| D | Excerpts from Deposition of John Underwood |
| E | Excerpts from Deposition of Steve Bartosik |