# EXHIBIT A

Case 1:05-cv-00139-SJM    Document 28-3    Filed 03/13/2006    Page 1 of 9

**PORT ERIE PLASTICS**

- Harborcreek, PA 16421
- 814/899-7602
- FAX: 814/899-7854

## PLEASE DELIVER THE FOLLOWING:

**TO:** Rich Parks

**CO:**

**DEPT:**

**PHONE #:**

**FAX #:** 454-4647

**MESSAGE:**

Rich —

 Just Additional copy —

Bill of Lading with Nexpak PO # 2424

→ Anything else or questions pls call

 Thanks,
 John

**FROM:** Johnson  **DATE:** 6/15/05  **TOTAL PAGES:**

# Straight Bill of Lading — Short Form — Original — Not Negotiable

To insure prompt payment please include the Bill of Lading number on your remittance. RECEIVED, subject to the Tariffs or Contracts in effect on the date of the issue of this Bill of Lading and to the additional conditions shown below.

06/04/04 Page: 1 of 1

**Prepaid** If charges are to be prepaid, so indicate below

Charges Advanced $
Charges Received $   **PREPAID** To apply to the prepayment of the charges on the property described herein
Agent or Cashier   per Signature here   The

**Ship In The Name Of** (shippers name & permanent address)

**Ship To** (Consignee)
PORT ERIE PLASTICS
MOUNT FORT TERMINAL ERIE
ERIE, PA 16506 US

**Collect** Subject to Section 7 of conditions of applicable Uniform Straight Bill of Lading referred to herein. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

**Sold To** (if other than 'Ship To')
NEXPAK
3475 FOREST LAKE DRIVE SUITE 200
UNIONTOWN, OH 44685 US

COD Information (If Applicable)
Carriers Send Invoices To:
BP Chemicals
c/o CT Logistics
P.O. BOX 30382

**Ship From** city, state
Alvin, TX US

**Shipped/Dispatch Date** 06/04/04

**Consignee Purchase Order No**

**Order No** 434101

**Carrier/Routing** UP-(ESTL)-CSXT

Car No. AMCX104596

**Bill of Lading No** 81189358

| HM | Quantity | Product Description and Other Information |
|---|---|---|
|  | 191,150.000 POUND | 10-8941 RANDOM COPOLYMER - LBS<br>Customer material number: RM-0093<br>Batch# TBY-011<br>Frt. Class Desc: PLASTIC MATERIALS, NOI<br>STCC #28-211-63<br><br>Contract No. (MP-C-25525)<br>Customer P.O.No: 74211<br>Seal #: 680615-880633<br><br>Delivery Date/Time : 06/17/04 / 00:00:00 |

Vehicle ID - 0007
AMCX104596

Total shipped weights
Net:    191,150 LB
Gross:  256,950 LB

*Steve*

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

**For Truck Transportation:** Received the property described herein, in apparent good order, except as noted (contents and condition of containers and packages unknown).

Shipper: BP Amoco Chemical Company
Per: Theresa Mayer

Truck Driver   Consignee
Exceptions     Exceptions
Received: Date/Time   Tendered: Date/Time

Notwithstanding any other provision in this or any referenced Bill of Lading, or in any other documents incorporated herein by reference, including without limitation, any tariff, classification, charge, price, rule or rate, no such provision shall supersede or negate any provision, not in contravention of applicable law, of any contract agreed to in writing between Shipper and Carrier.

**EMERGENCY CONTACT:** For information to respond to any emergency involving Hazardous Material, call toll-free 1-800-424-9300 in the United States, or 613-996-6666 in Canada, day or night, 24 hours.

Chocolate Bayou IX          (ACC)                                              Page 1
                                            Print Date              : 06/04/2004
                                            Print Time              : 12:29:44 CST
                                            Delivery note number:  81189358
SHIP TO:                                    Delivery Date           : 06/17/2004
Customer Number: 90071133                   Delivery Time           : 00:00:00
PORT ERIE PLASTICS                          Created by JONES8
MOUNT FORT TERMINAL ERIE                    Plant: 0016-Chocolate Bayou
ERIE PA  16506


SOLD TO:                                    Reference number/date
Customer Number: 90012138                   74211    03/31/2004
NEXPAK                                      Sales order number/date
3475 FOREST LAKE DRIVE SUITE 200            434101   03/31/2004
UNIONTOWN OH  44685                         Goods issued date: 06/07/2004

                                            Routing: Rail Delivered (PPD)
                                            Freight: FOB Ship Pt, FRT Prepaid
CARRIER: UP-(ESTL)-CSXT


Total gross weight:    189,999.999 LB
Total net weight:      189,999.999 LB


SPECIAL INSTRUCTIONS:
FAX COPY OF B/L TO STEVE BARTOZBEK @ FAX 814-835-2118 ALSO FAX BOL TO JIM WITKOWSKI AT
814-899-7854

ITEM    MATERIAL                      QUANTITY            NET WEIGHT
        DESCRIPTION

000010  334262                        189,999.999 LB      189,999.999 LB
        10-8941 RANDOM COPOLYMER - LBS
        Customer material number: RM-0093
        1

Amex
104596
Tey-011



**CSX TRANSPORTATION**

205 Reiman St.
Buffalo, NY 14212-2196

September 23, 2003

Mr. James Witkowski
Purchasing Manager
Port Erie Plastics
909 Troupe Road
Harborcreek, PA 16421

Dear Jim,

We appreciate your business through the years, and look forward to providing the services you need to accommodate your expansions and plans out into the future. This is our offer to Port Erie Plastics relative to your rail infrastructure needs.

- CSXT will build and lease to you (rent and demurrage free) 15 car spots within the city of Erie off 16th Street near Pittsburgh Ave.
- We estimate the track would be ready by early/late winter. If your growth requires use of additional car spots between now and then, we up to 20 spots on a short-term basis at Bayfront, at no cost to Port Erie Plastics.
- CSXT will cancel your existing demurrage bill of $85,320. In exchange, Port Erie Plastics must receive 450 carloads via CSXT line haul over the next 3 years, or pay liquidated damages of $200 per car on the shortfall volume.
- Standard demurrage charges would accrue for any cars held on railroad property in situations where cars on hand exceed your lease track capacity.

In exchange, CSXT asks for a 3-year commitment to route at least 50% of all inbound rail plastics delivered to your plant. Please sign below and CSXT will begin the needed expansion in Erie, PA.

Sincerely,

*Barb Jenkins*

Barbara Jenkins
Senior Account Manager
CSX Transportation
205 Reiman St.
Buffalo, NY 14212
(716) 891-6727
(716) 868-2313 cell phone
(716) 891-6052 fax

Signature: _____
Mr. James Witkowski

James Witkowski

08/04/2004 09:28 AM

To: Barbara..........CSX Jenkins, "Shafer, Martha" <Martha_Shafer@csx.com>, "Riddle, Chris" <Chris_Riddle@CSX.com>
cc: Brian Fahey, John Johnson
cc: Brian Fahey, John Johnson
Subject: Demurrage

Barb,

    I talked to you last week about the demurrage charge and asked you for all the invoices and documentation that show why Port Erie is responsible for these charges. As of today I have not received any info that I have asked for. As I told you Port Erie does not order, schedule or purchase the railcars. We have an agreement with Nexpak dated July of 2000 that states Port Erie does not take ownership of the resin until it is put in my silo.

    As of today Port Erie Plastics is giving CSX 10 days to show proof as to WHY Port Erie is responsible for the charges. After the 10 days we are considering this a charge NULL and VOID and CSX cannot pursue this any more or file any liens against Port Erie now or in the future. Also it is noted that this claim is being reported against our credit record. We insist that this record be removed immediately.


Jim Witkowski
jwitkowski@porterie.com
Port Erie Plastics
P - 814-899-7602
F - 814-899-7854

BP Chemicals Customer Service
150 W. Warrenville Road
Naperville, IL 60563



**To:** Steve Bartosik / Jennifer Zukowski
Plastek Group
Phone   814-878-4721
Email:  steveb@plastekgroup.com

**From:** Sharon Jones
BP Chemicals
877-701-2726  x6316

### Re:  BP Amoco Chemical Railcar Release/Turnover to Nexpak

Dear Steve:

Effective 07/16/2004, BP Amoco agrees to release the following cars below to Nexpak/Port Erie for deliveries.

| Railcar | Tap Date |
|---|---|
| AMCX 104694 | 07/16/2004 |
| AMCX 108320 | 07/16/2004 |
| AMCX 107870 | 07/16/2004 |



Debbie Belter
<debbiebelter@Nexpak.com>

04/05/2002 10:41 AM

To: "Jim Witkowski (E-mail)" <jwitkowski@porterie.com>, "La Donna Radig (E-mail)" <ladonna.radig@atofina.com>
cc: Beth Clapper <BethClapper@NexPak.com>, Steve Schaetzle <SteveSchaetzle@NexPak.com>, Dennis Summers <dennissummers@Nexpak.com>
Subject: Blanket PO for PEP's RM0098 purchases (Atofina)

---

Jim & LaDonna:
The Nexpak blanket PO number for Port Erie's purchases of the 3924CW (our p/n RM0098) is 74232.

Jim:
Please contact me re your schedule for trucks being bulked from East Canton. You will want bulk for a silo, not boxes - is that correct?

Thanks, Debbie


> -----Original Message-----
> From:          Steve Schaetzle
> Sent:          Friday, April 05, 2002 9:56 AM
> To:            Jim Witkowski (E-mail)
> Cc:            John Johnson (E-mail); Dennis Summers; Debbie Belter; Mark Monjot
> (E-mail); La Donna Radig (E-mail); Beth Clapper; Tim Rush; David Bird
> Subject:       Nexcase Production at PEP.
>
> The Nexcase Case's will be molded out of a Homopolymer from Atofina, our
> PN RM0098, Atofina PN 3924CW at 100%
> I want to move 3 bulk trucks from E. Canton initially to PEP to support
> your startup production, as we are currently a little overstocked at E.
> Canton presently.
> Beyond that we will need to move railcars to your local terminal just like
> we do with BP. I need you to start working with Mark Monjot from Atofina
> (sales rep   440-933-6154) and LaDonna Radig from Atofina (customer
> service 800-344-3462 x 5281) on your requirements, just like you work with
> Jamie and Tracy from BP.
>
> The process with Atofina will be the same.  Nexpak will give Atofina a
> blanket order, and they will ship railcars to your terminal based on the
> requirements you give them, but bill Nexpak for the railcars.  Nexpak
> will debit PEP for the railcar. You will schedule and pay for your own
> bulk trucking from the terminal to your facility. (By copy to Debbie
> Belter, please give LaDonna a blanket order for this material)

```
>
> I need you to:
>
> 1)Advise the date you want the first bulk truck from E. Canton.  Contact
> Debbie Beiter directly at E. Canton to schedule and copy me.  John Johnson
> should have the schedule of mold deliveries for you to base your first
> bulk truck and subsequent bulk truck/railcar schedule on.  All molds that
> arrive are to be put into production and run flat out.  Please get this
> all  scheduled by 4/15/02.
> 2) Start building a direct relationship with Atofina so everyone is
> comfortable with all of the players, and you understand the timetable
> Atofina needs to insure railcars are produced, shipped and arrive at your
> terminal to support production.
> 3)  Advise when you think we should roll the first railcar from Atofina to
> the PEP terminal.
>
> Thanks, Steve.
>
>
> PS:  ON THE CARTON, WE ARE NOT SURE IF THE EXISTING 140 COUNT CARTON WILL
> WORK WITH THE NEXCASE PART.  I WILL LET EVERYONE KNOW ONCE WE GET THE
> FIRST PRODUCTION TOOL RUN AT THE MOLD MAKER, WHAT IF ANYTHING WE NEED TO
> DO WITH REGARD TO THE CARTON.
>
> ALL NEXCASES WILL BE BLACK IN COLOR , NOT GRAY.
```

TOTAL P.08