# EXHIBIT B

LAW OFFICES
# JANSSEN & KEENAN P.C.

CHARLES L. HOWARD
DIRECT DIAL: 215-599-3323
CHOWARD@JANSSENKEENAN.COM

ONE COMMERCE SQUARE
SUITE 2050
2005 MARKET STREET
PHILADELPHIA, PA 19103

(FAX) 215-665-8887

November 15, 2005

**VIA U.S Mail**
Richard Parks, Esquire
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700, Erie Co.,
Erie, Pennsylvania 16507-1459

    Re:    *CSX Transportation, Inc. v. Port Erie Plastics*
            *United States District Court for the Western District of Pennsylvania*
            *Civil Action No. 05-139 Erie*
            <u>*Our File No. 1326.071*</u>

Dear Mr. Parks:

    Enclosed please find copies of the documents produced by the Union Pacific Railroad in response to CSX's Rule 45 subpoena.

                               Sincerely yours,

                               JANSSEN & KEENAN P.C.

                   By:    _____
                             Charles L. Howard

CLH:jl
Enclosure