# EXHIBIT C

# MACDONALD ILLIG JONES & BRITTON LLP

ATTORNEYS AT LAW

100 STATE STREET, SUITE 700

ERIE, PENNSYLVANIA 16507-1459

814-870 7600

FAX 814-454-4647

www.mijb.com

Direct Dial 814-870-7667

E-Mail sstroupe@mijb.com

February 23, 2006

T. WARREN JONES
EDWARD W. GOEBEL, JR.
(SEA, PAT. ATTORNEY)
JAMES D. CULLEN
WILLIAM A. BROWN
ROGER H. TAFT
(ALSO ADMITTED IN NY)
DAVID S. HOLLAND
W PATRICK DELANEY
JAMES M. ANTOUN
JAMES R. WALCZAK
(ALSO ADMITTED IN DC)
RUSSELL S. WARNER
MARCIA H. HALLER
JAMES E. SPODEN
(ALSO ADMITTED IN DE)
DALE E. HUNTLEY
JOHN W. DRASKOVIC
JOHN J. MEHLER

MATTHEW W. McCULLOUGH
SUSAN FUHRER HITER
RICHARD J. PARKS
(ALSO ADMITTED IN OH)
MARK J. SHAW
JOHN F. MIZNER
(ALSO ADMITTED IN NY)
CRAIG R.F. MURPHEY
DANIEL M. MILLER
SHAUN D. ADRIAN
KIMBERLY A. OAKES
LISA SMITH PRESTA
STEVEN E. UECKMAN
THOMAS A. PENDLETON
JOHN A. LAUER
BRUCE L. DECKER, JR.
WALTER E. DEACON, III
(ALSO ADMITTED IN WV)

LAURA POHOFF STEFANOVSKI
GREGORY P. ZIMMERMAN
(ALSO ADMITTED IN NY)
ROBERT E. OAKELEY
CATHERINE MOONEY DOYLE
JON L. WOODARD
(SEA, PAT. ATTORNEY)
DAVID F. DIETEMAN
KATHLEEN HAYNE ROBERTSON
SCOTT T. STROUPE
MATTHEW W. FUCHS
(ALSO ADMITTED IN NJ)
RYAN A. CHRISTY
DAWN BOOTH SCHULTZ
MARISSA A. SAVASTANA
JENNIFER BROSTMEYER HIRNEISEN
JONATHAN M. D'SILVA
(REG. PAT. ATTORNEY)
MEREDITH SCHULTZ
MICHAEL P. THOMAS

HENRY A. MacDONALD
(1849-1926)
WILLIAM F. ILLIG
(1946-1998)
FREDERICK F. JONES
(1933-1971)
JOHN E. BRITTON
(1948-2004)
—
PETER G. SCHAAF
(RETIRED)
JOHN D. WILSON
(RETIRED)
JOHN J. STROH
(RETIRED)
NORMAN H. STARK
(RETIRED)

Charles L. Howard, Esquire
Janssen Keenan, P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103

RE:    **CSX Transportation, Inc. v. Port Erie Plastics, Inc.**
       **No. 05-139 Erie**

Dear Chuck:

This is a follow-up to our telephone conversation last evening. As I stated then, we agree to stipulate only to the authenticity of Exhibit 4 ("EDI bills of lading produced by Union Pacific").

As I told you last night, I would confer with Rich Parks regarding your modified request for stipulation regarding Exhibit 14 ("8 page fax from Johnson to Parks 6/15/05"). I spoke with him this morning. Our position with regard to Exhibit 14 remains unchanged. We will not stipulate to any matters with regard to this exhibit.

Very truly yours,

MacDONALD, ILLIG, JONES & BRITTON LLP

By _____

Scott T. Stroupe

**Charles Howard**

| | |
|---|---|
| **From:** | Charles Howard |
| **Sent:** | Tuesday, January 17, 2006 12:09 PM |
| **To:** | 'Richard Parks' |
| **Subject:** | CSX/Port Erie |

I assume you are still waiting to hear from your client concerning his availability for deposition   I have spoken with Steve Bartosik about his availability as well   He is available next week   As soon as we get our witnesses scheduled, I will probably be serving Mr  Bartosik with a depo subpoena and we can work him in as well

As you recall, I subpoenaed and obtained documents from the Union Pacific Railroad in this case.  I'm asking that you stipulate to their authenticity.  If you won't enter into such a stipulation, I will have to arrange to depose UP in order to authenticate the docs   We could do that over the phone if you didn't object to a phone depo, or we could all fly to Omaha   Please let me know your thoughts on this matter

Chuck

Charles L. Howard
Janssen & Keenan P.C
One Commerce Square
Suite 2050
2005 Market Street
Philadelphia, PA
19103
(215)-599-3323 (direct)
(215)-665-8887 (fax)
choward@janssenkeenan.com

This email may contain confidential and privileged information for the sole use of the intended recipient(s)  Any review, use, or disclosure by others is strictly prohibited. If you are not the intended recipient please contact the sender by reply email and delete all copies of this message. Thank you.

1

## Charles Howard

| | |
|---|---|
| **From:** | Richard Parks [rparks@mijb com] |
| **Sent:** | Thursday, January 19, 2006 2:36 PM |
| **To:** | Charles Howard |
| **Subject:** | RE: CSX Port Erie |

Ok. I can stip to they "are what they are and come from UP. I have spoken to my client.
Witowski and Johnson can both be available for Depos next Thursday or Friday. Let me get
my file and see by name who I need on your side.

>>> "Charles Howard" <choward@janssenkeenan com> 01/19/06 2:11 PM >>>
That's easy.  When I served UP with the subpoena, I sent them copies of all of the
demurrage bills.  UP needed the car number info on the bills to do its research.  When UP
sent me the documents I had requested, it sent copies of the demurrage bills back to me.
On those copies were little "dots" which whoever did the research for UP put next to each
rail car for which it found a b/l   There is also handwritten notations on each of the
demurrage bills put there by someone at UP which indicates the total number of cars on
that bill for which it was able to find a b/l.

You're right that we would not have otherwise sent those bills to UP. We could limit the
stip to those docs which have Bates-labeled UP00022 - 00087, which are the print-outs of
the b/l.  I think the notations on the demurrage bills are helpful in that they allow both
of us to identify those cars for which UP couldn't find a b/l.  As you can see from the
internal UP email chain at UP00088 - 89, UP found b/ls for 115
of the 147 cars at issue.

Chuck

Charles L. Howard
Janssen & Keenan P.C.
One Commerce Square
Suite 2050
2005 Market Street
Philadelphia, PA
19103
(215)-599-3323 (direct)
(215)-665-8887 (fax)
choward@janssenkeenan.com
This email may contain confidential and privileged information for the sole use of the
intended recipient(s). Any review, use, or disclosure by others is strictly prohibited. If
you are not the intended recipient please contact the sender by reply email and delete all
copies of this message. Thank you.


-----Original Message-----
From: Richard Parks [mailto:rparks@mijb.com]
Sent: Thursday, January 19, 2006 1:08 PM
To: Charles Howard
Subject: CSX Port Erie

I think  I am ok with the stipulation as to the authenticity of the Union Pacific
documents.

I am however confused how is it that included in the U.P. documents sent by Howard are the
invoices that CSX supposedly sent to Port Erie.  I don't understand why U.P. would have
these.  We have these same documents in our possession from other production requests, but
I don't know why U.P. would have them. It is my understanding that your client didn't
notify Port Erie of constructive placement, I also cannot see how or why UP would have
bills? Is that where your client billed becuase they were the shipper?

Richard J. Parks

MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1459
Direct: (814) 870-7754
Fax: (814) 454-4647
Email: rparks@mijb.com

---------This electronic communication transmission contains information belonging to
MacDonald, Illig, Jones & Britton LLP which may be privileged, confidential and/or exempt
from disclosure under applicable law. The information is intended only for the use of the
addressee named above. If you are not the intended recipient, you are hereby notified that
any disclosure, copying, distribution or other use of the contents of this electronic
communication information is strictly prohibited. If you received this electronic
communication in error, please notify me immediately by telephone at (814) 870-7754
(collect) so that we can arrange for the retrieval of this information.

2