# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CSX Transportation Inc. )
)
)
Plaintiff )
vs. )    No.    CA 05-139 Erie
Port Erie Plastics, Inc. )
)
)
Defendant )

HEARING ON    May 4, 2006    Settlement Conference

Before    Chief U. S. Magistrate Judge Susan Paradise Baxter

Charles L. Howard, Esq.                          Richard J. Parks, Esq.
~~Jeffrey D. Cohen, Esq.~~                       Scott Stroupe, Esq.

Appear for Plaintiff                             Appear for Defendant

Hearing Begun  10:00                             Hearing Adjourned to  12:30

Hearing concluded C.A.V.                         Stenographer Ron Bench
                                                 CD:        Index:

**WITNESSES**

For Plaintiff                                    For Defendant

No settlement reached.
Case should be referred back to Judge McLaughlin.

C. Jander
law clerk