IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC. <br> 500 Water Street <br> Jacksonville, FL 32202-4423 | : <br> : <br> : CIVIL ACTION <br> : |
| Plaintiff | : CASE NO. 05-139 Erie <br> : |
| v. | : <br> : |
| PORT ERIE PLASTICS, INC. <br> 909 Troupe Road <br> Harborcreek, PA 16421 | : <br> : <br> : <br> : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly withdraw the appearance of the undersigned as counsel of record for CSX Transportation, Inc., in the above captioned matter.

DATED: May 23, 2006          JANSSEN & KEENAN P.C.

                                                          BY:   /s/Charles L. Howard
                                                                 One Commerce Square
                                                                 2005 Market Street, Suite 2050
                                                                 Philadelphia, PA 19103

Kindly enter the appearance of the undersigned as counsel of record for CSX Transportation, Inc., in the above captioned matter.

DATED: May 23, 2006          KEENAN COHEN & HOWARD PC
                                                       BY:   /s/Charles L. Howard
                                                                 One Commerce Square
                                                                 2005 Market Street, Suite 3520
                                                                 Philadelphia, PA 19103
                                                                 (215) 609 – 1105
                                                                 (215) 609 – 1118 (FAX)
                                                                 choward@freightlaw.net

Certificate of Service

I hereby certify that on this 24th day of May, 2006, a true and correct copy of the foregoing Notice of Withdrawal and Entry of Appearance was served via Electronic Case filing on the following counsel:

Richard J. Parks, Esquire
MacDONALD, ILLIG, JONES & BRITTON
Erie, Pennsylvania 16507

/s/ Charles L. Howard