## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC. | : | CIVIL ACTION |
| Plaintiff | : | CAUSE NO. 05-139 Erie |
| | : | |
| v. | : | |
| | : | |
| PORT ERIE PLASTICS, INC. | : | |
| | : | |
| Defendant. | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of Janssen & Keenan, P.C. as attorneys for

Plaintiff, CSX Transportation, Inc. in the above action.


DATED:      May 25, 2006                JANSSEN & KEENAN, PC


            By:     _____
                    Jefffey Cohen, Esquire
                    One Commerce Square
                    2005 Market Street, Suite 2050
                    Philadelphia, PA  19103
                    (215) 665-8888


        Kindly enter our appearance on behalf of the Plaintiff, CSX Transportation Inc. in

this action.

                                        KEENAN COHEN & HOWARD P.C


            By:     _____
                    Jeffrey D. Cohen, Esquire
                    One Commerce Square
                    2005 Market Street, Suite 3520
                    Philadelphia, PA  19103
                    215 609-1104
                    215-609-1117 – Fax
Dated: May 25, 2006                     jcohen@freightlaw.net

## CERTIFICATE OF SERVICE

I, Jeffrey D. Cohen, hereby certify that on this, the 25th day of May 2006, a copy of the foregoing CSX Transportation, Inc.'s Withdrawal and Entry of Appearance was served by firs-class mail, postage prepaid upon the following:

Richard Parks, Esquire
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700, Erie Co.,
Erie, Pennsylvania 16507-1459

Jeffrey D. Cohen