**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL  32202-4423 | :<br>:<br>:<br>: | CIVIL ACTION |
| Plaintiff | : | CASE NO.  05-139 Erie |
| v. | :<br>:<br>: | Judge Sean J. McLaughlin |
| PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA  16421 | :<br>:<br>:<br>: | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that CSX Transportation Company ("CSX"), the plaintiff in the above named case, hereby appeals the Order entering Judgment as a matter of law on the 29th day of September, 2006 (Docket No. 39) in favor of Port Erie Plastics, Inc., and against CSX with respect to the CSX demurrage claim.

    Respectfully submitted,

    **KEENAN COHEN & HOWARD P.C.**
    By:   /s/ Charles L. Howard
           Charles L. Howard
           Jeffrey D. Cohen
           Charles L. Howard
           One Commerce Square
           2005 Market Street, Suite 3520
           Philadelphia, PA 19103
           Telephone:   (215) 609-1110
           Facsimile:    (215) 609-1117

           Attorneys for Plaintiff
           CSX Transportation Company

Dated: October 23, 2006

## **CERTIFICATE OF SERVICE**

I, Charles L. Howard, hereby certify that on this 23rd day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Appeal** to be made available to the following attorney for the defendant identified below *via* Electronic Case Filing:

Richard J. Parks, Esquire
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459

/s/ Charles L. Howard