```
        UNITED STATES
        DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

       # 07000580 - ET  ET
        October 30, 2006


     Code    Case #    Qty      Amount

   APPEAL D 05-139e    1 @ 455.00
                              455.00 CH


       TOTAL→          455.00



   FROM: KEENAN COHEN HOWARD
         ONE COMMERCE SQ.
         35TH FL
         PHILADELPHIA, PA 19103
```