IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL  32202-4423<br>         Plaintiff, | )<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>CASE NO. 05-139  Erie |
| v. | )<br>) | |
| PORT ERIE PLASTICS, INC.<br>909 Troupe Road<br>Harborcreek, PA  16421<br>         Defendants, | )<br>)<br>)<br>) | |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO:    CLERK

    Please enter our appearance on behalf of defendants, Port Erie Plastics, Inc., in the above referenced matter.

                                              Respectfully submitted,

                                              PIETGALLO BOSICK & GORDON, LLP

Date: October 24, 2007                /s/Richard J. Parks
                                       By: Richard J. Parks
                                             Pennsylvania I.D. No. 40477
                                             PIETRAGALLO BOSICK & GORDON, LLP
                                             54 Buhl Boulevard
                                             Sharon, PA 16146
                                             724-981-1397
                                             Counsel for Defendants, Port Eire Plastics, Inc.